**VIRGINIA:**

## IN THE CIRCUIT COURT OF THE CITY OF RICHMOND

ALAN SCHINTZIUS      )
Antwanette Brown,      )
Annquinnette Kenney,      )
Korvel Mabry,      )
Phillip Ricks,      )
Sharon Smith,      )
Chevis Warren,      )
      )
      *Plaintiffs,*      )
      )
   v.      )
      )
J. KIRK SHOWALTER,      )
General Registrar for the City of Richmond,      )
C. Starlet Stevens,      )
Chairman of the Richmond Electoral Board,      )
Cecila A. B. Dabney.      )
Secretary of the Richmond Electoral Board,      )
Ophelia Daniels      )
Vice-Chairman of the Richmond Electoral Board      )
James Alcorn      )
Chairman, Virginia State Board of Elections;      )
, Clara Belle Wheeler      )
Vice-Chairman, Virginia State Board of Elections;      )
Singleton B. McAllister, Esq.      )
Secretary, Virginia State Board of Elections,      )
 and,      )
Edgardo Cortes      )
Commissioner, Department of Elections      )
      )
      *Defendants.*      )
      )

CL16-3875-1

RECEIVED AND FILED
CIRCUIT COURT
AUG 29 2016
EDWARD F. JEWETT, CLERK
BY      D.C.


EXHIBIT
1

## PLAINTIFF'S MOTION FOR TEMPORARY INJUNCTION

Plaintiff's Alan Schintzius, Antwanette Brown, Annquinnette Kenney, Korvel Mabry, Phillip Ricks, Sharon Smith and Chevis Warren, by counsel, hereby move the Court, pursuant to Virginia Code §8.01-620, *et seq.*, for entry of a temporary injunction thereby enjoining Defendants from finalizing the list of candidates running for the Mayor in the City of Richmond on the General Election Ballot until such time as Defendant's, City Registrar and the Richmond Electoral Board, provide Schintzius with a due process review and hearing required concerning his disqualification from the ballot and the disqualifications of the signatures of plaintiffs. The grounds for this Motion will be fully explained in a supporting memorandum to be filed by Plaintiffs.

Respectfully Submitted

Joseph D. Morrissey

Joseph D. Morrissey
Morrissey & Goldman, LLC
605 E. Nine Mile Road
Highland Springs, Virginia 23075
804-737-1626 Telephone
804-737-1671 Fax

## **CERTIFICATE**

I hereby certify that on this *23rd* day of *August 2016*, a true and exact copy of the foregoing

Motion for Temporary Injunction was hand delivered to the following:

J. Kirk Showalter, General Registrar for the City of Richmond

C. Starlet Stevens, Chairman of the Richmond Electoral Board

Cecila A. B. Dabney, Secretary of the Richmond Electoral Board

Ophelia Daniels, Vice Chairman of the Richmond Electoral Board

James Alcorn, Chairman, Virginia State Board of Elections

Clara Belle Wheeler, Vice Chairman, Virginia State Board of Elections

Singleton B. McAllister, Esq., Secretary of the Virginia State Board of Elections

Edgardo Cortes, Commissioner, Department of Elections

_____
Joseph D. Morrissey

**VIRGINIA:**

## IN THE CIRCUIT COURT OF THE CITY OF RICHMOND

| | |
|---|---|
| ALAN SCHINTZIUS<br>Antwanette Brown,<br>Annquinnette Kenney,<br>Korvel Mabry,<br>Phillip Ricks,<br>Sharon Smith,<br>Chevis Warren, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| *Plaintiffs,* | )<br>) |
| v. | )<br>) |
| J. KIRK SHOWALTER,<br>General Registrar for the City of Richmond,<br>C. Starlet Stevens,<br>Chairman of the Richmond Electoral Board,<br>Cecila A. B. Dabney,<br>Secretary of the Richmond Electoral Board,<br>Ophelia Daniels<br>Vice-Chairman of the Richmond Electoral Board<br>James Alcorn<br>Chairman, Virginia State Board of Elections;<br>, Clara Belle Wheeler<br>Vice-Chairman, Virginia State Board of Elections;<br>Singleton B. McAllister, Esq.<br>Secretary, Virginia State Board of Elections,<br>and,<br>Edgardo Cortes<br>Commissioner, Department of Elections | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendants.* | )<br>)<br>) |

## PLAINTIFFS MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY INJUNCITON

Plaintiffs J Alan Schintzius ("Schintzius"), along with Plaintiffs Antwanette Brown ("Brown"), Annquinnette Kenney ("Kenney"), Korvel Marby ("Mabry"), Phillip Ricks ("Ricks"), Sharon Smith ("Smith"), and Chevis Warren ("Warren"), (the last six collectively the "Signatory Plaintiffs"), by counsel, request this Court issue a temporary injunction requiring Defendants to provide the due process review required by the U.S. Constitution along with the Constitution of Virginia when the highly protected and important rights of political speech, ballot access, and candidate petitions and the right of association are at issue in matter before a government agency when such agency is acting under the color of state law. Defendants are relying on a process fueled by arbitrary and capricious actions, involving suspect interpretation and application of constitutional provisions, statutes and regulations, along with setting deadlines adverse to the exercise of important constitutional rights. Because of Defendants insistence on such a flawed process, the Signatory Plaintiffs have had their valid petition signatures disqualified, thereby denying their constitutionally protected rights and in turn resulting in Schintzius being denied of the constitutional right he earned to be listed on the November 8, 2016 general election ballot inasmuch as he met the qualifications for such ballot inclusion set by Virginia law.

Accordingly, Defendants should be enjoined from relying on such a flawed process, and furthermore enjoined from finalizing the election ballot until they provide the due process review required by the constitutional law of the United States  and the Commonwealth consistent with applicable other laws. Indeed had defendants merely expended a de minimus amount of time examining what they knew or should have known would be probative likely dispositive evidence in their sole possession or readily available to them – which they knew or should have known was not made available to Schintzius – they would have realized Schintzius had earned

the right to be on the ballot.

## I. INTRODUCTION

This action is brought in order to enjoin Defendants' from using an unconstitutional State policy and to require Defendants to provide Plaintiffs with the basic due process review regarding their decision to reject Schintzius petition to be placed on the ballot for the November 8, 2012 general election specifically the contest for the Office of Mayor of the City of Richmond.

On June 21, 2016, the General Registrar of the City of Richmond ("Registrar") sent Schintzius a late night email concerning the signatures on his petitions submitted by the June 14th deadline. The email informed him that his petitions had been deemed not to satisfy – in one specific aspect – the required number of signatures of qualified voters required by state law for him to have earned the right to be included on the November general election ballot. While Schintzius had satisfied the requirement for getting 500 signatures of qualified voters citywide, he had solely failed to get the 50 signatures required in each of the Richmond's 9 council districts. The email said Schintzius had failed to submit the necessary 50 signatures needed from the Eighth District. In that district, he was deemed to have only submitted 43 signatures of qualified voters. Thus no matter his success elsewhere, solely missing the required number of 50 in the 8th disqualified him from the general election ballot.

Having only 43 meant he had fallen 7 short. However, in considerable measure due to a 2012 case in Richmond Circuit Court involving a mayoral candidate then wrongly disqualified by these same institutional defendants [back then the Department of Elections had not been singled out in the statute and as now, it remains under the State

Board of Elections] from the ballot, the 2013 Session of the General Assembly added a new provision to § 24.2-506 of the Code of Virginia, ("Va. Code") 1950, as amended.

The new Va. Code § 24.2-506(C) gave a candidate disqualified from the ballot on account of submitting an insufficient signatures of qualified voters the right to a limited appeal to challenge one aspect of this disqualification. While this statute merely says the "consideration of appeal shall be limited to whether or the signatures on the petitions that were filed were reasonably rejected", the SBE has interpreted this to mean the candidate "bears the burden of proof in establishing that a sufficient number of signatures of qualified voters were timely provide." 1VAC20-30(G).

This is a subtle but potentially fundamental difference. But under any standard, a rejection can't be reasonable if it can be shown the REB – but not Schintzius – had access to probative evidence in the possession of the government that would have likely shown the rejection unreasonable: but the REB refused to consider it. This is unreasonable and a violation of due process for a government entity to refuse to consider such probative evidence especially if it can be shown such probative evidence is in the sole possession of its appointee – the Registrar – *Brisco v. Kusper,* 435 F. 2d 1046 (7th. Cir. 1970).

In terms of the scope of the limited review, the SBE GREBook guidance book for local registrars and local election boards, consistent with the plain meaning of the statute, correctly says the "scope of the appeal is solely on his invalidated petition signatures…[and] the candidate is not permitted to expand the appeal beyond the adjudication of invalid signatures." GREBook § 10.3.6.

The June 21st email set 9:00AM on June 27th as the mandatory deadline by which Schintzius had to formally file for the limited appeal hearing created by the statute.

Schintzius did in fact file for the appeal on or about that time as instructed. The email also said Schintzius would have to file his written evidence by the same Monday morning deadline. Schintzius likewise filed on this date. The instant matter is therefore the first case under this new statutory provision as regards a candidate for Mayor of Richmond. Upon information and belief, it is also the first case for any office in Richmond under this statutory addition. The State Board of Elections ("SBE'), pursuant to the statute, also promulgated regulations 1VAC20-50-30 and 1VAC20-60-20, addressing the new appeal process and signature disqualification respectively.

However, Va. Code § 24.2-506(C) clearly states the "candidate may appeal…within five calendar days of the issuance of the notice of disqualification." Va. Code § 1-210 provides the formula to calculate the "5 calendar day" period in the instant matter. § 24.2-506(C) additionally instructs the SBE to develop uniform procedures for the "conduct of the appeal" consistent with the new statutory provision.

As Plaintiffs have demonstrated in their complaint, Defendants, contrary to due process, acting arbitrarily and capriciously, denied Schintzius the time provided by law to gather the evidence the government said would be required of him to prove his case. Moreover, in an even more blatant denial of due process, the government officials in charge of the hearing – the members of the REB - refused to consider crucial probative evidence, likely to be determinative,  in the sole possession of the Registrar, their appointee and at all times required to carry out "duties" proscribed by the electoral § 24.2-114 (18). Moreover, the REB knew or should have known this evidence was not made available to Schintzius. Finally the REB hearing process had the Registrar as the *de facto* chief witness against Schintzius, yet didn't allow Schintzius to have access to this potential crucial evidence, namely the signatures on the registration materials filed by all the Plaintiffs in this case and those others similarly situated

with the Registrar upon becoming a voter in Richmond. Such denial violates due process. *Brisco, supra.* Indeed the REB followed the Registrar's recommendation and affirmed the previous disqualification of Schintzius from the ballot although agreeing with the Registrar to count an additional 3 signatures previously disqualified. But since this still left the count at 46, Schintzius remained disqualified from the ballot having fallen below the 50 minimum signatures of qualified voters required in the Eighth District.  Accordingly, Defendants failure to provide the due process review required by the U.S. Constitution, further compounded by the failure of the Defendants to adhere to the strictures of state law and regulation when dealing with these protected rights, threatens the integrity of the upcoming City of Richmond Mayoral contest. Because of the rapidly developing statutory deadline for the printing of the general election ballot, Plaintiffs seek a temporary injunction enjoining Defendants' from printing this ballot until they have provided the basic due process review consistent with the constitutional commands as amplified by state law.

This is consistent with the action taken by this Richmond Circuit Court in 2012.

## II. BACKGROUND

### A. The Parties

Plaintiff Schintzius is an independent candidate for mayor in the City of Richmond who has been denied the right to appear on the ballot. Plaintiffs Brown, Kenney, Ricks, Mabry, Smith, and Warren were at all times citizens of the United States and citizens of the Commonwealth of Virginia, all easily found on the Virginia voter registration system where they are listed in active status, all with "registration addresses" associated with their name on the

system. These "registration addresses" are in the 8th council district. As demanded by the state-mandated petition form, the Plaintiffs all truthfully gave the requested "residence address" in the column entitled "residence addresses." There is no column for "registration addresses" on the state petition form. The petition also required they date the petition to show the signature had been collected within the appropriate statutory window. All signatures were collected in a timely fashion. Thus the Plaintiffs completed, truthfully and on time, all the petition requirements as defined state, making them "qualified voters" for signing and their signatures counted. Va. Code § 24.2-101, 506(A). Their signatures were however all disqualified, leading to Schintzius' being denied a spot on the ballot.

Defendant J. Kirk Showalter ("Showalter" or "Registrar") is the General Registrar for the City of Richmond. Showalter is responsible for verifying petitions of candidates for office in Richmond and must submit the results of her verification to the Richmond Electoral Board ("REB"). Defendants Stevens, Daniels and Dabney are respectively the Chair, the Vice-Chair and Secretary of the REB. The REB is responsible for appointing and removing the Registrar and for conducting elections. Va. Code § 24.2-109. REB also reviews the Registrar's performance.  § 24.2-109.1. The REB additionally has the authority to assign the Registrar duties to insure the accuracy and fairness of any action carried out by her office. Va. Code § 24.2-114 (18).

Defendants James Alcorn, Clara Wheeler and Singleton McAllister are respectively the Chair, Vice-Chair and Secretary of the State Board of Elections ("SBE"). The SBE is the chief election authority in Virginia, and responsible for the administration of state laws affecting voting, petition signing and for assuring that the elective process in the

Commonwealth is conducted in accordance with the law. Id. § 24.2-102-103. The SBE is charged as follows:

> The State Board, through the Department of Elections, shall supervise and coordinate the work of ...electoral boards and of the Registrars....It shall make rules and regulations and issue instructions and provide information consistent with the election laws...to the electoral boards and registrars to promote the proper administration of election laws.

Va. Code § 24.2-103(A).

Defendant Edgardo Cortes is the Commissioner of the Department of Elections. The SBE works through the Department of Elections to coordinate their work with local registrars and election boards.

The SBE's guidance documents state the SBE, through the Department of Elections, is responsible for "(v)erify(ing)accuracy of electoral boards; candidate certifications." SBE GREBook § 10.2.2. Local registrars and electoral boards work in concern with – and under the supervision of – the SBE. In accordance with its statutorily mandated duties generally and § 24.2-506(C specifically, the SBE promulgated state regulation 1VAC20-50-30 relating to the conduct of the appeal hearing held on June 30th, and state regulation 1VAC20-60-20 discussing matters directly relating the acceptance or disqualification of a petition signature. In addition, the GREBook discusses matters relating to acceptance or disqualification of petitions or petition signatures. GREBook § 10.2.5-10. The GREBook also addresses how candidates are to be notified for having been disqualified for allegedly failing to submit a sufficient number of signatures from qualified voters and what happens next in terms of a possible appeal hearing. GREBook§ 10.3.5-8.

**B. Requirements for Qualification as an Independent Candidate for Mayor.**

In addition to compliance with Chapter 5 of Title 24.2 of the Code of Virginia, persons seeking to be placed on the ballot for mayor must "file with their declaration of candidacy a petition containing a minimum of 500 signatures of qualifier voters of the city, to include at least 50 qualified voters from each of the nine election districts." City Charter § 3.01.1. Pursuant to § 24.2-507(1), petitions to qualify for the general election ballot must be submitted by the second Tuesday in June. Schintzius timely met this June 14th filing date for petitions and other documents required to be filed by a candidate seeking a place on the ballot for Mayor.

## C. Rejection of Schintzius' Petition Signatures

The June 21st email acknowledges that Schintzius had filed his petitions and other paperwork by the required due date. It further said these petitions had been found to have 670 signatures of qualified voters spread out across the city, more than enough to satisfy the citywide requirement in the City Charter. However, 50 signatures of qualified voters also required in each of the city's nine council districts. City Charter § 3.01.1 As previously indicated, the June 21 email said the *initial* review conducted by the Registrar's office had found sufficient signatures in all districts except one: only 43 acceptable signatures were found for the 8th district. This 7 signature deficit therefore disqualified Schintzius from the ballot. In making this determination, the signatures of Brown, Kenney, Mabry, Ricks, Smith and Warren, among others, had been disqualified and thus not counted even though they had accurately followed the instructions on the state-mandated petition form (a copy of the petitions are attached as Exhibit A).

The June 21 email further informed Schintzius of his right, as a candidate disqualified from the ballot on account of insufficient signatures, to appeal this disqualification to the REB. The email set out certain mandatory requirements, procedural and evidentiary, that

Schintzius would be required to meet by no later than 9:00AM on June 27th. It further said June 30th had been set for any hearing at the time and place provided, should Schintzius file a formal request for the limited hearing afforded by state law.

Schintzius did file for the limited hearing on at or about the June 27th deadline. He further filed at the same time, as required by the email, the particular "written evidence" demanded by the REB to support his claims.

The REB, assisted by the Registrar, met on June 30th as scheduled. As previously noted, Va. Code § 24.2-506(C) says the "consideration on appeal *shall be limited* to whether or not the signatures on the petitions that were filed were *reasonably rejected* according to the requirements of this title and the uniform standards approved by the State Board for review of petitions." *Id.* (Emphasis added).

The REB didn't allow any new evidence discovered after the 9:00 AM June 27th deadline to be presented at the hearing. The REB further adopted the recommendations of the Registrar at all times, and upon information and belief, did not perform any of the due diligence or independent review of the evidence readily available to them in order to determine whether the Registrar had made mistakes in disqualifying a signature (a copy of the Registrar's written explanation for the recommendations are included in exhibit B). The definition of "reasonably rejected" is not found in Va. Code § 24.2-506C, or anywhere else in Title 24.2, the election law section, of the Code of Virginia.

However the SBE regulation written pursuant to Va. Code. § 24.2-506(C) says "(t)he candidate bears the burden of proof in establishing that a sufficient number of signatures from qualified voters were timely provided." 1VAC20-50-30(G). The SBE's GREBook, containing general guidance for on procedural and evidentiary matters for local

registrars and electoral board, says the "candidate bears the burden of proof in establishing sufficient evidence to overturn a disqualification decision." § 10.3.6. It further says "(t)he scope of the appeal is solely on his invalidated signatures. The candidate is not permitted to expand the appeal beyond the adjudication of invalid signatures." § 10.3.6.

Therefore the limited hearing provided Schintzius did not allow him to raise any of the constitutional or other legal issues herein cited and addressed by the Plaintiff's complaint nor this application for a temporary injunction. Moreover, despite imposing on Schintzius the burden of proof, he wasn't allowed at the June 30th hearing to introduce any evidence not submitted by the June 27th morning deadline or even point out that the REB actually had in its possession, or readily available to it at all times since June 14th, probative crucial evidence likely to show his disqualification had resulted from the unreasonable disqualification of signatures contrary to the standard in Va. Code § 24.2-506(C).

Schintzius did request the REB not to rule on the June 30th and extend the time to ensure the right decision was made. The REB refused.

The REB made its ruling on June 30th. Three (3) previously disqualified signatures were counted upon the recommendation of the Registrar based on the evidence submitted by Schintzius. This now gave Schintzius a total of 46 (the 43 initially accepted and now 3 more accepted at the hearing) signatures of qualified voters. Having therefore found him still 4 short of the 50 threshold, they reaffirmed the decision to disqualify him from the ballot. They evidentially decided he had not carried the burden of proof assigned him by the SBE regulation. However, considering the REB's evidentiary rules, and the failure to review the probative, crucial and likely dispositive evidence in the sole possession of the Registrar – their

appointee – it is clearly not a reasonable exercise of governmental authority when highly protected constitutional rights are at issue.

§ 24.2-506(C) says the REB's decision "shall be final and not subject to further appeal." 1VAC20-50-30 is to the same effect saying that "(a)ll determinations of the board before which the appeal is being heard shall be considered final and not subject to further appeal." In the same vein, the "(t)he outcome of the appeal is final and not subject further challenge" declares GREBook § 10.3.6.

Accordingly, at no time, did the serious matters of constitutional and statutory law, involving protected rights including those protected by the 1st and 14th Amendments to the U.S. Constitution and Article 1 of the Constitution of Virginia, raised by the Plaintiff's complaint and application for a temporary injunction, receive any attention, much less any determination, by the REB or the SBE. Indeed, the SBE said state law prohibited any such consideration. Upon information and belief, no attorney representing the REB or SBE attended the June 30th meeting.

D. **First Case under New 2013 Hearing Law Involving a Candidate for Mayor of Richmond**

In 2012, this Court had occasion to hear a case brought against these same institutional defendants – the General Registrar of Richmond, the Richmond Electoral Board and the State Board of Elections – seeking review by a candidate for Mayor of Richmond wrongfully disqualified from the ballot. Certain similar constitutional and other concerns were raised during the course of that matter. The Court granted the petition for temporary injunction and allowed the disqualified mayoral candidate to present evidence to the Registrar and REB to show signatures previously disqualified signatures were actually valid signatures of qualified voters that should have been counted. After reviewing the Plaintiff's evidence as required by due process, the

Registrar continued to insist the candidate had not submitted sufficient signatures to qualify for the ballot. The Court then held an emergency hearing at the request of the Plaintiffs where the Plaintiffs challenged the Registrar's continued refusal to accept the evidence showing the candidate submitted a sufficient number of qualified signatures to earn a spot on the ballot. After hearing arguments on the evidence and the law from both sides, the Court overruled the government's decision to disqualify the candidate. The court found the candidate had indeed submitted a sufficient number of signatures from qualified voters. It ordered the candidate to be listed on the general election ballot.

The new law contained in Chapter 684 of the Session Laws of the 2013 Session of the General Assembly was aimed at preventing candidates from being wrongfully disqualified due to the failure by local election officials to properly consider all the likely probative evidence. In addition, Chapter 684 added a last sentence to the definition of "qualified voter" for "purposes" of having a signature counted on a petition. This new provision has likewise never been subject to review in a case of a candidate disqualified from the mayoral ballot in Richmond, or upon information and belief, any candidate since being enacted.

Accordingly, it is important to ensure that this new statute isn't used by government officials to shield even the most such egregious due process errors.

**E. The Urgency of the Present Situation**

Under § 24.2-612, printed ballots must be available for absentee voting not later than 45 days prior to the November general election. The upcoming election is November 8, 2016, which means printed ballots must be available on or before September 24, 2016. Based on the representations made in the 2012 matter, and upon information and belief, final proof of the ballot, including changes from the initial proof, will be sent to the printer on or around

September 8th, 2016. Unless the review requested by this Motion is performed prior to this deadline, or Schintzius' is ordered onto the ballot, his name cannot appear on the November 8th, 2016 ballot.

## III. ARGUMENT

In this circuit, although there appears to be no Virginia Supreme Court cases directly setting a finite standard, to get a temporary injunction, Plaintiffs must show (1) they are likely to succeed on the merits, (2) they ae likely to suffer irreparable harm in the absence of preliminary relief, (3) a balance of the equities tips in favor of the Plaintiffs, and (4) an injunction is in the public interest. See *McEachin v. Bolling*, No. CLII-5456, 2011 Va. Cir. LEXIS 189 (non-suited 2/28/12), and more generally, *Winter v NRDC*, Inc. 555 U.S. 7, 20 (2008.)

### A. Plaintiffs are Likely to Succeed on the Merits of Each of Their Claims

1. *Signatory Plaintiffs are likely to succeed on claim that Defendants Are Violating Their Rights under the First and Fourteenth Amendments.*

"[A] citizen's signing of a petition [is] 'core political speech'" protected by the First Amendment. *Nev. Comm'n on Ethics v. Carrigan*, 131 S. Ct. 2343, (2011) [quoting *Meyer v. Grant*, 486 U.S. 414, 421-22 (1988)]. State action imposing burdens on political speech are subject to strict scrutiny, while those imposing lesser burdens are subject to less review. **Timmons v. Twi Cities Area New Party,** 520 U.S. 351 (1997); *Burdick v. Takushi*, 504 U.S. 428 (1992).

In terms of the likelihood of success on the merits, the facts need only to be presented in a straightforward narrative to show Plaintiffs are likely to succeed on the merits. Schintzius wanted to be listed on the ballot as a candidate for Mayor for the City of Richmond. All candidates are independent, it is a non-partisan election. Va. Code § 24.2-506(A)  says a

"candidate for any office, other than a party nominee" cannot qualify for the ballot "unless he shall file…a petition…on a form prescribed by the State Board, signed by the *number of qualified voters* [specified for that particular office]…and listing the residence address of each such voter." (Emphasis added). The date of the signature is also required but if left off, it can be presumed from the dates of other signers on the same petition page. Thus the "signature" and the "residence address" are the fundamental information that must appear.

Unfortunately, there is a "gotcha" provision, known by state election officials, but unknown to citizens, that fools and entraps voters as they try to exercise highly valued and supposedly protected core political rights. But let's not get ahead of the narrative.

Schintzius spent weeks getting these signatures of qualified voters and had them put down the requested "residence address", the term understood in common parlance to mean where the voter currently resided. The definition of a "qualified voter" is found in Va. Code § 24.2-101. The term had been clarified, for purposes of petition signing, by Chapter 684 of the Session Laws of the 2013 Session of the General Assembly. At the time, a "qualified voter" had the following qualifications. He or she had to be "citizen of the United States." Article II, § 1 of the Constitution of Virginia. He or she had to be of voting "age." Va. Code § 24.2-101(i), to the same effect Article II, § 1 of the Constitution of Virginia. He or she had to be "a resident of the Commonwealth and of the precinct in which he offers to vote." § 24.2-101(ii), to the same effect Article II, § 1 of the Constitution of Virginia. He or she had to be "a registered voter" on the Virginia voter registration system. § 24.2-101(iii) and to the same effect, Article II, § 1 of the Constitution of Virginia.

Signing a petition is of course different than "offers to vote." In that regard, the 2013 amendment to the definition of "qualified voter" in Va. Code § 24.2-101 added this final sentence copied here in pertinent part:

*"[f]or purposes of determining* if a signature on a petition *shall be included in the count* toward meeting the signatures of any petition, "qualified voter" shall include only persons maintained on the Virginia voter registration system (a) with active status)…"Id . (Emphasis added).

All the Plaintiffs in this case were maintained on this system in active status. All the Plaintiffs truthfully listed their residence address on the state mandate petition form as requested by state election officials. All six were therefore qualified voters for purposes of signing the petition since they were registered voters on Virginia voter registration system, of voting age, citizens of the United States, and had residences in the precinct where the offered to sign the petition.

So you ask: Why weren't they counted?

Plaintiff Rick's situation is different than the other 5 since his signature was deemed unreadable and presumably the same for the residence address since the *initial* review by the Registrar said the information on the petition made him impossible to identify. Self-evidentially this isn't true. But let's put his situation aside, since if the other five Signatory Plaintiffs are qualified voters, then the 50 signature threshold will have been met and the failure to count Ricks will not matter.

Indeed the gravamen of the unreasonable and unconstitutional mistakes made by Defendants comes down to the common circumstance leading to the unjustified disqualification of Plaintiff Brown, Kenney, Mabry, Smith and Warren. They followed the

instructions on the state-mandate petition form required by defendants. They followed the mandate of § 24.2-506(A). They signed in a legible fashion. They entered their "residence address" as required. The signature satisfied the date requirement in state law.

In other words: They did everything Virginia election officials asked them to do.

So what's the "gotcha" catch? At all times, Virginia election officials are aware many tens of thousands of Virginians move but don't update the address information associated with their name in the Virginia voter registration system. We live in a mobile society. Associated with every Virginian on the Virginia voter registration system is his or her "registration address", that it is to say the address listed for their name on the system. It is the prior residence address.

Brown, Kenney, Mabry, Smith and Warren were among these many tens of thousands of individuals who had moved but not yet updated their "registration address" on the Virginia voter registration system to reflect their current residence addresses. Thus, by truthfully answering the petition form and putting down their current "residence address", they faced a technical dilemma unknown to them created by the state-mandated petition form. The state at all times had the opportunity of warning petition signers of what might happen if the "residence address" on the petition form differed from their "registration address" on the Virginia voter registration system. The state always had the option of either providing a place on the petition for those voters to also indicate their registration address, creating another form to be filled out by voters in Brown, Kenney, Mabry, Smith or Warren's position to allow them to provide whatever information the Registrar and REB wanted, or include an advisory clear

warning on the petition telling signers their signatures might not count if they didn't update their voter file information by the time the petitions were reviewed.

Despite all these options, the state did: nothing. It has long been constitutional law that these kinds of technical, unknown, "gotcha" type rules and other similar s for disqualifying signatures violate due process. See, e.g, *Brisco supra.* First amendment core political rights are high protected and a state must take strides not to burden them with procedures lacking any legitimate state purpose or compelling reason especially when citizens are not informed. This is basic constitutional law. It isn't fair. In ***State ex rel. Scott v. Franklin City Board of Elections,*** 136 Ohio St. 3d 171 (Ohio Sup. Ct. 2014), the Ohio Supreme Court found that give the election board' responsibility to "certify the sufficiency and validity of petition", that as "part of that duty, boards must compare petition signatures with voter registration cards to determine if the signatures are genuine." *Id* at 173. Furthermore, Justice Kennedy said in a concurring opinion that it is "fundamentally unfair, and an abuse of discretion, to tell voters that a "signature" will be acceptable and then invalidate some of those signatures because they don't satisfy narrower, undisclosed criteria." *Id* at 174.

When it comes to signing a petition, the state form has a known but unaddressed "gotcha" provision costing Plaintiffs in this case their constitutional right of core political speech in turn leading to Schintzius being denied the constitutional right he had earned to be listed on the ballot.

Why does it happen?

When *initially* reviewing the petitions timely submitted by Schintzius, the Registrar – and this is apparently true of registrars across the Commonwealth – didn't check the signatures even though the signature is the focal point of the state law since making a ballot

depending on meeting the signature-count requirement for the office sought. *See* Va. Code § 24.2-506(A) (1-7). Checking signatures could be easily be done since the local Registrar of each of the jurisdictions keeps the voter's registration materials containing the signatures of all voters. This is true of the Registrar in the instant matter. These registration materials would therefore contained signatures that could be matched to the signatures on the petitions of people with the same name.

Yet Plaintiffs concede that *initially* failing to check petition signatures serves a legitimate state purpose. There is no evidence of widespread fraudulent signatures. Thus the time and resources necessary to check every signature against the registration materials in a city the size of Richmond for example isn't a prudent expenditure of resources. Admittedly some fraudulent signatures may go undetected. But this failure to check any signature doesn't produce a due process violation at this *initial* stage of petition review.

Moreover, there is also the "residence address" information on the petition form provided by the signer. It is reasonable for the state to have the following policy:  if Jane Doe signs her name on a petition listing XYZ street as a "residence address" and the Virginia voter registration system lists a Jane Doe at the same XYZ street, then it will be assumed the two names are one and the same for petition signing purposes. Thus counting her signature without checking is a reasonable state policy for the *initial* stage in the petition review process. When the "registration" and "residence" addresses match, it is reasonable to automatically account the signature as from a "qualified voter" as defined in § 24.2-101 for purposes of § 24.2-506(A), the same for the requirements under Richmond City Charter § 3.01.01. Automatically counting a signature where the "registration address" matches the "residence address" doesn't violate due process.

Notice therefore had Plaintiffs Brown, Kenney, Mabry, Smith and Warren not been truthful – and instead put down on the petition form their "registration address" in the box for the "residence address", their signatures would have been automatically counted! The Registrar would have simply checked the Virginia voter registration list, assumed the petition information to be accurate, and since both addresses matched, counted all 5 signatures. Schintzius would now be on the ballot even though those voters had not satisfied the petition requirements of § 24.2-506(A).

A Registrar has no way to know, or cheaply found out, if a signer in fact moved from his or her registration address. Accordingly, it is reasonable for state policy to tell a Registrar, during the *initial* review of a petition signature, to assume the "registration address" is the "residence address" for purposes satisfying the petition requirements in § 24.2-506(A).

Admittedly election officials do know any number of people will put down the "registration address" when it is not their "residence address." But as indicated previously, trying to determine such information would be a huge waste of resources. Moreover this doesn't create any due process problems in the *initial* stage.

Therefore, in terms of the Registrar's *initial* review, it is understandable that Plaintiffs Brown, Kenney, Mabry, Smith and Warren were *initially* disqualified. They had truthful put down the "residence addresses" as requested, but were listed on the Virginia voter registration system under their non-updated "registration address." Since the petition form had not alerted Plaintiffs to the "gotcha" result, they had not seen any need to update their registration with the mayoral election still months away. This is the same basic rationale used by the Attorney General of Virginia in deciding voters should be counted on petitions at their "residence address." *See 1974-1975 Report of the Attorney General 159 [Collection of official*

*opinions for this period].* This is also consistent with the definition of a "qualified voter" in Va. Code § 24.2-101. .

Thus this *initial* review found only 43 countable signatures in the 8th District from qualified voters. However, there were many signatures like the Plaintiff's – from qualified voters moving within the 8th district - whose identifies were rather easy to determine with a de minimus amount of work by election officials charged with protecting constitutional rights.

For example, take the situation of Antwanette Brown. There is only one Antwanette Brown on the Virginia voter registration system with an 8th district registration address. The odds therefore of someone other than her with the same name signing Schintzius' petition and listing a "residence address" in the 8th district albeit are slim and none. Had she put down her registration address instead of residence address, she would have been considered a qualified voter – which she is – for purpose of signing a petition and her signature automatically counted.

Therefore, while it might be reasonable to *initially* put her signature in the file of individuals who may be qualified voters but can't be identified at the initial stage, the analysis drastically chances when a candidate is only 7 short of the required number to qualify for the ballot. It would take a de minimus effort for a government official, tasked with protecting and insuring core political rights, to check the office files to determine if the signature on the petition matched the signature in the Registrar's registration materials for the only other Antwanette Brown listed in the Virginia voter registration system with an 8th district address.

At all times, Ms. Brown had followed the instructions on the state form. She met the requirements of § 24.2-506A and the definition of a "qualified voter" for "purposes of …determining if a signature …shall…count."

At no point had she done anything wrong, quite the opposite: she had done everything right in terms of what the state requested on the petition form. Ms. Annquinnette Kenney, the mother of Ms. Brown, Korvel Mabry, and Mr. Chevis Warren are likewise unique names on the Virginia voter registration system with 8th district registration addresses.

Upon information and belief, the Registrar never checked their signatures despite the small effort required. Moreover, Schintzius is not allowed access to the registration materials in the sole possession of the Registrar to check either. He can't force the Registrar to do it.

Accordingly, while the  policy of initially not checking signatures is reasonable, it is totally unreasonable and in violation of due process for a government official in sole possession of perhaps the best probative evidence to refuse to check such signatures to prevent a unconstitutional denial of core political speech rights. Such a refusal serves no legitimate state interest or any compelling reason. ***Briscoe v. Kusper,*** 435 F. 2d. 1046 (7th. Cir. 1970).

Indeed, Briscoe stated that an electoral "Board must grant access for inspection … [to] records relied upon by the agency in reaching its decision." *Id* at 1056. If an electoral board must grant access to information used to decide whether to count or not count a particular signature, why should it be allowed to withhold such information by failing to check it? As the saying goes, a decision not to do something is actually a decision to do something. A failure to act is still action.

Plaintiffs expect defendants to argue that their refusal, even if it violates due process, is cured by the fact Schintzius had the opportunity to challenge their violate of due process at the appeal hearing granted by Va. Code § 24.2-506(C).

That is smoke and mirrors. The REB demanded he file his appeal and all his written evidence with "affirmation" by 9:00AM on June 27th. But as shown in the Complaint, the state statute gave him "five calendar days to appeal". As shown in the Complaint, this gave him to at least until 11:59PM on June 27th, to file, and thus the same amount of time to collect evidence assuming – which Plaintiffs vigorously contest in the Complaint – the REB has the right to cut-off evidence gathering in that fashion or dictate that type of evidence. Va. Code § 24.2-506(C) clearly states "the consideration on appeal shall be limited to whether or not the signatures on the petitions …were reasonably rejected." How does reducing the statutory time to collect evidence assist in making reasonable administrative decisions of this type?

Moreover, the REB may have violated Schinztius due process review rights even more drastically. Even the SBE concedes Va. Code § 24.2-506(C) says that the "proper body to which the appeal notice was given shall establish the time and place of the appeal…and convey this information immediately to the candidate." 1VAC20-50-30(F).

But here, the REB set the date of the hearing *prior* to Schintzius' formal appeal and imposed their 9:00AM, June 27th cut off dates so they could hear the matter on June 30th. But as indicated, Schintzius had until 11:59PM on June 27th to file an appeal. This would have meant the REB couldn't set the hearing date until meeting on June 28th. Based on 1VAC20-50-30G.1 saying a candidate needed to submit a list of challenged signatures no later than "two business days" before a hearing, this would have meant the REB couldn't have heard the case no earlier than July 1st. Why? The "business day" on June 27th ended at 5:00PM. Thus, the REB

couldn't have met to establish the hearing date until the next business day on June 28th. Thus they would need to set the hearing no earlier than July 1, 2016, to be consistent with the SBE regulation. Accordingly, their arbitrary and capricious violation of due process denied Schinztius, by this fair analysis, the better part of two different days of primer evidence gathering time. This is a huge slice off the statutory time allotted. It is a clear violation of the due process demanded by applicate state law.

The REB process further denied Schintzius the right to present any evidence uncovered between June 27th and the hearing in the afternoon of June 30th no matter its probative value. The REB knowingly or through incompetence failed to review surely probative and likely dispositive evidence in the sole possession of its appointee, the Registrar. Indeed, at the hearing, they allowed the Registrar to operate as the de facto leader of the effort to get Schintzius wrongfully thrown off the ballot. This is disturbing administrative behavior from election officials especially.

Indeed, the lack of due process is illustrated by the review of Plaintiff Smith. The Registrar, in her written notes given to the REB, admits Ms. Smith is a qualified voter. (See Exhibit B). However, commenting on the evidence submitted by Schintzius, the Registrar notes that "the appellant failed to identity the page and line number that the voter signed." Schintzius had inadvertently not included in the written material where Smith had signed: page 39, line 5. At the hearing, he offered to point it out.

The REB refused to let him. The Registrar's written notes say it "is recommended this signature not be accepted unless it can be verified that this individual actually signed the petition." Let's understand what the Registrar is saying: even though Ms. Smith has submitted an affidavit saying she signed the petition, even though Schintzius is willing to show

them where she signed it, and even though the Registrar concedes she is qualified voter in the 8th district, the REB, on the recommendation of the Registrar not only refuse to count her signature but self-evidentially they refused to take the de minimus steps necessary to "verif[y] that this individual actually signed the petition" by checking the signatures in the registration records.!

At all times, government officials were in possession of information that could would have showed, or was likely to show, that Schintzius had indeed earned a constitutional right to be on the ballot. Accordingly, it is clear Plaintiff's will prevail on the merits here since they all meet the statutory requirements for qualified voters for purposes of signing a petition of candidacy.

### 2. Schintzius is Likely to Succeed on His Claim That Defendants Are Violating His Rights under the First and Fourteenth Amendments.

Plaintiffs incorporate the previous pages as if set forth herein on the same germane points. Schintzius has a first Amendment right to have his name appear on the ballot when he has presented a sufficient number of signatures. See generally *Anderson v. Celebreeze*, 460 U. S. 780 (1983). See also *Briscoe, supra* at 1053-1054 "(a)ccess to official election ballots represents an integral element in effective exercise and implementation of...activities," protected by the First and Fourteenth Amendments.

Schintzius also has a right to circulate a petition, which the Supreme Court has recognized constitutes "core political speech." *Meyer, supra*, at 442. This right is independent from Schintzius' right to appear on the ballot because circulating "ballot petitions and its concomitant political dialogue are protected speech under the First Amendment. *Libertarian Party of Virginia v. Judd,* 851 F. Supp. 2d 719, 724 (Dist. Ct, Ed of Virginia, 2012). Indeed, "First Amendment protection is 'at its zenith'" when it comes to this form of speech. *Independence Inst. V. Buescher,* 718 F. Supp. 2d 1257, 1273 (D. Colo.2010).

Severe burdens on Schintzius' political speech are subject to strict scrutiny while regulations that impose lesser burdens are subject to less stringent review. *Lux, supra*, at 901. However under any standard, the burdens imposed by the state, having produced a manifestly unjust disqualification of signatures by qualified voters under state law, violates his rights under the First and Fourteenth Amendments.

### 3. Plaintiffs are likely to succeed on the claim the State's mandated Petition form violates their First and Fourteenth Amendment Rights.

Plaintiffs incorporate the previous pages as if set forth herein on the same germane points. Plaintiffs truthfully filled out the information mandated on the State petition form. The form asks for the voters "resident" address. Plaintiffs of course knew their registration address, which was their former resident address. They had several months to update this address before the November Election.  Had Plaintiffs been untruthful – and filled out the form with the registration address – the policy of the Registrar and the REB would have been to count them without any question! Thus, for being truthful, the state is denying their constitutionally protected core political speech through a process denying due process of law.

Even defendants will concede such a burden on "core political speech" must be judicially reviewed under the strict scrutiny standard. ***Burson v. Freeman***, 504 U.S. 191, 197-198, (1992). Trapping honest citizens with technical games violates due process. See, e.g., ***Briscoe,*** supra. At all times, defendants had an easy, low cost and readily set of options to prevent Plaintiffs from falling unknowing victims to this unknown, highly technical issue. The *Briscoe* court said that "{w[e hold [the] Board of Election Commissioners of the City of Chicago may not enforce strict and technical standards which have not been definitively stated" in a manner that unfairly denies core political rights such as petition signing. Surely something too sneaky even for Chicago's legendary sneaky politics isn't acceptable in Virginia.

At the appeal hearing, the Registrar admitted that for purposes of reviewing signatures, the *registration* address, not the *resident* address requested on the form, is paramount. (See Exhibit B). Knowing this, Defendants failed to warn signers about this technical rule, not apparent from the controlling Va. Code § 24.2-506(A) on petition requirements. Then defendants relied on a limited appeal process which made it as hard as possible for Schintzius to provide the additional information the REB now demanded due to their flawed petition form.

After this limited hearing, defendants found Schintzius 4 short of the required 50 signatures needed in the 8th district to qualify for the ballot. Plaintiff's Brown, Kenney, Mabry, Smith and Warren had their valid signatures disqualified because they correctly put down the "residence address" demanded on the form not the "registration address." Thus, at all times, defendants knew that it would have taken the Registrar and the REB a few minutes effort to compare the signatures on the petition with those in the Registrar's registration file especially since 4 of the names where unique. Indeed, Ms. Brown and Ms. Kenney had the same "registration address" in the 8th and had signed the same "residence address" in the 8th on the petition form.

To the extent defendants would suggest the right of a limited appeal cures any constitutional and statutory problems with the "gotcha" petition form, their actions in limiting Schintzius time to gather probative evidence, to present evidence and their failure to review probative likely crucial evidence, in the sole possession of the registrar, belies any such "cure" as a matter of constitutional law. *Briscoe, supra.*

### 4. Plaintiffs Are Likely to Succeed on their Claim That Defendants Have violated their Due Process and Equal Protection rights.

*a. Due Process - As to general process*

Defendants have employed a scheme which provides no review whatsoever of even the most egregious constitutional and statutory rights, plus a skewed limited review of the government's evidentiary errors in disqualifying the signatures of otherwise qualified voters who meet all the requirements for the purposes of signing petitions but are being disqualified for not providing information never requested on the state mandated petition form. The Electoral board in *Briscoe, supra* also provided a limited method of review that prevented candidates from having all the available evidence, especially the evidence in possession of the person trying to know them off the ballot – in this instant matter the Registrar – to show the wrongfulness of disqualifying the Plaintiffs signatures. The *Briscoe* Court held that this "practice prevented any meaningful adjudication and violated the Due Process Clause of the Fourteenth Amendment." *Id* at 1057.

Accordingly Plaintiffs are likely to succeed on the merits.

*b. Due Process – As to uneven application*

The scheme created by the defendants creates three separate categories of voters who have a current "resident address" different from their "registration address" on the Virginia voter registration system.

The (1) first category are those signers smart enough to game the system, and write on the form the "registration address" attached to their name on the Virginia voter registration system that isn't their actual "resident" address. Technically they haven't satisfied the petition requirements in Va. Code § 24.2-506 since the law requires the residence address to be on the petition form. Moreover, according to Defendants rationale for disqualifying Plaintiffs Brown, Kenney, Mabry, Smith and Warren, anyone who has moved from their "registration"

address only remains a qualified voter if he or she moved within a particular time period although the precise contours of this time frame are unclear to Plaintiffs since we are unaware of any full written explanation from the Registrar available for review. Defendants know there are any number of people who therefore have moved but game the system by the way they filled out the petition. However, Defendants count the signatures of those gaming the system except on rare occasions even though Defendants know they are not in compliance with Va. Code § 24.2-506.

Category (2) two are those signers who put down on the petition form a "resident" address which is different than their "registration" address on the Virginia voter registration system, but both such addresses are within the same precinct. 1VAC20-60-20(E) (3) says the signatures of these otherwise qualified voters should be counted as long as the "signer can be reasonably identified as the same registered voter." Again, the "move" date is mentioned.

.

Category (3) three are for signers like Plaintiffs Brown, Kenney, Mabry, Smith and Warren who listed a "resident" address in the 8th district on the petition as requested, but whose "registration" address on the Virginia voter registration has yet been updated to reflect the resident address. Their signatures are automatically disqualified and thus not counted. Moreover, in order to be counted, the Registrar and the REB insisted on knowing the date when they moved from their "registration address." The defendants, upon information and belief, seem to be imposing Va. Code § 24.2-401 *voting* analysis on *petitioning* signing. The need to satisfy the defendants "move" date isn't referenced in Va. Code § 24.2-101, or 506(A) as germane to petition signing. But assuming *arguendo* an otherwise qualified voter loses his or her petitioning rights based on the date of their having move from their "registration address", the Defendants

are applying it an arbitrary and capricious fashion in violation of due process. Indeed, in referencing the "move date" requirement in the Helpful Hints document, the document references Va. Code § 24.2-521, However, this statute applies to primaries, not a general election ballot. It isn't germane in any case.

Due process requires similarly situated citizens to have their core political rights assessed in a fair and uniform fashion. First, as discussed in the Complaint, Plaintiffs Brown, Kenney, Mabry, Smith and Warren all seemly satisfy the Registrar's "move" date requirement as best they under it under Va. Code § 24.2-401. Secondly, the 8th council district of Richmond is not a big area. There is nothing magical in terms of rejecting or counting petition signatures based on whether someone moved a few blocks away to a new residence address in the same precinct or moved the same few blocks in a different direction across an arbitrary precinct line. There is no legitimate state purpose therefore in automatically counting those who are presumed to have moved in Category (1) with no regard to a "move" date, to likewise count those in Category (2) who move inside the same precinct without regard to a move date, but as for Category (3) to use a "move" date to deny protected constitutional rights.

Moreover, Va. Code § 24.2-101 says a "qualified voter" for purposes of signing a petition is someone who is listed in active status on the Virginia voter registration system. The law, sensibly, wants to protect the petitioning rights of otherwise qualified voters who have weeks indeed months to update registration addresses. Citizens are not supposed to be denied such rights due to any technicalities much less mistaken ones.

There is nothing in state law which says voters in active status in the Virginia voter registration system with a registration address in the 8th district of Richmond, and who are still living in the 8th district except having moved to a new residence address, are not

allowed to sign a petition and be counted towards the signature requirement unless they satisfy a "move" date. In terms of due process, the "move" date is arbitrary and capricious, a technical requirement that cannot justify its unreasonable burden on core political rights.

### 5. Plaintiffs are Likely To Succeed on their Claim that the Richmond Electoral Board Failure To Check The Actual Signatures Violated Their First and Fourteenth Amendment Rights.

Va. Code § 24.2-506(A), applicable to the contest for Mayor by § 3.01.1 of the Richmond City Charter, says in pertinent part:

> "The name of any candidate for any office, other than a party nominee shall not be printed upon any official ballots...unless he shall file along with his declaration of candidacy a petition, on a form prescribed by the State Board, signed by the number of qualified voters specified [for the office contested]...and listing the residence address of each such voter."

Based on the representations of the Registrar in the 2012 case before this Court, and upon information and belief, the Registrar nor the REB rarely check any signature of any petition signer and more importantly, they didn't check the signatures of the Plaintiffs before disqualifying them.

Notice that state law says all a citizen must do, [The date of signing is not an issue in this matter] to exercise his or her constitutional right of petition, is to sign the petition and put down their "residence" address. The Plaintiffs followed the law and the instructions on the petition form, providing truthful answers. As indicated earlier in this memorandum, it is understandable for the Registrar's employees to not check any signature during their *initially* review in determining if a candidate's petitions had the required number of signatures of qualified voters.

However, at the point where the Registrar determines the *initial* review found the candidate disqualified by a mere 7 signatures, the requirement of due process of law says the

Registrar and/or the REB can't refuse to do the de minimum effort needed to check to the petition signature against the signature or signatures in the Registrar's registration files for signers with the same name listing a residence in the 8th district. For example, examine the treatment of Plaintiff Annquinnette Kenney. There is only one person named Annquinnette Kenney listed on the Virginia voter registration system as being a qualified voter in the 8th district but at a different registration address.

State law focuses on whether Ms. Kenney signed the petition. If she did, and if she provided her residence address, and if she is a qualified voter and registered voter with active status, then she is entitled to expect that her signature will be counted toward the 50 number threshold set by the City Charter of Richmond. The constitution of the United States has the same due process expectation.

Due process might not require the Registrar or the REB to *initially* check her signature. It may permit her signature be *initially* disqualified without any checking. This is reasonable based on the previous discussion in this memorandum. But when the *initial* review finds insufficient signatures, and the deficit in terms of needed signatures is a mere 7 as in this case – then due process says the Registrar must make the de minimus effort to check the signatures. The law wants valid signatures from qualified voters. If the signatures of a person with the same name match, then that satisfies the law.

But assuming, *arguendo*, due process didn't' require the Registrar to check, then surely due process does require the REB to check at hearing when it turns out that Schintzius was only 4 short, and likely probative if not determinative evidence of whether the disqualified signatures were wrongfully disqualified is in the sole possession of the Registrar and

thus readily available to the REB.  Moreover, this key information in the sole possession –
matching signatures – was not made available to Schintzius.

Given the state's responsibility to protect the exercise of core political
speech rights, there is no legitimate state interest or compelling reason for the government to
refuse to make such a small effort to check evidence solely in its possession when they created
the situation by their petition form. *Briscoe, supra.*

Since Defendants at all times – including at any appeal hearing - refuse
to allow a disqualified candidate to see what is very likely the best evidence to show compliance
with the law, the merits of this matter weigh heavy for Plaintiffs.

**B. Plaintiffs Will Suffer Irreparable Harm if an Injunction Isn't Not Immediately
Issued**

1. *The Abridgement of Plaintiff's Rights Constitutes Irreparable Harm.*

It is well established that the "loss of First Amendment freedoms, [such as the
freedom of speech] for even minimal periods of time, unquestionably constitutes irreparable
injury." ***Real Truth About Obama, Inc. v FEC***, 575 F. 3d. 342, 351 (4th Cir. 2009) [quoting
***Elrod v. Burns***, 427 U.S. 347, 373 (U.S. 1976)]). See ***Newsom v. Norris***, 888 F.2d. 371, 378 (6th
Cir. 1989) [infringement upon First Amendment freedom constitutes irreparable injury sufficient
to justify injunctive relief.). The right to sign a petition and have that signature counted is core
right under the First Amendment, the infringement of which constitutes *per se* irreparable harm.
*See, e.g.,* ***Montano v. Suffolk Cnty. Legislature***, 268 F. Supp. 2d 243, 260-61 (E.D. N. Y. 2003).

Moreover, it is well-recognized that the wrongful denial of the right of independent
candidates and minority party's access to the ballot constitutes irreparable harm. Indeed denying
"a hopeful candidate being denied access to the ballot" has long been considered sufficient for

Plaintiffs to have "carried their burden of proving irreparable harm" for the issuance of an injunction. *Valenti v. Mitchel,* 790 F. Supp. 534. 547 (E.D. Pa. 1972).

> *2. An Immediate Injunction is Necessary to Prevent Irreparable Harm.*

Although Plaintiffs have requested permanent injunctive relief in their Complaint, an immediate, temporary injunction is the only method by which Plaintiffs can avoid the aforementioned irreparable harm, which is imminent. Given the timelines previously discussed regarding preparing the final ballot, absent immediate relief there will not be time to include Schintzius' name on the November ballot.

### C. The Balance of the Equities Favors the Plaintiffs.

It is true that "States may, and inevitably must, enact reasonable regulations of parties, elections and ballots to reduce election and campaign related disorder." *Timmons, supra* at 358. When discussing the state "interest" in a policy regulating ballot access, "the salient question is whether 'the strength of the governmental interest reflects the seriousness of the actual burden on First Amendment rights." *Lux v. Judd,* 55 F.3d 396, 402 (4th Cir. 2011). In the instant matter, the burden on Plaintiff's First Amendment rights are heavy indeed. On the other hand, the burden on Defendants is almost nonexistent: a small amount of time to check a handful of signatures against evidence already in the Registrar's sole possession, thus readily available to the REB, and the other evidence due process requires Schintzius be allowed to present. When the asserted state interest is weak, especially when state knowingly created a "gotcha" situation by requiring the use of its own mandated petition-form, and the burden on citizen's First Amendment rights is heavy, the equities favor the citizens seeking to exercise those rights. Under these circumstances, "political speech must prevail against laws that would suppress it, whether by design or inadvertence" and "First Amendment standards...must give the benefit of any doubt

to protecting rather than stifling speech." *Citizens United v. FEC*, 876, 891, 898, (2010) [quotation omitted].

### D. The Public Interest Favors Issuance of a Temporary Injunction.

There is no public interest in preserving a situation in which the clearly erroneous decisions of government officials and government agencies wrongfully violate protected constitutional provisions and statutory commands, impacting the core political rights of citizens and the right a candidate has earned to be the ballot. Here, by state law and regulation, such constitutional and other legal violations may not be raised by a candidate at the so-called "appeal" hearing. Even the most egregious violations cannot be raised.

Plaintiffs have shown election officials have acted in a manner raising the the most serious of constitutional and statutory concerns, implicating storied concepts of due process and other core political speech rights.

By every measure of the U.S. and Virginia Constitutions, the public interest favors the citizen's right to protect themselves against the wrongful imposition of such burdens. There is no public interest served by the actions of the defendants, which made it as hard as possible to arrive at a reasonable conclusion on all the facts available to the government at all times. There is no public interest by denying a candidate the spot earned on the ballot given the attitude and actions of the government officials in this matter. On the other hand, the public interest is served by allowing independent candidates to compete in the electoral process. "Competition in ideas and governmental policies is at the core of our electoral process and of the First Amendment freedoms." *Williams v Rhodes,* 393 U.S. 23, 32 (1968). As recognized in *Valenti, supra*, the public interest is burdened when citizens are prevented from "express[ing] their viewpoints by running for office or supporting someone on the ballot...The public interest

is served by insuring that access to the government, through access to the ballot, is open to all."
*Valenti, supra* at 548.

By any measure, the public interest of Virginia citizens cannot possibly be advanced by such a government process. Thus to the extent this court, through injunction, must act to protect the public interest from this harm, the government can only blame itself since at all times, they possessed the evidence to avoid the situation.

### IV. CONCLUSION

WHEREFORE, Plaintiff's pray that this Court issue a temporary injunction enjoining Defendants from printing the ballot for the Mayoral election in Richmond this coming November 8, 2016 until it has provided the due process review required as demonstrated herein, such review to consider whatever evidence Schintzius can provide and whatever evidence is in sole possession of the Registrar, thus making it readily available to the REB to determine whether the signatures previously disqualified by defendants were in fact the signatures of qualified voters under the laws of the Commonwealth and thus should have been counted, not disqualified.

Respectfully Submitted

Joseph D. Morrissey

Joseph D. Morrissey
Morrissey & Goldman, LLC
605 E. Nine Mile Road
Highland Springs, Virginia 23075
804-737-1626 Telephone
804-737-1671 Fax

## CERTIFICATE

I hereby certify that on this *23rd* day of *August 2016*, a true and exact copy of the foregoing Motion for Temporary Injunction was hand delivered to the following:

J. Kirk Showalter, General Registrar for the City of Richmond

C. Starlet Stevens, Chairman of the Richmond Electoral Board

Cecila A. B. Dabney, Secretary of the Richmond Electoral Board

Ophelia Daniels, Vice Chairman of the Richmond Electoral Board

James Alcorn, Chairman, Virginia State Board of Elections

Clara Belle Wheeler, Vice Chairman, Virginia State Board of Elections

Singleton B. McAllister, Esq., Secretary of the Virginia State Board of Elections

Edgardo Cortes, Commissioner, Department of Elections

Joseph D. Morrissey

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS

(Must be filed with Declaration of Candidacy)

When an election district includes more than 1 county or city, it is suggested that you use separate petition forms for qualified voters in each county or city, to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in court, to facilitate the processing of the filing. If you list the number of signatures by congressional district enter district no. ___ (optional).

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]
Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE
3321 garland ave

ENTER ABOVE, CITY/TOWN
Richmond Va          ENTER ABOVE, ZIP + 4   23222

ENTER ABOVE, OFFICE SOUGHT
MAYOR          ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of
Huy Schintzius
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN          signed hereunder or on the reverse
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☐ General Election   ☐ Special Election   ☐ Democratic Primary   ☐ Republican Primary
to be held on the  8th  day of  November , 20 16 , and we do further petition
that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/him a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, IS NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| R | 1. SIGN | Dylan Mott | RESIDENCE 120 E 34th St | 3/7/16 | |
| | PRINT | Dylan Mott | CITY/TOWN Richmond VA | | |
| R | 2. SIGN | F.A. Roscher | RESIDENCE 1504 Nelson | 3/27 | |
| | PRINT | F.A. Roscher | CITY/TOWN Richmond | | |
| C F | 3. SIGN | Keith R B | RESIDENCE 316 Main St. | 3/27 | |
| | PRINT | Keith Roberts | CITY/TOWN Richmond 23226 | | |
| R | 4. SIGN | Elise Zink | RESIDENCE 2404 Law ave | 3/7 | |
| | PRINT | Elise Zink | CITY/TOWN Rich, Va 2706 | | |
| R | 5. SIGN | Arthur Steph | RESIDENCE 4501 Bromley Ln | 3/26 | |
| | PRINT | Arthur Stephens | CITY/TOWN Rich Va 2321 | | |
| R | 6. SIGN | | RESIDENCE 1626 Maplewood Ave | 3/28/16 | |
| | PRINT | FRANK TURNER REA | CITY/TOWN RICHMOND, VA | | |
| R | 7. SIGN | Larry Rohr | RESIDENCE 1204 W. 42nd St | 3/27/16 | |
| | PRINT | Larry Rohr | CITY/TOWN Richmond Va | | |
| R | 8. SIGN | Courtney Upton | RESIDENCE 4802 Bromley Lane | 3.27.16 | |
| | PRINT | Courtney Upton | CITY/TOWN Richmond VA. | | |
| R | 9. SIGN | Garald M Puckett | RESIDENCE 207 Strawberry St | Mar 27 | |
| | PRINT | Garald Puckett | CITY/TOWN Richmond Va. | DOB | |
| R | 10. SIGN | Chris B | RESIDENCE 3458 GROVE AVE | 3/27/16 | |
| | PRINT | CHRIS BOPST | CITY/TOWN RVA 23221 | | |

***CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE**

**\* Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

EXHIBIT
A

CANDIDATE NAME: Alan Schintzius   OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _Albert D Adair_ PRINT ALBERT D ADAIR | RESIDENCE 2206 W Monument CITY/TOWN Richmond VA | 3/27/16 | |
| 12 | SIGN _Ann M. Roth_ PRINT Ann Roth | RESIDENCE 2206 Monument CITY/TOWN Richmond Va | 3/27/16 | |
| 13 | SIGN _Mark H_ PRINT Mark Holloway | RESIDENCE 3001 Monument CITY/TOWN Richmond | 3/27/16 | |
| 14 | SIGN _Pamela W Shea_ PRINT | RESIDENCE 2213 W. Grace CITY/TOWN Richmond | 3/27/16 | |
| 15 | SIGN Richard Bland PRINT Richard BLAND | RESIDENCE 113 N. Lombardy St CITY/TOWN Richmond VA | 3/27/16 | |
| 16 | SIGN _M Blun_ PRINT Mark Brawton | RESIDENCE 1800 Grove CITY/TOWN Richmond VA | 3/27/16 | |
| 17 | SIGN _Kyle Long_ PRINT Kyle Long Pfieffer | RESIDENCE 2020 Riverwood ct CITY/TOWN Richmond VA | 3/27/16 | |
| 18 | SIGN _Robert_ PRINT Robert R Koch | RESIDENCE 3107 Ellwood Ave CITY/TOWN Richmond | 3/27/16 | |
| 19 | SIGN _Zarina Fazaldin_ PRINT ZARINA FAZALDIN | RESIDENCE 721 W. 28th St CITY/TOWN Richmond VA | 3/27/16 | |
| 20 | SIGN _Cheryl Pell_ PRINT Cheryl Pell | RESIDENCE 18 S. Gaid Ave CITY/TOWN 23221 | 3/21 | |
| 21 | SIGN _M Draught_ PRINT Michael Draught | RESIDENCE 145 Davis Ave CITY/TOWN Richmond VA 23220 | 3/27 | |

- AFFIDAVIT -

I, Alan Schintzius ___, swear or affirm that (i) my full residential address is 3371 Irland ave ___, in the County/City/Town of Richmond ___, in the State/Commonwealth of Virginia Va Virginia ___; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_signature_
SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia   County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 12th day of April, 2016, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

_signature_
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE Va

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER 1193

PLACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lina Anne Casby
NOTARY PUBLIC
Commonwealth of Virginia
NOTARY REGISTRATION # 7338182
MY COMMISSION EXPIRES

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* if not included in seal/stamp.

SBE-505/521   REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS

(Must be filed with Declaration of Candidacy)

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland ave

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE ZIP + 4

Richmond Va                    23222

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

MAYOR

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city, to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in each county to facilitate the processing of the filing. Adjust the number of signatures by congressional district, enter district no. ___ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of the

Richmond Va

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN          signed hereunder or on the reverse

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the __8th__ day of __November__, 20 _16_, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR:  MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NO MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED (Must be after January 1 of election year) | *See note below. LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| | 1. SIGN | Rose M. Fisher | RESIDENCE 1513 Wayne W. 2SW | 3/28/16 | |
| | PRINT | Rose M. Fisher | CITY/TOWN | | |
| | 2. SIGN | Mike Mann | RESIDENCE 1610 Montello W/2 Tnir 28 | 2016 | |
| | PRINT | Mike Ann | CITY/TOWN Richmn | | |
| R | 3. SIGN | Orlando Jennings | RESIDENCE 1012 St James St | 3/28/16 | |
| | PRINT | Orlando Jennings | CITY/TOWN Ric Va | | |
| R | 4. SIGN | D Uno | RESIDENCE 4/1 SOUTH AVE | 3/28/ | |
| | PRINT | DOMINQWE PROBST | CITY/TOWN RICHMOND VA 23222 | | |
| | 5. SIGN | | RESIDENCE | | |
| | PRINT | Sam Hendy | CITY/TOWN | | |
| | 6. SIGN | | RESIDENCE 2301 LUCKS RD 3/ | | |
| | PRINT | P. QUISENBERRY | CITY/TOWN CHESTERFIELD V | | |
| | 7. SIGN | | RESIDENCE 1440 Clopain Rd | 4/1 | |
| | PRINT | C. McCormick | CITY/TOWN Richmond VA | | |
| | 8. SIGN | | RESIDENCE 2830 Monument #1 | | |
| | PRINT | Patrick O'mara | CITY/TOWN RICHMOND | | |
| R | 9. SIGN | Jed J. Lyall | RESIDENCE 2104 Riverside Drive 3/29 | | |
| | PRINT | Jeremiah J. Lyall | CITY/TOWN Richmond | | |
| | 10. SIGN | Andrew Bar | RESIDENCE 2101 Grove Ave #9 3/29 | | |
| | PRINT | Andrew Bariseda | CITY/TOWN Richmond VA | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: _Alan Schintzius_  OFFICE SOUGHT: _Mayor_

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. SIGN | | RESIDENCE 2618 Overton Rd | 3/29/16 | |
| PRINT | Andrew Hartman | CITY/TOWN Richmond VA 23228 | | |
| 12. SIGN | | RESIDENCE 1701 Oakdale Ave | 3/29/16 | |
| PRINT | Josh Viles | CITY/TOWN Richmond VA 2322? | | |
| 13. SIGN | Edward J. Booker | RESIDENCE 3319 Garland Av | 3/8/16 | |
| PRINT | Edward Jane Booker | CITY/TOWN Richmond VA 23222 | | |
| 14. SIGN | Lillian W Booker | RESIDENCE 3319 Garland Ave | 3/8/17 | |
| PRINT | Lillian W Booker | CITY/TOWN Richmond Va 23222 | | |
| 15. SIGN | Kelsey Hulvey | RESIDENCE 2416 Hawthorne Ave | 3/30/16 | |
| PRINT | Kelsey Hulvey | CITY/TOWN Richmond VA 23222 | | |
| 16. SIGN | Brooke Sayre | RESIDENCE 1901 Oakdale Ave | 3/30/16 | |
| PRINT | Brooke Sayre | CITY/TOWN RVA 23227 | | |
| 17. SIGN | | RESIDENCE 522 N Second | 3/30/16 | |
| PRINT | Sammi Lanzetta | CITY/TOWN RVA 23219 | | |
| 18. SIGN | | RESIDENCE 1403 S Meadow St | 3/30/16 | |
| PRINT | Brittany Grainer | CITY/TOWN Richmond VA 23220 | | |
| 19. SIGN | | RESIDENCE 4415 Grove Ave | 3/30/16 | |
| PRINT | Eric Kelly | CITY/TOWN Richmond VA 23?? | | |
| 20. SIGN | | RESIDENCE 5100 Devonshire Rd | 3/31/16 | |
| PRINT | Sean Lovelace | CITY/TOWN Richmond VA 23225 | | |
| 21. SIGN | | RESIDENCE 4004 Augusta Ave | 3/31 | |
| PRINT | Don L Hamilton II | CITY/TOWN Richmond VA 23230 | | |

**- AFFIDAVIT -**

Commonwealth of Virginia

_Alan Schintzius_ _____ swear or affirm that (i) my full residential address is _3371 Garland Rva  23222_ ___ in the State/Commonwealth of _Virginia_ ___ in the County/City/Town of _Richmond_ ____ (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE  _VA_

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE  _VA_

T# 252950

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER  _193_

NOTICE: PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW:

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

SIGNATURE OF PERSON CIRCULATING THE PETITION  _Alan Schintzius_

State of _Virginia_  County/City of _Richmond_

The foregoing instrument was subscribed and sworn before me this _15th_ day of _April_, 20_16_, by _Alan Schintzius_

PRINT NAME OF PERSON CIRCULATING THE PETITION

_____
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**  DATE NOTARY COMMISSION EXPIRES**

*Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without providing so. The State Board of Elections or the General Registrar when copying this document for public inspection, must cover the column containing your social security number or part thereof.

**If not included in seal/stamp.

SBE-506/521  REV 1.2013

COMMONWEALTH OF VIRGINIA
## PETITION OF QUALIFIED VOTERS
(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. If you file the number of signatures by congressional district, enter district no.: _____ (optional).

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]
Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE
3321 garland ad

ENTER ABOVE, CITY/TOWN   Ruh   VA   ENTER ABOVE, ZIP + 4

ENTER ABOVE, OFFICE SOUGHT   MAYOR   ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of _____ Richmond   Va _____ signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the __8th__ day of __November__, 20__16__, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER (OPTIONAL) |
|---|---|---|---|---|---|
| W R | 1. SIGN | Ainsley Perkins | RESIDENCE 104 N. Grimes St | 3/28/- | |
| | PRINT | Ainsley Perkins | CITY/TOWN Richmond 23234 | | |
| R | 2. SIGN | Kristin Thompson | RESIDENCE 204 E 13th St | 3/28/16 | |
| | PRINT | Kristin Thompson | CITY/TOWN Richmond VA 23224 | | |
| R | 3. SIGN | Kenneth Thompson | RESIDENCE 204 E. 13 ST | 3/28/16 | |
| | PRINT | KENNETH THOMPSON | CITY/TOWN Richmond, VA 23224 | | |
| R | 4. SIGN | Terrell Vest | RESIDENCE 423 N. 18th St | 3/28/16 | |
| | PRINT | Terrell R. Vest | CITY/TOWN Richmond VA 23223 | | |
| C J | 5. SIGN | Jermaine Brown | RESIDENCE 2857 Barton Ave | 3/28/16 | |
| | PRINT | Jermaine Brown | CITY/TOWN Richmond VA | | |
| X | 6. SIGN | Elliot Hopkins | RESIDENCE 100 N. 35 15 St | 3/28/16 | |
| | PRINT | | CITY/TOWN RVA 23220 | | |
| X | 7. SIGN | | RESIDENCE 822 Claire St | 3/28/16 | |
| | PRINT | Grey Moore | CITY/TOWN Rich | | |
| | 8. SIGN | | RESIDENCE | | |
| | PRINT | Michael Waters | CITY/TOWN | | |
| C | 9. SIGN | Annette Walker | RESIDENCE | 3/28/16 | |
| | PRINT | Annette Walker | CITY/TOWN Richmond CA | | |
| X | 10. SIGN | Zuirey Marck | RESIDENCE 1049 Shields | 3/28/16 | |
| | PRINT | Zuirey Marck | CITY/TOWN Richmond Va | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

\* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius  OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN | RESIDENCE 4106 Cary St Rd A-B | 3/28/16 | 1 |
| | PRINT Evony Waterman | CITY/TOWN Richmond VA | | |
| 12 | SIGN | RESIDENCE 28 N Harrison St | 3/30/16 | |
| | PRINT Gregory Rosenberg | CITY/TOWN Richmond / Va | | |
| 13 | SIGN | RESIDENCE 424 S Pine | 3/30/2016 | |
| | PRINT Robert Scarce | CITY/TOWN Richmond VA 23220 | | |
| 14 | SIGN | RESIDENCE 2919 Moss Side Ave | 3/30/2016 | |
| | PRINT Ashley Weatherford | CITY/TOWN Richmond, VA 23222 | | |
| 15 | SIGN Cavy Nairian | RESIDENCE 424 1/2 S Pine | 3/30/2016 | 182 |
| | PRINT | CITY/TOWN Richmond VA 23220 | | |
| 16 | SIGN | RESIDENCE 615 S Laurel St | 3/31/2016 | |
| | PRINT Jeremy Lester | CITY/TOWN Richmond VA 23220 | | |
| 17 | SIGN | RESIDENCE 1709 Texas Ave | 3/30 | |
| | PRINT Jenn Nelleton | CITY/TOWN Richmond VA | | |
| 18 | SIGN | RESIDENCE 3209 Colonie so | 3/31 | |
| | PRINT Luke Carano | CITY/TOWN Richmond VA | | |
| 19 | SIGN | RESIDENCE 3207 Kendall Ave | 3/31 | |
| | PRINT Cindy Cuthbert | CITY/TOWN Richmond, VA | | |
| 20 | SIGN | RESIDENCE 201 N Stafford Ave | 3/31 | |
| | PRINT George Ziegler | CITY/TOWN Richmond VA | | |
| 21 | SIGN | RESIDENCE 7767 Brentwood Drive | 3/31 | |
| | PRINT Frederick A Felix | CITY/TOWN Richmond VA 23225 | | |

Commonwealth of Virginia          - AFFIDAVIT -

I Alan Schintzius _____ swear or affirm that (i) my full residential address is 3321 Grove ave _____, in the State/Commonwealth of _____, in the County/City/Town of Richmond _____; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia _____ County/City of Richmond _____

The foregoing instrument was subscribed and sworn before me this 18th day of April, 20 16 by Alax Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS      NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527192
My Commission Expires 11/30/2018

| | |
|---|---|
| I 64 252950 | CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE |
| Va | |
| 193 | NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE |
| | CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER |

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate matching the petition with the official voter registration record. You are not required to provide this information and may sign the petition without providing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing this social security number or part thereof.

* if not included in seal/stamp

SBE-506/521  REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in columns to facilitate the processing of the filing. If you wish, enter the number of signatures by congressional district enter district no.: ____ [optional]

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland Cov d

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

Richmond Va    23222

ENTER ABOVE, OFFICE SOUGHT      ENTER ABOVE, DISTRICT, IF APPLICABLE

MAYOR

We, the qualified voters of the district in which the above candidate seeks nomination or election and of
Alan Schintzius signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary
to be held on the 8th day of November, 20 16 and we do further petition
that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of one petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/herself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| R | 1. SIGN | (signature) | RESIDENCE 2931 W 46th St | 4/1/16 | |
| | PRINT | LEILA BRESNAHAN | CITY/TOWN RICHMOND | | |
| R | 2. SIGN | (signature) | RESIDENCE 2114 Hanover Ave | 4/1/16 | |
| | PRINT | Debra Carlotti | CITY/TOWN RICH VA 23220 | | |
| R | 3. SIGN | (signature) | RESIDENCE 2515 Hanover Ave | 4/1/16 | |
| | PRINT | Sally Holzgrefe | CITY/TOWN 23220 | | |
| R | 4. SIGN | Margaret A Woody | RESIDENCE 1903 Maple River Ln | 4/1/16 | |
| | PRINT | MARGARET A. WOODY | CITY/TOWN Richmond Va 23227 | | |
| R | 5. SIGN | Megan Vernon | RESIDENCE 4072 Northrop St | 4/1/16 | |
| | PRINT | Megan Vernon | CITY/TOWN Richmond va | | |
| C | 6. SIGN | Steve Hyden | RESIDENCE 1136 S. Delphine | 4/1/16 | |
| | PRINT | DARELL HYDEN | CITY/TOWN W-boro VA 22980 | | |
| R | 7. SIGN | (signature) | RESIDENCE 3220 BARTON AVE | 4/1/16 | |
| | PRINT | CHARLES O'DONOVAN | CITY/TOWN Richmond VA 23222 | | |
| R | 8. SIGN | (signature) | RESIDENCE 2923 Brook Road U | 4/1/16 | |
| | PRINT | AMRIT SINGH | CITY/TOWN rva | | |
| R | 9. SIGN | Robt Norris | RESIDENCE 304 N Adams St Apt 4 | 4/1/16 | |
| | PRINT | Robert Norris | CITY/TOWN Richmond VA 23220 | | |
| R | 10. SIGN | Irene Ziegler | RESIDENCE 701 Sabot St 23256 | 4/1/16 | |
| | PRINT | | CITY/TOWN | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE S

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE **CANDIDATE NAME:** Alan Schintzius **OFFICE SOUGHT:** Mayor

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _Lauren Mettena_ PRINT Lauren Mettena | RESIDENCE 21 B S. Brunswick St. CITY/TOWN Richmond | April 1, 2016 | |
| 12 | SIGN _____ PRINT Kimberly Sikorsky | RESIDENCE 2007 Barton Ave. #2 CITY/TOWN Richmond | April 2 2016 | ●● |
| 13 | SIGN _____ PRINT Michael Williams | RESIDENCE 3050 Lawson St. CITY/TOWN Richmond, VA | April 2, 2016 | |
| 14 | SIGN _____ PRINT Marvin Kane | RESIDENCE 1255 Nelson St CITY/TOWN Richmond | April 2016 | |
| 15 | SIGN _____ PRINT Lauren Diaz | RESIDENCE 812 E Broad St CITY/TOWN Richmond | April 2016 | |
| 16 | SIGN _____ PRINT Carol Tolls | RESIDENCE 1363 W. Broad St. CITY/TOWN Richmond VA | April 2 2016 | |
| 17 | SIGN _____ PRINT Seth Teklemariam | RESIDENCE 304 W. Marshall St CITY/TOWN Richmond, VA 23220 | April 2 2016 | |
| 18 | SIGN _____ PRINT Salem Teklemariam | RESIDENCE CITY/TOWN Richmond, VA 23220 | April 2 2016 | |
| 19 | SIGN _____ PRINT Alexandra A. Jones | RESIDENCE 4106 Henrico BLVRD CITY/TOWN Richmond, VA 23222 | April 2 2016 | |
| 20 | SIGN _____ PRINT _____ Jr | RESIDENCE 6132 Morningside Dr CITY/TOWN Richmond VA 23226 | April 4/2 | |
| 21 | SIGN _____ PRINT _____ Daniel | RESIDENCE 500 Hull St CITY/TOWN Richmond VA | 4-2-16 | |

**- AFFIDAVIT -**

Commonwealth of Virginia

Alan Schintzius

address is 23 21 Oakland Ave, swear or affirm that (i) my full residential
Virginia in the County/City/Town of Richmond in the State/Commonwealth of
United States of America; (iii) I am not a minor, (iv) I am not a felon whose voting rights have not been restored; and (v) I
nessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
lony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_____ (signature)
SIGNATURE OF PERSON CIRCULATING THE PETITION

NOT PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BE ON
Stephanie Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. 97527192
My Commission Expires 11/30/2018

State of Virginia County/City of Richmond
The foregoing instrument was subscribed and sworn before me this
12 day of April , 20 ___ , by
Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

_____
TITLE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS     NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

| CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE | T64852950 |
| NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE | VA |
| CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER | 1143 |

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without
doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
the social security number or part thereof.

* not included in seal/stamp.

SBE 506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
## PETITION OF QUALIFIED VOTERS
(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in bound form to facilitate the processing of the filing. If you want the number of signatures by congressional district enter district no. _____ (optional).

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]
Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE
3321 garland ave

ENTER ABOVE, CITY/TOWN          Richmond Va 23222          ENTER ABOVE, ZIP + 4

ENTER ABOVE, OFFICE SOUGHT
MAYOR          ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or selection and of
Alan Schintzius          signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary
to be held on the 8th day of November 20 16 and we do further petition
that his/her name be printed on the official ballots for that election to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/herself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, IS NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTES BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| R | 1. | SIGN ......... PRINT ......... | RESIDENCE ......... CITY/TOWN ......... | 3-24-16 | |
| R | 2. | SIGN (signature) PRINT MARK MORAN | RESIDENCE 1905 Wolb 3rd RD CITY/TOWN RICHMOND VA 23225 | 3/24 | |
| R | 3. | SIGN Laura Bium PRINT | RESIDENCE 2023 W Grace St CITY/TOWN Richmond VA 23226 | 3/24 | |
| R | 4. | SIGN Jeremy Parker PRINT Jeremy Parker | RESIDENCE 6876 Jahnke Rd CITY/TOWN Henrico VA 23221 | 3/24 | |
| R | 5. | SIGN (signature) PRINT Cecilia Hill | RESIDENCE 601 High St CITY/TOWN Richmond VA 23221 | | |
| R | 6. | SIGN (signature) PRINT Kevin Cayer | RESIDENCE 218 L. 75 St SW CITY/TOWN Richmond VA 23225 | 3/24 | |
| R | 7. | SIGN Karen Parker PRINT 8046446036 | RESIDENCE 5261 Cary St CITY/TOWN Richm 232-- | 3/24 | |
| R | 8. | SIGN ANDREW BARNOSKY PRINT (signature) | RESIDENCE 3314 W. GRACE ST CITY/TOWN RICHMOND, VA 23221 | 3/24/16 | |
| R | 9. | SIGN Cullen Brooke PRINT CULLEN BROOKE | RESIDENCE 1504 Greycoig Ave CITY/TOWN Richmond VA 23221 | 3/24/16 | |
| | 10. | SIGN PRINT | RESIDENCE CITY/TOWN | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

**\* Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE **CANDIDATE NAME:** Alan Schintzius **OFFICE SOUGHT:** Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN: _Timothy M. McGaha_ PRINT: Timothy M. McGaha | RESIDENCE 1337 Lorraine CITY/TOWN Rich, VA 23227 | 3/25/16 | 1 |
| 12 | SIGN: John Stevens PRINT: Tyler Stevens | RESIDENCE 1106 W Grace St CITY/TOWN Richmond, VA 23220 | 3/26/16 | 8 |
| 13 | SIGN: _____ PRINT: John Kettlewell-Sites | RESIDENCE 5412 New Kent Rd CITY/TOWN Richmond | 3/26/16 | |
| 14 | SIGN: Joe Sites PRINT: Joe Sites | RESIDENCE 5412 New Kent RD CITY/TOWN Richmond VA | 3/26/16 | |
| 15 | SIGN: _____ PRINT: Jerry Conrel | RESIDENCE 1500 Avondale Ave CITY/TOWN Richmond VA | 3/26/16 | |
| 16 | SIGN: Marlon E. Reyes PRINT: Marlon E. Reyes | RESIDENCE 929 Olis Nicholson CITY/TOWN Richmond VA 2323 | 3/28/18 | |
| 17 | SIGN: Ashley Pell PRINT: Ashley Pell | RESIDENCE 500 Stockton St Apt C109 CITY/TOWN Richmond, VA 23224 | 3/26/16 | |
| 18 | SIGN: Kellen Lowe PRINT: Kellen Lowe TD | RESIDENCE 129 S. Cherry St CITY/TOWN Richmond VA 23220 | 3/24/16 | |
| 19 | SIGN: _____ PRINT: M. Byers | RESIDENCE 208 W 34th St CITY/TOWN Richmond VA | 3-26-16 | |
| 20 | SIGN: _____ PRINT: Lindsay Phillips | RESIDENCE 2306 Reservoir Ave CITY/TOWN Richmond | 3/24/16 | |
| 21 | SIGN: Colin Rhein PRINT: Colin N Swroman | RESIDENCE 618 E. Franklin St CITY/TOWN Richmond | 3/26/16 | |

**- AFFIDAVIT -**

Commonwealth of Virginia

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3321 Garland Ave in the County/City/Town of Richmond in the State/Commonwealth of Virginia; (ii) I am a legal resident of a United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 12th day of April, 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

_____

NOTICE PHOTOGRAPHICALLY REPRODUCIBLE OTHER SEAL STAMP BELOW.

Lisa Anne Cosby NOTARY PUBLIC Commonwealth of Virginia Reg. # 7327193 My Commission Expires 11/30/2018

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE # 642529 56 VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE VA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

I AM THE PERSON OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS     NOTARY REGISTRATION NUMBER**     DATE NOTARY COMMISSION EXPIRES**

Privacy Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition against the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* Not included in seal stamp.

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland Ave

ENTER ABOVE, CITY/TOWN: Rich                    ENTER ABOVE, ZIP + 4

ENTER ABOVE, OFFICE SOUGHT   MAYOR       ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. If you file the number of signatures by congressional dist enter district no. ____ [optional]

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Alan Schintzius signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check one]

☑ General Election   ☐ Special Election   ☐ Democratic Primary   ☐ Republican Primary

to be held on the ___8th___ day of ___November___ 20 _16_, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is neither a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

**CIRCULATOR:** MUST SWEAR OR AFFIRM ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, IS NEITHER A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | Please NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| R | 1. SIGN | LaQuetta Massey | RESIDENCE 5624 Crich Ct   CITY/TOWN Richmond Va 23225 | 1/322 16 | |
| R | 2. SIGN | Gregory Day Sr. | RESIDENCE 1801 Grayland Ave   CITY/TOWN Richmond VA 23220 | 3/8/16 | |
| R | 3. SIGN | Starlita Nicholson | RESIDENCE 3331 Tronton Road   CITY/TOWN Richmond VA 23235 | 3/8/16 | |
| R | 4. SIGN | Lillie A Estes | RESIDENCE 700 St Paul St #10   CITY/TOWN Rich 23220 | 3/ | |
| | 5. SIGN | JEFF RODNEY | RESIDENCE 3578 Patterson Ave   CITY/TOWN RICHMOND 23220 | 3/03/16 | |
| R | 6. SIGN | STEVEN CRANDALL | RESIDENCE Rich 23225   CITY/TOWN Richmond VA | 3/23/16 | |
| R | 7. SIGN | Lorraine Cashill | RESIDENCE 2601 Parkwood ave   CITY/TOWN Richmond VA | 3/23/16 | |
| R | 8. SIGN | LARRY GILBERT | RESIDENCE 2303 Parkwood Ave   CITY/TOWN Richmond VA | 3/23/16 | |
| R | 9. SIGN Grace Coughlin | Grace Coughlin | RESIDENCE 1145 Laurel Street   CITY/TOWN Richmond VA | 3/24/16 | |
| | 10. SIGN Zachary Carrie | Zachary Carrie | RESIDENCE 9625 Heathers Spring Dr.   CITY/TOWN Richmond VA | 3/24/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE S

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to assist in checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE   CANDIDATE NAME: Alan Schintzius   OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN | RESIDENCE 2361 Our Numberland av | 3/24 | ) |
| | PRINT | CITY/TOWN Richmond | | |
| 12 | SIGN | RESIDENCE 23 S Blvd Apt6 | 3/24 | |
| | PRINT Rachel Torino | CITY/TOWN Richmond | | |
| 13 | SIGN Amanda Boyce | RESIDENCE 2000 Riverside Dr. Apt. 108 | 3/24 | ) |
| | PRINT Amanda Boyce | CITY/TOWN Richmond VA | | |
| 14 | SIGN Peter G. Curry | RESIDENCE 405 S Pine St. Apt B | 3/24 | |
| | PRINT Peter E. Curry | CITY/TOWN Richmond VA 23310 | | |
| 15 | SIGN Judson R. Peverall | RESIDENCE 2006 Fleewood Rd C | 3/24 | 8 |
| | PRINT Judson R. Peverall | CITY/TOWN Richmond VA 23220 | | |
| 16 | SIGN Dominic Capelo | RESIDENCE 3001 W Cary | 3/24 | |
| | PRINT Dominic Capelo | CITY/TOWN Richmond VA | | |
| 17 | SIGN Cheyenne Martin | RESIDENCE #. 706 n 2nd St | 3/24 | |
| | PRINT Cheyenne Martin | CITY/TOWN Richmond | | |
| 18 | SIGN | RESIDENCE 3424 W 2nd 86 | 3/24 | |
| | PRINT Oliver Johnson | CITY/TOWN Richmond VA 23220 | | |
| 19 | SIGN | RESIDENCE 8 N Stelles Ave | 3/24 | |
| | PRINT Laura August | CITY/TOWN Richmond | | |
| 20 | SIGN Sarah Sanford | RESIDENCE 2034 W Grace | 3/24 | |
| | PRINT | CITY/TOWN Richmond | | |
| 21 | SIGN | RESIDENCE 1704 Jarquelin St | 3/24 | |
| | PRINT Zachary Hernandez | CITY/TOWN Richmond | | |

Commonwealth of Virginia                                    - AFFIDAVIT -

I, Alan Schintzius _____, swear or affirm that (i) my full residential address is 3321 Gallad ave _____, in the State/Commonwealth of Virginia _____, in the County/City/Town of Richmond _____; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_____
SIGNATURE OF PERSON CIRCULATING THE PETITION

SPACE PHOTOGRAPHICALLY REPRODUCIBLE. NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
Commission Expires 11/30/2018

State of Virginia   County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 12th day of April _____, 20 ___, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

_____
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
T64252980

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
VA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER
1103

*Notary Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate verifying this petition with the official voter registration record. You are not required to provide this information and may sign the petition without it. **The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

**Not required if using a seal/stamp.

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS

[Must be filed with Declaration of Candidate]

When an election district imposes more than one county or city, it is suggested that you use separate petition form for each county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of them by listing the number of signatures by congressional or senate district no.____ (optional)

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]
J Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE
3321 Garland ave

ENTER ABOVE, CITY/TOWN                                      ENTER ABOVE, ZIP + 4
Richmond VA 23222

ENTER ABOVE, OFFICE SOUGHT                ENTER ABOVE, DISTRICT, IF APPLICABLE
Mayor

We, the qualified voters of the district in which the above candidate seeks nomination or election and of ____
Alan Schintzius signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election   ☐ Special Election   ☐ Democratic Primary   ☐ Republican Primary

to be held on the **8th** day of **November**, 20 **16** and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is not a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator must also swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OR A LEGAL MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | [SEE NOTE BELOW] LAST 4 DIGITS SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| R | 1. SIGN | J Alan Schintzius | RESIDENCE 3321 Garland | 3/4/16 | |
| | PRINT | J Alan Schintzius | CITY/TOWN Richmond VA | | |
| R | 2. SIGN | | RESIDENCE 85 | | |
| | PRINT | John Lilenberg | CITY/TOWN Richmond VA | | |
| R | 3. SIGN | | RESIDENCE 2714 East Broad st | 3/4/16 | |
| | PRINT | Laura Sullivan | CITY/TOWN Richmond VA 23225 | | |
| R | 4. SIGN | | RESIDENCE 2713 Bainbridge st | | |
| | PRINT | Jameson Price | CITY/TOWN Richmond VA 23225 | | |
| R | 5. SIGN | | RESIDENCE 5845 Lansing fontaine | | |
| | PRINT | Noelle Archibald | CITY/TOWN Richmond VA 23224 | | |
| J | 6. SIGN | | RESIDENCE 1101 | | |
| | PRINT | Joy Rogers | CITY/TOWN Richmond VA | | |
| R | 7. SIGN | | RESIDENCE 3555 E Alden st | 3/26/16 | |
| | PRINT | Paula Phipps | CITY/TOWN Richmond VA 23227 | | |
| R | 8. SIGN | | RESIDENCE 1602 Carlisle Ave | 3/23/16 | |
| | PRINT | James S Nelson | CITY/TOWN Richmond VA 23231 | | |
| R | 9. SIGN | | RESIDENCE 441½ Grove Ave | 3/26/16 | |
| | PRINT | Julie Storey | CITY/TOWN Richmond VA 23221 | | |
| R | 10. SIGN | Mira Whitney | RESIDENCE 518 W 29th | 3/24/16 | |
| | PRINT | Mira Whitney | CITY/TOWN Richmond VA 23225 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE S

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: _Alun Schintzius_   OFFICE SOUGHT: _MAYOR_

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _Rob A. Walter_  PRINT _Robert Carter Ritchie_ | RESIDENCE _3004 FLOYD AVE_  CITY/TOWN _RICHMOND VA_ | 3/20/16 | |
| 12 | SIGN _(signature)_  PRINT _Scott Largon_ | RESIDENCE _1723 Summit Ave Apt 201_  CITY/TOWN _Richmond VA_ | 3/20/16 | |
| 13 | SIGN _(signature)_  PRINT _BLAKE METHENA_ | RESIDENCE _21 S Brunswick St #3_  CITY/TOWN _RICHMOND VA_ | 3/20/16 | |
| 14 | SIGN _E. Martin Jewell_  PRINT _E. Martin Jewell_ | RESIDENCE _855 Old Nicholson St_  CITY/TOWN _Richmond Va 23321_ | 3/6/16 | |
| 15 | SIGN _(signature)_  PRINT _Michael R. Dickerson_ | RESIDENCE _3717 Parker Ave_  CITY/TOWN _RVA 23221_ | 3/22/16 | |
| 16 | SIGN _Eddie Vaughn Jr_  PRINT _Eddie Vaughn Jr_ | RESIDENCE _1421 E Hopkins_  CITY/TOWN _Richmond VA_ | 3/22/16 | |
| 17 | SIGN _(signature)_  PRINT _(illegible)_ | RESIDENCE _7209 Amelia Rd_  CITY/TOWN _Richmond VA 23231_ | 3/22/16 | |
| 18 | SIGN _William F Gallasch_  PRINT _William E. Gallasch_ | RESIDENCE _2336 Monument St_  CITY/TOWN _Richmond_ | 3/22/16 | |
| 19 | SIGN _Lisa A. Gallasch_  PRINT _Lisa Gallasch_ | RESIDENCE _2336 Monument Ave_  CITY/TOWN _Richmond_ | 3/22/16 | |
| 20 | SIGN _Sterling Hayes_  PRINT _STERLING HAYES_ | RESIDENCE _401 BANCROFT AVE_  CITY/TOWN _Richmond, VA_ | 3/22/16 | |
| 21 | SIGN _(signature)_  PRINT _Kristen Berg_ | RESIDENCE _Cira Apt 7_  CITY/TOWN _Richmond VA_ | 3/22/16 | |

Commonwealth of Virginia       - AFFIDAVIT -

I, _Alan Schintzius_ _____, swear or affirm that (i) my full residential address is _3371 Garland Ave_ _____, in the State/Commonwealth of Virginia _____ in the County/City/Town of _Richmond_; (iii) I am a legal resident of a United States of America, (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_____
SIGNATURE OF PERSON CIRCULATING THE PETITION

*BE PHOTOGRAPHICALLY REPRODUCIBLE
*NOTARY SEAL STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

State of _Virginia_ County/City of _Richmond_

The foregoing instrument was subscribed and sworn before me this _16th_ day of _April_, 20 _16_ by _Alan Schintzius_

_____
PRINT NAME OF PERSON CIRCULATING THE PETITION

_____
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

750

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

*If not included in seal/stamp.

SBE-506/521  REV 1.2013

COMMONWEALTH OF VIRGINIA
## PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland Ave

ENTER ABOVE, CITY/TOWN

Richmond Va                    ENTER ABOVE, ZIP + 4  23222

ENTER ABOVE, OFFICE SOUGHT    Mayor           ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than 1 county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file the petitions in county, to facilitate the processing of the filing. If you list the number of signatures by congressional district enter district no: ___ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

___Alan Schintzius___ signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the _8th_ day of _November_, 20 _16_, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, IS NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | [See Note Below] LAST 4 DIGITS SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|---|
| HA | 1. | SIGN | Laura Cramer | RESIDENCE 109 E Leigh St | 3/21/ | |
| | | PRINT | Laura Cramer | CITY/TOWN Richmond VA | | |
| HK | 2. | SIGN | Michael Jorger | RESIDENCE 123 Broad Row | 3/31/ | |
| | | PRINT | Mical Jorger | CITY/TOWN Richmond VA | | |
| R | 3. | SIGN | Erik Akers | RESIDENCE 612 n 25th St | 3/26/16 | |
| | | PRINT | Erik Akers | CITY/TOWN Richmond VA | | |
| R | 4. | SIGN | | RESIDENCE 612 Lilly St | 3/26/16 | |
| | | PRINT | | CITY/TOWN Richmond VA | | |
| R | 5. | SIGN | | RESIDENCE 1300 ZAINBRIDGE | 3/4/ | |
| | | PRINT | KRISTEN BENZO | CITY/TOWN RICHMOND VA 23224 | | |
| R | 6. | SIGN | | RESIDENCE 1300 Bainbridge | 3/4/ | |
| | | PRINT | Elizabeth Ferris | CITY/TOWN Richmond VA 23224 | | |
| R | 7. | SIGN | | RESIDENCE 1012 W. 41st St | 3/26/16 | |
| | | PRINT | LILY LAMBERT | CITY/TOWN RICHMOND VA 23222 | | |
| AM | 8. | SIGN | Marcus Turavante | RESIDENCE 1300 Bainbridge | 3/4/ | |
| | | PRINT | Marcus Turavante | CITY/TOWN Richmond VA 23224 | | |
| R | 9. | SIGN | | RESIDENCE 123 S Mulberry St | 3/16/ | |
| | | PRINT | Peter Szijarto | CITY/TOWN Richmond VA | | |
| Z | 10. | SIGN | | RESIDENCE 1223 Irby Dr | 3/26/ | |
| | | PRINT | Sean Lewis | CITY/TOWN Richmond 23225 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

**\* Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number for checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE   CANDIDATE NAME: Alan Schintzur   OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| 11 | SIGN: Paul Sean Row  PRINT: PAUL SEANUS ROBERS | RESIDENCE: 1707 Texas Ave  CITY/TOWN: RICHMOND, VA | 3/27/16 | |
| 12 | SIGN: Eva Curry  PRINT: Eva Curry | RESIDENCE: 313 W. Lancaster Rd  CITY/TOWN: Richmond, VA | 3-27-16 | |
| 13 | SIGN: Dowell  PRINT: ANTONIO DOWELL | RESIDENCE: 313 W. LANCASTER  CITY/TOWN: RICHMOND VA | 3-27-16 | S |
| 14 | SIGN: Stacy Maples  PRINT: Stacey Naples | RESIDENCE: 1011 W 43rd St  CITY/TOWN: Richmond, VA | 3/27/16 | S |
| 15 | SIGN: Paul  PRINT: PAUL Di PASQUALE | RESIDENCE: 1408 Normal St  CITY/TOWN: Richmond, VA | 3/27/16 | |
| 16 | SIGN:  PRINT: | RESIDENCE: 14 W ave 46 blvd dr  CITY/TOWN: Richmond | 3/27 | |
| 17 | SIGN: George Nixen  PRINT: George Nixen | RESIDENCE: 804 L  CITY/TOWN: Rich 23225 | 3/27 | |
| 18 | SIGN: Peter W Smith  PRINT: Peter W Smith | RESIDENCE:  CITY/TOWN: | | |
| 19 | SIGN: Anna Jolly  PRINT: Anna Jolly | RESIDENCE: 1610 Confederate Ave  CITY/TOWN: Richmond 23227 | 3/27 | |
| 20 | SIGN:  PRINT: Catherine Farmer | RESIDENCE: 1579 Floyd Ave  CITY/TOWN: Richmond 23220 | 3/27 | |
| 21 | SIGN:  PRINT: | RESIDENCE:  CITY/TOWN: | | |

Commonwealth of Virginia — AFFIDAVIT —

I, Alan Schintzus, swear or affirm that (i) my full residential address is 3371 garland ave, in the County/City/Town of Richmond, in the State/Commonwealth of Virginia, (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION: Alan S...

OFFICE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW:

Lisa Anne Cosby NOTARY PUBLIC Commonwealth of Virginia Reg. #7527192 Commission Expires 11/30/2019

State of Virginia   County/City of Chesterfield

The foregoing instrument was subscribed and sworn before me this 11th day of April, 20 16, by Alan Schintzus

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

DRIVER'S LICENSE NUMBER, IF APPLICABLE: VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER: 1143

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate matching this petition with the official voter registration record. You are not required to provide this information and may sign the petition without providing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* Not included in seal or stamp.

SBE-506/521  REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
(Must be filed with Declaration of Candidate)

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS ITHIS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland ave

ENTER ABOVE, CITY/TOWN   Richmond Va 23222   ENTER ABOVE, ZIP + 4

ENTER ABOVE, OFFICE SOUGHT   MAYOR   ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. Provide the number of signatures by congressional district; enter district no.: ____ (optional).

We, the qualified voters of the district in which the above candidate seeks nomination or election and of ____ Alan Schintzius ____ signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary
to be held on the [8th] day of [November] , 20 16 and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|---|
| R | 1. SIGN | ~ | RESIDENCE 2518 Grove Ave | 3-24-16 | |
| | PRINT | Allison Reid | CITY/TOWN Richmond | | |
| R | 2. SIGN | David Wyatt Johnson | RESIDENCE 409 South Stafford Ave | 3/24/16 | |
| | PRINT | David Wyatt Johnson | CITY/TOWN Richmond, Va 23220 | | |
| R | 3. SIGN | Megan Landrieux | RESIDENCE 1706 Hanover Ave | 3/24/16 | |
| | PRINT | Megan Landrieux | CITY/TOWN Richmond VA 23220 | | |
| R | 4. SIGN | Adam Weatherford | RESIDENCE 1055 Le ____ Rd | 3/24/16 | |
| | PRINT | Adam Weatherford | CITY/TOWN Richmond Va 23225 | | |
| | 5. SIGN | Kate Jennings | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| R | 6. SIGN | Amanda Weathe | RESIDENCE 1055 Le ____ | 3-24-16 | |
| | PRINT | Amanda Weatherford | CITY/TOWN Richmond Va 23225 | | |
| C | 7. SIGN | Kate Jennings | RESIDENCE 132 ____ | ____ | |
| | PRINT | Kate ____ | CITY/TOWN Richmond, VA ____ | | |
| R | 8. SIGN | Jessica Bartin | RESIDENCE 1200 W ____ St | | |
| | PRINT | Jessica Bartin | CITY/TOWN Richmond, VA 23245 | | |
| R | 9. SIGN | Andrew Spruill | RESIDENCE 2126 Maplewood Ave | 3/24/16 | |
| | PRINT | Andrew Spruill | CITY/TOWN Richmond VA 23220 | | |
| | 10. SIGN | Mc | RESIDENCE 410 Bellevue Ave | 3-24-16 | |
| | PRINT | MAT SHELTON-EIDE | CITY/TOWN Richmond, VA 23227 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

\* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE   CANDIDATE NAME: _Alan Schintzius_ OFFICE SOUGHT: _Mayor_

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A   FELON   WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES **ARE NOT** ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _____ PRINT Angelica Rosales | RESIDENCE 5219 Campbell Ave CITY/TOWN Richmond VA 2323 | 3/13/16 | |
| 12 | SIGN _____ PRINT Chelsea Chaignon | RESIDENCE 300 Stockton St Apt1 CITY/TOWN Richmond VA 23224 | 3/23/16 | |
| 13 | SIGN _____ PRINT Katie Otle | RESIDENCE 22 S Addison CITY/TOWN Richmond, VA 2303 | 3/23/10 | |
| 14 | SIGN _____ PRINT Kevin Costell | RESIDENCE 4036 N. Hauvenot Rd CITY/TOWN Richmond, VA 23239 | 3/24/16 | |
| 15 | SIGN _____ PRINT Alyssa Pike | RESIDENCE 1905 Woodbine Rd. CITY/TOWN Richmond, VA 232 | 3/25/16 | |
| 16 | SIGN Conover PRINT Matthew Conover | RESIDENCE 301 S Cherry St CITY/TOWN Richmond 23220 | 3-25-16 | |
| 17 | SIGN _____ PRINT Chris Maxwell | RESIDENCE 1520 Porter St CITY/TOWN Richmond, Va. 23224 | 3/25/16 | |
| 18 | SIGN _____ PRINT James R Ferguson | RESIDENCE 1520 Porter CITY/TOWN Richmond Va 23224 | 3/25/16 | |
| 19 | SIGN _____ PRINT _____ | RESIDENCE 1520 Porter St CITY/TOWN Richmond VA 23224 | 3/25/16 | |
| 20 | SIGN _____ PRINT WILLIAM ACOSTA-LEWIS | RESIDENCE 7001 Stuart Ave CITY/TOWN RICHMOND VA | 3/25/16 | |
| 21 | SIGN _____ PRINT Kedica E Jeter | RESIDENCE 815 Remy St #310 CITY/TOWN Richmond VA 23224 | 3/26/16 | |

Commonwealth of Virginia
- AFFIDAVIT -

I, Alan Schintzius
address is 3321 Garland Ave
, VA 11414 ; in the County/City/Town of Richmond , swear or affirm that (i) my full residential , in the State/Commonwealth of
a United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
nessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
ony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.
, (ii) I am a legal resident of

NOT PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW:
**Dea Anne Cosby**
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7327182
My Commission Expires 11/30/2018

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of _Virginia_ County/City of _Richmond_
The foregoing instrument was subscribed and sworn before me this
_16th_ day of _April_, 20 _16_, by
_Alan Schintzius_
PRINT NAME OF PERSON CIRCULATING THE PETITION

_Dea M Cosby_
THE PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER: T6425295C
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE VA
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER 1143

Privacy Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof

If not included in seal/stamp.

SBE-506/521   REV 1.2013

COMMONWEALTH OF VIRGINIA
PETITION OF QUALIFIED
VOTERS

[Must be filed with Declaration of Candidacy]

When an election district includes more than one
county or city, it is suggested that you use a
separate petition form for qualified voters in each
county or city to facilitate the processing of the
filing.

For a statewide office,
it is suggested that you file petitions in a county or
city to facilitate the processing of the filing. You may
enter the number of signatures by congressional district
enter district no. ____ [optional].

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland ave

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

Richmond Va          23226

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

MAYOR

We, the qualified voters of the district in which the above candidate seeks nomination or election and of
the same page of the petition. Numerous
Alan Schintzius signed hereunder or on the reverse
pages may be circulated. The circulator of
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
each page must be a person who is her/himself
side of this page, do hereby petition the above named individual to become a candidate for the office stated
a legal resident of the United States of America
above in the [check one only]
and who is not a minor nor a felon whose
voting rights have not been restored. This
☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary
circulator also must swear or affirm in the
affidavit that she personally witnessed the
to be held on the  8th  day of  May , 20 16 , and we do further petition
signature of each voter.
that his/her name be printed upon the official ballots to be used at the election.

CIRCULATOR:  MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A
MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR NO MORE
THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | [SEE NOTE BELOW] LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| VR | 1. SIGN | | RESIDENCE 5818 KENSINGTON | 3/27/16 | |
| R | | PRINT JEREMIAH SHRIVER | CITY/TOWN RVA 23226 | | |
| R | 2. SIGN | | RESIDENCE 4453 Georgia | 3-27-16 | |
| | | PRINT GINGER Holloway | CITY/TOWN RVA 23221 | | |
| R | 3. SIGN Ron Shriver | | RESIDENCE 5589 Herald C | 3-27-16 | |
| | | PRINT Ronald G Shriver | CITY/TOWN RVA 23226 | | |
| RN | 4. SIGN Leslie Coggin | | RESIDENCE Monument Ave | 3/27/16 | |
| | | PRINT | CITY/TOWN RVA 23221 | | |
| C | 5. SIGN Mccall | | RESIDENCE Monument Ave | mar 27/16 | |
| | | PRINT Mebane Holloway | CITY/TOWN RVA 23221 | | |
| R | 6. SIGN Leslie LePain | | RESIDENCE 1105 Georgia Ave | 3/27/16 | |
| | | PRINT | CITY/TOWN RVA 23220 | | |
| R | 7. SIGN Carol Piersol | | RESIDENCE 2011 Floyd | 3/27/16 | |
| | | PRINT Carol Piersol | CITY/TOWN RVA 23226 | | |
| R | 8. SIGN Claire Marsh | | RESIDENCE 2705 Stuart Ave | 3/27/16 | |
| | | PRINT Claire Marsh | CITY/TOWN RVA 23220 | | |
| R | 9. SIGN Jon | | RESIDENCE 1501 Claiborne St | 3/27 | |
| | | PRINT Jon Jordan | CITY/TOWN RVA 23220 | | |
| R | 10. SIGN | | RESIDENCE 1722 Floyd Ave | 3/27 | -- |
| | | PRINT Tavorris Spinks | CITY/TOWN Richmond VA | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

***Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
checking this petition with the official voter registration record.  You are not required to provide this information and may sign the petition without doing
so.  The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: _Alan Schintzius_  OFFICE SOUGHT: _Mayor_

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A  FELON  WHOSE
VOTING  RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES **ARE NOT** ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _Elizabeth Parsons_  PRINT ELIZABETH PARSONS | RESIDENCE 6321 STONYBROOK DRIVE  CITY/TOWN RICHMOND VA 23225 | 3/27/16 | |
| 12 | SIGN _Robert L. Andrews_  PRINT Robert L. Andrews | RESIDENCE 2018 inne Ave  CITY/TOWN Richmond VA 23Do | 3/27/16 | |
| 13 | SIGN  PRINT | RESIDENCE 4804 SPRINGWAIL  CITY/TOWN RICHMOND VA 2385 | 3/2/16 | |
| 14 | SIGN _Ernis Dwe_  PRINT Ernist Dawe | RESIDENCE 1514 West Ave  CITY/TOWN Richmond VA 23220 | 3/27/16 | |
| 15 | SIGN  PRINT | RESIDENCE 7 S. Laurel Av.  CITY/TOWN Richmond VA 2308 | 3/27/16 | ι |
| 16 | SIGN  PRINT | RESIDENCE 7 S. Laurel St  CITY/TOWN Richmond, VA 23220 | 3/27/16 | |
| 17 | SIGN _John F Berry_  PRINT JOHN F BERRY | RESIDENCE 6436 Bickhall  CITY/TOWN RICHMOND VA | 3/27/16 | |
| 18 | SIGN _Tom Matthey_  PRINT Tom C Matthey | RESIDENCE 4807 Honore Ave  CITY/TOWN Richmond, VA | 3/27/16 | ι |
| 19 | SIGN _Wm Price_  PRINT | RESIDENCE 2016 J.W.  CITY/TOWN | 3/27/16 | ι |
| 20 | SIGN _John T. Crutchfield_  PRINT John T. Crutchfield | RESIDENCE 34 Loomis St  CITY/TOWN Richmond VA 23220 | | |
| 21 | SIGN _Robert Selby_  PRINT Robert Selby | RESIDENCE 3327 W. Weyburn Rd  CITY/TOWN Richmond, Va 23235 | 3/21/16 | ι |

Commonwealth of Virginia
- AFFIDAVIT -

I, _Alan Schintzius_, swear or affirm that (i) my full residential
address is _3321 Garland ad_, in the State/Commonwealth of
_VA_; in the County/City/Town of _Richmond_; (ii) I am a legal resident of
a united States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

NOT PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP HERE.

_SIGNATURE OF PERSON CIRCULATING THE PETITION_

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7327182
My Commission Expires 11/30/2016

State of _Virginia_  County/City of _Richmond_
The foregoing instrument was, subscribed and sworn before me this
_12th_ day of _April_, 20 _16_, by
_Alax Schintzius_
PRINT NAME OF PERSON CIRCULATING THE PETITION

I, THE CIRCULATOR OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS  NOTARY REGISTRATION NUMBER**  DATE NOTARY COMMISSION EXPIRES**

769252950

CIRCULATOR'S DRIVER'S
LICENSE NUMBER, IF
APPLICABLE
va

NAME OF STATE THAT ISSUED
THE CIRCULATOR'S DRIVER'S
LICENSE

CIRCULATOR'S LAST 4 DIGITS
OF SOCIAL SECURITY
NUMBER

Privacy Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without
doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
any social security number or part thereof.

* Not included in seal stamp.

SBE-506/521  REV 1.2013

COMMONWEALTH OF VIRGINIA

# PETITION OF QUALIFIED VOTERS

[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use separate petition forms for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county order to facilitate the processing of the filing. If you need the number of signatures by congressional district enter district no. _____ [optional].

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland ave

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE, ZIP + 4

Richmond Va   23222

ENTER ABOVE, OFFICE SOUGHT                    ENTER ABOVE, DISTRICT, IF APPLICABLE

MAYOR

We, the qualified voters of the district in which the candidate seeks nomination or election and of

Alan Schintzius signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election   ☐ Special Election   ☐ Democratic Primary   ☐ Republican Primary

to be held on the 8th day of Nov 2016, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| | 1. | SIGN Wilda Jones PRINT Wilda C. Jones | RESIDENCE 1816 Powhatan St CITY/TOWN Richmond, YA | 4/1/16 | |
| | 2. | SIGN PRINT Meredyth Teagle | RESIDENCE 3800 Montrose Ave CITY/TOWN Richmond, VA 23222 | 4/1/16 | |
| | 3. | SIGN PRINT Elias Green | RESIDENCE 3500 Montrose Ave CITY/TOWN Rich, VA 23222 | 4/1/16 | |
| | 4. | SIGN PRINT Stacey Randolph | RESIDENCE 821 Cathedral St CITY/TOWN Richmond VA 23220 | 4/1/16 | |
| | 5. | SIGN PRINT Katy McCormack | RESIDENCE 2304 Parkwood Ave CITY/TOWN Richmond VA 23220 | 4/1/16 | |
| | 6. | SIGN Will Boneford PRINT Will Boneford | RESIDENCE 2312 Monument Ave CITY/TOWN Richmond VA 23221 | 4/1/16 | |
| | 7. | SIGN Nikhita Jain PRINT Nikhita Jain | RESIDENCE Richmond 213 West Hampton Way | 4/1/16 | |
| | 8. | SIGN PRINT Charlie Turner | RESIDENCE 215 N. 18th Street Apt 4 CITY/TOWN Richmond VA 23223 | 4/1/16 | |
| | 9. | SIGN PRINT | RESIDENCE CITY/TOWN Richmond | | |
| | 10. | SIGN PRINT Williams M. Graham | RESIDENCE CITY/TOWN Richmond | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _____ PRINT Gregory Nowotarski | RESIDENCE 2416 West Main St. CITY/TOWN Richmond | 4/1/16 | |
| 12 | SIGN _____ PRINT Julius Delacruz | RESIDENCE 14 E S Plum st CITY/TOWN Richmond | 4/1/16 | |
| 13 | SIGN _____ PRINT DAVID RIDDLEHOR | RESIDENCE 3018 New Kent CITY/TOWN RICHMOND, VA | 4/1/16 | |
| 14 | SIGN _____ PRINT Kyle Anderberg | RESIDENCE 2008 W Cary St CITY/TOWN Richmond VA | 4/1/16 | |
| 15 | SIGN _____ PRINT Grant Collier | RESIDENCE 8470 Wyndale Dr CITY/TOWN Mechanicsville VA | 4/1/16 | |
| 16 | SIGN _____ PRINT Cynthia Reyes | RESIDENCE 2129 Atwood Ave CITY/TOWN Richmond | 4/1/16 | |
| 17 | SIGN _____ PRINT Matthew Daniel | RESIDENCE 404 W 120th St CITY/TOWN R VA | 4/1/16 | |
| 18 | SIGN Welford Smith J PRINT Welford Smith J | RESIDENCE 2714 Bainbridge St CITY/TOWN Richmond VA 23225 | 4-1-16 | |
| 19 | SIGN _____ PRINT Terry S. Brisbane | RESIDENCE 1626 Claremont Ave CITY/TOWN Richmond VA 23227 | 4-1-16 | |
| 20 | SIGN _____ PRINT Audrey Neeley | RESIDENCE 1131 Eggleston CITY/TOWN Richmond, VA. | 4/1/16 | |
| 21 | SIGN _____ PRINT _____ | RESIDENCE 4 E Addison St CITY/TOWN Richmond VA 232__ | 4/1/16 | |

Commonwealth of Virginia - AFFIDAVIT -

I, Alan Schintzius

address is 532 Garland

_____ in the County/City/Town of Richmond _____ in the State/Commonwealth of _____ swear or affirm that (i) my full residential
_____ a United States of America; (ii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
felony, punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

ACE PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7627182
My Commission Expires 11/30/2018

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Henrico

The foregoing instrument was subscribed and sworn before me this
1st day of April, 2016, by

Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

_____ SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

| T04252950 |
|---|
| CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE |
| VA NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE |
| 1623 CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER |

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without
doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
any social security number or part thereof.

* If not included in seal/stamp.

SBE-506/521  REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office
It is suggested that you file petitions in county or city to facilitate the processing of the filing. If you request the number of signatures by congressional district enter district no.: _____ (optional).

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland Av

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

Richmond Va 23222

ENTER ABOVE, OFFICE SOUGHT      ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Alan Schintzius signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the 8th day of November 20 16 and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR:   MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER:   YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| R | 1. SIGN | Jennifer Vaughn | RESIDENCE 2026 Maplewood | 4/1 | |
| | PRINT | Jessica Wakelyn | CITY/TOWN Richmond | | |
| R | 2. SIGN | | RESIDENCE 2114 Hanover Ave | 4/1 | |
| | PRINT | Kenneth Kolb | CITY/TOWN Richmond 23220 | | |
| R | 3. SIGN | Katherine Rivara | RESIDENCE 3301 Rosewood Ave | 4/1 | |
| | PRINT | Katherine Rivara | CITY/TOWN Richmond, VA 23221 | | |
| R | 4. SIGN | | RESIDENCE 314 N. Mulberry St APT 1 | 4/1 | |
| | PRINT | Chris Damon | CITY/TOWN Richmond, VA 23220 | | |
| R | 5. SIGN | Paul Hingley | RESIDENCE 816 West Clay | 01 April | |
| | PRINT | Paul R Hingley | CITY/TOWN Richmond, VA 23220 | | |
| W 4/1 | 6. SIGN | Emma Vega | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| R | 7. SIGN | | RESIDENCE 2115 Stuart Ave. | 4/1 | |
| | PRINT | Gilbert Crockett | CITY/TOWN Richmond VA 23220 | | |
| 2/1 | 8. SIGN | | RESIDENCE 2702 Northumberland Ave | 4/1 | |
| | PRINT | Michael Gilbert | CITY/TOWN Richmond, VA 23220 | | |
| 4/1 | 9. SIGN | Christina | RESIDENCE 7321 Brundidge Rd | 4/1 | |
| | PRINT | Christina Sauer | CITY/TOWN North Chesterfield VA 23836 | | |
| | 10. SIGN | | RESIDENCE 611 St. Peter St | 4/1 | |
| | PRINT | Denice Mehta | CITY/TOWN Richmond, VA 23218 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* Privacy notice:  The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record.  You are not required to provide this information and may sign the petition without doing so.  The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE **CANDIDATE NAME:** Alan Schintzius  **OFFICE SOUGHT:** Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON   WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | | POST OFFICE BOXES **ARE NOT** ACCEPTABLE<br>RESIDENCE ADDRESS<br>House Number and Street Name or<br>Rural Route and Box Number and City/Town | DATE SIGNED<br>[Must be after January 1 of election year] | *SEE NOTE BELOW<br>LAST 4 DIGITS OF SOCIAL SECURITY NUMBER<br>[OPTIONAL] |
|---|---|---|---|---|
| | SIGNATURE OF REGISTERED VOTER<br>[PRINT NAME IN SPACE BELOW SIGNATURE] | | | |
| 11 | SIGN  Helen S. McIver | RESIDENCE 3613 Seaninny Rd | 9/2 | |
| | PRINT  Helen S. McIver | CITY/TOWN Richmond VA 23227 | | |
| 12 | SIGN | RESIDENCE 5920 York Lane | 4.2.16 | |
| | PRINT  Jim Turner | CITY/TOWN Richmond, VA | | |
| 13 | SIGN  Jim V. Reed | RESIDENCE 3009 Grant St | 4/2 | |
| | PRINT  Jim V Reed III | CITY/TOWN Richmond, VA 23220 | /16 | |
| 14 | SIGN | RESIDENCE 401 W 39th St | 4/2/16 | |
| | PRINT  Brayker | CITY/TOWN Richmond, VA 23225 | | |
| 15 | SIGN | RESIDENCE 2988 Park Ave | 4/2/16 | |
| | PRINT  Alan Sanfratelle | CITY/TOWN Richmond, VA 23221 | | |
| 16 | SIGN | RESIDENCE 2908 Park Ave. | 4/2/16 | |
| | PRINT  Emily Sanfratella | CITY/TOWN Richmond VA 23221 | | |
| 17 | SIGN | RESIDENCE 1000 W. Grace Street | 4-2-16 | |
| | PRINT  Alexis Ward | CITY/TOWN Richmond VA, 23220 | | |
| 18 | SIGN | RESIDENCE 2000 W Grace Street | 4/2/16 | |
| | PRINT | CITY/TOWN Richmond VA, 23220 | | |
| 19 | SIGN | RESIDENCE 801 W Franklin | 4/2/16 | |
| | PRINT  Austin Morales | CITY/TOWN Richmond | | |
| 20 | SIGN  Helene Colabrazi | RESIDENCE 711 W Main | 4-2-16 | |
| | PRINT  Helene Colabazi | CITY/TOWN Richmond | | |
| 21 | SIGN | RESIDENCE 916 W Grace | Apr 2 | |
| | PRINT  Issaw Banadurah | CITY/TOWN Richmond | 2016 | |

**- AFFIDAVIT -**

Commonwealth of Virginia

I, __Alan Schintzius__, swear or affirm that (i) my full residential address is __5329 Oxland Ave__ in the County/City/Town of __Richmond__ in the State/Commonwealth of __VA__; (ii) I am a legal resident of the United States of America; (iii) I am not a minor, (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_____
SIGNATURE OF PERSON CIRCULATING THE PETITION

NOT PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7327182
My Commission Expires 11/30/2018

State of __Virginia__ County/City of __Richmond__

The foregoing instrument was subscribed and sworn before me this ____ day of _____, 20__ by __Alan Schintzius__

PRINT NAME OF PERSON CIRCULATING THE PETITION

_____
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS     NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

Privacy notice:  The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate matching this petition with the official voter registration record.  You are not required to provide this information and may sign the petition without doing so.  The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing, and as a security number or part thereof.

If not included in seal/stamp.

| |
|---|
| T8425295C |
| CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE  N/O |
| NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE  VA |
| CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER |

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS

(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city, to facilitate the processing of the filing.

For a statewide office, it is suggested that you file petitions in each city to facilitate the processing of the filing. If you use this form, indicate the number of signatures by congressional district, enter district no. _____ (optional).

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]
Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE
3321 garland ave

ENTER ABOVE, CITY/TOWN
Richmond Va         ENTER ABOVE, ZIP + 4   23222

ENTER ABOVE, OFFICE SOUGHT  MAYor        ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate *seeks nomination or election and of
_____ Alan Schintzius _____ signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated
above in the [check only one]

☒ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the _8th_ day of _November_, 20 _16_ and we do further petition
that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/herself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE — RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| O | 1. SIGN | _Lynley Ritchie_ | RESIDENCE 3224 Floyd Ave | 4/2/16 | |
| | PRINT | Lynley Ritchie | CITY/TOWN Richmond VA 23221 | | |
| R | 2. SIGN | _Chris Byrd_ | RESIDENCE 2414 Rosewood | 4/2/16 | |
| | PRINT | CHRIS BYRD | CITY/TOWN Richmond VA 23220 | | |
| R | 3. SIGN | _Stacy Byrd_ | RESIDENCE 2414 Rosewood | 4/2/16 | |
| | PRINT | Stacy Byrd | CITY/TOWN Richmond VA 23220 | | |
| R | 4. SIGN | _Scott Burger_ | RESIDENCE 812 S. Laurel St | 4/2/16 | |
| | PRINT | Scott Burger | CITY/TOWN Richmond VA 23220 | | |
| R | 5. SIGN | _Michael Kelleher_ | RESIDENCE 7660 Cherokee Rd | 4/2/16 | |
| | PRINT | Michael Kelleher | CITY/TOWN VA 23225 | | |
| G | 6. SIGN | _Stephen Nuthill_ | RESIDENCE 508 N. | 4/2/16 | |
| | PRINT | Stephen Nuthill | CITY/TOWN Richmond VA | | |
| | 7. SIGN | | RESIDENCE 801 V. | | |
| | PRINT | | CITY/TOWN Richmond VA | | |
| G | 8. SIGN | _Julie Adler_ | RESIDENCE 711 W Main | 4/3/16 | |
| | PRINT | Julie Adler | CITY/TOWN Richmond VA | | |
| R | 9. SIGN | _Leah MacDaniel_ | RESIDENCE 3201 North Ave | | |
| | PRINT | Leah MacDaniel | CITY/TOWN Richmond VA 23222 | | |
| W | 10. SIGN | _David Phinney_ | RESIDENCE 1015 Taylor Ave | 4/3/16 | |
| | PRINT | David Phinney | CITY/TOWN Richmond 23222 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

**\* Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing a social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | RESIDENCE ADDRESS POST OFFICE BOXES ARE NOT ACCEPTABLE House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN | RESIDENCE 3904 Cary Street Rd | 4/3/16 | |
| | PRINT Michael Newberger | CITY/TOWN Richmond, VA | | |
| 12 | SIGN | RESIDENCE 3412 Stuart Ave. | 4/3/16 | |
| | PRINT Jonathan Lewis | CITY/TOWN Richmond, VA | | |
| 13 | SIGN | RESIDENCE 1428 N Clay | 4/3/16 | |
| | PRINT Heidi Mangiola | CITY/TOWN Richmond, VA | | |
| 14 | SIGN | RESIDENCE 1209 Leicester Rd | 4/3/16 | |
| | PRINT Lis Reilly | CITY/TOWN Richmond 23225 | | |
| 15 | SIGN Rhonda H Davis | RESIDENCE 1320 Wickey St. | 4/3/16 | |
| | PRINT Rhonda H. Davis | CITY/TOWN Richmond VA | | |
| 16 | SIGN | RESIDENCE 3105 Ellwood ave | 4/3/16 | |
| | PRINT Scott Price | CITY/TOWN Richmond Va 2320 | | |
| 17 | SIGN | RESIDENCE 6 N 31 St | 4/3/16 | |
| | PRINT Ann Althaggia | CITY/TOWN Ric LVA 23225 | | |
| 18 | SIGN | RESIDENCE 1218 Whitby Rd. | 4/3/16 | |
| | PRINT James P Armstrong | CITY/TOWN RVA 23227 | | |
| 19 | SIGN | RESIDENCE 1818 Whitby Rd. | 04/03/16 | |
| | PRINT | CITY/TOWN Rich. Va 23227 | | |
| 20 | SIGN | RESIDENCE 514 North 30th St | 4/3/16 | |
| | PRINT RICHARD TATNALL | CITY/TOWN RICHMOND VA 23223 | | |
| 21 | SIGN | RESIDENCE 1009 Forster St. Apt B | 4/3/16 | |
| | PRINT RYAN WILLIAMS | CITY/TOWN RICHMOND, VA 23224 | | |

Commonwealth of Virginia

## - AFFIDAVIT -

I, Alan Schintzius _____, swear or affirm that (i) my full residential address is 3521 Garland ave _____ in the County/City/Town of Richmond _____ in the State/Commonwealth of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

FACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

State of Virginia    County/City of York

The foregoing instrument was subscribed and sworn before me this ___ day of April, 20 16, by

Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

T.64 26 29 5 0
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

Va
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

1983
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing an social security number or part thereof.

* if not included in seal/stamp.

SBE-506/521  REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in a county to facilitate the processing of the filing. To use the number of signatures by congressional district, enter district no. ___ (optional)

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]
Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE
3321 Garland ave

ENTER ABOVE, CITY/TOWN            ENTER ABOVE, ZIP + 4
Richmond Va     23220

ENTER ABOVE, OFFICE SOUGHT        ENTER ABOVE, DISTRICT IF APPLICABLE
Mayor

We, the qualified voters of the district in which the above candidate seeks nomination or election and of __Alan Schintzius__ COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN    signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election   ☐ Special Election   ☐ Democratic Primary   ☐ Republican Primary
to be held on the __8th__ day of __Nov__ 20 __16__ and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR NO MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|
| R 1. | SIGN (signature) PRINT Chostie Wisotzki | RESIDENCE 1305 Grove CITY/TOWN Richmond VA | 4/10/16 | |
| R 2. | SIGN Eml Phng PRINT Emeline Phipps | RESIDENCE 1906 Avandale CITY/TOWN Richmond, VA | 4/10/16 | |
| R 3. | SIGN Meghan Lamberta PRINT | RESIDENCE 1012 Will 49th St CITY/TOWN Richmond, VA 23220 | 4/10/16 | |
| B Q 4. | SIGN nh Burke PRINT Sarah Birke | RESIDENCE 6480 Birkdale Rd CITY/TOWN Richmond VA 232 | 4/10/16 | |
| R 5. | SIGN (signature) PRINT Nicholas Spangler | RESIDENCE 1 E Marshall St CITY/TOWN Richmond VA 23219 | 4/16/16 | |
| C J 6. | SIGN Rogena PRINT Jonathan Logue | RESIDENCE 1 E Marshall St CITY/TOWN Richmond VA 23219 | 4/16/16 | |
| R 7. | SIGN (signature) PRINT Hannah Cassara | RESIDENCE 3713 Chutatica St CITY/TOWN Richmond VA 23225 | 4/10/16 | |
| R 8. | SIGN (signature) PRINT (signature) | RESIDENCE 539 N readow St Apt 205 CITY/TOWN Richmond, VA 2322 | 4/10/16 | |
| W 9. | SIGN (signature) PRINT Johnson Nkku | RESIDENCE 2209 Rev Hill Rd CITY/TOWN Richmond, VA 2320 | 4/10/16 | |
| V 10. | SIGN Ainsley PRINT C.M. Brayshaw | RESIDENCE 11 1/2 W Clay St CITY/TOWN R VA 23220 | 4/16/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE   CANDIDATE NAME: Alan Schintzius   OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A   FELON   WHOSE
SIGNER: VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _Kelley_ PRINT Kelley Wolf | RESIDENCE 10 N Auburn Ave CITY/TOWN RVA 23221 | 4.11.16 | |
| 12 | SIGN _Nagi_ PRINT Christina Nagi | RESIDENCE 4639 Kensington Ave CITY/TOWN RVA 23226 | 4.11.16 | |
| 13 | SIGN _Larry E. Flythe_ PRINT LARRY E. FLYTHE SR | RESIDENCE 614 Chamberoo Blvd CITY/TOWN Rich Va 23222 | 4.11.16 | |
| 14 | SIGN _Caroline Cox_ PRINT Caroline Cox | RESIDENCE 430 S Laurel St CITY/TOWN Richmond Va | 4/11/16 | |
| 15 | SIGN _Richmond Jr_ PRINT Richmond Jr | RESIDENCE 430 S Laurel St CITY/TOWN Richmond VA 23220 | 4/1-16 | |
| 16 | SIGN Brianna Nomi PRINT Briana Nomi | RESIDENCE 1804 Seddon Rd CITY/TOWN Richmond VA 23227 | 4-11-16 | |
| 17 | SIGN PRINT MICHAEL BROTH | RESIDENCE 1804 SEDDON RD CITY/TOWN RICHMOND VA 23227 | 4/11/16 | |
| 18 | SIGN PRINT JAY SUNNER | RESIDENCE 610 S Laurel St. CITY/TOWN R V A 23220 | 4/11/16 | |
| 19 | SIGN PRINT IAN C HESS | RESIDENCE 111 W. MARSHALL St CITY/TOWN RVA 23220 | 4/11/16 | |
| 20 | SIGN _Kristopher Goad_ PRINT KRISTOPHER GOAD | RESIDENCE 2608 Hanover Ave CITY/TOWN Richmond 23220 | 4/11/16 | |
| 21 | SIGN PRINT _Gayford_ | RESIDENCE 2701 East Main CITY/TOWN Richmond | 4/11/16 | |

Commonwealth of Virginia - **AFFIDAVIT**.

I, Alan Schintzius _____, swear or affirm that (i) my full residential
address is ___ 32 Galloway __ in the County/City/Town of _Richmond_ in the State/Commonwealth of ___; (ii) I am a legal resident of
the United States of America: (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
felony, punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_Alan Schintzius_
SIGNATURE OF PERSON CIRCULATING THE PETITION

State of _Virginia_ County/City of _Richmond_

The foregoing instrument was subscribed and sworn before me this
11th day of _April_, 20 16, by
_Alan Schintzius_
PRINT NAME OF PERSON CIRCULATING THE PETITION

TO BE PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW:
Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527192
Commission Expires 11/30/2018

_Lisa C. Cosby_
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

16425245C

193

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
checking the petition with the official voter registration record. You are not required to provide this information and may sign the petition without
doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
any social security number or part thereof.

* If not included in seal/stamp

SBE-506/521   REV 1.2013

K

COMMONWEALTH OF VIRGINIA
## PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidate]

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in count. or to facilitate the processing of the filing. If you wish the number of signatures by congressional distr enter district no.: _____ [optional]

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

2321 garland ave

ENTER ABOVE, CITY/TOWN                                    ENTER ABOVE, ZIP + 4

Richmond Va    23222

ENTER ABOVE, OFFICE SOUGHT  MAYOR          ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Alan Schintzius  signed hereunder or on the reverse

COUNTY OR CITY, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the  8th day of _____ Nov _____ 20 16 and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is neither himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR:  MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA NOT MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MO THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | **SEE NOTE BELOW LAST 4 DIGITS O SOCIAL SECURIT NUMBER |
|---|---|---|---|---|---|
| | 1. SIGN | | RESIDENCE 603 Chamberlayne | 3/31 | |
| | PRINT | Sarah P. Stiles | CITY/TOWN Richmond, VA | 2016 | |
| | 2. SIGN | Tim L. | RESIDENCE 16 K Cobblexit | | |
| | PRINT | Tim Kepin | CITY/TOWN Richid | 3/31 | |
| | 3. SIGN | John W | RESIDENCE 1601 conteberate | 3/31 | |
| | PRINT | John Knapp | CITY/TOWN Richmond VA | | |
| | 4. SIGN | Matthew Zole | RES SIDENCE 3150 Floyd Ave | 3/31 | |
| | PRINT | MATTHEW ZOLGER | CITY/TOWN | | |
| | 5. SIGN | J Deleon | RESIDENCE Richmond VA | 3/31 | |
| | PRINT | Joseph A DeLeon | CITY/TOWN 319 A N. Robinson | | |
| | 6. SIGN | Rogers | RES DENCE Richmond VA | 3/31 | |
| | PRINT | Ronald W. Rogers | CITY/TOWN 325 S. Cherry St. | | |
| | 7. SIGN | S. Mann | RESIDENCE 6229 Debora Dr. | 3/31 | |
| | PRINT | Sarah Mann | CITY/TOWN RVA | | |
| | 8. SIGN | Sheila Jones | RESIDENCE 3606 Chamberlayne | 3/31 | |
| | PRINT | Sheila Jones | CITY/TOWN RVA | | |
| | 9. SIGN | Hm J | RESIDENCE 1808 Powhatan | 3/31 | |
| | PRINT | Hugh Jones | CITY/TOWN Richmd VA | | |
| | 10. SIGN | | RESIDENCE 305 South | 3/31 | |
| | PRINT | Anton Freed | CITY/TOWN Carol Richmond | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE S

* **Privacy notice**:  The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to 'facil checking this petition with the official voter registration record.  You are not required to provide this information and may sign the petition without c so.  The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: _Alan Schintzius_ OFFICE SOUGHT: _MAYOR_

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | RESIDENCE ADDRESS (POST OFFICE BOXES ARE NOT ACCEPTABLE) House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN _Gwendy Fox_ PRINT | RESIDENCE _1167 768 __ 5200 02_ CITY/TOWN _Chesterfield Va 23332_ | | |
| 12. | SIGN _Janette Blakey_ PRINT | RESIDENCE CITY/TOWN | | |
| 13. | SIGN PRINT | RESIDENCE CITY/TOWN | | |
| 14. | SIGN _Taimur Mahmood_ PRINT _Taimur Mehmood_ | RESIDENCE _900 West Franklin St_ CITY/TOWN _Richmond VA 23220_ | 4/1/16 | |
| 15. | SIGN _Carl R. Hecker_ PRINT _Carl R Hecker_ | RESIDENCE _36 E Newcent Ave_ CITY/TOWN _Rich Va 23225_ | 4/1/16 | |
| 16. | SIGN _Andrea Halco_ PRINT _Andrea Halco_ | RESIDENCE _112 W. 20th St_ CITY/TOWN _Richmond, 23225_ | 4-1-16 | |
| 17. | SIGN _Brian McCarthy_ PRINT _Brianna McCarthy_ | RESIDENCE _8470 Wendell Dr_ CITY/TOWN _Mechanicsville, VA_ | 4/1/16 | |
| 18. | SIGN _Jose Maria Galvez_ PRINT _Jose M Galvez_ | RESIDENCE _3220 Barton ave_ CITY/TOWN _Richmond VA_ | 04/01/16 | |
| 19. | SIGN _Dennis H Harvey_ PRINT _Dennis H. Harvey_ | RESIDENCE _316 W. 29 St._ CITY/TOWN _Richmond VA._ | 4/1/16 | |
| 20. | SIGN _S Harvey_ PRINT _Audrey Harris_ | RESIDENCE _1511 Westbridge_ CITY/TOWN _Richmond VA_ | 4/1/16 | |
| 21. | SIGN _Daniel Brisbane_ PRINT _Daniel Brisbane_ | RESIDENCE _1636 Claremont Ave_ CITY/TOWN _Richmond Va 23227_ | 4/1/16 | |

## — AFFIDAVIT —

Commonwealth of Virginia

I, _Alan Schintzius_, _332 Garland_, swear or affirm that (i) my full residential address 5 _332 Garland_ in the County/City/Town of _Richmond_, in the State/Commonwealth of United States of America; (iii) I am not a minor; (iv) I am a legal resident of assed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a ny punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of _VIRGINIA_ County/City of _Richmond_

The foregoing instrument was subscribed and sworn before me this _1st_ day of _April_, 20_16_, by

_Alan Schintzius_
PRINT NAME OF PERSON CIRCULATING THE PETITION

_Phillis Chesley_
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE _VA_

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE _1193_

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER _6475 79 56_

OFFICIAL SEAL - NOT REPRODUCIBLE
NOTARY PUBLIC SEAL BELOW
Commonwealth of Virginia
Reg. #7527193
Commission Expires 11/30/2018

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate acking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without ing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

not included in seal/stamp.

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

*Alan Schintzius*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

*3321 garland ave*

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE, Z P + 4

*Richmond Va 23222*

ENTER ABOVE, OFFICE SOUGHT                ENTER ABOVE, DISTRICT, F APPLICABLE

*Mayor*

When an election district induces more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office, it is suggested that you file petitions in county/city to facilitate the processing of the filing. If you track the number of signatures by congressional district enter district no ____ [optional]

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

*Alan Schintzius* signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election  ☐ Special Election ☐ Democratic Primary  ☐ Republican Primary

to be held on the _8th_ day of _November_, 20 _16_, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/herself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter

CIRCULATOR:   MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER:   YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|
| 1. | SIGN | RESIDENCE | | |
| | PRINT | City/Town | | |
| 2. | SIGN *John* | RESIDENCE 1409 WESTBROOK AVE | 4/1/16 | |
| | PRINT JOHN MOSER | City/Town RICHMOND VA 23227 | | |
| 3. | SIGN *Talia Moser* | RESIDENCE 1409 Westbrook Ave | 4/1/16 | |
| | PRINT Talia Moser | City/Town Richmond Va | | |
| 4. | SIGN *W Salley* | RESIDENCE 503 Strawberry St #5 | 4/1/16 | |
| | PRINT Meredith Salley | City/Town Richmond VA 23220 | | |
| 5. | SIGN | RESIDENCE 503 STRAWBERRY ST #5 | 4/1/16 | |
| | PRINT JAMES HILL | City/Town RICHMOND VA 23220 | | |
| 6. | SIGN *Shannon Keeter* | RESIDENCE 1443 Brownleaf Dr | 4/1/16 | |
| | PRINT Shannon Keeter | City/Town Richmond, VA | | |
| 7. | SIGN *Taylor-Leigh Adams* | RESIDENCE 415 E Grace St | 4/1/16 | |
| | PRINT Taylor-Leigh Adams | City/Town Richmond, VA | | |
| 8. | SIGN | RESIDENCE 3102 Kensington | 4/1/16 | |
| | PRINT Josh Green | City/Town Richmond VA 23221 | | |
| 9. | SIGN *Jay* | RESIDENCE 713 Catherine St | 4/1/16 | |
| | PRINT Jay Wright | City/Town Richmond, VA | | |
| 10. | SIGN *Arshan* | RESIDENCE 1604 Grove Ave | 4/1/16 | |
| | PRINT Arshan Vardanshenas | City/Town Richmond, VA | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON

***** Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition if you do not do so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the complete social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE **CANDIDATE NAME:** Alan Schintzius **OFFICE SOUGHT:** MAYOR

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE,
**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY |
|---|---|---|---|---|
| 11 | SIGN | RESIDENCE 113 Auckland Rd | 4/02/16 | |
| | PRINT Geddes Kelley | CITY/TOWN Rich VA 23231 | | |
| 12 | SIGN | RESIDENCE 317 West Leigh | 4/2/16 | |
| | PRINT | CITY/TOWN Richmond | | |
| 13 | SIGN R Hoss | RESIDENCE 16 N Meadow St | 4/2/16 | |
| | PRINT RYAN HOSS | CITY/TOWN RICHMOND | | |
| 14 | SIGN Peter Lewis | RESIDENCE 1701 Grove St. | 4/2/16 | |
| | PRINT Peter Lewis | CITY/TOWN Richmond | | |
| 15 | SIGN | RESIDENCE 5316 Salem St | 4/2/16 | |
| | PRINT Josh Small | CITY/TOWN Richmond | | |
| 16 | SIGN | RESIDENCE | | |
| | PRINT | CITY/TOWN | | |
| 17 | SIGN Daniel Bird | RESIDENCE 2375 Barrows Rd | 4-2-16 | |
| | PRINT | CITY/TOWN Richmond, VA | | |
| 18 | SIGN | RESIDENCE 5858 Broadrich Blvd | 4-2-16 | |
| | PRINT Anthony Teeze | CITY/TOWN Richmond VA | | |
| 19 | SIGN Samuel Forrest | RESIDENCE 409 Hancock | 4/2/16 | |
| | PRINT Samuel S. Forrest | CITY/TOWN Richmond, VA 23220 | | |
| 20 | SIGN | RESIDENCE 1130 Eggleston St | 4/2/2016 | |
| | PRINT James Slade | CITY/TOWN Richmond VA | | |
| 21 | SIGN Robin Silberman | RESIDENCE 1126 Eggleston St | 4/2/16 | |
| | PRINT Robin Silberman | CITY/TOWN Richmond, VA | | |

Commonwealth of Virginia
- **AFFIDAVIT** -

I, Alan Schintzius , swear or affirm that (i) my full residential address is 2321 Garland Ave , in the County/City/Town of Richmond , in the State/Commonwealth of Virginia ; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

PLACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

State of Virginia County/City of Richmond
The foregoing instrument was subscribed and sworn before me this 12th day of April , 20 16 , by
Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS     NOTARY REGISTRATION NUMBER**     DATE NOTARY COMMISSION EXPIRES**

2950
DRIVER'S LICENSE NUMBER, IF APPLICABLE
N/A
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
1185
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* If not included in seal/stamp.

S8E-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland ave

ENTER ABOVE, CITY/TOWN

Richmond Va 23221          ENTER ABOVE, ZIP + 4

ENTER ABOVE, OFFICE SOUGHT   MAYOR          ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in a county or city to facilitate the processing of filing.

For a statewide office
It is suggested that you file petitions in a county to facilitate the process of the filing. If you list the number of signatures by congress and to enter district no. ___ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond _____ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the __8th__ day of ___November___, 20__16__ and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/him a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. This circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NO MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | [See optional, LAST 4 DIGITS SSN] |
|---|---|---|---|---|---|---|
| ✓ | 1. | SIGN | _____ | RESIDENCE 619 Azalea St | | 23.. |
| | | PRINT Frank Mykins | | CITY/TOWN Richmond Va | | |
| ✓ | 2. | SIGN Poundling | | RESIDENCE 200 E Park Av | | N/.. |
| | | PRINT Richard Wells | | CITY/TOWN Richmond VA | | |
| ✓ | 3. | SIGN Soni | | RESIDENCE 116 N Plum St | | 3/9/16 |
| | | PRINT Sadeh Naylor | | CITY/TOWN Richmond VA | | |
| ✓ | 4. | SIGN _____ | | RESIDENCE 201 N 33 St | | 3/8 |
| | | PRINT _____ | | CITY/TOWN RICHMOND VA | | |
| ✓ | 5. | SIGN Nuedra | | RESIDENCE 714 Holly St | | |
| | | PRINT Nuedra Ive | | CITY/TOWN RVA | | 1/29 |
| ✓ | 6. | SIGN Constance C Coste | | RESIDENCE 519 Kensington Rd | 3/28 | |
| | | PRINT Constance Coste | | CITY/TOWN Richmond VA 23... | | |
| ✓ | 7. | SIGN _____ | | RESIDENCE 155 E Clay St | | 3/9/16 |
| | | PRINT Kathryn Forte | | CITY/TOWN Richmond VA | | |
| ✓ | 8. | SIGN Laine Myers | | RESIDENCE 500 Hull St (13th) | | 3/9/.. |
| | | PRINT Laine Myers | | CITY/TOWN RVA | | |
| ✓ | 9. | SIGN Chang Ly40 | | RESIDENCE 7164 Laus Av | | 3/28/.. |
| | | PRINT Chang Ly40 | | CITY/TOWN Richmond VA | | |
| ✓ | 10. | SIGN Chas Yaye | | RESIDENCE 2517 E Grace St | | 3/9/16 |
| | | PRINT Chas | | CITY/TOWN Richmond VA 23221 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

SBE-506/521   REV 1.2013



CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzus  OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN / PRINT Gilbert Crockett | RESIDENCE 2111 Oakwood Ln. / CITY/TOWN Richmond VA 23228 | 3/28/16 | |
| 12 | SIGN / PRINT TYLER BEALL | RESIDENCE 1424 W CLAY ST / CITY/TOWN RICHMOND VA 23220 | 3/28 | |
| 13 | SIGN / PRINT Daniel Ravenal | RESIDENCE 6 N Dooley Ave / CITY/TOWN Richmond VA 23221 | 3/28/16 | |
| 14 | SIGN / PRINT William Rigsby | RESIDENCE 3313 Suffolk Rd / CITY/TOWN Richmond VA | 3/28/16 | |
| 15 | SIGN / PRINT Ellsworth Jackson IV | RESIDENCE 623 Grayson Ave / CITY/TOWN Richmond VA 23222 | 3/28/16 | |
| 16 | SIGN / PRINT JOE FOX | RESIDENCE 215 HERMITAGE RD / CITY/TOWN RICHMOND VA 23220 | 3/28/16 | |
| 17 | SIGN / PRINT DAMON C. COOK | RESIDENCE 3437 McGUIRE DR. / CITY/TOWN RVA 23224 | 3/28/16 | |
| 18 | SIGN / PRINT DANNY BAKER | RESIDENCE 3205 PARK AVE / CITY/TOWN Richmond VA 23221 | 3/28/16 | |
| 19 | SIGN / PRINT STEVEN SCHWARZ | RESIDENCE 283 N PLUM ST / CITY/TOWN RICHMOND, VA 23220 | 3/28 | |
| 20 | SIGN / PRINT | RESIDENCE 1709 Grove / CITY/TOWN Richmond | 3/28 | |
| 21 | SIGN Nancy Kimball / PRINT Nancy Kimball | RESIDENCE 1709 Grove / CITY/TOWN Richmond | 3/28 | |

Commonwealth of Virginia                        - AFFIDAVIT -

I, Alan Schintzus _____ swear or affirm that (i) my full residential address is 3321 garland ave in the County/City/Town of Richmond, in the State/Commonwealth of VA; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

MUST BE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

State of Virginia   County/City of Richmond
The foregoing instrument was subscribed and sworn before me this ___ day of _____, 20 16, by
Alan Schintzus
PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER*   DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE: 764252950
N.a
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE: 193
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing an social security number or part thereof

* if not included in seal/stamp.

SBE-506/521  REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of this filing.

For a statement of the office, it is suggested that you file separate forms in order to facilitate the processing of this filing. Figure the number of signatures by congressional district. Enter district no.: ___ (optional)

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland ave

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

Richmond Va 23222

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

MAYOR

---

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Alan Schintzius  signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election   ☐ Special Election   ☐ Democratic Primary   ☐ Republican Primary

to be held on the  8th  day of  Nov  , 20 16 , and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is hers/his a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

---

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|
| C N | 1. SIGN _Paul_  PRINT PAUL LEWIS | RESIDENCE 1721 Grove Av #1  CITY/TOWN Richmond, VA 23220 | 4/18/16 | |
| R | 2. SIGN _____  PRINT Leah Page | RESIDENCE 1514 Texas Ave Richmond Va  CITY/TOWN Richmond | 4/10/16 | |
| | 3. SIGN _____  PRINT Aaron Richman | RESIDENCE _____  CITY/TOWN _____ | | |
| C N | 4. SIGN _____  PRINT Andrew Michaels | RESIDENCE 2215 W C St  CITY/TOWN Richmond | 4/10/16 | |
| R | 5. SIGN _____  PRINT Kevin O'Leary | RESIDENCE 1911 W ___  CITY/TOWN Richmond | | |
| | 6. SIGN _____  PRINT Eileen ___ | RESIDENCE _____  CITY/TOWN _____ | | |
| R | 7. SIGN Jack ___  PRINT Jack hessian | RESIDENCE 310 ___  CITY/TOWN ___ | | |
| C N | 8. SIGN _____  PRINT Steven Teal | RESIDENCE 3910 ___  CITY/TOWN Richmond, VA | 4/9/16 | |
| R | 9. SIGN Mark W ___  PRINT Mark Walker | RESIDENCE 475 Clay  CITY/TOWN Richmond VA | | |
| C N | 10. SIGN _____  PRINT Brandon Simmons | RESIDENCE 1892 Hammock Live  CITY/TOWN Richmond, VA 23220 | 4/10/16 | |

**CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE**

---

**\* Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius  OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN Natalie Snider  PRINT Natalie Snider | RESIDENCE 3011 E. Broad St, Bsml  CITY/TOWN Richmond VA 23323 | 4.10.16 | |
| 12 | SIGN Heidi Rugg  PRINT Heidi Rugg | RESIDENCE 1811 Maple Shade Ln  CITY/TOWN Richmond 23227 | 4.10.16 | |
| 13 | SIGN Katelyn West-Smith  PRINT Katelyn West-Smith | RESIDENCE 2204 E Marshall  CITY/TOWN Richmond VA 23223 | 4/10/16 | |
| 14 | SIGN Willa Pire  PRINT Willa Pire | RESIDENCE 1814 Hancock Ave Apt A  CITY/TOWN Richmond, VA | 4/10/16 | |
| 15 | SIGN Shawn Stone  PRINT Shawn Stone | RESIDENCE 3108 E Marshall  CITY/TOWN Richmond, VA 23223 | 4/10/16 | 1 |
| 16 | SIGN Briana Collazo  PRINT Briana Collazo | RESIDENCE 2405 W Cary  CITY/TOWN Richmond VA | 4/10/16 | |
| 17 | SIGN  PRINT Elkins | RESIDENCE  CITY/TOWN | 4/10/16 | |
| 18 | SIGN  PRINT | RESIDENCE 516  CITY/TOWN | 4/10/16 | |
| 19 | SIGN  PRINT Amanda Robinson | RESIDENCE 2817 Edgewood Ave  CITY/TOWN Richmond, VA 23222 | 4/10/16 | |
| 20 | SIGN  PRINT | RESIDENCE 2817 Edgewood  CITY/TOWN Richmond VA 23222 | 4/10/16 | |
| 21 | SIGN  PRINT Luke Stevens | RESIDENCE 1016 Albemarle  CITY/TOWN Richmond VA 23222 | 4/10/16 | |

Commonwealth of Virginia  - AFFIDAVIT -

I, Alan Schintzius, address is 3971 Gaaland _____ in the County/City/Town of Richmond, swear or affirm that (i) my full residential _____ in the State/Commonwealth of _____; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

FACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this ___ day of _____, 20__ by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527162
Commission Expires 11/30/2018

NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS     NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

164252956
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

103
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* If not included in seal/stamp.

SBE-506/521  REV 1.2013

CANDIDATE NAME: Alan Schintzius   OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| # | SIGNATURE OF REGISTERED VOTER | RESIDENCE ADDRESS | DATE SIGNED | SS# |
|---|---|---|---|---|
| 11 | SIGN L.C. / PRINT Oven Jctton | RESIDENCE 308 W 30th / CITY/TOWN Richmond | 5/20 | |
| 12 | SIGN / PRINT Michael Zotzea | RESIDENCE 308 W 30th / CITY/TOWN RVA | 5/20 | |
| 13 | SIGN Casey Crotch / PRINT Casey Criddle | RESIDENCE 3111 Condue St / CITY/TOWN Richmond | 5/20 | |
| 14 | SIGN / PRINT Brian Crece | RESIDENCE 3422 Stuart Ave / CITY/TOWN RVA | 5/16 | |
| 15 | SIGN / PRINT Ignacio Costello | RESIDENCE 2517 Grove Ave / CITY/TOWN RVA | 5/20 | |
| 16 | SIGN Matt Costello / PRINT Matt Costello | RESIDENCE 2511 Grove ave / CITY/TOWN RVA 23220 | 5/20 | |
| 17 | SIGN Florence Breedlove / PRINT Florence Breedlove | RESIDENCE 3837 Hawthorne Ave #2 / CITY/TOWN Rich, VA 23222 | 5/20/16 | |
| 18 | SIGN D.J. Ferguson / PRINT D.J. Ferguson | RESIDENCE 4230 W. Grace / CITY/TOWN Richmond 23230 | 20 May 2016 | |
| 19 | SIGN Helene Kastenbaum / PRINT Helene Kastenbaum | RESIDENCE 304 Denny Dr / CITY/TOWN Richmond VA 23220 | 5/21/16 | |
| 20 | SIGN / PRINT Jess Brooks | RESIDENCE 3406 W Grace St / CITY/TOWN Richmond VA 23221 | 5/20/16 | |
| 21 | SIGN / PRINT Jenn Buch | RESIDENCE 3154 gillwd D / CITY/TOWN Richmd VA 23224 | 5/30/16 | |

- AFFIDAVIT -

Commonwealth of Virginia

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3321 Garland Ave, Virginia in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May, 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

SBE-506/521 REV 1.2013

Alan Schintzus

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va          23222

ENTER ABOVE, CITY/TOWN                          ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT              ENTER ABOVE, DISTRICT, IF APPLICABLE

**COMMONWEALTH OF VIRGINIA**
**PETITION OF QUALIFIED VOTERS**
(Must be filed with Declaration of Candidacy)

When an election district includes more than 1 county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in each county to facilitate the processing of the filing. You may enter the number of signatures by congressional district. enter district no. _____ (optional).

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election   ☐ Special Election ☐ Democratic Primary   ☐ Republican Primary

to be held on the 8th day of November, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is he/him a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that she personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA. IS A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY ANY INTENT TO VOTE FOR THE CANDIDATE. YOU CAN'T SIGN A PETITION FORM FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|---|
| | 1. SIGN | John Williams | RESIDENCE 1517 21st | 5/16/16 | |
| | PRINT | John Williams | CITY/TOWN Richmond VA 2322 | | |
| | 2. SIGN | Wm Smith | RESIDENCE 1519 199th | 5-16-16 | |
| | PRINT | William Smith | CITY/TOWN Richmond VA 2320 | | |
| | 3. SIGN | Delores J. Banks | RESIDENCE 2308 Land ave | 05/16/16 | |
| | PRINT | | CITY/TOWN | | |
| | 4. SIGN | Rochelle Ranny | RESIDENCE 2308 Lang Ave | 5/16/16 | |
| | PRINT | Rochelle Ranny | CITY/TOWN Richmond | | |
| | 5. SIGN | Karen Tyler | RESIDENCE 2303 Land Ave | 5/17/16 | |
| | PRINT | Karen Tyler | CITY/TOWN Richmond Va | | |
| | 6. SIGN | | RESIDENCE 3401 3Ave | 5/1/1 | |
| | PRINT | | CITY/TOWN Richmond VA | | |
| | 7. SIGN | | RESIDENCE 8 Hills Jr | 5/2/16 | |
| | PRINT | Jonathan Deville | CITY/TOWN Rich 23222 | | |
| | 8. SIGN | mje | RESIDENCE 1607 Hull St | 5/20/16 | |
| | PRINT | Mike Duln | CITY/TOWN Richmond VA 23224 | | |
| | 9. SIGN | Trista | RESIDENCE 15th Ave | 5/20/16 | |
| | PRINT | Trista Thomas | CITY/TOWN N.Chesterfield 23207 | | |
| | 10. SIGN | Stephen Smith | RESIDENCE 1308 Brand bridge Rd | 5/18/16 | |
| | PRINT | Smith | CITY/TOWN Richmond VA 2322 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

SBE-506/521   REV 1.2013

INTITLED FROM REVERSE SIDE   CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

RCULATOR:   MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A   FELON   WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER:   YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE.  YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN Matthew Biddle | RESIDENCE 1300 W. 41st St | 5/20 | |
| | PRINT Chi Biddle | CITY/TOWN Richmond, VA 23225 | | |
| 12 | SIGN X (HANDICAPPED – UNABLE TO SIGN) C. Gadei 704 | RESIDENCE 1206 W 41st St | 5/2 | |
| | PRINT JAMES B BROCK | CITY/TOWN Richmond, VA 23225 | | |
| 13 | SIGN Julia W Seward | RESIDENCE 1148 West Ave | 5/21/16 | |
| | PRINT Julia W Seward | CITY/TOWN Richmond VA 23220 | | |
| 14 | SIGN | RESIDENCE 3211 Chamberlayne | 3/? | |
| | PRINT Lavonia Walters | CITY/TOWN Richmond VA | 5/23/16 | |
| 15 | SIGN | RESIDENCE 1250 North Courthouse Rd | 5/24/16 | |
| | PRINT | CITY/TOWN Richmond VA | | |
| 16 | SIGN E Martin Jewell | RESIDENCE 805 Old Nicholson St | 5/21/ | |
| | PRINT E. Martin Jewell | CITY/TOWN Richmond, Va. 23223 | | |
| 17 | SIGN | RESIDENCE Richmond VA. | 5/24 | |
| | PRINT Alice Tart | CITY/TOWN 6381 Dalebrook Rd | | |
| 18 | SIGN Silvia G. Woof | RESIDENCE 605 Westover Hills | 5/24 | |
| | PRINT | CITY/TOWN Richmond VA 23225 | | |
| 19 | SIGN Cassandra Shaw | RESIDENCE 2909 Matisse Ln | 5/24 | |
| | PRINT Cassandra Shaw | CITY/TOWN Richmond, VA 24 | | |
| 20 | SIGN Jessie Johnson | RESIDENCE P 000 25 5758 | 5/25/16 | |
| | PRINT | CITY/TOWN 2322 C | | |
| 21 | SIGN | RESIDENCE 1609 Rogers St | 5/25/16 | |
| | PRINT Nathan Benah | CITY/TOWN 23223 | | |

Commonwealth of Virginia            - AFFIDAVIT -

I, Alan Schintzius , swear or affirm that (i) my full residential
address is 3321 Garland Ave in the State/Commonwealth of
Virginia in the County/City/Town of Richmond ; (ii) I am a legal resident of
United States of America, (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
essed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
ny punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this
3 15t day of May 20 16 , by
Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

| | |
|---|---|
| T64752950 | CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE |
| VA | NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE |
| 195 | CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER |

RE PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW)

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER   DATE NOTARY COMMISSION EXPIRES

Princette Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7033791
My Commission Expires 8/31/2018

ivacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
hecking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without
ing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
y social security number or part thereof.

not included in seal/stamp

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA

# PETITION OF QUALIFIED VOTERS

(Must be filed with Declaration of Candidacy)

_Alan Schintzius_

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

_3321 Garland ave_

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

_Richmond Va'_         _23222_

ENTER ABOVE, CITY/TOWN                ENTER ABOVE, ZIP + 4

_MAYOR_

ENTER ABOVE, OFFICE SOUGHT        ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city so to facilitate the processing of filing.

For a statewide office, it is suggested that you file petitions in court to facilitate the processing of the filing. If you file the number of signatures by congressional district enter district no. _____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

_Richmond_ signed hereunder or on the reverse

COUNTY OR CITY, OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the _8th_ day of _November_, 20 _16_, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is neither a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, I MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BEL [LAST 4 DIGITS SOCIAL SECU NUMBER (optional)] |
|---|---|---|---|---|---|
| 1. | SIGN _Kirsten Gray_ | RESIDENCE | _2305 East Broad St_ | _5/3/16_ | |
| | PRINT _Kirsten Gray_ | CITY/TOWN | _Richmond VA_ | | |
| 2. | SIGN _Jenni Bachman_ | RESIDENCE | _1601 1/2 Carlisle Ave_ | _5/28/16_ | |
| | PRINT _Jenni Bachman_ | CITY/TOWN | _Richmond VA 23851_ | | |
| 3. | SIGN _Reed Louis_ | RESIDENCE | _511 S. Pine St_ | _5/29/16_ | |
| | PRINT _Reed Louis_ | CITY/TOWN | _Richmond, VA 23220_ | | |
| 4. | SIGN _Lisa Miller_ | RESIDENCE | _414 N. 2nd St_ | | |
| | PRINT _Lisa Miller_ | CITY/TOWN | _Richmond Va 23418_ | | |
| 5. | SIGN _James Marie_ | RESIDENCE | _600 N 25th_ | _5/26/16_ | |
| | PRINT _James Marie_ | CITY/TOWN | _Richmond 23223_ | | |
| 6. | SIGN _Howard Elford_ | RESIDENCE | _3313 Gloucester Rd_ | _5/20/16_ | |
| | PRINT _Howard Elford_ | CITY/TOWN | _Rich Va 23227_ | | |
| 7. | SIGN _Roberta Elford_ | RESIDENCE | _3312 Gloucester Rd_ | _5/_ | |
| | PRINT _Roberta Elford_ | CITY/TOWN | _Richmond VA 23227_ | | |
| 8. | SIGN _Michael J Davye_ | RESIDENCE | _4402 W Frank St_ | _5/24/16_ | |
| | PRINT _Michael J Davye_ | CITY/TOWN | _Rich VA 23221_ | | |
| 9. | SIGN _Natalie Snider_ | RESIDENCE | _3011 E Broad St, Bsmt Apt_ | _5 22 16_ | |
| | PRINT _Natalie Snider_ | CITY/TOWN | _Richmond, VA 23223_ | | |
| 10. | SIGN _Matt Bran_ | RESIDENCE | _3002 E. Broad Apt A._ | _5/24/16_ | |
| | PRINT _Matt Bran_ | CITY/TOWN | _Richmond, VA 23223_ | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to fai checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containi social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ✔ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _Jodi Teitelman_ PRINT _jteitel@vcu.edu_ | RESIDENCE 3867 Fauquier Ave CITY/TOWN Richmond, VA | 5/28/16 | |
| 12 | SIGN _Bernice Baker_ PRINT BERNICE BAKER | RESIDENCE 3225 Cliff Ave CITY/TOWN Rich, VA | 5/28 | |
| 13 | SIGN _Coqui Macdonald_ PRINT COQUI MACDONALD | RESIDENCE 2218 E Franklin CITY/TOWN 23223 Rich Va | ✓ | |
| 14 | SIGN _Ray M_ PRINT Ray Muhammed | RESIDENCE 3015 Montpelier CITY/TOWN Richmond, VA | 5/29/16 | |
| 15 | SIGN _Saad El-Amin_ PRINT Saad El-Amin | RESIDENCE 24 Riverbrook Rd CITY/TOWN Richmond, VA 23225 | 6/29 16 | |
| 16 | SIGN W. Jerry Teachey PRINT W. Jerry Teachey | RESIDENCE 2333 Floyd Ave CITY/TOWN Richmond VA | 5/31 | |
| 17 | SIGN PRINT | RESIDENCE CITY/TOWN | | |
| 18 | SIGN PRINT | RESIDENCE CITY/TOWN | | |
| 19 | SIGN PRINT | RESIDENCE CITY/TOWN | | |
| 20 | SIGN PRINT | RESIDENCE CITY/TOWN | | |
| 21 | SIGN PRINT | RESIDENCE CITY/TOWN | | |

Commonwealth of Virginia - AFFIDAVIT -

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3321 Garland Ave, Richmond VA in the State/Commonwealth of Virginia in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a crime punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

MUST BE PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW:

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

USE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE: T04252950

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE: VA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER: 1193

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate asking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without providing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

**Not included in seal/stamp

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
(Must be filed with Declaration of Candidacy)

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland Ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va      23222

ENTER ABOVE, CITY/TOWN          ENTER ABOVE ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT        ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office, it is suggested that you file petitions in county to facilitate the process of the filing. If you list the number of signatures by congressional district enter district no. _____ (optional).

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

_____Richmond_____ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check one] box.

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the 8th day of November, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is herhis a legal resident of the United States of Amer and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

---

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR M THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE — RESIDENCE ADDRESS — House Number and Street Name or Rural Route and Box Number and City, Town | DATE SIGNED (Must be after January 1 of election year) | *SEE NOTE BEL LAST 4 DIGITS SOCIAL SECU NUMBER (OPTIONAL) |
|---|---|---|---|---|---|
| R | 1. | SIGN _Delaney Hunter Stehl_ | RESIDENCE 3913 W Grace St | 5/ /16 | |
| | | PRINT Dulaney Hunter Stehl | CITY/TOWN Richmond VA 23221 | | |
| N P | 2. | SIGN _____ | RESIDENCE 7C Sherman St | 5/31/16 | |
| | | PRINT Rev. Billy TALEN | CITY/TOWN Brooklyn NY | | |
| R | 3. | SIGN _____ | RESIDENCE 618 E Franklin St | 5/27/16 | |
| | | PRINT Tristan Brennis | CITY/TOWN Richmond VA | | |
| R | 4. | SIGN _____ | RESIDENCE 618 E Franklin St | 5/27/16 | |
| | | PRINT Mathew Wild | CITY/TOWN Richmond VA | | |
| | 5. | SIGN _____ | RESIDENCE 3103 Dill Ave | 5/27/16 | |
| | | PRINT Emily Thornsbrey | CITY/TOWN Richmond VA | | |
| C F | 6. | SIGN _____ | RESIDENCE 2209 Rosewood | 5/27/16 | |
| | | PRINT Isdal Ramsey | CITY/TOWN Richmond VA | | |
| R | 7. | SIGN _____ | RESIDENCE 1236 WARREN | 5/27/16 | |
| | | PRINT John R. Kinter | CITY/TOWN RICHMOND VA | | |
| R | 8. | SIGN _____ | RESIDENCE 29 W Jackson 4th | 5/27/16 | |
| | | PRINT Daniel Ross Huvaler | CITY/TOWN Richmond VA | | |
| R | 9. | SIGN _Daniel V. Finney_ | RESIDENCE 111 Goddin St | 5/27/16 | |
| | | PRINT DANIEL Y. FINNEY | CITY/TOWN Richmond VA 23231 | | |
| | 10. | SIGN _____ | RESIDENCE _____ | | |
| | | PRINT _____ | CITY/TOWN _____ | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to fa checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition withou so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containi social security number or part thereof.

SBE-506/521  REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius   OFFICE SOUGHT: Mayor

CIRCULATOR:  MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A   FELON   WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE.  YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. SIGN | | RESIDENCE W 15th St | 4/10/16 | — |
| PRINT | JOSH BEARMAN | CITY/TOWN RVA | | |
| 12. SIGN | Hannah Brown | RESIDENCE 7030 W Grace St. | 4/11/16 | |
| PRINT | Hannah Brown | CITY/TOWN Richmond, VA | | |
| 13. SIGN | | RESIDENCE 316 W 28th St. | 4/25/16 | |
| PRINT | Jonathan Fried | CITY/TOWN R. VA | | |
| 14. SIGN | Kathryn M Roseberry | RESIDENCE 3206 Forest Hill | 4/25/16 | |
| PRINT | Kathryn M Roseberry | CITY/TOWN Richmond | | |
| 15. SIGN | | RESIDENCE 4407 J York Dr | 4.25.16 | |
| PRINT | Kurt Steinhagen | CITY/TOWN RVA | | |
| 16. SIGN | | RESIDENCE 3700 W Franklin St? | 4/25/16 | |
| PRINT | Katy Simpson | CITY/TOWN RVA | | |
| 17. SIGN | Art L Burton | RESIDENCE 519 Catherine St | 4/25/16 | |
| PRINT | Arthur L. Burton | CITY/TOWN Richmond, Va 23220 | | |
| 18. SIGN | Ken Treadway | RESIDENCE 3809 Cedar Grove Rd | 4/25 | |
| PRINT | Keri Treadway | CITY/TOWN Richmond, VA | | |
| 19. SIGN | Jackson Farris | RESIDENCE 3414 Cooper Rd | age 9 | |
| PRINT | | CITY/TOWN Richmond, VA | | |
| 20. SIGN | | RESIDENCE 3428 S 5t | 4/25/16 | |
| PRINT | Annette Vinson | CITY/TOWN RVA | | |
| 21. SIGN | | RESIDENCE 2114 W. Miller Ave | 4/25/16 | |
| PRINT | Jeremy Lazarus | CITY/TOWN Rich 23221 | | |

Commonwealth of Virginia                    - AFFIDAVIT -

I, Alan Schintzius _____ swear or affirm that (i) my full residential
address is 3321 garland ave _____ in the State/Commonwealth of
Virginia _____ in the County/City/Town of Richmond _____; (ii) I am a legal resident of
the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

PLACE PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW

State of Virginia   County/City of Richmond

The foregoing instrument was subscribed and sworn before me this
31st day of May _____, 20 16, by
Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7032191
My Commission Expires 9/3/2018

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER*   DATE NOTARY COMMISSION EXPIRES

| T6425295D |
| CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE |
| VA |
| NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE |
| 1193 |
| CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER |

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without
doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
the social security number or part thereof.

* If not included in seal/stamp.

SBE-506/521  REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. If you like the number of signatures by congressional district enter district no.: ____ (optional).

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)
Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE
3321 gearland ave

ENTER ABOVE, CITY/TOWN     ENTER ABOVE ZIP – 4
Rich Va     23222

ENTER ABOVE, OFFICE SOUGHT     ENTER ABOVE, DISTRICT, IF APPLICABLE
MAYOR

We, the qualified voters of the district in which the above candidate seeks nomination or election and of ___ Richmond ___ signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the 8th day of November 20 16 and we do further petition
that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED (Must be after January 1 of election year) | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|---|
| | 1. | SIGN | RESIDENCE | | |
| | | PRINT  Moon | CITY/TOWN  Richmond VA | | |
| | 2. | SIGN | RESIDENCE  812 Legd 35 | 4/1 | |
| | | PRINT | CITY/TOWN  RVA | | |
| | 3. | SIGN | RESIDENCE  2513 E Grace | 4/ | |
| | | PRINT  Bill MARTIN | CITY/TOWN  Richmond | | |
| | 4. | SIGN | RESIDENCE  HENR CO. | | |
| | | PRINT  EDLIO GARZA | CITY/TOWN  3593 BARTLEY POND CT  23233 | | |
| | 5. | SIGN | RESIDENCE  Church Hill | 4/3/16 | |
| | | PRINT  Diane ONeal | CITY/TOWN  Richmond  23223 | | |
| | 6. | SIGN | RESIDENCE  Shockoe Bottom | 4/3/16 | |
| | | PRINT  Joshua  Adams | CITY/TOWN  Richmond  23219 | | |
| | 7. | SIGN | RESIDENCE  Southside | 4/3/16 | |
| | | PRINT  Dyrone Chaus | CITY/TOWN  Richmond VA  23224 | | |
| | 8. | SIGN | RESIDENCE  1516 E | 4/3/16 | |
| | | PRINT  Monika Shimp | CITY/TOWN  Richmond | | |
| | 9. | SIGN  McDermot | RESIDENCE  1628 Dartmouth Ave | 4/7/16 | |
| | | PRINT  Annette McDermott | CITY/TOWN  Richmond Va 23216 | | |
| | 10. | SIGN | RESIDENCE  1516 wallace | 4/3/ | |
| | | PRINT | CITY/TOWN  Richmond VA | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

\* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

SBE-506/521   REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3521 Garland ave   Richmond Vg 23222

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT        ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office
It is suggested that you file petitions in county/city to facilitate the processing of the filing. If you track the number of signatures by congressional district enter district no.: ____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the __8th__ day of __November__, 20 __16__, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 1. | SIGN John M. Vassar  PRINT John M. Vassar | RESIDENCE 3714 Curry St Rd  CITY/TOWN Rich. Va 23221 | 4/25/16 | |
| 2. | SIGN Anita Holloman  PRINT ANITA HOLLOMAN | RESIDENCE 5108 Enslow Ave  CITY/TOWN Richmond VA 23222 | 4/25/16 | |
| 3. | SIGN Thea Brown  PRINT Thea Brown | RESIDENCE 3130 Griffin Ave  CITY/TOWN Richmond VA 23222 | 4/25/16 | |
| 4. | SIGN Rosa Allen  PRINT | RESIDENCE 1405 Windrow Ct  CITY/TOWN Richmond VA 23223 | 1/25/16 | |
| 5. | SIGN S Uecker  PRINT Samantha Uecker | RESIDENCE 1701 Summit Ave #11  CITY/TOWN Richmond, VA 23230 | 4/25/16 | |
| 6. | SIGN J Black  PRINT Jo Black | RESIDENCE 306 W 28th St  CITY/TOWN RVA 23220 | 4/25/16 | |
| 7. | SIGN Michelle Owen  PRINT Michelle Owen | RESIDENCE 1234 Rennie Ave E  CITY/TOWN RVA 23227 | 4/25/16 | |
| 8. | SIGN Phillip Pew  PRINT Phillip Pew | RESIDENCE  CITY/TOWN 6101 woodis cr | 4-24/16 | |
| 9. | SIGN Katherine Terali  PRINT Katherine Terali | RESIDENCE 3414 Cooper Rd  CITY/TOWN Richmond VA 23227 | 4/25/16 | |
| 10. | SIGN Barbara Glam  PRINT Barbara Glam | RESIDENCE 609 E Brookland  CITY/TOWN Richmond VA 23222 | 4/25/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* Privacy notice:  The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record.  You are not required to provide this information and may sign the petition without doing so.  The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

SBE-506.521  REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius  OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN William Edwards / PRINT William Edwards | RESIDENCE 3405 3rd Ave CITY/TOWN Richmond VA 23222 | 5/13/16 | |
| 12 | SIGN Robert W. Edwards Jr. / PRINT Robert W. Edwards Jr. | RESIDENCE 3204 Midlothian Turnpike Apt P CITY/TOWN Richmond, Va 23224 | 5/13/16 | |
| 13 | SIGN AV Greele / PRINT AV Greele | RESIDENCE 2422 Barton Ave CITY/TOWN Rich, VA 23222 | 5/14/16 | |
| 14 | SIGN Kenneth Lindsey / PRINT Kenneth Lindsey | RESIDENCE 307 Englside Dr CITY/TOWN Richmond VA 23225 | 14.16 | |
| 15 | SIGN Michael Harris / PRINT Michael Harris | RESIDENCE Delaware Ave CITY/TOWN Richmond F 23123 | 5/14/16 | |
| 16 | SIGN Jacques Snyder / PRINT Jacques Snyder | RESIDENCE 1902 - Porter CITY/TOWN Richmond VA 23224 | 5/14/16 | |
| 17 | SIGN Linwood Jones / PRINT Linwood Jones | RESIDENCE 3110 Carolina Ave CITY/TOWN Rich, VA 23222 | 5/14/16 | |
| 18 | SIGN James Moses / PRINT James Moses | RESIDENCE 210 Hoke Ct CITY/TOWN Ric VA | 5/14/16 | |
| 19 | SIGN Louise Reynolds / PRINT Louise Reynolds | RESIDENCE 357 Calhoun St CITY/TOWN Richmond Va | 5/14/16 | |
| 20 | SIGN Robert Trietas Jr / PRINT Robert Trietas Jr | RESIDENCE 3204 3rd Ave CITY/TOWN Richmond VA | 5/14/16 | |
| 21 | SIGN Demetria Evans / PRINT Demetria Evans | RESIDENCE 3304 Limb Ave CITY/TOWN Richmond | 5/14/16 | |

Commonwealth of Virginia          - AFFIDAVIT -

I, Alan Schintzius , swear or affirm that (i) my full residential address is 3321 garland ave in the State/Commonwealth of Virginia in the County/City/Town of Richmond ; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION: Alan Schintzius

PLACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

State of Virginia    County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May , 20 16 , by Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES

164252950
'CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
1193
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

** If not included in seal/stamp.

SBE-506/521  REV  2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A  FELON  WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE.  YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN _Carly A Maul_ PRINT Carolyn A. Maul | RESIDENCE 4022 Clinton Ave CITY/TOWN Richmond | 4/3/16 | |
| 12. | SIGN _albert Semmons_ PRINT Albert Simmons | RESIDENCE 2222 Rosewood Ave CITY/TOWN Richmond | 4/3/16 | |
| 13. | SIGN _Robert Alexander_ PRINT Robert Alexander | RESIDENCE 1510 O'Almyra CITY/TOWN Richmond | 4/3/16 | 5 |
| 14. | SIGN _R. Bastow_ PRINT Richard Bastow | RESIDENCE 719 Blardy Ave. CITY/TOWN Richmond VA | 4/3/16 | / |
| 15. | SIGN _BD Gilchrist_ PRINT BD Gilchrist | RESIDENCE 1203 Willsby Pl CITY/TOWN Richmond VA | 4/3/16 | /. |
| 16. | SIGN _Zoe_ PRINT Zoe Neale | RESIDENCE 808 Forest View Dr CITY/TOWN Richmond VA | 4/3/16 | |
| 17. | SIGN _Ido Kuzmierczak_ PRINT | RESIDENCE 801 W Franklin St CITY/TOWN Richmond VA | 4/3/16 | |
| 18. | SIGN PRINT Hannah Horstmyer | RESIDENCE 801 W. Franklin St CITY/TOWN Richmond, VA | 4/3/16 | |
| 19. | SIGN PRINT Adam Davy | RESIDENCE 801 W Franklin St CITY/TOWN Richmond, VA | 4/3/16 | |
| 20. | SIGN Joshua LaGravieri PRINT | RESIDENCE CITY/TOWN | | |
| 21. | SIGN PRINT Joshua Macdaniel | RESIDENCE 3201 North Ave CITY/TOWN Richmond | 04/03/16 | |

Commonwealth of Virginia - AFFIDAVIT -

I, Alan Schintzius, swear or affirm that (i) my full residential
address is 33.21 gavland ave. in the State/Commonwealth of _____
Virginia in the County/City/Town of Richmond ; (ii) I am a legal resident of
United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side.  I understand that falsely signing this affidavit is a
felony punishable by a maximum fine up to $2,500 or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

CE PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW

State of Virginia  County/City of Richmond
The foregoing instrument was subscribed and sworn before me this
_____ day of April , 20 16 , by
Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7627183
Commission Expires 11/30/2018

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

T642529SC

*Privacy Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
checking this petition with the official voter registration record.  You are not required to provide this information and may sign the petition without
doing so.  The State Board of Elections or the General Registrar when copying this document for public inspection, must cover the column containing
any social security number or part thereof.

** not included in seal/stamp.

SBE-506/521  REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

2321 Garland ave

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

Richmond Va

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

Mayor

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county or city to facilitate the processing of the filing. If you track the number of signatures by congressional district, enter district no.: ____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

_____ signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☐ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the _____ day of _____, 20 ____ and we do further petition that his/her name be printed upon the official ballots to be used at the election

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA NOT MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | * SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| R | 1. | SIGN G Schutz | RESIDENCE 4611 Devonshire Rd | Apr | |
| | | PRINT Gabrielle Schatz | CITY/TOWN Richmond, va | | |
| R | 2. | SIGN D Janet Hampton | RESIDENCE 4503 New Kent Ave | Apr 8 | |
| | | PRINT D Janet JA | CITY/TOWN Richmond VA | | |
| | 3. | SIGN Carolyn Overton | RESIDENCE | 4·3·16 | |
| | | PRINT CAROLYN OVERTON | CITY/TOWN | | |
| R | 4. | SIGN Suzy Kell | RESIDENCE 1430 Lorraine ave | 4·13·16 | |
| | | PRINT Suzanne J. Keller | CITY/TOWN Richmond, VA 23227 | | |
| | 5. | SIGN Beth B Austin | RESIDENCE 3107 Stuart T | 4·13 | |
| | | PRINT BETH B MOSELY | CITY/TOWN Richmond | | |
| R | 6. | SIGN | RESIDENCE 713 Claremont | 4/3/16 | |
| | | PRINT Ana G Nestor | CITY/TOWN R 23221 | | |
| C | 7. | SIGN Anne J. Gray | RESIDENCE Westminster | 4/3/16 | |
| | | PRINT Anne J. Gray | CITY/TOWN Canterbury | | |
| | 8. | SIGN Wade K Lott | RESIDENCE 3811 Noble Ave | 4/3/16 | |
| | | PRINT Wade K. Smith | CITY/TOWN Richmond VA 23222 | | |
| R | 9. | SIGN D Mili | RESIDENCE 1206 Palmyra Ave | 4/3/16 | |
| | | PRINT Diana Cole | CITY/TOWN Richmond, VA 23227 | | |
| | 10. | SIGN Marcia Dickinson | RESIDENCE 2222 Rosewood | 4/3/16 | |
| | | PRINT Marcia Dickinson | CITY/TOWN Richmond, VA 23220 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT (

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security checking this petition with the official voter registration record. You are not required to provide this information and may sign the p so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521 REV 1.2013

CANDIDATE NAME: _Alan Schintzius_   OFFICE SOUGHT: _MAYOR_

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| 11 | SIGN | RESIDENCE | | 4/1/ | |
| | PRINT | CITY/TOWN | | | |
| 12 | SIGN | RESIDENCE | R VH | 4/10/15 | |
| | PRINT | CITY/TOWN | VH | | |
| 13 | SIGN _Tim L Byrne_ | RESIDENCE | _Richmond_ | 4/10/16 | |
| | PRINT _Tina L Byrne_ | CITY/TOWN | _Richmond, VA_ | | |
| 14 | SIGN | RESIDENCE | _Richmond VA_ | 4/10/16 | |
| | PRINT _Samuel K Cruz_ | CITY/TOWN | _181 Maple Shade Lane_ | | |
| 15 | SIGN | RESIDENCE | _10 S 14th St_ | 4/10/16 | |
| | PRINT _R Allen Botolino_ | CITY/TOWN | _Richmond VA_ | | |
| 16 | SIGN _Scott Tankersley_ | RESIDENCE | _3000 W. Grace St. #302_ | 4/10/16 | |
| | PRINT _Scott Tankersley_ | CITY/TOWN | _Richmond VA 23221_ | | |
| 17 | SIGN | RESIDENCE | | 4/16 | |
| | PRINT | CITY/TOWN | _Richmond Va 23225_ | | |
| 18 | SIGN | RESIDENCE | _Sindre Av_ | 4/10/16 | |
| | PRINT | CITY/TOWN | _Richmond VA_ | | |
| 19 | SIGN | RESIDENCE | _Rockwood Av_ | 4/10/16 | |
| | PRINT _ELISSA GRAY_ | CITY/TOWN | _Richmond VA 23221_ | | |
| 20 | SIGN | RESIDENCE | _1521 Hull St_ | 4/10/16 | |
| | PRINT _Reed Humphrey_ | CITY/TOWN | _Richmond VA_ | | |
| 21 | SIGN | RESIDENCE | _Bainbridge St_ | 4/10/16 | |
| | PRINT | CITY/TOWN | _Richmond VA_ | | |

- AFFIDAVIT -

Commonwealth of Virginia

I, _Alan Schintzius_ , swear or affirm that (i) my full residential address is _3221 Garland_ , in the County/City/Town of _Richmond_ , in the State/Commonwealth of _VA_ ; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony, punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_____ BE PHOTOGRAPHICALLY REPRODUCIBLE. NOTARY SEAL/STAMP BELOW.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of _Virginia_ County/City of _Richmond_

The foregoing instrument was subscribed and sworn before me this _10th_ day of _April_ , 20 _16_ by _Alan Schintzius_

PRINT NAME OF PERSON CIRCULATING THE PETITION

_____ JUDGE, CLERK OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
Commission Expires 11/30/2018

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE _VA_

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

_T6J 7529 SC_

_1622_

*Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate securing this petition with the official voter registration record. You are not required to provide this information and may sign the petition without providing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

**No. included in seal/stamp.

COMMONWEALTH OF VIRGINIA
**PETITION OF QUALIFIED VOTERS**
(Must be filed with Declaration of Candidacy)

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)
*Alan Schintzius*

When an election district includes more than 1 county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE
*3321 Garland ave R. Va 23222*

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4
*MAYOR*

For a statewide office it is suggested that you file petitions in county to facilitate the process of the filing. Aid with the number of signatures by congressional and enter district no. ____ (optional).

ENTER ABOVE, OFFICE SOUGHT     ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of *Alan Schintzius* signed hereunder or on the reverse COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the *8 Fri* day of *Nov A 20* and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/him a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, IS NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|
| 1. | SIGN *M. Lewis* PRINT *Mrs Carpenter* | RESIDENCE *301 S 2nd* CITY/TOWN | | |
| 2. | SIGN *Melanie Sears* PRINT *Melanie Sears* | RESIDENCE *3309 Park Ave* CITY/TOWN *Richmond* | *4.10.16* | |
| 3. | SIGN *Aaliyah R. Lewis* PRINT *Aaliyah R. Lewis* | RESIDENCE *1721 Grove Ave.* CITY/TOWN *Richmond, VA* | *4.10.16* | |
| 4. | SIGN *Patrice Jean* PRINT *PATRICE JEAN* | RESIDENCE CITY/TOWN *Richmond VA* | *4.10.16* | |
| 5. | SIGN *Emily Walker* PRINT | RESIDENCE *Richmond VA* CITY/TOWN | | |
| 6. | SIGN *Andrea Ortega* PRINT *Andrea L. Ortega* | RESIDENCE CITY/TOWN *Richm* | | |
| 7. | SIGN PRINT *Oliver B. Miller* | RESIDENCE *3004 Forest St* CITY/TOWN *Richmond VA* | | |
| 8. | SIGN *Erin Bishop* PRINT *Erin Bishop* | RESIDENCE *5709 Dovertham* CITY/TOWN *RVA* | *4.10* | |
| 9. | SIGN *Ryan Green* PRINT *Ryan Green* | RESIDENCE *618 W 28th* CITY/TOWN *Richmond* | *4/10/16* | *2227* |
| 10. | SIGN *Cathy Cowan* PRINT *Cathy Cowan* | RESIDENCE *3101 Tidlothian* CITY/TOWN *Richmond VA* | *4/10/2016* | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

**\* Privacy notice.** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

CONTINUED FROM REVERSE SIDE   CANDIDATE NAME: _Alan Schintzius_  OFFICE SOUGHT: _Mayor_

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _____ PRINT _____ Stevenson | RESIDENCE -14 CITY/TOWN | 4/9/16 | |
| 12 | SIGN _____ PRINT Robert H. Coll | RESIDENCE 1919 Avenue Ave. CITY/TOWN Richmond, VA 23227 | 4/9/16 | |
| 13 | SIGN _____ PRINT _____ Bennett | RESIDENCE 1919 Ave-Uni ave CITY/TOWN Richmond 23227 | 4/9/16 | |
| 14 | SIGN ERIK SORENSEN PRINT Erik Sorensen | RESIDENCE 3107 Grayland Dr CITY/TOWN Richmond Va 23221 | Apr 10/16 | |
| 15 | SIGN Lauren Mark PRINT Lauren Keith | RESIDENCE 421 N Boulevard CITY/TOWN Richmond, VA | April 10/16 | |
| 16 | SIGN Gwynn Ihaley PRINT _____ | RESIDENCE 2923 Floyd Ave CITY/TOWN Richmond, VA | 4/10/16 | |
| 17 | SIGN _____ PRINT Edward Meyer | RESIDENCE 3208 Ellwood Ave Apt. C CITY/TOWN Richmond, VA 23221 | 4/10/16 | |
| 18 | SIGN Brigitte Newberry PRINT Brigitte Newberry | RESIDENCE 5413 Park Ave CITY/TOWN Rich VA 23226 | 4/10/16 | |
| 19 | SIGN Lisa M. Kg PRINT Lisa McKenzon | RESIDENCE 2415 Grove Avenue CITY/TOWN Richmond, VA 23220 | 4/10/16 | |
| 20 | SIGN _____ PRINT Brit L Turner | RESIDENCE 106 W Lancaster Rd CITY/TOWN Richmond VA 23222 | 4/10/16 | |
| 21 | SIGN Grant Persinger PRINT Grant PERSINGER | RESIDENCE 1215 williamsburg Ave. CITY/TOWN RVA 23231 | 4/10/16 | |

Commonwealth of Virginia                                  **- AFFIDAVIT -**                                  T647252950

I _Alan Schintzius_ , whose address is _3521 Garland_ , in the County/City/Town of _Richmond_ , swear or affirm that (i) my full residential address is _____ in the State/Commonwealth of _____ ; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_____ (SIGNATURE OF PERSON CIRCULATING THE PETITION)

| | |
|---|---|
| CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE | VA |
| NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE | VA |
| CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER | 1903 |

MUST BE PHOTOGRAPHICALLY REPRODUCIBLE (NOTARY SEAL/STAMP BELOW).

State of _Virginia_ County/City of _Richmond_

The foregoing instrument was subscribed and sworn before me this _12th_ day of _April_ , 20 _16_ , by _Alan Schintzius_

_____ PRINT NAME OF PERSON CIRCULATING THE PETITION

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

_____ (SIGNATURE OF OTHER PERSON AUTHORIZED TO ADMINISTER OATHS)   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

Privacy Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

If not included in seal/stamp.

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
PETITION OF QUALIFIED
VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. If you list the number of signatures by congressional district, enter district no.: ___ [optional].

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]
Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE
3321 Garland Ave

ENTER ABOVE, CITY/TOWN   Richmond Va   ENTER ABOVE, ZIP + 4   23222

ENTER ABOVE, OFFICE SOUGHT   MAYOR   ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of
Alan Schintzius   signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary
to be held on the 8Th day of Nov, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/her a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| ☑ | 1. SIGN | Mariam Eqbal | RESIDENCE 1502 Westwood | 4/4/16 | |
| | PRINT | MARIAM EQBAL | CITY/TOWN Richmond VA 23227 | | |
| | 2. SIGN | J J Blunt | RESIDENCE 347 N 42nd St | 4/6 | |
| | PRINT | J. J. Blunt | CITY/TOWN Rich VA 23222 | | |
| | 3. SIGN | | RESIDENCE 1800 19 St | 4/6/16 | |
| | PRINT | | CITY/TOWN Richmond 23220 | | |
| | 4. SIGN | Arthur Lewis Brierton | RESIDENCE 519 Catherine St. | 4/6/16 | |
| | PRINT | ARTHUR LEWIS BRIERTON | CITY/TOWN RICHMOND VA 2322 | | |
| | 5. SIGN | Mary Chandler | RESIDENCE 1208 Brookland Pkwy | | |
| | PRINT | MARY L CHANDLER | CITY/TOWN Rich VA 23227 | | |
| | 6. SIGN | Carrie M H | RESIDENCE 1911 W Main St | 4/5/16 | |
| | PRINT | Carrie M. Hooper | CITY/TOWN Richmond VA 73 | | |
| | 7. SIGN | Allison Cambos | RESIDENCE 1418 N Marshall | 4/6/16 | |
| | PRINT | Allison Cambos | CITY/TOWN Richmond, VA 23220 | | |
| | 8. SIGN | Arthur Woodward | RESIDENCE 2039 N C R Test | 4/6/16 | |
| | PRINT | ARTHUR WOODWARD | CITY/TOWN RICHMOND, VA | | |
| | 9. SIGN | David W Bartlett | RESIDENCE 3430 Stuart Ave | 04/07/16 | |
| | PRINT | David W Bartlett | CITY/TOWN Richmond VA 23221 | | |
| | 10. SIGN | Mary Henderson | RESIDENCE 4715 Polfe Pc | | |
| | PRINT | MARY HENDERSON | CITY/TOWN RICHMOND VA 23230 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CANDIDATE NAME: Alan Schintzius   OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| 11 | SIGN Connie Both | RESIDENCE | 1035 N Lombardy St | 4/11/2016 | |
| | PRINT Carrie Barbagallo | CITY/TOWN | Richmond 23220 | | |
| 12 | SIGN Kelly Callahan | RESIDENCE | 1035 N Lombardy St | 4/12/2016 | |
| | PRINT Kelly Callahan | CITY/TOWN | Richmond VA 23320 | | |
| 13 | SIGN Jack Johnson | RESIDENCE | 7115 Ivy Ln | 4/11/2016 | |
| | PRINT Jack Johnson | CITY/TOWN | Richmond, VA 23225 | | |
| 14 | SIGN | RESIDENCE | 1808 Nevada Rd | 4/11/16 | |
| | PRINT Ingold | CITY/TOWN | Richmond VA 23231 | | |
| 15 | SIGN Kim Gray | RESIDENCE | 123 W Clay | 4/11/16 | |
| | PRINT Kimberly Gray | CITY/TOWN | RVA 23220 | | |
| 16 | SIGN | RESIDENCE | 2305 East Broad | 4/10/16 | |
| | PRINT Krystyn Gray | CITY/TOWN | Richmond, VA. | | |
| 17 | SIGN | RESIDENCE | 2614 Barton Ave | 4/11 | |
| | PRINT Michelle H Jones | CITY/TOWN | Richmond 23222 | | |
| 18 | SIGN Molly Hayes | RESIDENCE | 1825 Floyd Ave | 4/11 | |
| | PRINT Molly Hayes | CITY/TOWN | Richmond VA 23220 | | |
| 19 | SIGN | RESIDENCE | 1827 Floyd Ave | 4/11/16 | |
| | PRINT Jennifer Sargent | CITY/TOWN | Richmond VA | | |
| 20 | SIGN | RESIDENCE | 3434 Street Ave | 4/11/16 | |
| | PRINT Ami Hunter | CITY/TOWN | Richmond VA | | |
| 21 | SIGN | RESIDENCE | 906 N 35th St | 4/11/16 | |
| | PRINT Sara Anderson | CITY/TOWN | Richmond VA | | |

- AFFIDAVIT -

I, Alan Schintzius, swear or affirm that (i) my full residential address is 2521 Garland Ave in the State/Commonwealth of VA, in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia   County/City of Richmond

The foregoing instrument was subscribed and sworn before me this ____ day of April, 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF OFFICER AUTHORIZED TO ADMINISTER OATHS

NOTARY REGISTRATION NUMBER   DATE NOTARY COMMISSION EXPIRES**

164258950

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

1493

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2000

*Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

SBE-506/521   REV 1.2013

COMMONWEALTH OF VIRGINIA
PETITION OF QUALIFIED
VOTERS
(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office
It is suggested that you file petitions in county, to facilitate the processing of the filing. If you list the number of signatures by congressional district enter district no. _____ (optional)

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland ave

ENTER ABOVE, CITY/TOWN    Richmond    VA    ENTER ABOVE ZIP + 4   23222

ENTER ABOVE, OFFICE SOUGHT   MAYOR    ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of _____ Alan Schintzius _____ COUNTY OR CITY, FOR TOWN COUNCIL, NAME OF TOWN signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the ____8th____ day of ____Nov____, 20 _16_, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR:  MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA AND NO MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | [SEE NOTE BELOW] LAST 4 DIGITS SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| ✓ | 1. SIGN | Gordon Wilson | RESIDENCE 1305 Grove Ave  CITY/TOWN Richmond 23220 | | |
| | | PRINT GORDON WILSON | | | |
| ✓ | 2. SIGN | | RESIDENCE 2224 W. Lombardy St  CITY/TOWN Richmond VA 23220 | 4/11/16 | |
| | | PRINT Michael Keller | | | |
| ✓ | 3. SIGN | | RESIDENCE 1 E Marshall St  CITY/TOWN Richmond 23219 | 4/9/16 | |
| | | PRINT Barielle Wample | | | |
| ✓ | 4. SIGN | | RESIDENCE 512 N 29th  CITY/TOWN VA 23225 | | |
| | | PRINT Meranda Loughran | | | |
| ✓ | 5. SIGN | Laurel Deffenbaugh | RESIDENCE 1100 Ave + Bond St  CITY/TOWN Rich VA 23220 | 4/16/16 | |
| | | PRINT Laurel Deffenbaugh | | | |
| ✓ | 6. SIGN | Mary Johnson | RESIDENCE 2306 Idlewood  CITY/TOWN | 4/16/16 | |
| | | PRINT | | | |
| ✓ | 7. SIGN | | RESIDENCE 11725 S. Briar Pch Rd  CITY/TOWN Midlothian, VA 2047 | 4/10/16 | |
| | | PRINT Brian L. Ferguson | | | |
| ✓ | 8. SIGN | | RESIDENCE 1100 Stepn. Jn C.  CITY/TOWN Henr. Co Va 23223 | 4/14/16 | |
| | | PRINT Julie Guild Smith | | | |
| ✓ | 9. SIGN | | RESIDENCE 1320 N 30th St  CITY/TOWN Richmond VA 23223 | 4/16 | |
| | | PRINT MICHAEL OTLEY | | | |
| R | 10. SIGN | Wilma Otley | RESIDENCE 1320 N 30th St  CITY/TOWN Richmond 23223 | 4/11/16 | |
| | | PRINT ___550 Otley | | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

# PETITION OF QUALIFIED VOTERS

COMMONWEALTH OF VIRGINIA

*(Must be filed with Declaration of Candidacy)*

**ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]**
Alan Schintzius

**ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE**
3321 Garland Ave

**ENTER ABOVE, CITY/TOWN**
Richmond VA   23222

**ENTER ABOVE, OFFICE SOUGHT**
MAYOR

We, the qualified voters of the district in which the above candidate seeks nomination or election and of Richmond, COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN, signed hereunder on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the 8th day of November, 2016, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

| | SIGNATURE OF REGISTERED VOTER | RESIDENCE ADDRESS | DATE SIGNED |
|---|---|---|---|
| 1 | SIGN Ophelia ... / PRINT Ophelia Ann Lare | 1217 Irby Dr / Richmond VA | 5-88 |
| 2 | SIGN / PRINT | | |
| 3 | SIGN Mary F Jns / PRINT Mary F Jones | 1218 Irby Dr / Richmond VA 23225 | 5-22 |
| 4 | SIGN Cynthia White / PRINT Cynthia White | PO Box 74424 / Rich VA 23236 | 5/22 |
| 5 | SIGN / PRINT Ronald Lewis | 1212 Irby Dr / Rich VA 23225 | 5/22 |
| 6 | SIGN Perry Yellman / PRINT Perry Yellman | 1201 Irby Dr / Rich VA 23225 | 5/22/16 |
| 7 | SIGN / PRINT William Green | 1113 Irby Dr / Richmond 23225 | 5/22 |
| 8 | SIGN / PRINT Amy Hardin | 1106 Irby Dr / Richmond VA | 9/22/16 |
| 9 | SIGN Theodore Brown / PRINT Theodore Brown | 1101 Irby Dr / Richmond 23225 | 5/22 |
| 10 | SIGN Morris Hawkins / PRINT Morris Hawkins | Richmond 23225 | 5/ |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

**\* Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR:  MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A   FELON   WHOSE
VOTING  RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE.  YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _____ PRINT Virgil Castle | RESIDENCE 513 Malcaf CITY/TOWN Richmond 23225 | 5/22/16 | |
| 12 | SIGN _____ PRINT Jimmi Signs | RESIDENCE 1231 Kim CITY/TOWN Richmond 23225 | 5/22 | |
| 13 | SIGN _____ PRINT Nicole Dawson | RESIDENCE 1713 Keswick Lane CITY/TOWN Richmond VA 23225 | 5/27/16 | |
| 14 | SIGN _____ PRINT Nathan Murphey | RESIDENCE 1236 Keswick Ln CITY/TOWN RVA 23225 | 5/22 | |
| 15 | SIGN Alaina Estupp PRINT Alaina Estupp | RESIDENCE 1266 Keswick Ln CITY/TOWN Rich 53225 | 5/20 | |
| 16 | SIGN _____ PRINT Russell A Cage | RESIDENCE 1314 Irby Drive CITY/TOWN Rich 23225 | 5/22 | |
| 17 | SIGN _____ PRINT VICKI KOLAR | RESIDENCE 1319 IRBY DRIVE CITY/TOWN RICHMOND, VA 23225 | 5/22 | |
| 18 | SIGN _____ PRINT Christy McGee | RESIDENCE 1313 Irby DR CITY/TOWN Rich VA 23225 | 5/22 | |
| 19 | SIGN _____ PRINT Maurice Wanda Cade | RESIDENCE 1313 Irby Dr CITY/TOWN Rich VA 23225 | 5/22 | 1 person signed for 2 names |
| 20 | SIGN _____ PRINT Stephen Davis | RESIDENCE 1224 Irby Drive CITY/TOWN Richmond VA 23225 | 5/22 | |
| 21 | SIGN _____ PRINT Steve Young | RESIDENCE 1217 Irby Dr CITY/TOWN Richmond 23225 | 5/22 | |

Commonwealth of Virginia   - AFFIDAVIT -

I, Alan Schintzius _____ , swear or affirm that (i) my full residential address is 3371 Garland Ave _____ in the State/Commonwealth of Virginia in the County/City/Town of Richmond ; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a crime punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_____
SIGNATURE OF PERSON CIRCULATING THE PETITION

IF PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW

State of Virginia _____ County/City of Richmond _____

The foregoing instrument was subscribed and sworn before me this 31st day of May 20 16 , by Alan Schintzius _____
PRINT NAME OF PERSON CIRCULATING THE PETITION

_____
USE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS      NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE  T64752950
VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER  1193

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

**NOTICE  The Code of Virginia, §§ 24.2-506 and 24.2-521 authorizes requesting the last four digits of your social security number to facilitate correcting this petition with the official voter registration records. You are not required to provide this information and may sign the petition without providing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

**not included in seal stamp

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
## PETITION OF QUALIFIE
### VOTERS
(Must be filed with General on of Distric

When an election district houses more than
county or city, it is suggested that you u
separate petition form for qualified voters in
county or city to fast rate the processing
filing.

For a statewide office
It is suggested that you file petitions in each cou
to facilitate the process of the filing. And you
the number of signatures by congress onal d
enter district no. _____ (optional)

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va          23222

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond _____ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated
above in the [check one only]

☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the __8th__ day of __November__, 20 16, and we do further petition
that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be
the same page of this petition. Numerous
pages may be circulated. The circulator of
each page must be a person who is her h
a legal resident of the United States of th
and who is not a minor nor a felon whose
voting rights have not been restored. The
circulator also must swear or affirm in the
affidavit that s/he personally witnessed th
signature of each voter.

CIRCULATOR:  MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF GIVEN DR
MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR
THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | These note be LAST 4 DIGIT SOCIAL SECU NUMBER optional |
|---|---|---|---|---|---|
| R | 1. SIGN | Matt | RESIENCE 5235 Wigland Q | | |
| | PRINT | SJ Weston | CITY/TOWN Richmond Va 23735 | | |
| R | 2. SIGN | n | RESIDENCE 41 Laurel Rd | | |
| | PRINT | Thomas Fitzpatrick | CITY/TOWN | | |
| R | 3. SIGN | Melin R. Lee | RESIDENCE Old Richmond Dov | | |
| | PRINT | M Clarie F Lee | CITY/TOWN Richmond | | |
| R | 4. SIGN | | RESIDENCE 6301 Liberton Dr | | |
| | PRINT | Manuel Vasquez | CITY/TOWN Richmond 23225 | | |
| R | 5. SIGN | R St | RESIDENCE 5 N Robinson | | |
| | PRINT | Rosemarie Studer | CITY/TOWN Richmond | | |
| R | 6. SIGN | | RESIDENCE 719 | | |
| | PRINT | Anne Marie Lichtra | CITY/TOWN RVA 23221 | | |
| R | 7. SIGN | Liana Donato | RESIDENCE 1809 | | |
| | PRINT | Liana Donato | CITY/TOWN Richmond | | |
| R | 8. SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN Richmond 23225 | | |
| R | 9. SIGN | Katherine H Schintzius | RESIDENCE 321 Tench Rd | | |
| | PRINT | Katherine H Schintzius | CITY/TOWN Richmond, VA 1312 | | |
| R | 10. SIGN | P M Mollie | RESIDENCE 4015 Dunsire Ave | 5/16/16 | |
| | PRINT | Peter M Mollica | CITY/TOWN Richmond, VA 23225 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ...    RE

* **Privacy notice:**  The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to
checking this petition with the official voter registration record.  You are not required to provide this information and may sign the petition without
so.  The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
social security number or part thereof.

SBE-506/521  REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius  OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN  C B DeRoche | RESIDENCE  715 A N. Meadow St | 5/22/16 | |
| | PRINT  C.D. DeRoche | CITY/TOWN  Richmond VA 23221 | | |
| 12 | SIGN  Kathryn Spina | RESIDENCE  3266 Butterworth Dr | 5/21/16 | |
| | PRINT  KATHRYN SPINA | CITY/TOWN  Richmond VA 23225 | | |
| 13 | SIGN  Kathleen Van Passchen | RESIDENCE  3110 Yukon Rd | 5/22/16 | |
| | PRINT  KATHLEEN VANPASSCHEN | CITY/TOWN  RICHMOND 23235 | | |
| 14 | SIGN  Debbie Dell Drum | RESIDENCE  2410 Grove Ave #3 | 5/22/16 | |
| | PRINT  Jennie Kun | CITY/TOWN  Richmond VA 23220 | | |
| 15 | SIGN  Steven Sattberg | RESIDENCE  3323 Hanover Ave | 5/22/16 | |
| | PRINT  Steve Satt | CITY/TOWN  Richmond 23221 | | |
| 16 | SIGN  Sheila Chandler | RESIDENCE  3323 Hanover Ave | 5/22/16 | |
| | PRINT  Sheila Chandler | CITY/TOWN  Richmond 23221 | | |
| 17 | SIGN  Mariah Travis | RESIDENCE  2927 Monteith | 5/22/16 | |
| | PRINT  MARIAH TRAVIS | CITY/TOWN  Richmond VA | | |
| 18 | SIGN  Jennie H Werner | RESIDENCE  5818 Wilton Cons Dr | 5/22/16 | |
| | PRINT  Jennie H Werner | CITY/TOWN  Richmond 23228 | | |
| 19 | SIGN  Joshua Largent | RESIDENCE  7876 Garnett Hall | 5/22/16 | |
| | PRINT  JOSHUA LARGENT | CITY/TOWN  Richmond 23228 | | |
| 20 | SIGN  David Henke | RESIDENCE  3132 Bromwell Rd | 5/22/16 | |
| | PRINT  David Henke | CITY/TOWN  Richmond 23225 | | |
| 21 | SIGN  Michael Henke | RESIDENCE  432 Bradens Ct | 5/22/16 | |
| | PRINT  Michael Henke | CITY/TOWN  Richmond VA 23225 | | |

- AFFIDAVIT -

Commonwealth of Virginia

I, Alan Schintzius  3321 Garland Ave  Virginia , swear or affirm that (i) my full residential in the County/City/Town of Richmond in the State/Commonwealth of United States of America; (iii) I am not a minor; (iv) I am a legal resident of the (ii) I am not a felon whose voting rights have not been restored; and (v) I issued the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia  County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31 day of May , 20 16 , by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS  NOTARY REGISTRATION NUMBER

PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Princetta Irena Clarke NOTARY PUBLIC Commonwealth of Virginia Reg. #7037

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE  T64757950 VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE  1193

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate locating this petition with the official voter registration record. You are not required to provide this information and may sign the petition without it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

not included in see stamp

SBE-506/521  REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS

(Must be filed with Declaration of Candidate)

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va      23222

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office, it is suggested that you file petitions in a county to facilitate the processing of the filing. Indicate the number of signatures by congressional or enter district no. ____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of ____Richmond____ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check one] ☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the __8th__ day of __November__ 20 __16__ and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/him a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED (Must be after January 1 of election year) | *SEE NOTE BEL LAST 4 DIGITS SOCIAL SECURI NUMBER (optional) |
|---|---|---|---|---|
| 1. | SIGN / PRINT Scott Andrews | RESIDENCE 11 W. Leigh St CITY/TOWN Richmond VA | 5/24/ | |
| 2. | SIGN / PRINT KBwanna Letsinger | RESIDENCE 4271 Templehiller rd CITY/TOWN Richmond, VA 23334 | 5/24/ | |
| 3. | SIGN / PRINT Julius Stephen | RESIDENCE 31 Mulberi ave #1 CITY/TOWN Richmond VA | | |
| 4. | SIGN William L Roye II / PRINT | RESIDENCE 2329 Peet Aven CITY/TOWN Va Henrico | 5/26/ | |
| 5. | SIGN Matthew Lurie / PRINT MATTHEW Lurie | RESIDENCE 2216 Rosewood CITY/TOWN Richmond VA | 5/26/16 | |
| 6. | SIGN / PRINT Preston Brown | RESIDENCE 307 Stockton S CITY/TOWN Rich VA | 5/24-16 | |
| 7. | SIGN / PRINT Carl Krantz | RESIDENCE 419 Gilmer St CITY/TOWN Richmond VA | 5/26/ | |
| 8. | SIGN D M Coop / PRINT D M Coop | RESIDENCE 3cc N 2st st CITY/TOWN Richm | 5/2/ | |
| 9. | SIGN / PRINT Allison Andrews | RESIDENCE 7cc W 31st St CITY/TOWN Richmd va | S | |
| 10. | SIGN Margie Langston / PRINT Margie Langston | RESIDENCE 2312 Stratford Cr CITY/TOWN Richmond 23225 | 5/24/ | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number for checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CANDIDATE NAME: Alan Schintzius  OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN Brooke L March  PRINT BROOKE L. MARCH | RESIDENCE 4524 Devonshire Rd. APT. 4  CITY/TOWN RICHMOND, VA 23225 | 5/17/16 | |
| 12 | SIGN Tracey Pollock  PRINT TRACEY Pollock | RESIDENCE 1339 N. 21st ST  CITY/TOWN RVA 23223 | 5/17/16 | |
| 13 | SIGN Elizabeth Barron  PRINT Elizabeth Barman | RESIDENCE 624 N 20th St.  CITY/TOWN RVA 23225 | 5/17/16 | |
| 14 | SIGN Brooke Schwarge  PRINT Brooke Schwarge | RESIDENCE 1410 Princess Anne Ave  CITY/TOWN Richmond, VA | 5/17/16 | |
| 15 | SIGN Elaine Odell  PRINT ELAINE ODELL | RESIDENCE 2610 Providence Ave  CITY/TOWN Richmond VA 23225 | 5/17/16 | |
| 16 | SIGN (illegible)  PRINT Carter Snipes | RESIDENCE 2914 Floyd Ave  CITY/TOWN Richmond VA | 5/17/16 | |
| 17 | SIGN Neal Murphy  PRINT Michael Murphy | RESIDENCE 2716 Fendall Ave  CITY/TOWN Richmond VA 23222 | 5/17/16 | |
| 18 | SIGN Meghan M  PRINT Meghan Horsham | RESIDENCE 2200 Carlisle Ave  CITY/TOWN Richmond, VA | 5/17/16 | |
| 19 | SIGN Anna Wittel  PRINT Anna Wittel | RESIDENCE 1133 N 31st  CITY/TOWN RVA 23223 | 5/17/16 | |
| 20 | SIGN Charles Field  PRINT Charles Field | RESIDENCE 515 N 22nd Street  CITY/TOWN Richmond VA 23223 | 5/17/16 | |
| 21 | SIGN Keriann Steinruck  PRINT Keriann Steinruck | RESIDENCE 917 N 22nd Apt A  CITY/TOWN Richmond VA 23223 | 5/17/16 | |

Commonwealth of Virginia - AFFIDAVIT -

I, Alan Schintzius, whose residence is 3371 Garland Ave, Virginia, in the County/City/Town of Richmond, swear or affirm that (i) my full residential in the State/Commonwealth of United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

TK4752950
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

SIGNATURE OF PERSON CIRCULATING THE PETITION

1193
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

IF PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL STAMP BELOW:

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

Princette Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
7403191

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate locating this petition with the official voter registration record. You are not required to provide this information and may sign the petition without providing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing your social security number or part thereof.

* not included in seal/stamp

SBE-506/521 REV 1.2013