ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

*Alan Schintzius*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

*3321 Garland ave*

ENTER ABOVE, CITY/TOWN        ENTER ABOVE, ZIP + 4

*Richmond Va    23222*

ENTER ABOVE, OFFICE SOUGHT   *MAYOR*      ENTER ABOVE, DISTRICT, IF APPLICABLE

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county-city to facilitate the processing of the filing. If you treat the number of signatures by congressional district enter district no.: _____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of _____ *Alan Schintzius* signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the *8th* day of *Nov* 20 *16*, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|---|
| | 1. | SIGN *Wilda Jones* | RESIDENCE *1816 Powhatan St* | | 4/1/16 | |
| | | PRINT *Wilda C. Jones* | CITY/TOWN *Richmond, VA* | | | |
| | 2. | SIGN *МД* | RESIDENCE *3200 Montrose Ave* | | 4/1/16 | |
| | | PRINT *Meledyth Temple* | CITY/TOWN *Richmond VA 23222* | | | |
| | 3. | SIGN *Elias* | RESIDENCE *3500 Montrose Ave* | | 4/1/16 | |
| | | PRINT *Elias Green* | CITY/TOWN *Richmond VA 23222* | | | |
| | 4. | SIGN *St of Lyc* | RESIDENCE *821 Catherine St* | | 4/1/16 | |
| | | PRINT *Stacey Randolph* | CITY/TOWN *Richmond VA 23220* | | | |
| | 5. | SIGN *Katy Kulemaik* | RESIDENCE *2304 Parkwood Ave* | | 4/1/16 | |
| | | PRINT *Katy McCormack* | CITY/TOWN *Richmond VA 23220* | | | |
| | 6. | SIGN *Will Boreford* | RESIDENCE *3412 Monument Ave* | | 4/1/16 | |
| | | PRINT *Will Boreford* | CITY/TOWN *Richmond VA 23221* | | | |
| | 7. | SIGN *Nikhita Jain* | RESIDENCE *Richmond* | | 4/1/16 | |
| | | PRINT *Nikhita Jain* | CITY/TOWN *23 West Hampton Way* | | | |
| | 8. | SIGN *Charlie* | RESIDENCE *215 N. 18th Street Apt 4* | | 4/1/16 | |
| | | PRINT *Charlie Turner* | CITY/TOWN *Richmond VA 23223* | | | |
| | 9. | SIGN *Field* | RESIDENCE *212* | | | |
| | | PRINT *Kin Vran* | CITY/TOWN *Richmond* | | | |
| | 10. | SIGN | RESIDENCE | | | |
| | | PRINT *William M Grimm* | CITY/TOWN *Richmond* | | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521 REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius  OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN / PRINT Gregory Nowotarski | RESIDENCE 2416 West Main St CITY/TOWN Richmond | 4/1/16 | |
| 12. | SIGN / PRINT Justino Delacruz | RESIDENCE 14 ½ S Plum st CITY/TOWN Richmond | 4/1/16 | |
| 13. | SIGN David Riddick / PRINT DAVID RIDDICKSON | RESIDENCE 3018 NEW KENT CITY/TOWN RICHMOND, VA | 4/1/16 | |
| 14. | SIGN / PRINT Kyle Anderberg | RESIDENCE 2008 W Cary 9th CITY/TOWN Richmond VA | 4/1/16 | |
| 15. | SIGN / PRINT Grant Collier | RESIDENCE 8470 Wyndale Dr CITY/TOWN Mechanicsville VA | 4/1/16 | |
| 16. | SIGN / PRINT Cynthia Reyes | RESIDENCE 2129 Altwood Ave CITY/TOWN Richmond | 4/1/16 | |
| 17. | SIGN Martha D / PRINT Martha Daniel | RESIDENCE 404 W 23rd St CITY/TOWN RVA | 4/1/16 | |
| 18. | SIGN WILFORD SMITH J / PRINT Wilford Smith | RESIDENCE 2714 Bainbridge St CITY/TOWN Richmond VA 23225 | 4-1-16 | |
| 19. | SIGN Terry Bris / PRINT Terry S. Brisbane | RESIDENCE 1620 Claremont Ave CITY/TOWN Richmond VA 23227 | 4-1-16 | |
| 20. | SIGN / PRINT Aubrey Neeley | RESIDENCE 1131 eggleston CITY/TOWN Richmond, VA | 4/1/16 | |
| 21. | SIGN / PRINT Nick Smith | RESIDENCE 4 S Addison St CITY/TOWN Richmond VA 23220 | 4/1/16 | |

- AFFIDAVIT -

Commonwealth of Virginia

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3371 gallard in the State/Commonwealth of Virginia; in the County/City/Town of Richmond; (ii) I am a legal resident of a United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

SPACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

State of Virginia County/City of Henrico

The foregoing instrument was subscribed and sworn before me this 14th day of April, 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS  NOTARY REGISTRATION NUMBER**  DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

T04252950

693

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

** if not included in seal/stamp.

SBE-506/521 REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

*Alan Schintzius*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

*3321 Garland Ave*

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

*Richmond Va 23222*

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing

For a statewide office it is suggested that you file petitions in counties to facilitate the processing of the filing. If you wish the number of signatures by congressional district enter district no.: _____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

*Alan Schintzius* signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the *8th* day of *November* 20 *14* and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| R | 1. | SIGN *Jessica Vau...* PRINT *Jessica Wakelyn* | RESIDENCE *2006 Maplewood* CITY/TOWN *Richmond* | 4/1 | |
| R | 2. | SIGN PRINT *KENNETH KOLB* | RESIDENCE *2114 HANOVER AVE* CITY/TOWN *RICHMOND 23220* | 4/1 | |
| R | 3. | SIGN *Katherine Rivara* PRINT *Katherine Rivara* | RESIDENCE *3301 Rosewood Ave* CITY/TOWN *Richmond, VA 23221* | 4/1 | |
| R | 4. | SIGN PRINT *CHRIS DAMON* | RESIDENCE *304 N. MULBERRY ST APT 1* CITY/TOWN *RICHMOND, VA 23220* | 4/1 | |
| R | 5. | SIGN PRINT *PAUL R HINGLEY* | RESIDENCE *816 west clay* CITY/TOWN *Richmond, Va 23220* | 01 April | |
| R | 6. | SIGN *EMMA VEGA...* PRINT | RESIDENCE CITY/TOWN | | |
| R | 7. | SIGN PRINT *Gilbert Crockett* | RESIDENCE *2115 Stuart Ave.* CITY/TOWN *Richmond VA 23220* | 4/1 | |
| R | 8. | SIGN PRINT *Michael Gilbert* | RESIDENCE *2402 Northumberland Ave* CITY/TOWN *Richmond, VA 23220* | 4/2 | |
| R | 9. | SIGN *Christina...* PRINT *Christina Sauer* | RESIDENCE *9321 Brundidge Rd* CITY/TOWN *North Chesterfield VA 23236* | 4/1 | |
| R | 10. | SIGN PRINT *PRAGIR MEHTA* | RESIDENCE *611 St. Peter St* CITY/TOWN *Richmond, VA 23219* | 4/1 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

***** **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521 REV 1.2013

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A  FELON  WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN Helen S. McIver | RESIDENCE 3613 Seminary Ave | 4/2 | |
| | PRINT Helen S. McIver | CITY/TOWN Richmond VA 23227 | 16 | |
| 12 | SIGN | RESIDENCE 4430 Hue Lane | 4.2.16 | |
| | PRINT Jim Ingram | CITY/TOWN Bethesel, MD | | |
| 13 | SIGN Jim V Reed | RESIDENCE 3009 Grout St | 4/2 | |
| | PRINT Jim V Reed III | CITY/TOWN Richmond, VA 23220 | 16 | |
| 14 | SIGN | RESIDENCE 401 W. 39th St | 4/2/16 | |
| | PRINT Khari Brayton | CITY/TOWN Richmond, VA 23225 | | |
| 15 | SIGN | RESIDENCE 2988 Park Ave | 4/2/16 | |
| | PRINT Alan Sanfratelle | CITY/TOWN Richmond, VA 23221 | | |
| 16 | SIGN | RESIDENCE 2908 Park Ave. | 4/2/16 | |
| | PRINT Emily Sanfratella | CITY/TOWN Richmond VA 23221 | | |
| 17 | SIGN | RESIDENCE 1000 W. Grace Street | 4-2-16 | |
| | PRINT Alexis Word | CITY/TOWN Richmond VA, 23220 | | |
| 18 | SIGN | RESIDENCE 2000 W Grace Street | 4/2/16 | |
| | PRINT | CITY/TOWN Richmond VA, 23220 | | |
| 19 | SIGN | RESIDENCE 801 W Franklin | 4/2/16 | |
| | PRINT Austin Morales | CITY/TOWN Richmond | | |
| 20 | SIGN Adeline Coleman | RESIDENCE 71½ W Main | 4-2-16 | |
| | PRINT Adeline Coleman | CITY/TOWN Richmond | | |
| 21 | SIGN | RESIDENCE 916 W Grace | Apr 2 2016 | |
| | PRINT Issam Saanouvah | CITY/TOWN Richmond | | |

Commonwealth of Virginia

**- AFFIDAVIT -**

I, Alan Schintzius, swear or affirm that (i) my full residential
address is 7329 Oakland ave, in the State/Commonwealth of
Virginia in the County/City/Town of Richmond; (ii) I am a legal resident of
United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

IB425295C
CIRCULATOR'S DRIVER'S
LICENSE NUMBER, IF
APPLICABLE

VA
NAME OF STATE THAT ISSUED
THE CIRCULATOR'S DRIVER'S
LICENSE

1K3
CIRCULATOR'S LAST 4 DIGITS
OF SOCIAL SECURITY
NUMBER

SIGNATURE OF PERSON CIRCULATING THE PETITION

NOTICE PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527162
My Commission Expires 11/30/2018

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this
12th day of April, 20 16, by
Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS     NOTARY REGISTRATION NUMBER**  DATE NOTARY COMMISSION EXPIRES**

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without
doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
any social security number if present thereof.

* If not included in seal/stamp.

SBE-506/521  REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland ave

ENTER ABOVE, CITY/TOWN    Richmond Va 23222    ENTER ABOVE, ZIP + 4

ENTER ABOVE, OFFICE SOUGHT   MAYOR    ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county/city to facilitate the processing of the filing. If you wish the number of signatures by congressional district, enter district no.___ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of the

Alan Schintzius signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election   ☐ Special Election   ☐ Democratic Primary   ☐ Republican Primary

to be held on the 8th day of November, 20 16 and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED (Must be after January 1 of election year) | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| CY | 1. | SIGN _Ritchie_ PRINT _Lynley Ritchie_ | RESIDENCE _3204 Floyd Ave_ CITY/TOWN _Richmond VA 23221_ | 4/2/16 | |
| R | 2. | SIGN _Byrd_ PRINT _CHRIS BYRD_ | RESIDENCE _2414 ROSEWOOD_ CITY/TOWN _Richmond VA 23220_ | 4/2/16 | |
| R | 3. | SIGN _Byrd_ PRINT _Sally BYRD_ | RESIDENCE _2414 ROSEWOOD_ CITY/TOWN _RICHMOND VA 23220_ | 4/2/16 | |
| R | 4. | SIGN _Scott Bur_ PRINT _Scott Burger_ | RESIDENCE _812 S. Laurel St_ CITY/TOWN _Richmond VA 23220_ | 4/2/16 | |
| R | 5. | SIGN _Mike Kelleher_ PRINT _Michael Kelleher_ | RESIDENCE _7660 CHEROKEE Rd_ CITY/TOWN _R VA 23225_ | 4/2/16 | |
| CY | 6. | SIGN _SH_ PRINT _Stephen Nuthill_ | RESIDENCE _803 Floyd Ln_ CITY/TOWN _Richmond VA 23220_ | 4/1/16 | |
| CY | 7. | SIGN _Lorenzo_ PRINT _Lorenzo Foye_ | RESIDENCE _801 W. Davin_ CITY/TOWN _Richmond VA_ | 4/3/16 | |
| CY | 8. | SIGN _Julie Adler_ PRINT _Julie Adler_ | RESIDENCE _711 W. Main_ CITY/TOWN _Richmond VA_ | 4/3/16 | |
| R | 9. | SIGN _Leah MacDaniel_ PRINT _Leah MacDaniel_ | RESIDENCE _3201 North Ave_ CITY/TOWN _Richmond VA 23222_ | 4/3/16 | |
| M | 10. | SIGN _DP_ PRINT _David Phinney_ | RESIDENCE _10151 Taylor Ln_ CITY/TOWN _Richmond 23222_ | 4/3/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

**\* Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing a social security number or part thereof.

SBE-506/521 REV 1.2013

CONTINUED FROM REVERSE SIDE CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| 11. | SIGN | RESIDENCE | 7904 Cary Street Rd | 4/7/16 | |
| | PRINT Richard Newberger | CITY/TOWN | Richmond, VA | | |
| 12. | SIGN | RESIDENCE | 3412 Stuart Ave. | 4/3/16 | |
| | PRINT Jonathan Lewis | CITY/TOWN | Richmond, VA | | |
| 13. | SIGN | RESIDENCE | 1428 n Clay | 4/3/16 | |
| | PRINT Heidi Mangiola | CITY/TOWN | Richmond, VA | | |
| 14. | SIGN | RESIDENCE | 1209 Leicester Rd | 4/3/16 | |
| | PRINT Lis Perli | CITY/TOWN | Richmond 23225 | | |
| 15. | SIGN Rhonda H Davis | RESIDENCE | 1320 Wilkay St. | 4/3/16 | |
| | PRINT Rhonda H. Davis | CITY/TOWN | Richmond VA | | |
| 16. | SIGN Scott Price | RESIDENCE | 3105 Ellwood ave | 4/3/16 | |
| | PRINT Scott Price | CITY/TOWN | Richmond Va 23221 | | |
| 17. | SIGN | RESIDENCE | 6 n 31 St | 4/3/16 | |
| | PRINT | CITY/TOWN | Ric VA 23225 | | |
| 18. | SIGN | RESIDENCE | 1218 Whitby Rd. | 4/3/16 | |
| | PRINT James P Armstrong | CITY/TOWN | RVA 23227 | | |
| 19. | SIGN | RESIDENCE | 1818 Whitby Rd. | 04-3-16 | |
| | PRINT Juita L Lee | CITY/TOWN | Rich. Va. 23227 | | |
| 20. | SIGN | RESIDENCE | 314 NORTH 30th ST | 4/3/16 | — |
| | PRINT RICHARD TATNALL | CITY/TOWN | RICHMOND VA 23223 | | |
| 21. | SIGN | RESIDENCE | 1009 PORTER ST. APT B | 4/3/16 | |
| | PRINT RYAN WILLIAMS | CITY/TOWN | RICHMOND, VA 23224 | | |

- AFFIDAVIT -

Commonwealth of Virginia

I, Alan Schintzius _____, swear or affirm that (i) my full residential address is 3521 garland ave _____ in the State/Commonwealth of Virginia _____ in the County/City/Town of Richmond _____; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

MADE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

State of Virginia County/City of Rich

The foregoing instrument was subscribed and sworn before me this ____ day of April, 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**  DATE NOTARY COMMISSION EXPIRES**

T 64 26 29 50
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

Va
NAME OF STATE THAT ISSUED THE CIRCULATOR'S LICENSE

11 93
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* If not included in seal/stamp.

SBE-506/521 REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland ave

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE, ZIP + 4

Richmond Va   23220

ENTER ABOVE, OFFICE SOUGHT   Mayor    ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. To obtain the number of signatures by congressional district, enter district no. ___ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of **Alan Schintzius** COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary to be held on the **8th** day of **Nov**, 20 **6** and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|
| R 1. | SIGN Christie Wisotzki  PRINT Christie Wisotzki | RESIDENCE 1305 Grove  CITY/TOWN Richmond VA | 4/10/16 | |
| R 2. | SIGN Emel Phip  PRINT Emeline Phipps | RESIDENCE 1900 Avondale  CITY/TOWN Richmond, VA | 4/10/16 | |
| R 3. | SIGN Meghan Lamberta  PRINT | RESIDENCE 1012 Will 49m st  CITY/TOWN Richmond, VA 23220 | 4/10/16 | |
| B Q 4. | SIGN Susan Burke  PRINT Susan Burke | RESIDENCE 6480 Parksdale Rd  CITY/TOWN Richmond VA 23 | 4/10/16 | |
| R 5. | SIGN  PRINT Nicholas Spangler | RESIDENCE 1 E Marshall st  CITY/TOWN Richmond VA 23219 | 4/10/16 | |
| C I 6. | SIGN Jogue  PRINT Jonathan Logue | RESIDENCE 1 E Marshall St  CITY/TOWN Richmond VA 23219 | 4/10/16 | |
| R 7. | SIGN  PRINT Hannah Cassaro | RESIDENCE 3713 Crutchfield St  CITY/TOWN Richmond VA 23225 | 4/11/16 | |
| R 8. | SIGN  PRINT | RESIDENCE 529 N meadow st  CITY/TOWN Richmond, VA 23220 | 4/14/207  4/10/16 | |
| R 9. | SIGN Johnson Nikki  PRINT | RESIDENCE 2209 Rar Hill Rd  CITY/TOWN Richland, VA 2320 | 4/10/16 | |
| C 10. | SIGN Quigley  PRINT CM Brayshaw | RESIDENCE 11½ W Clay St  CITY/TOWN R VA 23320 | 4/10/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

**\* Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN _Kelly Wolf_ / PRINT Kelly Wolf | RESIDENCE 10 N Auburn Ave / CITY/TOWN RVA 23001 | 4.11.16 | |
| 12. | SIGN _C Nagi_ / PRINT Christina Nagi | RESIDENCE 4639 Kensington Ave / CITY/TOWN RVA 23226 | 4.11.16 | |
| 13. | SIGN _Larry E. Flythe_ / PRINT LARRY E. Flythe SR | RESIDENCE 614 Henrico Blvd / CITY/TOWN Rich VA 23228 | 4.11.16 | |
| 14. | SIGN _Caroline Cox_ / PRINT Caroline Cox | RESIDENCE 430 S. Laurel St / CITY/TOWN Richmond Va | 4/11/16 | |
| 15. | SIGN _John Richmond Jr_ / PRINT John Richmond Jr | RESIDENCE 430 S Laurel St / CITY/TOWN Richmond VA 23220 | 4/1-16 | |
| 16. | SIGN _Brianna Nomi_ / PRINT Brianna Nomi | RESIDENCE 1804 Seddon Rd / CITY/TOWN Richmond VA 23227 | 4-11-16 | |
| 17. | SIGN _Michael Broth_ / PRINT MICHAEL Broth | RESIDENCE 1804 SEDDON RD / CITY/TOWN RICHMOND VA 23227 | 4/11/16 | |
| 18. | SIGN _Jay Sunner_ / PRINT JAY SUNNER | RESIDENCE 610 S Laurel St. / CITY/TOWN RVA 23220 | 4/11/16 | |
| 19. | SIGN _Ian C Hess_ / PRINT IAN C. HESS | RESIDENCE 111 W. Marshall St / CITY/TOWN RVA 23220 | 4/11/16 | |
| 20. | SIGN _Kristopher Goad_ / PRINT KRISTOPHER GOAD | RESIDENCE 2608 Hanover Ave / CITY/TOWN Richmond 23220 | 4/11/16 | |
| 21. | SIGN _Jefferson Crayford_ / PRINT Jefferson Crayford | RESIDENCE 2701 East Main / CITY/TOWN Richmond | 4/12/16 | |

**- AFFIDAVIT -**

Commonwealth of Virginia

I, Alan Schintzius, swear or affirm that (i) my full residential address is 321 Oakland ____ in the State/Commonwealth of VA in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION: _Alan Schintzius_

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 12th day of April, 2016, by Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

CIRCULATOR'S DRIVER'S LICENSE NUMBER: T642529SC

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE: VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE: 193

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

IF PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW:
Lisa Anna Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7327182
My Commission Expires 11/30/2018

_Lisa A. Cosby_
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

** not included in seal/stamp

SBE-506/521 REV 1.2013

K

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

*Alan Schintzius*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

*3321 garland ave*

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

*Richmond Va     23222*

ENTER ABOVE, OFFICE SOUGHT *MAYOR*          ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county or city to facilitate the processing of the filing. If you read the number of signatures by congressional district enter district no.: ____ [optional]

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

*Alan Schintzius* signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the *8th* day of *Nov* , 20 *16* , and we do further petition that his/her name be printed upon the official ballots to be used at the election

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| R | 1. SIGN | | RESIDENCE 603 Chamberlayne | 3/31 | |
| | PRINT | Sarah P. Stiles | CITY/TOWN Richmond, VA | 2016 | |
| | 2. SIGN | Troy | RESIDENCE 18 K Cockerron | 3/31 | |
| | PRINT | Troy Kein | CITY/TOWN Richmond | | |
| | 3. SIGN | | RESIDENCE 1601 Confederate | 8/31 | |
| | PRINT | Lori Knapp | CITY/TOWN Richmond VA | | |
| | 4. SIGN | Matthew Zoll | RESIDENCE 3150 Floyd Ave | 3/31 | |
| | PRINT | MATTHEW ZOLLER | CITY/TOWN | | |
| | 5. SIGN | | RESIDENCE Richmond VA | 3/31 | |
| | PRINT | Joseph A DeLeon | CITY/TOWN 319 A N. Robinson | | |
| | 6. SIGN | Rogers | RESIDENCE Richmond VA | 3/31 | |
| | PRINT | Ronald W. Rogers | CITY/TOWN 325. S. Cherry St. | | |
| | 7. SIGN | S. Mann | RESIDENCE 6229 Debora Dr. | 3/31 | |
| | PRINT | Sarah Mann | CITY/TOWN RVA | | |
| | 8. SIGN | Sheila Jones | RESIDENCE 3606 Chamberlayne | 3/31 | |
| | PRINT | Sheila Jones | CITY/TOWN RVA | | |
| | 9. SIGN | | RESIDENCE 1808 Powhatan | 3/31 | |
| | PRINT | Hugh Jones | CITY/TOWN Richmond VA | | |
| | 10. SIGN | Aaron Freed | RESIDENCE 305 South | 3/31 | |
| | PRINT | Aaron Freed | CITY/TOWN Richmond VA | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

**\* Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number for the purpose of checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _____ PRINT | RESIDENCE 1767 Robins Wood Dr CITY/TOWN Chesterfield VA 23334 | | |
| 12 | SIGN _____ PRINT Jonnetta Blake | RESIDENCE _____ CITY/TOWN | | |
| 13 | SIGN _____ PRINT | RESIDENCE _____ CITY/TOWN | | |
| 14 | SIGN Taimur Mahmood PRINT Taimur Mahmood | RESIDENCE 300 West Franklin St CITY/TOWN Richmond, VA 23220 | 4/1/16 | |
| 15 | SIGN Carl Ridderhof PRINT Carl Ridderhof | RESIDENCE 3018 New Kent Ave CITY/TOWN Rich Va 23225 | 4/1/16 | |
| 16 | SIGN Andrea Halco PRINT Andrea Halco | RESIDENCE 112 W 20th St CITY/TOWN Richmond, 23225 | 4-1-16 | |
| 17 | SIGN Brianne McCarthy PRINT Brianne McCarthy | RESIDENCE 8470 Wyndale Dr CITY/TOWN Mechanicsville, VA | 4/1/16 | |
| 18 | SIGN José Maria Gomez PRINT José M Gomez | RESIDENCE 3220 Barton ave CITY/TOWN Richmond VA | 04/01/16 | |
| 19 | SIGN Dennis H. Harvey PRINT Dennis H. Harvey | RESIDENCE 316 W. 29 St, CITY/TOWN Richmond VA. | 4/1/16 | |
| 20 | SIGN F. Harvey PRINT F. Amy Harvis | RESIDENCE 1511 Loucettm PGE CITY/TOWN Richmond VA | 4/1/16 | |
| 21 | SIGN _____ PRINT Daniel Brisben | RESIDENCE 1626 Claremont Ave CITY/TOWN Richmond Va | 4/1/16 | |

- AFFIDAVIT -

Commonwealth of Virginia
Alan Schintzius _____, swear or affirm that (i) my full residential
address 3226 Garland _____, in the State/Commonwealth of _____
_____ in the County/City/Town of Richmond _____; (ii) I am a legal resident of
the United States of America, (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S LICENSE 1193

SIGNATURE OF PERSON CIRCULATING THE PETITION

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

DO NOT STAMP CLOSE — REPRODUCIBLE
ACKNOWLEDGE BELOW
Commonwealth of Virginia
Reg. #7527183
Commission Expires 11/30/2018

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this
1st day of April, 20 16, by
Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS

NOTARY REGISTRATION NUMBER**  DATE NOTARY COMMISSION EXPIRES**

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

not included in seal/stamp.

SBE-506/521  REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

*Alan Schintzius*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

*3321 garland ave*

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

*Richmond Va 23222*

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

*MAYOR*

When an election district includes more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county/city to facilitate the processing of the filing. If you track the number of signatures by congressional district enter district no.: _____ (optional).

We, the qualified voters of the district in which the above candidate seeks nomination or election and of _____*Alan Schintzius*_____ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the _8th_ day of _November_, 20_16_ and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|---|
| | 1. | SIGN | *(signature)* | RESIDENCE | | |
| | | PRINT | | CITY/TOWN | | |
| ℗ | 2. | SIGN | *John* | RESIDENCE 1409 WESTBROOK AVE | 4/1/16 | |
| | | PRINT | *JOHN MOSER* | CITY/TOWN RICHMOND VA 23227 | | |
| ℗ | 3. | SIGN | *Talia Moser* | RESIDENCE 1409 Westbrook Ave | 4/1/16 | |
| | | PRINT | *Talia Moser* | CITY/TOWN Richmond Va | | |
| ℗ | 4. | SIGN | *M Sally* | RESIDENCE 503 Strawberry St F5 | 4/1/16 | |
| | | PRINT | *Meredith Salley* | CITY/TOWN Richmond VA 23220 | | |
| ℗ | 5. | SIGN | *James Hill* | RESIDENCE 503 STRAWBERRY ST #5 | 4/1/16 | |
| | | PRINT | *JAMES HILL* | CITY/TOWN Richmond VA 23220 | | |
| ℗ | 6. | SIGN | *Shannon Keeler* | RESIDENCE 1443 Brownleaf Dr | 4/1/16 | |
| | | PRINT | *Shannon Keeler* | CITY/TOWN Richmond, VA | | |
| ℗ | 7. | SIGN | *Taylor Leigh Adams* | RESIDENCE 415 E Grace St | 4/1/16 | |
| | | PRINT | *Taylor-Leigh Adams* | CITY/TOWN Richmond VA | | |
| ℗ | 8. | SIGN | *(signature)* | RESIDENCE 3102 Kensington Ave | 4/1/16 | |
| | | PRINT | *Josh Green* | CITY/TOWN Richmond VA 23221 | | |
| ℗ | 9. | SIGN | *(signature)* | RESIDENCE 713 Catherine St | 4/1/16 | |
| | | PRINT | *Jay Wright* | CITY/TOWN Richmond, VA | | |
| ℗ | 10. | SIGN | *(signature)* | RESIDENCE 1604 Grove Ave | 4/1/16 | |
| | | PRINT | *Arshae Pardanshenas* | CITY/TOWN Richmond, VA | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number for the purpose of checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition if you choose not to do so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the columns for the social security number or part thereof.

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY |
|---|---|---|---|---|
| 11. | SIGN _(signature)_ PRINT George Kelly | RESIDENCE 113 Church_____ Ave CITY/TOWN Rich VA 23___ | 4/02/16 | |
| 12. | SIGN _(signature)_ PRINT _(illegible)_ | RESIDENCE 317 Wolfe Gn CITY/TOWN Raeleigh | 4/2/16 | |
| 13. | SIGN _(signature)_ PRINT RYAN HOSS | RESIDENCE 16 N MEADOW ST CITY/TOWN RICHMOND | 4/2/16 | |
| 14. | SIGN _(signature)_ PRINT Peter Lewis | RESIDENCE 1701 Grove St. CITY/TOWN Richmond | 4/2/16 | |
| 15. | SIGN _(signature)_ PRINT Josh Snell | RESIDENCE 5316 Salem St CITY/TOWN Richmond | 4/2/16 | |
| 16. | SIGN ✗ PRINT ✗ | RESIDENCE ✗ CITY/TOWN ✗ | ✗ | |
| 17. | SIGN Daniel Bush PRINT _(illegible)_ | RESIDENCE 2370 Brook___ Rd CITY/TOWN 8_3 _____, VA | 4·2·16 | |
| 18. | SIGN _(signature)_ PRINT Tobias Teeze | RESIDENCE 5858 Broadrock Blvd CITY/TOWN Richmond VA | 4-2-16 | |
| 19. | SIGN _(signature)_ PRINT Samuel S. Forrest | RESIDENCE 409 Hancock CITY/TOWN Richmond, VA 23220 | 4/2/16 | |
| 20. | SIGN _(signature)_ PRINT James Slade | RESIDENCE 1130 Eggleston St CITY/TOWN Richmond VA | 4/2/2016 | |
| 21. | SIGN _(signature)_ PRINT Robin Silberman | RESIDENCE 1126 Eggleston St CITY/TOWN Richmond, VA | 4/2/16 | |

**Commonwealth of Virginia - AFFIDAVIT -**

I, Alan Schintzius, swear or affirm that (i) my full residential address is 13321 Garland ave, in the County/City/Town of Richmond, in the State/Commonwealth of VA; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

PLACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

SIGNATURE OF PERSON CIRCULATING THE PETITION _(signature)_

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 18_ day of April, 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

**DRIVER'S LICENSE NUMBER, IF APPLICABLE** N/A
**NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE** N/A
**CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER** 1195

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* If not included in seal/stamp.

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in the county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions by county to facilitate the processing of the filing. If you list the number of signatures by congressional district enter district no.____ (optional)

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland Ave

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

Richmond Va 23222

ENTER ABOVE, OFFICE SOUGHT   MAYOR    ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the 8th day of November, 20 16 and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA NO MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SCN |
|---|---|---|---|---|---|---|
| R | 1. | SIGN | | RESIDENCE 619 Aiken St | 3.22.16 | |
| | | PRINT Xavier McKane | CITY/TOWN Richmond Va | | |
| R | 2. | SIGN Vonnefing | | RESIDENCE 2008 Park Ave | 3/8/16 | |
| | | PRINT Richard Willis | CITY/TOWN Richmond VA | | |
| R | 3. | SIGN | | RESIDENCE 116 N Plum St | 3/03/16 | |
| | | PRINT Jackson Major | CITY/TOWN Richmond, VA | | |
| R | 4. | SIGN | | RESIDENCE 701 N 3rd St | 3/8/16 | |
| | | PRINT | CITY/TOWN RICHMOND VA | | |
| R | 5. | SIGN Xvardra | | RESIDENCE 714 Holly St | 3/28 | |
| | | PRINT Phyedra Vose | CITY/TOWN RVA | | |
| R | 6. | SIGN Constance Cooke | | RESIDENCE 519 Highland Rd | 3/28 | |
| | | PRINT Constance Costas | CITY/TOWN Richmond VA 23220 | | |
| R | 7. | SIGN | | RESIDENCE 15 E Clay St | 3/8/16 | |
| | | PRINT Kathryn Foster | CITY/TOWN Richmond VA | | |
| R | 8. | SIGN Claire Myers | | RESIDENCE 500 Hull St | | |
| | | PRINT Claire Myers | CITY/TOWN RVA | | |
| R | 9. | SIGN | | RESIDENCE 7104 Loma Rd | 3/8/16 | |
| | | PRINT Cleung Lydo | CITY/TOWN Richmond VA | | |
| R | 10. | SIGN Chas Page | | RESIDENCE 2617 E Grace St | 3/8/16 | |
| | | PRINT | CITY/TOWN Richmond VA 23223 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing a social security number or part thereof.



CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| 11. | SIGN | | RESIDENCE 2111 Oakwood ln. | 3/28/16 | |
| | PRINT | Gilbert Crockett | CITY/TOWN Richmond VA 23228 | | |
| 12. | SIGN | | RESIDENCE 1428 W Clay St | 3/28 | |
| | PRINT | TYLER BEALL | CITY/TOWN Richmond, VA 23600 | | |
| 13. | SIGN | | RESIDENCE 6 N Dooley Ave | 3/28/16 | |
| | PRINT | Daniel Ravenal | CITY/TOWN Richmond VA 23221 | | |
| 14. | SIGN | | RESIDENCE 3513 Suffolk Rd | 3/28/16 | |
| | PRINT | William Rigsby | CITY/TOWN Richmond VA | | |
| 15. | SIGN | | RESIDENCE 623 Grayson Ave | 3/28/16 | |
| | PRINT | Ellsworth Jackson IV | CITY/TOWN Richmond VA, 23000 | | |
| 16. | SIGN | | RESIDENCE 215 HERMITAGE RD | 3/28/16 | |
| | PRINT | Seth FOX | CITY/TOWN RICHMOND VA 23600 | | |
| 17. | SIGN | | RESIDENCE 3434 McGuire DR. | 3/28/16 | |
| | PRINT | DAMON C COOK | CITY/TOWN RVA 23224 | | |
| 18. | SIGN | | RESIDENCE 3205 PARK AVE | 3/28/16 | |
| | PRINT | NANCY BAKER | CITY/TOWN Richmond, VA 23221 | | |
| 19. | SIGN | | RESIDENCE 283 N Plum St | 3/28 | |
| | PRINT | MAREN SCHWARZ | CITY/TOWN RICHMOND, VA 23220 | | |
| 20. | SIGN | | RESIDENCE 1709 Grove | 3/28 | |
| | PRINT | Joe Kinkel | CITY/TOWN Richmond | | |
| 21. | SIGN | | RESIDENCE 1709 Grove | 3/28 | |
| | PRINT | Nancy Kinkel | CITY/TOWN Richmond | | |

Commonwealth of Virginia

**- AFFIDAVIT -**

I, Alan Schintzius _____, swear or affirm that (i) my full residential address is 3521 garland ave _____ in the State/Commonwealth of _____ 1/8 _____ in the County/City/Town of Richmond _____; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_____
SIGNATURE OF PERSON CIRCULATING THE PETITION

PLACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

State of Virginia County/City of Richmond

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7327182
My Commission Expires 11/30/2018

The foregoing instrument was subscribed and sworn before me this 18th day of March, 2016, by Alan Schintzius

_____
PRINT NAME OF PERSON CIRCULATING THE PETITION

_____
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS     NOTARY REGISTRATION NUMBER**     DATE NOTARY COMMISSION EXPIRES**

764252950
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

1193
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* If not included in seal/stamp.

SBE-506/521   REV 1.2013

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing

For a statement of the office it is suggested that you file petitions in court, to facilitate the processing of the filing. If you mark the number of signatures by congressional district enter district no.: _____ (optional)

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland ave

ENTER ABOVE, CITY/TOWN  Richmond Va 23222  ENTER ABOVE, ZIP + 4

ENTER ABOVE, OFFICE SOUGHT  MAYOR  ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Alan Schintzius

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the ___8th___ day of ___Nov___, 20_16_, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is neither a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER (OPTIONAL) |
|---|---|---|---|---|---|---|
| C V | 1. | SIGN | Paul | RESIDENCE 1721 Grove Ave #1 | 4/10/16 | |
| | | PRINT | PAUL LEWIS | CITY/TOWN Richmond, VA 23220 | | |
| R | 2. | SIGN | | RESIDENCE 1514 Texas Ave Richmond VA | 4/10/16 | |
| | | PRINT | Leah Page | CITY/TOWN Richmond | | |
| | 3. | SIGN | | RESIDENCE | | |
| | | PRINT | Aaron Richmond | CITY/TOWN | | |
| V | 4. | SIGN | Ave | RESIDENCE 2215 LG St | 4/10/16 | |
| | | PRINT | Andrew Michaels | CITY/TOWN Richmond | | |
| R | 5. | SIGN | Kiddes | RESIDENCE 1411 W | | |
| | | PRINT | Kevin Christy | CITY/TOWN Richmond | | |
| R | 6. | SIGN | Eileen | RESIDENCE | | |
| | | PRINT | Eileen Fujii | CITY/TOWN RVA | | |
| R | 7. | SIGN | Jack Weissing | RESIDENCE 311 | | |
| | | PRINT | Jack Weissing | CITY/TOWN RVA | | |
| C V | 8. | SIGN | | RESIDENCE 3910 | 4/9/ | |
| | | PRINT | Steven Keel | CITY/TOWN Richmond, VA | | |
| R | 9. | SIGN | Hari | RESIDENCE 475 | | |
| | | PRINT | Hari Wilson | CITY/TOWN Richmond VA | | |
| | 10. | SIGN | | RESIDENCE 1892 Mannion Live | 4/10/16 | |
| | | PRINT | Brayden Simmons | CITY/TOWN Richmond VA 23220 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| 11 | SIGN | Natalie Snider | RESIDENCE 3011 E. Broad St, Bsmt | 4.10.16 | |
| | PRINT | Natalie Snider | CITY/TOWN Richmond VA 23323 | | |
| 12 | SIGN | Heidi Rugg | RESIDENCE 1811 Maple Shade Ln | 4.10.16 | |
| | PRINT | Heidi Rugg | CITY/TOWN Richmond 23227 | | |
| 13 | SIGN | Katelyn Kress-Smith | RESIDENCE 2204 E Marshall | 4/10/16 | |
| | PRINT | Katelyn Kress-Smith | CITY/TOWN Richmond, VA 23223 | | |
| 14 | SIGN | Willa Piro | RESIDENCE 1814 Hanover Ave Apt A | 4/10/16 | |
| | PRINT | Willa Piro | CITY/TOWN Richmond, VA | | |
| 15 | SIGN | Shawn Stone | RESIDENCE 3108 E Marshall | 4/10/16 | 1 |
| | PRINT | Shawn Stone | CITY/TOWN Richmond, VA 23223 | | |
| 16 | SIGN | Diana Collazo | RESIDENCE 2605 W Cary | 4/10/16 | |
| | PRINT | Diana Collazo | CITY/TOWN Richmond VA | | |
| 17 | SIGN | Paula Elkins | RESIDENCE | 4/10/16 | |
| | PRINT | Paula Elkins | CITY/TOWN | | |
| 18 | SIGN | | RESIDENCE 516 N 29th St | 4/10/16 | |
| | PRINT | | CITY/TOWN Richmond VA | | |
| 19 | SIGN | | RESIDENCE 2817 Edgewood Ave | 4/10/16 | |
| | PRINT | Amanda Robinson | CITY/TOWN Richmond, VA 23222 | | |
| 20 | SIGN | | RESIDENCE 2817 Edgewood | 4/10/16 | |
| | PRINT | | CITY/TOWN Richmond VA 23222 | | |
| 21 | SIGN | | RESIDENCE 606 Albemarle | 4/10/16 | |
| | PRINT | Luke Stevens | CITY/TOWN RICHMOND VA 23220 | | |

Commonwealth of Virginia - AFFIDAVIT -

I, Alan Schintzius, swear or affirm that (i) my full residential address is 14 3321 Garland, in the County/City/Town of Richmond, in the State/Commonwealth of Virginia; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

PLACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anna Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
Commission Expires 11/30/2018

State of Virginia County/City of Richmond
The foregoing instrument was subscribed and sworn before me this 11th day of April, 20 16 by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
163

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

164252950

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* If not included in seal/stamp.

SBE-506/521   REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Name and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN | RESIDENCE 308 W 30th | 5/20 | |
| | PRINT Evan Tetlak | CITY/TOWN Richmond | | |
| 12. | SIGN | RESIDENCE 308 W 30th | 5/20 | |
| | PRINT Michael Zeller | CITY/TOWN RVA | | |
| 13. | SIGN Casey Criddle | RESIDENCE 3111 Condie St | 5/20 | |
| | PRINT Casey Criddle | CITY/TOWN Richmond | | |
| 14. | SIGN | RESIDENCE 3422 Stuart Ave | 5/16 | |
| | PRINT Susan Greene | CITY/TOWN RVA | | |
| 15. | SIGN Nancy Costello | RESIDENCE 2511 Grove Ave | 5/20 | |
| | PRINT Nancy Costello | CITY/TOWN RVA | | |
| 16. | SIGN Matt Costello | RESIDENCE 2511 Grove ave | 5/20 | |
| | PRINT Matt Costello | CITY/TOWN RVA 23220 | | |
| 17. | SIGN Florence Breedlove | RESIDENCE 3637 Hawthorne Ave #3 | 5/30/16 | |
| | PRINT Florence Breedlove | CITY/TOWN Rich. VA 23222 | | |
| 18. | SIGN D. J. Ferguson | RESIDENCE 4230 W. Grace | 20 MAY 2016 | |
| | PRINT D. J. Ferguson | CITY/TOWN Richmond 23230 | | |
| 19. | SIGN Helene Kastenbaum | RESIDENCE 104 Devoh Dr | 20/5 2.16 | |
| | PRINT Helene Kastenbaum | CITY/TOWN Richmond VA 22228 | | |
| 20. | SIGN | RESIDENCE 3406 W Grace St | 5/20/16 | |
| | PRINT Jess Brooks | CITY/TOWN Richmond VA 7321 | | |
| 21. | SIGN Jenn Bush | RESIDENCE 3454 Elwood Dr | 5/30/16 | |
| | PRINT Jenn Bush | CITY/TOWN Richmond VA 2321 | | |

Commonwealth of Virginia — **- AFFIDAVIT -**

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3321 Garland Ave, Virginia, in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL STAMP BELOW

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May, 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS

T64752950
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
1193
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

NOTARY REGISTRATION NUMBER | DATE NOTARY COMMISSION EXPIRES

Privacy Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate matching this petition with the official voter registration record. You are not required to provide this information and may sign the petition without providing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

*Not included in seal stamp

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va          23222

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
(Must be filed with Declaration of Candidacy)

When an election district includes more than 1 county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office
It is suggested that you file petitions in county to facilitate the processing of the filing. If you want the number of signatures by congressional district enter district no. ____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the 8th day of November, 2016, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

signed hereunder or on the reverse

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/herself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, IS NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|---|
| | 1. | SIGN John Willi__ | RESIDENCE 1517 N 19th st | 5/16/16 | |
| | | PRINT John Williams | CITY/TOWN Richmond VA 232__ | | |
| | 2. | SIGN Wm Smith | RESIDENCE 1519 N 99 st | 5-16-16 | |
| | | PRINT William Smith | CITY/TOWN Richmond 2310 | | |
| | 3. | SIGN Delores J Banks | RESIDENCE 2308 Lamb ave | 05/16/16 | |
| | | PRINT | CITY/TOWN | | |
| | 4. | SIGN Rochelle Banks | RESIDENCE 2308 Lamb Ave | 5/16/16 | |
| | | PRINT Rochelle Banks | CITY/TOWN Richmond | | |
| | 5. | SIGN Karen Tyler | RESIDENCE 2303 Lamb Ave | 5/17/16 | |
| | | PRINT Karen Tyler | CITY/TOWN Richmond Va. | | |
| | 6. | SIGN J__ __ | RESIDENCE 3901 3Ard__ | 5/18/16 | |
| | | PRINT John Hall | CITY/TOWN Richmond VA | | |
| | 7. | SIGN Jonathan Devlin | RESIDENCE 8 C. 44th St | 5/20/16 | |
| | | PRINT Jonathan Devlin | CITY/TOWN R__ 2322_ | | |
| | 8. | SIGN Mike Duln | RESIDENCE 1607 Hull St | 5/20/16 | |
| | | PRINT Mike Duln | CITY/TOWN Richmond VA 2322_ | | |
| | 9. | SIGN Trista Thomas | RESIDENCE 154__ Ave | 5/20/16 | |
| | | PRINT Trista Thomas | CITY/TOWN n.__ 2300__ | | |
| | 10. | SIGN Stephen __ | RESIDENCE 1508 Boswichbridge Rd | 5/20/16 | |
| | | PRINT S. __ | CITY/TOWN Richmond VA 232__ | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|
| 11 SIGN _Matbia Biddle_ PRINT _Chi Biddle_ | RESIDENCE 300 W 41st St CITY/TOWN Richmond, VA 23225 | 5/20 | |
| 12 SIGN X (HANDICAPPED UNABLE TO SIGN) PRINT JAMES B BROCK C. Biddel POA | RESIDENCE 1206 W 41 7/8 St CITY/TOWN Richmond, VA 23225 | 5/2- | |
| 13 SIGN _Julia W Seward_ PRINT Julia W Seward | RESIDENCE 1149 West Ave CITY/TOWN Richmond Va 23220 | 5/21/16 | |
| 14 SIGN _Lavrenia J Walters_ PRINT Lavrenia Walters | RESIDENCE 3211 Chamberlayne CITY/TOWN Richmond VA | 3/7 5/23/16 | |
| 15 SIGN _Iris Fay_ PRINT Iris Fay | RESIDENCE 1250 North Cottage Hope CITY/TOWN Ruth Chatula Va | 2338/6 5/24/16 | |
| 16 SIGN E. Martin Jewell PRINT E. Martin Jewell | RESIDENCE 805 Old Nicholson St CITY/TOWN Richmond, Va 2322 | 5/ 24/16 | |
| 17 SIGN _Alice Tait_ PRINT Alice Tait | RESIDENCE Richmond VA CITY/TOWN 6381 Darnie Rd | 5/24 | |
| 18 SIGN _Sylvia C Wood_ PRINT _Mary C Pop_ | RESIDENCE 675 Larestover Hill CITY/TOWN Richmond va 23225 | 5/24 | |
| 19 SIGN _Cassandra Shaw_ PRINT Cassandra Shaw | RESIDENCE 2709 Matisse Rd CITY/TOWN Richmond, VA 24 | 5/24 | |
| 20 SIGN _Jessie Johnson_ PRINT _Vera Jones_ | RESIDENCE PO Box 25756 CITY/TOWN 23226 | 5/25/16 | |
| 21 SIGN _Nathan Benah_ PRINT Nathan Benah | RESIDENCE 1609 Rogers St CITY/TOWN 23223 | 5/25/16 | |

**- AFFIDAVIT -**

Commonwealth of Virginia

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3371 Garland Ave in the State/Commonwealth of Virginia in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE: T64752950

_Alan Schintzius_
SIGNATURE OF PERSON CIRCULATING THE PETITION

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE: VA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER: 1193

THE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW:

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May 20 16, by Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

_Princetta Irene Clarke_
TYPE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS

Princetta Irena Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191

NOTARY REGISTRATION NUMBER** DATE NOTARY COMMISSION EXPIRES 8/31/2019

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

** not included in seal/stamp

SBE-506/521 REV 1.2013

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va' 23222

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in court to facilitate the processing of the filing. If you number the signatures by congressional district enter district no. _____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of **Richmond** signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the **8th** day of **November**, 20 **16**, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is neither a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| | 1. SIGN | Kirsten Gray | RESIDENCE 2305 East Broad St | 5/24/16 | |
| | PRINT | Kirsten Gray | CITY/TOWN Richmond VA | | |
| | 2. SIGN | John | RESIDENCE 1601 1/2 Carlisle Ave | 5/24/16 | |
| | PRINT | Jenni Bachman | CITY/TOWN Richmond VA 23231 | | |
| | 3. SIGN | Joseo Lucas | RESIDENCE 5) S. Pine St | 5/24/16 | |
| | PRINT | Jose Lucas | CITY/TOWN Richmond VA 23220 | | |
| | 4. SIGN | Lisa Miller | RESIDENCE 4118 New Kent Ave | | |
| | PRINT | Lisa Miller | CITY/TOWN Richmond Va. 23231 | 5/20/16 | |
| | 5. SIGN | Jane Maris | RESIDENCE 600 N 25 St | 5/26/16 | |
| | PRINT | Jane Maris | CITY/TOWN Richmond 23223 | | |
| | 6. SIGN | Howard Elford | RESIDENCE 3319 Gloucester Rd | 5/20/16 | |
| | PRINT | Howard Elford | CITY/TOWN Rich Va 23227 | | |
| | 7. SIGN | Roberta Elford | RESIDENCE 3312 Gloucester | 5/20/16 | |
| | PRINT | Roberta Elford | CITY/TOWN Richmond VA 23227 | | |
| | 8. SIGN | Michael Davis | RESIDENCE 4402 W. Franklin St | 5/24/16 | |
| | PRINT | Michael J Davis | CITY/TOWN Richmond VA 2322 | | |
| | 9. SIGN | Natalie Snider | RESIDENCE 3011 E. Broad St, Bsmt Apt | 5/24/16 | |
| | PRINT | Natalie Snider | CITY/TOWN Richmond, VA 23223 | | |
| | 10. SIGN | Maria Banic | RESIDENCE 3002 E. Broad St A. | 5/24/16 | |
| | PRINT | Maria Banic | CITY/TOWN Richmond VA 23223 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number for the purpose of checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN Jodi Teitelman PRINT jteitel@vcu.edu | RESIDENCE 3867 Fauquier Av CITY/TOWN Richmond, VA | 5/28/16 | |
| 12 | SIGN Bernice Baker PRINT BERNICE BAKER | RESIDENCE 3225 Cliff Ave CITY/TOWN Rich, VA | 5/28 | |
| 13 | SIGN Coqui Misdonald PRINT COQUI MACDONALD | RESIDENCE 221B E Franklin CITY/TOWN 23223 RICH | ✓ | |
| 14 | SIGN Ray M PRINT Ray Muhammad | RESIDENCE 3015 Hopbrook CITY/TOWN Richmond, VA | 5/29/16 | |
| 15 | SIGN Sa'ad El-Amin PRINT Sa'ad El-Amin | RESIDENCE 24 Overbrook Rd CITY/TOWN Richmond, VA 23222 | 6/29 16 | |
| 16 | SIGN W. Jerry Teachey PRINT W. Jerry Teachey | RESIDENCE 2333 Floyd Ave CITY/TOWN Richmond VA | 5/31 | |
| 17 | SIGN PRINT | RESIDENCE CITY/TOWN | | |
| 18 | SIGN PRINT | RESIDENCE CITY/TOWN | | |
| 19 | SIGN PRINT | RESIDENCE CITY/TOWN | | |
| 20 | SIGN PRINT | RESIDENCE CITY/TOWN | | |
| 21 | SIGN PRINT | RESIDENCE CITY/TOWN | | |

Commonwealth of Virginia          - AFFIDAVIT -                                   T64752950

I, Alan Schintzius , swear or affirm that (i) my full residential     CIRCULATOR'S DRIVER'S
address is 3321 Garland Ave in the State/Commonwealth of     LICENSE NUMBER, IF APPLICABLE
Virginia in the County/City/Town of Richmond (ii) I am a legal resident of     VA
the United States of America, (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a     NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S
felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.     LICENSE
                                                                                              1193
IF PHOTOGRAPHICALLY REPRODUCIBLE     SIGNATURE OF PERSON CIRCULATING THE PETITION     CIRCULATOR'S LAST 4 DIGITS
NOTARY SEAL/STAMP BELOW                                                                       OF SOCIAL SECURITY
                               State of Virginia County/City of Richmond          NUMBER

The foregoing instrument was subscribed and sworn before me this
31st day of May 20 16 , by Princetta Irene Clarke
         Alan Schintzius                        NOTARY PUBLIC
PRINT NAME OF PERSON CIRCULATING THE PETITION     Commonwealth of Virginia
                                                  Reg. #7037191
                                                  My Commission Expires 8/31/2018

THE NOTARY, OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS     NOTARY REGISTRATION NUMBER**     DATE NOTARY COMMISSION EXPIRES**

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
linking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without
doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
a social security number or part thereof.

not included in seal/stamp

SBE-506/521 REV 1.2013

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va        23222

ENTER ABOVE, CITY/TOWN        ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT        ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. If you enter the number of signatures by congressional or enter district no.: ____ [optional]

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the 8th day of November, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|
| R 1. | SIGN _(signature)_ <br> PRINT Dudney Hunter-Stehl | RESIDENCE 3913 W Grace St <br> CITY/TOWN Richmond VA 23230 | 5/6/16 | |
| N 2. | SIGN _(signature)_ <br> PRINT Rev. Bolly TALEN | RESIDENCE 76 Sherman St <br> CITY/TOWN Brooklyn NY | 5/22/16 | |
| R 3. | SIGN _(signature)_ <br> PRINT Tristan Brennis | RESIDENCE 618 E Franklin St <br> CITY/TOWN Richmond, VA | 5/27/16 | |
| R 4. | SIGN _(signature)_ <br> PRINT Matthew Wild | RESIDENCE 618 E Franklin St <br> CITY/TOWN Richmond, VA | 5/27/16 | |
| 5. | SIGN _(signature)_ <br> PRINT Emily Thornsbery | RESIDENCE 3163 Dill Ave <br> CITY/TOWN Richmond VA | 5/27/16 | |
| C I 6. | SIGN _(signature)_ <br> PRINT Isaac Ramsey | RESIDENCE 2209 Rosewood <br> CITY/TOWN Richmond VA | 5/27/16 | |
| R 7. | SIGN _(signature)_ <br> PRINT Jason R. Kinter | RESIDENCE 1236 Warren <br> CITY/TOWN Richmond VA | 5/27/16 | |
| R 8. | SIGN _(signature)_ <br> PRINT Daniel Ross Hudabodo | RESIDENCE 29 W Jackson 4th <br> CITY/TOWN Richmond VA | 5/27/16 | |
| R 9. | SIGN _(signature)_ <br> PRINT DANIEL J. FINNEY | RESIDENCE 1111 Goddin St <br> CITY/TOWN Richmond, VA 23231 | 5/8/16 | |
| 10. | SIGN <br> PRINT | RESIDENCE <br> CITY/TOWN | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN: | RESIDENCE: W 15th St | 4/10/16 | — |
| | PRINT: Josh Berman | CITY/TOWN: RVA | | |
| 12. | SIGN: Hannah Brown | RESIDENCE: 7030 W Grace St. | 4/11/16 | 8 |
| | PRINT: Hannah Brown | CITY/TOWN: Richmond, VA | | |
| 13. | SIGN: Jonathan Fuller | RESIDENCE: 3½ W 76th St. | 4/25/16 | |
| | PRINT: Jonathan Fuller | CITY/TOWN: R, VA | | |
| 14. | SIGN: Kathryn M Roseberry | RESIDENCE: 3206 Forest Hill | 4/25/16 | |
| | PRINT: Kathryn M Roseberry | CITY/TOWN: Richmond | | |
| 15. | SIGN: | RESIDENCE: 4407 S Villa Dr | 4/25/16 | |
| | PRINT: Kurt Steinhagen | CITY/TOWN: RVA | | |
| 16. | SIGN: | RESIDENCE: 3700 W Franklin St | 4/25/16 | |
| | PRINT: Aaron Sirmon | CITY/TOWN: RVA | | |
| 17. | SIGN: A L Brown | RESIDENCE: 519 Catherine St | 4/25/16 | |
| | PRINT: Arthur L. Burton | CITY/TOWN: Richmond, Va 23220 | | |
| 18. | SIGN: Keri Theodray | RESIDENCE: 3809 Cedar Grove Rd | 4/25 | |
| | PRINT: Keri Treadway | CITY/TOWN: Richmond, VA | | |
| 19. | SIGN: Jackson Farill | RESIDENCE: 3414 Cooper Rd | 4/25/16 | one 9 |
| | PRINT: | CITY/TOWN: Richmond, VA | | |
| 20. | SIGN: | RESIDENCE: 3428 S St | 4/25/16 | |
| | PRINT: Annetta Vinson | CITY/TOWN: RICH VA | | |
| 21. | SIGN: | RESIDENCE: 2114 Miller Ave | 4/25/16 | |
| | PRINT: Jeremy J. Lazarus | CITY/TOWN: Rich 23221 | | |

Commonwealth of Virginia - **AFFIDAVIT** -

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3321 garland ave, in the State/Commonwealth of Virginia, in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

PLACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May, 2016, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

NOTARY, CLERK OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER    DATE NOTARY COMMISSION EXPIRES

| | |
|---|---|
| T64252950 | CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE |
| | VA NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE |
| 1197 | CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER |

Princetta Irene Clarke NOTARY PUBLIC Commonwealth of Virginia Reg. #7037193 My Commission Expires 9/31/2018

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* If not included in seal/stamp.

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]
Alan Schintzius

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE
3321 garland ave

For a statewide office it is suggested that you file petitions in county or to facilitate the processing of the filing. If you use the number of signatures by congressional district enter district no.: _____ [optional].

ENTER ABOVE, CITY/TOWN    Rich Va    ENTER ABOVE, ZIP + 4   23222

ENTER ABOVE, OFFICE SOUGHT   MAYOR    ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of _____ Richmond _____ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the  8th  day of  November  20 16  and we do further petition that his/her name be printed on the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA; NOT MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS O SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 1. | SIGN _____ PRINT ___ Moon | RESIDENCE 50 K4 _____ CITY/TOWN Richmond VA | 4/3/16 | |
| 2. | SIGN _____ PRINT _____ | RESIDENCE 312 L-st 25 CITY/TOWN RVA | 4/3/16 | |
| 3. | SIGN _____ PRINT Bill MARTIN | RESIDENCE 2513 F. GCt CITY/TOWN Richmond V | 4/3 | |
| 4. | SIGN _____ PRINT EDAIO GARARZA | RESIDENCE HENR.cc 3593 ARTLEY POND CT 23233 CITY/TOWN | | |
| 5. | SIGN Diane ONeal (x) PRINT Diane ONeal | RESIDENCE CHURCH HILL CITY/TOWN Richmond 23223 | 4/3/16 | |
| 6. | SIGN _____ PRINT Joshua Adams | RESIDENCE Shockoe Bottom CITY/TOWN Richmond 2321? | 4/3/16 | |
| 7. | SIGN _____ PRINT Dyron Chaus | RESIDENCE Southside CITY/TOWN Richmond VA 23224 | 4/3/16 | |
| 8. | SIGN _____ PRINT Malaika Slimp | RESIDENCE 1515 E _____ CITY/TOWN Richmond | 4/3/16 | |
| 9. | SIGN LMcDonney PRINT Juliette LacDonney | RESIDENCE 1628 Dartmouth Ave CITY/TOWN Richmond Va 23216 | 4/3/16 | |
| 10. | SIGN _____ PRINT Regina Gardner | RESIDENCE 1516 wallace s CITY/TOWN Richmond VA | 4/3/ | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA

# PETITION OF QUALIFIED VOTERS

[Must be filed with Declaration of Candidacy]

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland ave    Richmond Va 23222

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office
It is suggested that you file petitions in county/city to facilitate the processing of the filing. If you track the number of signatures by congressional district enter district no.: ____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of __Richmond__ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the __8th__ day of __November__, 20 __16__, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| R 1. | SIGN John M. Vassar / PRINT John M. Vassar | RESIDENCE 3714 Cary St. Rd / CITY/TOWN Rich. Va 23221 | 4/25/16 | |
| R 2. | SIGN Anita Holloman / PRINT ANITA HOLLOMAN | RESIDENCE 3108 Enslow Ave / CITY/TOWN Richmond VA 23222 | 4/25/16 | |
| 3. | SIGN Yiudnw / PRINT Tya Rom | RESIDENCE 3130 Griffin Ave / CITY/TOWN Richmond VA 2322 | 4/25/16 | ____ |
| 4. | SIGN Rosa Allen / PRINT | RESIDENCE 1405 Windrow Cir / CITY/TOWN Richmond, VA 23223 | 1/25/16 | |
| 5. | SIGN S Uecker / PRINT Samantha Uecker | RESIDENCE 1701 Summit Ave #11 / CITY/TOWN Richmond, VA 23130 | 4/25/16 | |
| 6. | SIGN J Black / PRINT Jo Black | RESIDENCE 306 W. 78th Ct / CITY/TOWN RVA 23225 | 4/25/16 | |
| 7. | SIGN Michelle Owen / PRINT Michelle Owen | RESIDENCE 1224 Rennie Ave / CITY/TOWN RVA 23227 | 4/25/16 | |
| 8. | SIGN Phillip Rev / PRINT PHILLIP RIVE | RESIDENCE / CITY/TOWN Grol wolis Cr | 4-24/16 | |
| 9. | SIGN Katherine C Terall / PRINT Kelly C Tull | RESIDENCE 3414 Cooper Rd / CITY/TOWN Richmond VA 23224 | 4/25/16 | |
| 10. | SIGN Bernadine Glam / PRINT BERNADINE GLAM | RESIDENCE 609 E. Brookland / CITY/TOWN Richmond va | 4/25/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| C | 11 | SIGN Wal H.E.D | RESIDENCE 3405 3rd Ave | 5/13/1 | |
| | | PRINT William Edwards | CITY/TOWN Richmond Va 23222 | | |
| C J | 12 | SIGN Robert W. Edwards Jr. | RESIDENCE 320 N Midlothian Turnpike Apt P. | 5/13/16 | |
| | | PRINT Robert W. Edwards Jr. | CITY/TOWN Richmond, Va 23224 | | |
| R | 13 | SIGN Alice | RESIDENCE 2422 Barton Ave | 5/14/16 | |
| | | PRINT Alice Grell | CITY/TOWN Rich, VA, 23222 | | |
| C | 14 | SIGN Kenneth Landon | RESIDENCE 307 Englside pl | 5/14/16 | |
| | | PRINT Kenneth Landon | CITY/TOWN Richmond VA 23224 | | |
| P | 15 | SIGN Michell Harris | RESIDENCE 3611 Delaware Ave | 5/14/16 | |
| | | PRINT Michael Harris | CITY/TOWN Richmond VA 23222 | | |
| | 16 | SIGN Jacques Snyder | RESIDENCE 1902 - Porter | 5/14/14 | |
| | | PRINT Jacques Snyder | CITY/TOWN Richmond, VA 23224 | | |
| C | 17 | SIGN | RESIDENCE 3110 Carolina Ave | 5/14/16 | |
| | | PRINT Linwood Jones | CITY/TOWN Rich, VA 23222 | | |
| C | 18 | SIGN James Mason | RESIDENCE 210 Hos CT | 5/14/16 | |
| | | PRINT James Mason | CITY/TOWN Rich VA | | |
| R | 19 | SIGN Louise Benjamin | RESIDENCE 357 Calhoun St | 5/14/16 | |
| | | PRINT Louise Benjamin | CITY/TOWN Richmond Va | | |
| A | 20 | SIGN | RESIDENCE 5204 Britton | 5/14/16 | |
| | | PRINT Robert True | CITY/TOWN Richmond | | |
| D | 21 | SIGN Demetria Davis | RESIDENCE 2304 Lamb Ave | 5/14/16 | |
| | | PRINT Demetria Evans | CITY/TOWN Richmond | | |

Commonwealth of Virginia — **AFFIDAVIT** —

I, Alan Schintzius , swear or affirm that (i) my full residential address is 321 gaview ave in the State/Commonwealth of Virginia in the County/City/Town of Richmond ; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

PLACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May , 20 16 , by Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES

164252950
'CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S LICENSE
1193
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

** If not included in seal/stamp.

SBE-506/521 REV 1/2013

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| # | | SIGNATURE OF REGISTERED VOTER / PRINT NAME | RESIDENCE ADDRESS | DATE SIGNED | LAST 4 DIGITS SSN |
|---|---|---|---|---|---|
| 11 | SIGN | Carla A Mull | RESIDENCE 4022 Clinton Ave | 4/3/16 | |
| | PRINT | Carolyn A Mull | CITY/TOWN Richmond | | |
| 12 | SIGN | Albert Semmons | RESIDENCE 2222 Rosewood Ave | 4/3/16 | |
| | PRINT | Albert Simmons | CITY/TOWN Richmond | | |
| 13 | SIGN | Robert Alexander | RESIDENCE 1510 Palomyra | 4/3/16 | 3 |
| | PRINT | Robert Alexander | CITY/TOWN Richmond | | |
| 14 | SIGN | R. Bastow | RESIDENCE 719 Blandy Ave. | 4/3/16 | 1 |
| | PRINT | Richard Bastow | CITY/TOWN Richmond VA | | |
| 15 | SIGN | BD Gilchrist | RESIDENCE 1203 Whitby Rd | 4/3/16 | 1 |
| | PRINT | BD Gilchrist | CITY/TOWN Richmond VA | | |
| 16 | SIGN | | RESIDENCE 408 Forest View Dr | 4/3/16 | |
| | PRINT | Zoe Neale | CITY/TOWN Richmond VA | | |
| 17 | SIGN | Iza Kuzmierczak | RESIDENCE 801 W Franklin St | 4/3/16 | |
| | PRINT | | CITY/TOWN Richmond VA | | |
| 18 | SIGN | | RESIDENCE 801 W. Franklin St | 4/3/16 | |
| | PRINT | Hannah Horstmyer | CITY/TOWN Richmond, VA | | |
| 19 | SIGN | | RESIDENCE 801 W Franklin St | 4/3/16 | |
| | PRINT | Adam Lavy | CITY/TOWN Richmond, VA | | |
| 20 | SIGN | Joshua MacDaniel | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| 21 | SIGN | | RESIDENCE 3201 North Ave | 04/03/16 | |
| | PRINT | Joshua MacDaniel | CITY/TOWN Richmond | | |

**Commonwealth of Virginia** - AFFIDAVIT -

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3321 Garland ave, in the State/Commonwealth of Virginia; in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 18th day of April, 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527183
Commission Expires 11/30/2018

CIRCULATOR'S DRIVER'S LICENSE NUMBER: T642529SC
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE: VA
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER: 1193

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar when copying this document for public inspection, must cover the column containing any social security number or part thereof.

If not included in seal/stamp.

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS

(Must be filed with Declaration of Candidacy)

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

2321 Garland Ave

ENTER ABOVE, CITY/TOWN

Richmond Va    ENTER ABOVE, ZIP + 4

ENTER ABOVE, OFFICE SOUGHT

Mayor    ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than on county or city, it is suggested that you use separate petition form for qualified voters in eac county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county or city to facilitate the processing of the filing. If you trac the number of signatures by congressional distri enter district no.: _____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of _____ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☐ General Election   ☐ Special Election   ☐ Democratic Primary   ☐ Republican Primary

to be held on the _____ day of _____, 20_____, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himse a legal resident of the United States of Americ and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT SHE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT SHE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS O SOCIAL SECURIT NUMBER |
|---|---|---|---|---|---|
| R | 1. | SIGN H Schatz / PRINT Gabrielle Schatz | RESIDENCE 4611 Devonshire Rd / CITY/TOWN Richmond, va | Apr 3, 16 | |
| R | 2. | SIGN D Janet Hampton / PRINT D Janet Ha | RESIDENCE 4503 New Kent Ave / CITY/TOWN Richmond VA | Apr 3 | |
| | 3. | SIGN Ms Carolyn Overton / PRINT CAROLYN OVERTON | RESIDENCE / CITY/TOWN | 4-3-16 | |
| R | 4. | SIGN Amy Kell / PRINT Suzanne J Keller | RESIDENCE 1430 Lorraine Ave / CITY/TOWN Richmond, VA 23224 | April 3, 20 | |
| | 5. | SIGN Beth B Murr / PRINT BETH B MURRAY | RESIDENCE 3107 Stuart / CITY/TOWN Richmond | 4-3 | |
| | 6. | SIGN Dina G Westbr / PRINT | RESIDENCE 313 Claremont Dr 23227 / CITY/TOWN | 4/3/16 | |
| | 7. | SIGN Anna G Gray / PRINT Anna J Gray | RESIDENCE Westminster / CITY/TOWN Canterbury | 4/3/16 | |
| | 8. | SIGN Wade K Smith / PRINT Wade K. Smith | RESIDENCE 3211 Noble Dr / CITY/TOWN Richmond VA 2324 | 4/3/16 | |
| R | 9. | SIGN Diana Cole / PRINT Diana Cole | RESIDENCE 1206 Palmyra Ave / CITY/TOWN Richmond, va 23227 | 4/3/16 | |
| | 10. | SIGN Marcia Dickinson / PRINT Marcia Dickinson | RESIDENCE 2222 Rosewood / CITY/TOWN Richmond, VA 23220 | 4/3/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT (

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security checking this petition with the official voter registration record. You are not required to provide this information and may sign the p so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN: _____ PRINT: _____ | RESIDENCE: VT CITY/TOWN: VT | 4/ | |
| 12 | SIGN: _____ PRINT: _____ | RESIDENCE: RVH CITY/TOWN: VH | 4/10/15 | |
| 13 | SIGN: Tia L Byno PRINT: Tina L Byno | RESIDENCE: Richmond CITY/TOWN: Richmond, VA | 4/10/16 | |
| 14 | SIGN: _____ PRINT: Samuel K Rivo | RESIDENCE: Richmond VA CITY/TOWN: 1811 Maple Shade Lane | 4/10/16 | |
| 15 | SIGN: _____ PRINT: R Allen Botaling | RESIDENCE: 10 S 14th St CITY/TOWN: Richman VA | 4/10/16 | |
| 16 | SIGN: Scott Tankersley PRINT: Scott Tankersley | RESIDENCE: 3000 W. Grace St. #302 CITY/TOWN: Richmond VA 23221 | 4/10/16 | |
| 17 | SIGN: _____ PRINT: Ben Carollo | RESIDENCE: 7117 Glen Hall Ave CITY/TOWN: Richmond Va 23225 | 4/10/16 | |
| 18 | SIGN: Barry Ress PRINT: BARRY RESS | RESIDENCE: Jos Deodre Ave CITY/TOWN: Richmond VA | 4/10 16 | |
| 19 | SIGN: _____ PRINT: MELISSA GRAY | RESIDENCE: 2409 Rockwood Ave CITY/TOWN: Richmond VA 23221 | 4/10/16 | |
| 20 | SIGN: _____ PRINT: Reed Humphrey | RESIDENCE: 1521 Hull St CITY/TOWN: Richmond VA | 4/10/16 | |
| 21 | SIGN: _____ PRINT: _____ | RESIDENCE: 708 E. Marshall St CITY/TOWN: Richmond VA | 4/10/16 | |

Commonwealth of Virginia — **AFFIDAVIT** —

TRV 75295C
CIRCULATOR'S DRIVER'S
LICENSE NUMBER, IF
APPLICABLE

I, Alan Schintzius, swear or affirm that (i) my full residential
address is 3321 Garland in the State/Commonwealth of
VA in the County/City/Town of Richmond; (ii) I am a legal resident of
United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
felony, punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

VA
NAME OF STATE THAT ISSUED
THE CIRCULATOR'S DRIVER'S
LICENSE

1699
CIRCULATOR'S LAST 4 DIGITS
OF SOCIAL SECURITY
NUMBER

State of Virginia County/City of Richmond
The foregoing instrument was subscribed and sworn before me this
12th day of April, 20 16, by
Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

BE PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7827182
Commission Expires 11/30/2018

NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**  DATE NOTARY COMMISSION EXPIRES**

*Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
securing this petition with the official voter registration record. You are not required to provide this information and may sign the petition without
giving it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
the social security number or part thereof.

**Not included in seal/stamp.

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
## PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. If you list the number of signatures by congressional district enter district no. ____ [optional]

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland ave R.Va 23222

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT      ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of
Alan Schintzius
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN    signed hereunder or on the reverse
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the  8th  day of  Nov Ar  20____, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is neither a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that she personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT SHE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, IS NEITHER A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT SHE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| R | 1. SIGN | _illegible_ | RESIDENCE _illegible_ | | |
| | PRINT | Mark Carpenier | CITY/TOWN _illegible_ | 4 | |
| R | 2. SIGN | Melanie Sears | RESIDENCE 3369 Park Ave | | |
| | PRINT | Melanie Sears | CITY/TOWN Richmond | 4.10.16 | |
| R | 3. SIGN | Adelheid R. Lewis | RESIDENCE 1721 Grove Ave. | | |
| | PRINT | Adelheid R. Lewis | CITY/TOWN Richmond, VA | 4-10-16 | |
| C | 4. SIGN | Patrice Jean | RESIDENCE | | |
| | PRINT | PATRICE JEAN | CITY/TOWN Richmond VA | 4-10-16 | |
| C | 5. SIGN | Emily Walker | RESIDENCE Richmond VA | | |
| | PRINT | | CITY/TOWN | 4/10 | |
| R | 6. SIGN | Andrea Ortiz | RESIDENCE _illegible_ | | |
| | PRINT | Andrea L. Ortiz | CITY/TOWN Rmo... 23 | | |
| R | 7. SIGN | _illegible_ | RESIDENCE 5024 Forest St | | |
| | PRINT | Oliver B. Miller | CITY/TOWN Richmond VA | | |
| R | 8. SIGN | Erin Bishop | RESIDENCE 5709 Duval Rd | | |
| | PRINT | Erin Bishop | CITY/TOWN RVA | 4/10/ | |
| R | 9. SIGN | Ryan Green | RESIDENCE 618 W 28th | | |
| | PRINT | Ryan Green | CITY/TOWN Richmond | 4/10/16 | |
| R | 10. SIGN | Cath Cowan | RESIDENCE 3101 Tidolittup | | |
| | PRINT | Cath Cowan | CITY/TOWN Richmond VA | 4/10/2016 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice.** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.