**VIRGINIA:**

## IN THE CIRCUIT COURT OF THE CITY OF RICHMOND

ALAN SCHINTZIUS                    )
Antwanette Brown,               )
Annquinnette Kenney,         )
Korvel Mabry,                  )
Phillip Ricks,                   )
Sharon Smith,                  )
Chevis Warren,                )

                *Plaintiffs,*    )
                            )

    v.                          )

J. KIRK SHOWALTER,       )
General Registrar for the City of Richmond,  )
C. Starlet Stevens,           )
Chairman of the Richmond Electoral Board,  )
Cecila A. B. Dabney.          )
Secretary of the Richmond Electoral Board,  )
Ophelia Daniels            )
Vice-Chairman of the Richmond Electoral Board  )
James Alcorn              )
Chairman, Virginia State Board of Elections;  )
, Clara Belle Wheeler        )
Vice-Chairman, Virginia State Board of Elections;  )
Singleton B. McAllister, Esq.     )
Secretary, Virginia State Board of Elections,  )
 and,                     )
Edgardo Cortes            )
Commissioner, Department of Elections  )
                            )

                *Defendants.*    )

CL16-3875-1

RECEIVED AND FILED
CIRCUIT COURT

AUG 29 2016

EDWARD F. JEWETT, CLERK
BY _____ D.C.



ALL-STATE LEGAL®

**EXHIBIT**

1

## PLAINTIFF'S MOTION FOR TEMPORARY INJUNCTION

Plaintiff's Alan Schintzius, Antwanette Brown, Annquinnette Kenney, Korvel Mabry, Phillip Ricks, Sharon Smith and Chevis Warren, by counsel, hereby move the Court, pursuant to Virginia Code §8.01-620, *et seq*., for entry of a temporary injunction thereby enjoining Defendants from finalizing the list of candidates running for the Mayor in the City of Richmond on the General Election Ballot until such time as Defendant's, City Registrar and the Richmond Electoral Board, provide Schintzius with a due process review and hearing required concerning his disqualification from the ballot and the disqualifications of the signatures of plaintiffs. The grounds for this Motion will be fully explained in a supporting memorandum to be filed by Plaintiffs.

Respectfully Submitted

Joseph D. Morrissey

Joseph D. Morrissey
Morrissey & Goldman, LLC
605 E. Nine Mile Road
Highland Springs, Virginia 23075
804-737-1626 Telephone
804-737-1671 Fax

## **CERTIFICATE**

I hereby certify that on this *23rd* day of *August 2016*, a true and exact copy of the foregoing Motion for Temporary Injunction was hand delivered to the following:

J. Kirk Showalter, General Registrar for the City of Richmond

C. Starlet Stevens, Chairman of the Richmond Electoral Board

Cecila A. B. Dabney, Secretary of the Richmond Electoral Board

Ophelia Daniels, Vice Chairman of the Richmond Electoral Board

James Alcorn, Chairman, Virginia State Board of Elections

Clara Belle Wheeler, Vice Chairman, Virginia State Board of Elections

Singleton B. McAllister, Esq., Secretary of the Virginia State Board of Elections

Edgardo Cortes, Commissioner, Department of Elections

_____
Joseph D. Morrissey

**VIRGINIA:**

## IN THE CIRCUIT COURT OF THE CITY OF RICHMOND

| | |
|---|---|
| ALAN SCHINTZIUS | ) |
| Antwanette Brown, | ) |
| Annquinnette Kenney, | ) |
| Korvel Mabry, | ) |
| Phillip Ricks, | ) |
| Sharon Smith, | ) |
| Chevis Warren, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) |
| | ) |
| J. KIRK SHOWALTER, | ) |
| General Registrar for the City of Richmond, | ) |
| C. Starlet Stevens, | ) |
| Chairman of the Richmond Electoral Board, | ) |
| Cecila A. B. Dabney, | ) |
| Secretary of the Richmond Electoral Board, | ) |
| Ophelia Daniels | ) |
| Vice-Chairman of the Richmond Electoral Board | ) |
| James Alcorn | ) |
| Chairman, Virginia State Board of Elections; | ) |
| , Clara Belle Wheeler | ) |
| Vice-Chairman, Virginia State Board of Elections; | ) |
| Singleton B. McAllister, Esq. | ) |
| Secretary, Virginia State Board of Elections, | ) |
| and, | ) |
| Edgardo Cortes | ) |
| Commissioner, Department of Elections | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## PLAINTIFFS MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY INJUNCITON

Plaintiffs J Alan Schintzius ("Schintzius"), along with Plaintiffs Antwanette Brown ("Brown"), Annquinnette Kenney ("Kenney"), Korvel Marby ("Mabry"), Phillip Ricks ("Ricks"), Sharon Smith ("Smith"), and Chevis Warren ("Warren"), (the last six collectively the "Signatory Plaintiffs"), by counsel, request this Court issue a temporary injunction requiring Defendants to provide the due process review required by the U.S. Constitution along with the Constitution of Virginia when the highly protected and important rights of political speech, ballot access, and candidate petitions and the right of association are at issue in matter before a government agency when such agency is acting under the color of state law. Defendants are relying on a process fueled by arbitrary and capricious actions, involving suspect interpretation and application of constitutional provisions, statutes and regulations, along with setting deadlines adverse to the exercise of important constitutional rights. Because of Defendants insistence on such a flawed process, the Signatory Plaintiffs have had their valid petition signatures disqualified, thereby denying their constitutionally protected rights and in turn resulting in Schintzius being denied of the constitutional right he earned to be listed on the November 8, 2016 general election ballot inasmuch as he met the qualifications for such ballot inclusion set by Virginia law.

Accordingly, Defendants should be enjoined from relying on such a flawed process, and furthermore enjoined from finalizing the election ballot until they provide the due process review required by the constitutional law of the United States and the Commonwealth consistent with applicable other laws. Indeed had defendants merely expended a de minimus amount of time examining what they knew or should have known would be probative likely dispositive evidence in their sole possession or readily available to them – which they knew or should have known was not made available to Schintzius – they would have realized Schintzius had earned

the right to be on the ballot.

# I. INTRODUCTION

This action is brought in order to enjoin Defendants' from using an unconstitutional State policy and to require Defendants to provide Plaintiffs with the basic due process review regarding their decision to reject Schintzius petition to be placed on the ballot for the November 8, 2012 general election specifically the contest for the Office of Mayor of the City of Richmond.

On June 21, 2016, the General Registrar of the City of Richmond ("Registrar") sent Schintzius a late night email concerning the signatures on his petitions submitted by the June 14th deadline. The email informed him that his petitions had been deemed not to satisfy – in one specific aspect – the required number of signatures of qualified voters required by state law for him to have earned the right to be included on the November general election ballot. While Schintzius had satisfied the requirement for getting 500 signatures of qualified voters citywide, he had solely failed to get the 50 signatures required in each of the Richmond's 9 council districts. The email said Schintzius had failed to submit the necessary 50 signatures needed from the Eighth District. In that district, he was deemed to have only submitted 43 signatures of qualified voters. Thus no matter his success elsewhere, solely missing the required number of 50 in the 8th disqualified him from the general election ballot.

Having only 43 meant he had fallen 7 short. However, in considerable measure due to a 2012 case in Richmond Circuit Court involving a mayoral candidate then wrongly disqualified by these same institutional defendants [back then the Department of Elections had not been singled out in the statute and as now, it remains under the State

Board of Elections] from the ballot, the 2013 Session of the General Assembly added a new provision to § 24.2-506 of the Code of Virginia, ("Va. Code") 1950, as amended.

The new Va. Code § 24.2-506(C) gave a candidate disqualified from the ballot on account of submitting an insufficient signatures of qualified voters the right to a limited appeal to challenge one aspect of this disqualification. While this statute merely says the "consideration of appeal shall be limited to whether or the signatures on the petitions that were filed were reasonably rejected", the SBE has interpreted this to mean the candidate "bears the burden of proof in establishing that a sufficient number of signatures of qualified voters were timely provide." 1VAC20-30(G).

This is a subtle but potentially fundamental difference. But under any standard, a rejection can't be reasonable if it can be shown the REB – but not Schintzius – had access to probative evidence in the possession of the government that would have likely shown the rejection unreasonable: but the REB refused to consider it. This is unreasonable and a violation of due process for a government entity to refuse to consider such probative evidence especially if it can be shown such probative evidence is in the sole possession of its appointee – the Registrar – *Brisco v. Kusper,* 435 F. 2d 1046 (7th. Cir. 1970).

In terms of the scope of the limited review, the SBE GREBook guidance book for local registrars and local election boards, consistent with the plain meaning of the statute, correctly says the "scope of the appeal is solely on his invalidated petition signatures…[and] the candidate is not permitted to expand the appeal beyond the adjudication of invalid signatures." GREBook § 10.3.6.

The June 21st email set 9:00AM on June 27th as the mandatory deadline by which Schintzius had to formally file for the limited appeal hearing created by the statute.

Schintzius did in fact file for the appeal on or about that time as instructed. The email also said Schintzius would have to file his written evidence by the same Monday morning deadline. Schintzius likewise filed on this date. The instant matter is therefore the first case under this new statutory provision as regards a candidate for Mayor of Richmond. Upon information and belief, it is also the first case for any office in Richmond under this statutory addition. The State Board of Elections ("SBE"), pursuant to the statute, also promulgated regulations 1VAC20-50-30 and 1VAC20-60-20, addressing the new appeal process and signature disqualification respectively.

However, Va. Code § 24.2-506(C) clearly states the "candidate may appeal…within five calendar days of the issuance of the notice of disqualification." Va. Code § 1-210 provides the formula to calculate the "5 calendar day" period in the instant matter. § 24.2-506(C) additionally instructs the SBE to develop uniform procedures for the "conduct of the appeal" consistent with the new statutory provision.

As Plaintiffs have demonstrated in their complaint, Defendants, contrary to due process, acting arbitrarily and capriciously, denied Schintzius the time provided by law to gather the evidence the government said would be required of him to prove his case. Moreover, in an even more blatant denial of due process, the government officials in charge of the hearing – the members of the REB - refused to consider crucial probative evidence, likely to be determinative, in the sole possession of the Registrar, their appointee and at all times required to carry out "duties" proscribed by the electoral § 24.2-114 (18). Moreover, the REB knew or should have known this evidence was not made available to Schintzius. Finally the REB hearing process had the Registrar as the *de facto* chief witness against Schintzius, yet didn't allow Schintzius to have access to this potential crucial evidence, namely the signatures on the registration materials filed by all the Plaintiffs in this case and those others similarly situated

with the Registrar upon becoming a voter in Richmond. Such denial violates due process. *Brisco, supra.* Indeed the REB followed the Registrar's recommendation and affirmed the previous disqualification of Schintzius from the ballot although agreeing with the Registrar to count an additional 3 signatures previously disqualified. But since this still left the count at 46, Schintzius remained disqualified from the ballot having fallen below the 50 minimum signatures of qualified voters required in the Eighth District. Accordingly, Defendants failure to provide the due process review required by the U.S. Constitution, further compounded by the failure of the Defendants to adhere to the strictures of state law and regulation when dealing with these protected rights, threatens the integrity of the upcoming City of Richmond Mayoral contest. Because of the rapidly developing statutory deadline for the printing of the general election ballot, Plaintiffs seek a temporary injunction enjoining Defendants' from printing this ballot until they have provided the basic due process review consistent with the constitutional commands as amplified by state law.

This is consistent with the action taken by this Richmond Circuit Court in 2012.

## II. BACKGROUND

### A. The Parties

Plaintiff Schintzius is an independent candidate for mayor in the City of Richmond who has been denied the right to appear on the ballot. Plaintiffs Brown, Kenney, Ricks, Mabry, Smith, and Warren were at all times citizens of the United States and citizens of the Commonwealth of Virginia, all easily found on the Virginia voter registration system where they are listed in active status, all with "registration addresses" associated with their name on the

system. These "registration addresses" are in the 8th council district. As demanded by the state-mandated petition form, the Plaintiffs all truthfully gave the requested "residence address" in the column entitled "residence addresses." There is no column for "registration addresses" on the state petition form. The petition also required they date the petition to show the signature had been collected within the appropriate statutory window. All signatures were collected in a timely fashion. Thus the Plaintiffs completed, truthfully and on time, all the petition requirements as defined state, making them "qualified voters" for signing and their signatures counted. Va. Code § 24.2-101, 506(A). Their signatures were however all disqualified, leading to Schintzius' being denied a spot on the ballot.

Defendant J. Kirk Showalter ("Showalter" or "Registrar") is the General Registrar for the City of Richmond. Showalter is responsible for verifying petitions of candidates for office in Richmond and must submit the results of her verification to the Richmond Electoral Board ("REB"). Defendants Stevens, Daniels and Dabney are respectively the Chair, the Vice-Chair and Secretary of the REB. The REB is responsible for appointing and removing the Registrar and for conducting elections. Va. Code § 24.2-109. REB also reviews the Registrar's performance. § 24.2-109.1. The REB additionally has the authority to assign the Registrar duties to insure the accuracy and fairness of any action carried out by her office. Va. Code § 24.2-114 (18).

Defendants James Alcorn, Clara Wheeler and Singleton McAllister are respectively the Chair, Vice-Chair and Secretary of the State Board of Elections ("SBE"). The SBE is the chief election authority in Virginia, and responsible for the administration of state laws affecting voting, petition signing and for assuring that the elective process in the

Commonwealth is conducted in accordance with the law. Id. § 24.2-102-103. The SBE is charged as follows:

> *The State Board, through the Department of Elections, shall*
> *supervise and coordinate the work of ...electoral boards and of*
> *the Registrars....It shall make rules and regulations and issue instructions*
> *and provide information consistent with the election laws...to the electoral*
> *boards and registrars to promote the proper administration of election laws.*

Va. Code § 24.2-103(A).

Defendant Edgardo Cortes is the Commissioner of the Department of Elections. The SBE works through the Department of Elections to coordinate their work with local registrars and election boards.

The SBE's guidance documents state the SBE, through the Department of Elections, is responsible for "(v)erify(ing)accuracy of electoral boards; candidate certifications." SBE GREBook § 10.2.2. Local registrars and electoral boards work in concern with – and under the supervision of – the SBE. In accordance with its statutorily mandated duties generally and § 24.2-506(C specifically, the SBE promulgated state regulation 1VAC20-50-30 relating to the conduct of the appeal hearing held on June 30th, and state regulation 1VAC20-60-20 discussing matters directly relating the acceptance or disqualification of a petition signature. In addition, the GREBook discusses matters relating to acceptance or disqualification of petitions or petition signatures. GREBook § 10.2.5-10. The GREBook also addresses how candidates are to be notified for having been disqualified for allegedly failing to submit a sufficient number of signatures from qualified voters and what happens next in terms of a possible appeal hearing. GREBook§ 10.3.5-8.

**B. Requirements for Qualification as an Independent Candidate for Mayor.**

In addition to compliance with Chapter 5 of Title 24.2 of the Code of Virginia, persons seeking to be placed on the ballot for mayor must "file with their declaration of candidacy a petition containing a minimum of 500 signatures of qualifier voters of the city, to include at least 50 qualified voters from each of the nine election districts." City Charter § 3.01.1. Pursuant to § 24.2-507(1), petitions to qualify for the general election ballot must be submitted by the second Tuesday in June. Schintzius timely met this June 14th filing date for petitions and other documents required to be filed by a candidate seeking a place on the ballot for Mayor.

## C. Rejection of Schintzius' Petition Signatures

The June 21st email acknowledges that Schintzius had filed his petitions and other paperwork by the required due date. It further said these petitions had been found to have 670 signatures of qualified voters spread out across the city, more than enough to satisfy the citywide requirement in the City Charter. However, 50 signatures of qualified voters also required in each of the city's nine council districts. City Charter § 3.01.1 As previously indicated, the June 21 email said the *initial* review conducted by the Registrar's office had found sufficient signatures in all districts except one: only 43 acceptable signatures were found for the 8th district. This 7 signature deficit therefore disqualified Schintzius from the ballot. In making this determination, the signatures of Brown, Kenney, Mabry, Ricks, Smith and Warren, among others, had been disqualified and thus not counted even though they had accurately followed the instructions on the state-mandated petition form (a copy of the petitions are attached as Exhibit A).

The June 21 email further informed Schintzius of his right, as a candidate disqualified from the ballot on account of insufficient signatures, to appeal this disqualification to the REB. The email set out certain mandatory requirements, procedural and evidentiary, that

Schintzius would be required to meet by no later than 9:00AM on June 27th. It further said June 30th had been set for any hearing at the time and place provided, should Schintzius file a formal request for the limited hearing afforded by state law.

Schintzius did file for the limited hearing on at or about the June 27th deadline. He further filed at the same time, as required by the email, the particular "written evidence" demanded by the REB to support his claims.

The REB, assisted by the Registrar, met on June 30th as scheduled. As previously noted, Va. Code § 24.2-506(C) says the "consideration on appeal *shall be limited* to whether or not the signatures on the petitions that were filed were *reasonably rejected* according to the requirements of this title and the uniform standards approved by the State Board for review of petitions." *Id.* (Emphasis added).

The REB didn't allow any new evidence discovered after the 9:00 AM June 27th deadline to be presented at the hearing. The REB further adopted the recommendations of the Registrar at all times, and upon information and belief, did not perform any of the due diligence or independent review of the evidence readily available to them in order to determine whether the Registrar had made mistakes in disqualifying a signature (a copy of the Registrar's written explanation for the recommendations are included in exhibit B). The definition of "reasonably rejected" is not found in Va. Code § 24.2-506C, or anywhere else in Title 24.2, the election law section, of the Code of Virginia.

However the SBE regulation written pursuant to Va. Code. § 24.2-506(C) says "(t)he candidate bears the burden of proof in establishing that a sufficient number of signatures from qualified voters were timely provided." 1VAC20-50-30(G). The SBE's GREBook, containing general guidance for on procedural and evidentiary matters for local

registrars and electoral board, says the "candidate bears the burden of proof in establishing sufficient evidence to overturn a disqualification decision." § 10.3.6. It further says "(t)he scope of the appeal is solely on his invalidated signatures. The candidate is not permitted to expand the appeal beyond the adjudication of invalid signatures." § 10.3.6.

Therefore the limited hearing provided Schintzius did not allow him to raise any of the constitutional or other legal issues herein cited and addressed by the Plaintiff's complaint nor this application for a temporary injunction. Moreover, despite imposing on Schintzius the burden of proof, he wasn't allowed at the June 30th hearing to introduce any evidence not submitted by the June 27th morning deadline or even point out that the REB actually had in its possession, or readily available to it at all times since June 14th, probative crucial evidence likely to show his disqualification had resulted from the unreasonable disqualification of signatures contrary to the standard in Va. Code § 24.2-506(C).

Schintzius did request the REB not to rule on the June 30th and extend the time to ensure the right decision was made. The REB refused.

The REB made its ruling on June 30th. Three (3) previously disqualified signatures were counted upon the recommendation of the Registrar based on the evidence submitted by Schintzius. This now gave Schintzius a total of 46 (the 43 initially accepted and now 3 more accepted at the hearing) signatures of qualified voters. Having therefore found him still 4 short of the 50 threshold, they reaffirmed the decision to disqualify him from the ballot. They evidentially decided he had not carried the burden of proof assigned him by the SBE regulation. However, considering the REB's evidentiary rules, and the failure to review the probative, crucial and likely dispositive evidence in the sole possession of the Registrar – their

appointee – it is clearly not a reasonable exercise of governmental authority when highly protected constitutional rights are at issue.

§ 24.2-506(C) says the REB's decision "shall be final and not subject to further appeal." 1VAC20-50-30 is to the same effect saying that "(a)ll determinations of the board before which the appeal is being heard shall be considered final and not subject to further appeal." In the same vein, the "(t)he outcome of the appeal is final and not subject further challenge" declares GREBook § 10.3.6.

Accordingly, at no time, did the serious matters of constitutional and statutory law, involving protected rights including those protected by the 1st and 14th Amendments to the U.S. Constitution and Article 1 of the Constitution of Virginia, raised by the Plaintiff's complaint and application for a temporary injunction, receive any attention, much less any determination, by the REB or the SBE. Indeed, the SBE said state law prohibited any such consideration. Upon information and belief, no attorney representing the REB or SBE attended the June 30th meeting.

D. **First Case under New 2013 Hearing Law Involving a Candidate for Mayor of Richmond**

In 2012, this Court had occasion to hear a case brought against these same institutional defendants – the General Registrar of Richmond, the Richmond Electoral Board and the State Board of Elections – seeking review by a candidate for Mayor of Richmond wrongfully disqualified from the ballot. Certain similar constitutional and other concerns were raised during the course of that matter. The Court granted the petition for temporary injunction and allowed the disqualified mayoral candidate to present evidence to the Registrar and REB to show signatures previously disqualified signatures were actually valid signatures of qualified voters that should have been counted. After reviewing the Plaintiff's evidence as required by due process, the

Registrar continued to insist the candidate had not submitted sufficient signatures to qualify for the ballot. The Court then held an emergency hearing at the request of the Plaintiffs where the Plaintiffs challenged the Registrar's continued refusal to accept the evidence showing the candidate submitted a sufficient number of qualified signatures to earn a spot on the ballot. After hearing arguments on the evidence and the law from both sides, the Court overruled the government's decision to disqualify the candidate. The court found the candidate had indeed submitted a sufficient number of signatures from qualified voters. It ordered the candidate to be listed on the general election ballot.

The new law contained in Chapter 684 of the Session Laws of the 2013 Session of the General Assembly was aimed at preventing candidates from being wrongfully disqualified due to the failure by local election officials to properly consider all the likely probative evidence. In addition, Chapter 684 added a last sentence to the definition of "qualified voter" for "purposes" of having a signature counted on a petition. This new provision has likewise never been subject to review in a case of a candidate disqualified from the mayoral ballot in Richmond, or upon information and belief, any candidate since being enacted.

Accordingly, it is important to ensure that this new statute isn't used by government officials to shield even the most such egregious due process errors.

**E. The Urgency of the Present Situation**

Under § 24.2-612, printed ballots must be available for absentee voting not later than 45 days prior to the November general election. The upcoming election is November 8, 2016, which means printed ballots must be available on or before September 24, 2016. Based on the representations made in the 2012 matter, and upon information and belief, final proof of the ballot, including changes from the initial proof, will be sent to the printer on or around

September 8th, 2016. Unless the review requested by this Motion is performed prior to this deadline, or Schintzius' is ordered onto the ballot, his name cannot appear on the November 8th, 2016 ballot.

## III. ARGUMENT

In this circuit, although there appears to be no Virginia Supreme Court cases directly setting a finite standard, to get a temporary injunction, Plaintiffs must show (1) they are likely to succeed on the merits, (2) they ae likely to suffer irreparable harm in the absence of preliminary relief, (3) a balance of the equities tips in favor of the Plaintiffs, and (4) an injunction is in the public interest. See *McEachin v. Bolling*, No. CLII-5456, 2011 Va. Cir. LEXIS 189 (non-suited 2/28/12), and more generally, *Winter v NRDC*, Inc. 555 U.S. 7, 20 (2008.)

### A. Plaintiffs are Likely to Succeed on the Merits of Each of Their Claims

1. *Signatory Plaintiffs are likely to succeed on claim that Defendants Are Violating Their Rights under the First and Fourteenth Amendments.*

"[A] citizen's signing of a petition [is] 'core political speech'" protected by the First Amendment. *Nev. Comm'n on Ethics v. Carrigan*, 131 S. Ct. 2343, (2011) [quoting *Meyer v. Grant*, 486 U.S. 414, 421-22 (1988)]. State action imposing burdens on political speech are subject to strict scrutiny, while those imposing lesser burdens are subject to less review. **Timmons v. Twi Cities Area New Party,** 520 U.S. 351 (1997); *Burdick v. Takushi*, 504 U.S. 428 (1992).

In terms of the likelihood of success on the merits, the facts need only to be presented in a straightforward narrative to show Plaintiffs are likely to succeed on the merits. Schintzius wanted to be listed on the ballot as a candidate for Mayor for the City of Richmond. All candidates are independent, it is a non-partisan election. Va. Code § 24.2-506(A)  says a

"candidate for any office, other than a party nominee" cannot qualify for the ballot "unless he shall file...a petition...on a form prescribed by the State Board, signed by the *number of qualified voters* [specified for that particular office]...and listing the residence address of each such voter." (Emphasis added). The date of the signature is also required but if left off, it can be presumed from the dates of other signers on the same petition page. Thus the "signature" and the "residence address" are the fundamental information that must appear.

Unfortunately, there is a "gotcha" provision, known by state election officials, but unknown to citizens, that fools and entraps voters as they try to exercise highly valued and supposedly protected core political rights. But let's not get ahead of the narrative.

Schintzius spent weeks getting these signatures of qualified voters and had them put down the requested "residence address", the term understood in common parlance to mean where the voter currently resided. The definition of a "qualified voter" is found in Va. Code § 24.2-101. The term had been clarified, for purposes of petition signing, by Chapter 684 of the Session Laws of the 2013 Session of the General Assembly. At the time, a "qualified voter" had the following qualifications. He or she had to be "citizen of the United States." Article II, § 1 of the Constitution of Virginia. He or she had to be of voting "age." Va. Code § 24.2-101(i), to the same effect Article II, § 1 of the Constitution of Virginia. He or she had to be "a resident of the Commonwealth and of the precinct in which he offers to vote." § 24.2-101(ii), to the same effect Article II, § 1 of the Constitution of Virginia. He or she had to be "a registered voter" on the Virginia voter registration system. § 24.2-101(iii) and to the same effect, Article II, § 1 of the Constitution of Virginia.

Signing a petition is of course different than "offers to vote." In that regard, the 2013 amendment to the definition of "qualified voter" in Va. Code § 24.2-101 added this final sentence copied here in pertinent part:

*"[f]or purposes of determining* if a signature on a petition *shall be included in the count* toward meeting the signatures of any petition, "qualified voter" shall include only persons maintained on the Virginia voter registration system (a) with active status)..."Id . (Emphasis added).

All the Plaintiffs in this case were maintained on this system in active status. All the Plaintiffs truthfully listed their residence address on the state mandate petition form as requested by state election officials. All six were therefore qualified voters for purposes of signing the petition since they were registered voters on Virginia voter registration system, of voting age, citizens of the United States, and had residences in the precinct where the offered to sign the petition.

So you ask: Why weren't they counted?

Plaintiff Rick's situation is different than the other 5 since his signature was deemed unreadable and presumably the same for the residence address since the *initial* review by the Registrar said the information on the petition made him impossible to identify. Self-evidentially this isn't true. But let's put his situation aside, since if the other five Signatory Plaintiffs are qualified voters, then the 50 signature threshold will have been met and the failure to count Ricks will not matter.

Indeed the gravamen of the unreasonable and unconstitutional mistakes made by Defendants comes down to the common circumstance leading to the unjustified disqualification of Plaintiff Brown, Kenney, Mabry, Smith and Warren. They followed the

instructions on the state-mandate petition form required by defendants. They followed the mandate of § 24.2-506(A). They signed in a legible fashion. They entered their "residence address" as required. The signature satisfied the date requirement in state law.

In other words: They did everything Virginia election officials asked them to do.

So what's the "gotcha" catch? At all times, Virginia election officials are aware many tens of thousands of Virginians move but don't update the address information associated with their name in the Virginia voter registration system. We live in a mobile society. Associated with every Virginian on the Virginia voter registration system is his or her "registration address", that it is to say the address listed for their name on the system. It is the prior residence address.

Brown, Kenney, Mabry, Smith and Warren were among these many tens of thousands of individuals who had moved but not yet updated their "registration address" on the Virginia voter registration system to reflect their current residence addresses. Thus, by truthfully answering the petition form and putting down their current "residence address", they faced a technical dilemma unknown to them created by the state-mandated petition form. The state at all times had the opportunity of warning petition signers of what might happen if the "residence address" on the petition form differed from their "registration address" on the Virginia voter registration system. The state always had the option of either providing a place on the petition for those voters to also indicate their registration address, creating another form to be filled out by voters in Brown, Kenney, Mabry, Smith or Warren's position to allow them to provide whatever information the Registrar and REB wanted, or include an advisory clear

warning on the petition telling signers their signatures might not count if they didn't update their voter file information by the time the petitions were reviewed.

Despite all these options, the state did: nothing. It has long been constitutional law that these kinds of technical, unknown, "gotcha" type rules and other similar s for disqualifying signatures violate due process. See, e.g, *Brisco supra*. First amendment core political rights are high protected and a state must take strides not to burden them with procedures lacking any legitimate state purpose or compelling reason especially when citizens are not informed. This is basic constitutional law. It isn't fair. In *State ex rel. Scott v. Franklin City Board of Elections,* 136 Ohio St. 3d 171 (Ohio Sup. Ct. 2014), the Ohio Supreme Court found that give the election board' responsibility to "certify the sufficiency and validity of petition", that as "part of that duty, boards must compare petition signatures with voter registration cards to determine if the signatures are genuine." *Id* at 173. Furthermore, Justice Kennedy said in a concurring opinion that it is "fundamentally unfair, and an abuse of discretion, to tell voters that a "signature" will be acceptable and then invalidate some of those signatures because they don't satisfy narrower, undisclosed criteria." *Id* at 174.

When it comes to signing a petition, the state form has a known but unaddressed "gotcha" provision costing Plaintiffs in this case their constitutional right of core political speech in turn leading to Schintzius being denied the constitutional right he had earned to be listed on the ballot.

Why does it happen?

When *initially* reviewing the petitions timely submitted by Schintzius, the Registrar – and this is apparently true of registrars across the Commonwealth – didn't check the signatures even though the signature is the focal point of the state law since making a ballot

depending on meeting the signature-count requirement for the office sought. *See* Va. Code §
24.2-506(A) (1-7). Checking signatures could be easily be done since the local Registrar of each
of the jurisdictions keeps the voter's registration materials containing the signatures of all voters.
This is true of the Registrar in the instant matter. These registration materials would therefore
contained signatures that could be matched to the signatures on the petitions of people with the
same name.

        Yet Plaintiffs concede that *initially* failing to check petition signatures
serves a legitimate state purpose. There is no evidence of widespread fraudulent signatures. Thus
the time and resources necessary to check every signature against the registration materials in a
city the size of Richmond for example isn't a prudent expenditure of resources. Admittedly some
fraudulent signatures may go undetected. But this failure to check any signature doesn't produce
a due process violation at this *initial* stage of petition review.

        Moreover, there is also the "residence address" information on the petition
form provided by the signer. It is reasonable for the state to have the following policy: if Jane
Doe signs her name on a petition listing XYZ street as a "residence address" and the Virginia
voter registration system lists a Jane Doe at the same XYZ street, then it will be assumed the two
names are one and the same for petition signing purposes. Thus counting her signature without
checking is a reasonable state policy for the *initial* stage in the petition review process. When the
"registration" and "residence" addresses match, it is reasonable to automatically account the
signature as from a "qualified voter" as defined in § 24.2-101 for purposes of § 24.2-506(A), the
same for the requirements under Richmond City Charter § 3.01.01. Automatically counting a
signature where the "registration address" matches the "residence address" doesn't violate due
process.

Notice therefore had Plaintiffs Brown, Kenney, Mabry, Smith and Warren not been truthful – and instead put down on the petition form their "registration address" in the box for the "residence address", their signatures would have been automatically counted! The Registrar would have simply checked the Virginia voter registration list, assumed the petition information to be accurate, and since both addresses matched, counted all 5 signatures. Schintzius would now be on the ballot even though those voters had not satisfied the petition requirements of § 24.2-506(A).

A Registrar has no way to know, or cheaply found out, if a signer in fact moved from his or her registration address. Accordingly, it is reasonable for state policy to tell a Registrar, during the *initial* review of a petition signature, to assume the "registration address" is the "residence address" for purposes satisfying the petition requirements in § 24.2-506(A).

Admittedly election officials do know any number of people will put down the "registration address" when it is not their "residence address." But as indicated previously, trying to determine such information would be a huge waste of resources. Moreover this doesn't create any due process problems in the *initial* stage.

Therefore, in terms of the Registrar's *initial* review, it is understandable that Plaintiffs Brown, Kenney, Mabry, Smith and Warren were *initially* disqualified. They had truthful put down the "residence addresses" as requested, but were listed on the Virginia voter registration system under their non-updated "registration address." Since the petition form had not alerted Plaintiffs to the "gotcha" result, they had not seen any need to update their registration with the mayoral election still months away. This is the same basic rationale used by the Attorney General of Virginia in deciding voters should be counted on petitions at their "residence address." *See 1974-1975 Report of the Attorney General 159 [Collection of official*

*opinions for this period].* This is also consistent with the definition of a "qualified voter" in Va. Code § 24.2-101. .

Thus this *initial* review found only 43 countable signatures in the 8th District from qualified voters. However, there were many signatures like the Plaintiff's – from qualified voters moving within the 8th district - whose identifies were rather easy to determine with a de minimus amount of work by election officials charged with protecting constitutional rights.

For example, take the situation of Antwanette Brown. There is only one Antwanette Brown on the Virginia voter registration system with an 8th district registration address. The odds therefore of someone other than her with the same name signing Schintzius' petition and listing a "residence address" in the 8th district albeit are slim and none. Had she put down her registration address instead of residence address, she would have been considered a qualified voter – which she is – for purpose of signing a petition and her signature automatically counted.

Therefore, while it might be reasonable to *initially* put her signature in the file of individuals who may be qualified voters but can't be identified at the initial stage, the analysis drastically chances when a candidate is only 7 short of the required number to qualify for the ballot. It would take a de minimus effort for a government official, tasked with protecting and insuring core political rights, to check the office files to determine if the signature on the petition matched the signature in the Registrar's registration materials for the only other Antwanette Brown listed in the Virginia voter registration system with an 8th district address.

At all times, Ms. Brown had followed the instructions on the state form. She met the requirements of § 24.2-506A and the definition of a "qualified voter" for "purposes of ...determining if a signature ...shall...count."

At no point had she done anything wrong, quite the opposite: she had done everything right in terms of what the state requested on the petition form. Ms. Annquinnette Kenney, the mother of Ms. Brown, Korvel Mabry, and Mr. Chevis Warren are likewise unique names on the Virginia voter registration system with 8th district registration addresses.

Upon information and belief, the Registrar never checked their signatures despite the small effort required. Moreover, Schintzius is not allowed access to the registration materials in the sole possession of the Registrar to check either. He can't force the Registrar to do it.

Accordingly, while the policy of initially not checking signatures is reasonable, it is totally unreasonable and in violation of due process for a government official in sole possession of perhaps the best probative evidence to refuse to check such signatures to prevent a unconstitutional denial of core political speech rights. Such a refusal serves no legitimate state interest or any compelling reason. *Briscoe v. Kusper,* 435 F. 2d. 1046 (7th. Cir. 1970).

Indeed, Briscoe stated that an electoral "Board must grant access for inspection ... [to] records relied upon by the agency in reaching its decision." *Id* at 1056. If an electoral board must grant access to information used to decide whether to count or not count a particular signature, why should it be allowed to withhold such information by failing to check it? As the saying goes, a decision not to do something is actually a decision to do something. A failure to act is still action.

Plaintiffs expect defendants to argue that their refusal, even if it violates due process, is cured by the fact Schintzius had the opportunity to challenge their violate of due process at the appeal hearing granted by Va. Code § 24.2-506(C).

That is smoke and mirrors. The REB demanded he file his appeal and all his written evidence with "affirmation" by 9:00AM on June 27th. But as shown in the Complaint, the state statute gave him "five calendar days to appeal". As shown in the Complaint, this gave him to at least until 11:59PM on June 27th, to file, and thus the same amount of time to collect evidence assuming – which Plaintiffs vigorously contest in the Complaint – the REB has the right to cut-off evidence gathering in that fashion or dictate that type of evidence. Va. Code § 24.2-506(C) clearly states "the consideration on appeal shall be limited to whether or not the signatures on the petitions …were reasonably rejected." How does reducing the statutory time to collect evidence assist in making reasonable administrative decisions of this type?

Moreover, the REB may have violated Schinztius due process review rights even more drastically. Even the SBE concedes Va. Code § 24.2-506(C) says that the "proper body to which the appeal notice was given shall establish the time and place of the appeal…and convey this information immediately to the candidate." 1VAC20-50-30(F).

But here, the REB set the date of the hearing *prior* to Schintzius' formal appeal and imposed their 9:00AM, June 27th cut off dates so they could hear the matter on June 30th. But as indicated, Schintzius had until 11:59PM on June 27th to file an appeal. This would have meant the REB couldn't set the hearing date until meeting on June 28th. Based on 1VAC20-50-30G.1 saying a candidate needed to submit a list of challenged signatures no later than "two business days" before a hearing, this would have meant the REB couldn't have heard the case no earlier than July 1st. Why? The "business day" on June 27th ended at 5:00PM. Thus, the REB

couldn't have met to establish the hearing date until the next business day on June 28th. Thus they would need to set the hearing no earlier than July 1, 2016, to be consistent with the SBE regulation. Accordingly, their arbitrary and capricious violation of due process denied Schinztius, by this fair analysis, the better part of two different days of primer evidence gathering time. This is a huge slice off the statutory time allotted. It is a clear violation of the due process demanded by applicate state law.

        The REB process further denied Schintzius the right to present any evidence uncovered between June 27th and the hearing in the afternoon of June 30th no matter its probative value. The REB knowingly or through incompetence failed to review surely probative and likely dispositive evidence in the sole possession of its appointee, the Registrar. Indeed, at the hearing, they allowed the Registrar to operate as the de facto leader of the effort to get Schintzius wrongfully thrown off the ballot. This is disturbing administrative behavior from election officials especially.

        Indeed, the lack of due process is illustrated by the review of Plaintiff Smith. The Registrar, in her written notes given to the REB, admits Ms. Smith is a qualified voter. (See Exhibit B). However, commenting on the evidence submitted by Schintzius, the Registrar notes that "the appellant failed to identity the page and line number that the voter signed." Schintzius had inadvertently not included in the written material where Smith had signed: page 39, line 5. At the hearing, he offered to point it out.

        The REB refused to let him. The Registrar's written notes say it "is recommended this signature not be accepted unless it can be verified that this individual actually signed the petition." Let's understand what the Registrar is saying: even though Ms. Smith has submitted an affidavit saying she signed the petition, even though Schintzius is willing to show

them where she signed it, and even though the Registrar concedes she is qualified voter in the 8th district, the REB, on the recommendation of the Registrar not only refuse to count her signature but self-evidentially they refused to take the de minimus steps necessary to "verif[y] that this individual actually signed the petition" by checking the signatures in the registration records.!

At all times, government officials were in possession of information that could would have showed, or was likely to show, that Schintzius had indeed earned a constitutional right to be on the ballot. Accordingly, it is clear Plaintiff's will prevail on the merits here since they all meet the statutory requirements for qualified voters for purposes of signing a petition of candidacy.

### 2. Schintzius is Likely to Succeed on His Claim That Defendants Are Violating His Rights under the First and Fourteenth Amendments.

Plaintiffs incorporate the previous pages as if set forth herein on the same germane points. Schintzius has a first Amendment right to have his name appear on the ballot when he has presented a sufficient number of signatures. See generally *Anderson v. Celebreeze*, 460 U. S. 780 (1983). See also *Briscoe, supra* at 1053-1054 "(a)ccess to official election ballots represents an integral element in effective exercise and implementation of...activities," protected by the First and Fourteenth Amendments.

Schintzius also has a right to circulate a petition, which the Supreme Court has recognized constitutes "core political speech." *Meyer, supra,* at 442. This right is independent from Schintzius' right to appear on the ballot because circulating "ballot petitions and its concomitant political dialogue are protected speech under the First Amendment. *Libertarian Party of Virginia v. Judd,* 851 F. Supp. 2d 719, 724 (Dist. Ct, Ed of Virginia, 2012). Indeed, "First Amendment protection is 'at its zenith'" when it comes to this form of speech. *Independence Inst. V. Buescher,* 718 F. Supp. 2d 1257, 1273 (D. Colo.2010).

Severe burdens on Schintzius' political speech are subject to strict scrutiny while regulations that impose lesser burdens are subject to less stringent review. *Lux, supra*, at 901. However under any standard, the burdens imposed by the state, having produced a manifestly unjust disqualification of signatures by qualified voters under state law, violates his rights under the First and Fourteenth Amendments.

### 3. Plaintiffs are likely to succeed on the claim the State's mandated Petition form violates their First and Fourteenth Amendment Rights.

Plaintiffs incorporate the previous pages as if set forth herein on the same germane points. Plaintiffs truthfully filled out the information mandated on the State petition form. The form asks for the voters "resident" address. Plaintiffs of course knew their registration address, which was their former resident address. They had several months to update this address before the November Election.  Had Plaintiffs been untruthful – and filled out the form with the registration address – the policy of the Registrar and the REB would have been to count them without any question! Thus, for being truthful, the state is denying their constitutionally protected core political speech through a process denying due process of law.

Even defendants will concede such a burden on "core political speech" must be judicially reviewed under the strict scrutiny standard. ***Burson v. Freeman***, 504 U.S. 191, 197-198, (1992). Trapping honest citizens with technical games violates due process. See, e.g., ***Briscoe,*** supra. At all times, defendants had an easy, low cost and readily set of options to prevent Plaintiffs from falling unknowing victims to this unknown, highly technical issue. The *Briscoe* court said that "{w[e hold [the] Board of Election Commissioners of the City of Chicago may not enforce strict and technical standards which have not been definitively stated" in a manner that unfairly denies core political rights such as petition signing. Surely something too sneaky even for Chicago's legendary sneaky politics isn't acceptable in Virginia.

At the appeal hearing, the Registrar admitted that for purposes of reviewing signatures, the *registration* address, not the *resident* address requested on the form, is paramount. (See Exhibit B). Knowing this, Defendants failed to warn signers about this technical rule, not apparent from the controlling Va. Code § 24.2-506(A) on petition requirements. Then defendants relied on a limited appeal process which made it as hard as possible for Schintzius to provide the additional information the REB now demanded due to their flawed petition form.

After this limited hearing, defendants found Schintzius 4 short of the required 50 signatures needed in the 8th district to qualify for the ballot. Plaintiff's Brown, Kenney, Mabry, Smith and Warren had their valid signatures disqualified because they correctly put down the "residence address" demanded on the form not the "registration address." Thus, at all times, defendants knew that it would have taken the Registrar and the REB a few minutes effort to compare the signatures on the petition with those in the Registrar's registration file especially since 4 of the names where unique. Indeed, Ms. Brown and Ms. Kenney had the same "registration address" in the 8th and had signed the same "residence address" in the 8th on the petition form.

To the extent defendants would suggest the right of a limited appeal cures any constitutional and statutory problems with the "gotcha" petition form, their actions in limiting Schintzius time to gather probative evidence, to present evidence and their failure to review probative likely crucial evidence, in the sole possession of the registrar, belies any such "cure" as a matter of constitutional law. *Briscoe, supra.*

### 4. Plaintiffs Are Likely to Succeed on their Claim That Defendants Have violated their Due Process and Equal Protection rights.

*a. Due Process - As to general process*

Defendants have employed a scheme which provides no review whatsoever of even the most egregious constitutional and statutory rights, plus a skewed limited review of the government's evidentiary errors in disqualifying the signatures of otherwise qualified voters who meet all the requirements for the purposes of signing petitions but are being disqualified for not providing information never requested on the state mandated petition form. The Electoral board in *Briscoe, supra* also provided a limited method of review that prevented candidates from having all the available evidence, especially the evidence in possession of the person trying to know them off the ballot – in this instant matter the Registrar – to show the wrongfulness of disqualifying the Plaintiffs signatures. The *Briscoe* Court held that this "practice prevented any meaningful adjudication and violated the Due Process Clause of the Fourteenth Amendment." *Id* at 1057.

Accordingly Plaintiffs are likely to succeed on the merits.

*b. Due Process – As to uneven application*

The scheme created by the defendants creates three separate categories of voters who have a current "resident address" different from their "registration address" on the Virginia voter registration system.

The (1) first category are those signers smart enough to game the system, and write on the form the "registration address" attached to their name on the Virginia voter registration system that isn't their actual "resident" address. Technically they haven't satisfied the petition requirements in Va. Code § 24.2-506 since the law requires the residence address to be on the petition form. Moreover, according to Defendants rationale for disqualifying Plaintiffs Brown, Kenney, Mabry, Smith and Warren, anyone who has moved from their "registration"

address only remains a qualified voter if he or she moved within a particular time period although the precise contours of this time frame are unclear to Plaintiffs since we are unaware of any full written explanation from the Registrar available for review. Defendants know there are any number of people who therefore have moved but game the system by the way they filled out the petition. However, Defendants count the signatures of those gaming the system except on rare occasions even though Defendants know they are not in compliance with Va. Code § 24.2-506.

Category (2) two are those signers who put down on the petition form a "resident" address which is different than their "registration" address on the Virginia voter registration system, but both such addresses are within the same precinct. 1VAC20-60-20(E) (3) says the signatures of these otherwise qualified voters should be counted as long as the "signer can be reasonably identified as the same registered voter." Again, the "move" date is mentioned.

.

Category (3) three are for signers like Plaintiffs Brown, Kenney, Mabry, Smith and Warren who listed a "resident" address in the 8th district on the petition as requested, but whose "registration" address on the Virginia voter registration has yet been updated to reflect the resident address. Their signatures are automatically disqualified and thus not counted. Moreover, in order to be counted, the Registrar and the REB insisted on knowing the date when they moved from their "registration address." The defendants, upon information and belief, seem to be imposing Va. Code § 24.2-401 *voting* analysis on *petitioning* signing. The need to satisfy the defendants "move" date isn't referenced in Va. Code § 24.2-101, or 506(A) as germane to petition signing. But assuming *arguendo* an otherwise qualified voter loses his or her petitioning rights based on the date of their having move from their "registration address", the Defendants

are applying it an arbitrary and capricious fashion in violation of due process. Indeed, in referencing the "move date" requirement in the Helpful Hints document, the document references Va. Code § 24.2-521, However, this statute applies to primaries, not a general election ballot. It isn't germane in any case.

Due process requires similarly situated citizens to have their core political rights assessed in a fair and uniform fashion. First, as discussed in the Complaint, Plaintiffs Brown, Kenney, Mabry, Smith and Warren all seemly satisfy the Registrar's "move" date requirement as best they under it under Va. Code § 24.2-401. Secondly, the 8th council district of Richmond is not a big area. There is nothing magical in terms of rejecting or counting petition signatures based on whether someone moved a few blocks away to a new residence address in the same precinct or moved the same few blocks in a different direction across an arbitrary precinct line. There is no legitimate state purpose therefore in automatically counting those who are presumed to have moved in Category (1) with no regard to a "move" date, to likewise count those in Category (2) who move inside the same precinct without regard to a move date, but as for Category (3) to use a "move" date to deny protected constitutional rights.

Moreover, Va. Code § 24.2-101 says a "qualified voter" for purposes of signing a petition is someone who is listed in active status on the Virginia voter registration system. The law, sensibly, wants to protect the petitioning rights of otherwise qualified voters who have weeks indeed months to update registration addresses. Citizens are not supposed to be denied such rights due to any technicalities much less mistaken ones.

There is nothing in state law which says voters in active status in the Virginia voter registration system with a registration address in the 8th district of Richmond, and who are still living in the 8th district except having moved to a new residence address, are not

allowed to sign a petition and be counted towards the signature requirement unless they satisfy a "move" date. In terms of due process, the "move" date is arbitrary and capricious, a technical requirement that cannot justify its unreasonable burden on core political rights.

### 5. Plaintiffs are Likely To Succeed on their Claim that the Richmond Electoral Board Failure To Check The Actual Signatures Violated Their First and Fourteenth Amendment Rights.

Va. Code § 24.2-506(A), applicable to the contest for Mayor by § 3.01.1 of the Richmond City Charter, says in pertinent part:

> "The name of any candidate for any office, other than a party nominee
> shall not be printed upon any official ballots...unless he shall file
> along with his declaration of candidacy a petition, on a form prescribed
> by the State Board, signed by the number of qualified voters specified
> [for the office contested]...and listing the residence address of each such voter."

Based on the representations of the Registrar in the 2012 case before this Court, and upon information and belief, the Registrar nor the REB rarely check any signature of any petition signer and more importantly, they didn't check the signatures of the Plaintiffs before disqualifying them.

Notice that state law says all a citizen must do, [The date of signing is not an issue in this matter] to exercise his or her constitutional right of petition, is to sign the petition and put down their "residence" address. The Plaintiffs followed the law and the instructions on the petition form, providing truthful answers. As indicated earlier in this memorandum, it is understandable for the Registrar's employees to not check any signature during their *initially* review in determining if a candidate's petitions had the required number of signatures of qualified voters.

However, at the point where the Registrar determines the *initial* review found the candidate disqualified by a mere 7 signatures, the requirement of due process of law says the

Registrar and/or the REB can't refuse to do the de minimum effort needed to check to the petition signature against the signature or signatures in the Registrar's registration files for signers with the same name listing a residence in the 8th district. For example, examine the treatment of Plaintiff Annquinnette Kenney. There is only one person named Annquinnette Kenney listed on the Virginia voter registration system as being a qualified voter in the 8th district but at a different registration address.

State law focuses on whether Ms. Kenney signed the petition. If she did, and if she provided her residence address, and if she is a qualified voter and registered voter with active status, then she is entitled to expect that her signature will be counted toward the 50 number threshold set by the City Charter of Richmond. The constitution of the United States has the same due process expectation.

Due process might not require the Registrar or the REB to *initially* check her signature. It may permit her signature be *initially* disqualified without any checking. This is reasonable based on the previous discussion in this memorandum. But when the *initial* review finds insufficient signatures, and the deficit in terms of needed signatures is a mere 7 as in this case – then due process says the Registrar must make the de minimus effort to check the signatures. The law wants valid signatures from qualified voters. If the signatures of a person with the same name match, then that satisfies the law.

But assuming, *arguendo*, due process didn't' require the Registrar to check, then surely due process does require the REB to check at hearing when it turns out that Schintzius was only 4 short, and likely probative if not determinative evidence of whether the disqualified signatures were wrongfully disqualified is in the sole possession of the Registrar and

thus readily available to the REB. Moreover, this key information in the sole possession – matching signatures – was not made available to Schintzius.

Given the state's responsibility to protect the exercise of core political speech rights, there is no legitimate state interest or compelling reason for the government to refuse to make such a small effort to check evidence solely in its possession when they created the situation by their petition form. *Briscoe, supra.*

Since Defendants at all times – including at any appeal hearing - refuse to allow a disqualified candidate to see what is very likely the best evidence to show compliance with the law, the merits of this matter weigh heavy for Plaintiffs.

**B. Plaintiffs Will Suffer Irreparable Harm if an Injunction Isn't Not Immediately Issued**

1. *The Abridgement of Plaintiff's Rights Constitutes Irreparable Harm.*

It is well established that the "loss of First Amendment freedoms, [such as the freedom of speech] for even minimal periods of time, unquestionably constitutes irreparable injury." *Real Truth About Obama, Inc. v FEC*, 575 F. 3d. 342, 351 (4th Cir. 2009) [quoting *Elrod v. Burns*, 427 U.S. 347, 373 (U.S. 1976)]). See *Newsom v. Norris*, 888 F.2d. 371, 378 (6th Cir. 1989) [infringement upon First Amendment freedom constitutes irreparable injury sufficient to justify injunctive relief.). The right to sign a petition and have that signature counted is core right under the First Amendment, the infringement of which constitutes *per se* irreparable harm. *See, e.g., Montano v. Suffolk Cnty. Legislature*, 268 F. Supp. 2d 243, 260-61 (E.D. N. Y. 2003).

Moreover, it is well-recognized that the wrongful denial of the right of independent candidates and minority party's access to the ballot constitutes irreparable harm. Indeed denying "a hopeful candidate being denied access to the ballot" has long been considered sufficient for

Plaintiffs to have "carried their burden of proving irreparable harm" for the issuance of an injunction. *Valenti v. Mitchel,* 790 F. Supp. 534. 547 (E.D. Pa. 1972).

        *2. An Immediate Injunction is Necessary to Prevent Irreparable Harm.*

        Although Plaintiffs have requested permanent injunctive relief in their Complaint, an immediate, temporary injunction is the only method by which Plaintiffs can avoid the aforementioned irreparable harm, which is imminent. Given the timelines previously discussed regarding preparing the final ballot, absent immediate relief there will not be time to include Schintzius' name on the November ballot.

### C. The Balance of the Equities Favors the Plaintiffs.

        It is true that "States may, and inevitably must, enact reasonable regulations of parties, elections and ballots to reduce election and campaign related disorder." *Timmons, supra* at 358. When discussing the state "interest" in a policy regulating ballot access, "the salient question is whether 'the strength of the governmental interest reflects the seriousness of the actual burden on First Amendment rights." *Lux v. Judd,* 55 F.3d 396, 402 (4th Cir. 2011). In the instant matter, the burden on Plaintiff's First Amendment rights are heavy indeed. On the other hand, the burden on Defendants is almost nonexistent: a small amount of time to check a handful of signatures against evidence already in the Registrar's sole possession, thus readily available to the REB, and the other evidence due process requires Schintzius be allowed to present. When the asserted state interest is weak, especially when state knowingly created a "gotcha" situation by requiring the use of its own mandated petition-form, and the burden on citizen's First Amendment rights is heavy, the equities favor the citizens seeking to exercise those rights. Under these circumstances, "political speech must prevail against laws that would suppress it, whether by design or inadvertence" and "First Amendment standards...must give the benefit of any doubt

to protecting rather than stifling speech." *Citizens United v. FEC*, 876, 891, 898, (2010) [quotation omitted].

### D. The Public Interest Favors Issuance of a Temporary Injunction.

There is no public interest in preserving a situation in which the clearly erroneous decisions of government officials and government agencies wrongfully violate protected constitutional provisions and statutory commands, impacting the core political rights of citizens and the right a candidate has earned to be the ballot. Here, by state law and regulation, such constitutional and other legal violations may not be raised by a candidate at the so-called "appeal" hearing. Even the most egregious violations cannot be raised.

Plaintiffs have shown election officials have acted in a manner raising the the most serious of constitutional and statutory concerns, implicating storied concepts of due process and other core political speech rights.

By every measure of the U.S. and Virginia Constitutions, the public interest favors the citizen's right to protect themselves against the wrongful imposition of such burdens. There is no public interest served by the actions of the defendants, which made it as hard as possible to arrive at a reasonable conclusion on all the facts available to the government at all times. There is no public interest by denying a candidate the spot earned on the ballot given the attitude and actions of the government officials in this matter. On the other hand, the public interest is served by allowing independent candidates to compete in the electoral process. "Competition in ideas and governmental policies is at the core of our electoral process and of the First Amendment freedoms." *Williams v Rhodes,* 393 U.S. 23, 32 (1968). As recognized in *Valenti, supra*, the public interest is burdened when citizens are prevented from "express[ing] their viewpoints by running for office or supporting someone on the ballot…The public interest

is served by insuring that access to the government, through access to the ballot, is open to all."
*Valenti, supra* at 548.

By any measure, the public interest of Virginia citizens cannot possibly be advanced by such a government process. Thus to the extent this court, through injunction, must act to protect the public interest from this harm, the government can only blame itself since at all times, they possessed the evidence to avoid the situation.

## IV. CONCLUSION

WHEREFORE, Plaintiff's pray that this Court issue a temporary injunction enjoining Defendants from printing the ballot for the Mayoral election in Richmond this coming November 8, 2016 until it has provided the due process review required as demonstrated herein, such review to consider whatever evidence Schintzius can provide and whatever evidence is in sole possession of the Registrar, thus making it readily available to the REB to determine whether the signatures previously disqualified by defendants were in fact the signatures of qualified voters under the laws of the Commonwealth and thus should have been counted, not disqualified.

Respectfully Submitted

Joseph D. Morrissey

Joseph D. Morrissey
Morrissey & Goldman, LLC
605 E. Nine Mile Road
Highland Springs, Virginia 23075
804-737-1626 Telephone
804-737-1671 Fax

## CERTIFICATE

I hereby certify that on this *23rd* day of *August 2016*, a true and exact copy of the foregoing Motion for Temporary Injunction was hand delivered to the following:

J. Kirk Showalter, General Registrar for the City of Richmond

C. Starlet Stevens, Chairman of the Richmond Electoral Board

Cecila A. B. Dabney, Secretary of the Richmond Electoral Board

Ophelia Daniels, Vice Chairman of the Richmond Electoral Board

James Alcorn, Chairman, Virginia State Board of Elections

Clara Belle Wheeler, Vice Chairman, Virginia State Board of Elections

Singleton B. McAllister, Esq., Secretary of the Virginia State Board of Elections

Edgardo Cortes, Commissioner, Department of Elections

Joseph D. Morrissey

COMMONWEALTH OF VIRGINIA
PETITION OF QUALIFIED
VOTERS
(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use separate petition forms for qualified voters in each county or city, to facilitate the processing of filing.

For a statewide office, it is suggested that you file petitions in court to facilitate the processing of the filing. If you list the number of signatures by congressional district, enter district no. _____ (optional).

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland ave

ENTER ABOVE, CITY/TOWN

Richmond Va

ENTER ABOVE, ZIP + 4

23222

ENTER ABOVE, OFFICE SOUGHT

MAYOR

ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Any Schintzius

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☐ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the 8th day of November, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA AND NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| R | 1. SIGN | Dylan Mott | RESIDENCE 120 E 34th St | 7/7/16 | |
| | PRINT | Dylan Mott | CITY/TOWN Richmond VA | | |
| R | 2. SIGN | F.A. Roscher | RESIDENCE 1504 Nelson | 7/7 | |
| | PRINT | F.A. Roscher | CITY/TOWN Richmond | | |
| C4 | 3. SIGN | Keith R__ | RESIDENCE 310 Main St. | 3/27 | |
| | PRINT | Keith Roberts | CITY/TOWN Richmond 23226 | | |
| R | 4. SIGN | Elise S__ | RESIDENCE 2404 Law ave | 7/7 | |
| | PRINT | Elise Sok | CITY/TOWN Rich, Va 2306 | | |
| R | 5. SIGN | Arthur Steph__ | RESIDENCE 4601 Bromley ln | 3/31 | |
| | PRINT | Arthur Stephens | CITY/TOWN Rich VA 2321 | | |
| R | 6. SIGN | | RESIDENCE 1626 MONUMENT AVE | 3/24/16 | |
| | PRINT | FRANK TURNER REA | CITY/TOWN RICHMOND, VA | | |
| R | 7. SIGN | Larry Rohr | RESIDENCE 1204 W. 42nd st | 3/27/16 | |
| | PRINT | Larry Rohr | CITY/TOWN Richmond Va | | |
| R | 8. SIGN | Courtney Upton | RESIDENCE 4802 Bromley Lane | 3-27-16 | |
| | PRINT | Courtney Upton | CITY/TOWN Richmond VA. | | |
| R | 9. SIGN | Garrett Puckett | RESIDENCE 207 Strawberry St | Mar 27 | |
| | PRINT | Garrett Puckett | CITY/TOWN Richmond Va. | D16 | |
| R | 10. SIGN | Chris B__ | RESIDENCE 3458 GROVE AVE | 3/27/16 | |
| | PRINT | CHRIS BOPST | CITY/TOWN RVA 23221 | | |

****CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

EXHIBIT
A

CANDIDATE NAME: Alan Schintzius    OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|---|
| R | 11 | SIGN | Albert Draper | RESIDENCE 2206 Monument | 3/27/16 | |
| | | PRINT ALBERT DRAPER | | CITY/TOWN Richmond VA | | |
| R | 12 | SIGN Ann M. Rote | | RESIDENCE 2206 Monument | 3/27/16 | |
| | | PRINT Ann Rote | | CITY/TOWN Richmond Va. | | |
| R | 13 | SIGN Mark H | | RESIDENCE 3001 Monument | 3/27/16 | |
| | | PRINT Mark Holloway | | CITY/TOWN Richmond | | |
| R | 14 | SIGN Pamela W. Drew | | RESIDENCE 2213 W. Grace | 3/27/16 | |
| | | PRINT | | CITY/TOWN Richmond | | |
| R | 15 | SIGN Richard Bland | | RESIDENCE 113 N. Lombardy St | 3/27/16 | |
| | | PRINT Richard Bland | | CITY/TOWN Richmond VA | | |
| R | 16 | SIGN M Blum | | RESIDENCE 1880 Georgia | 3/27/16 | |
| | | PRINT Mark Brambillon | | CITY/TOWN Richmond VA | | |
| R | 17 | SIGN | | RESIDENCE 2020 Rosewood av | 3/27/16 | |
| | | PRINT Kyle Lange Pfeffer | | CITY/TOWN Richmond VA | | |
| R | 18 | SIGN Richard Virginia | | RESIDENCE 3107 Ellwood Ave | 3/27/16 | |
| | | PRINT Robert P. Koch | | CITY/TOWN Richmond | | |
| R | 19 | SIGN Zarina Fazaldin | | RESIDENCE 721 W. 28th St | 3/27/16 | |
| | | PRINT ZARINA FAZALDIN | | CITY/TOWN Richmond VA | | |
| | 20 | SIGN Cheryl Pellet | | RESIDENCE 18 S. Cherd Ave | 3/27 | |
| | | PRINT Cheryl Pellet | | CITY/TOWN 23221 | | |
| | 21 | SIGN M Draught | | RESIDENCE 145 Davis Ave | 3/27 | |
| | | PRINT Michael Draught | | CITY/TOWN Richmond VA 23220 | | |

Commonwealth of Virginia    - AFFIDAVIT -

I, Alan Schintzius
address is 3371 Stuart ave
Richmond VA , swear or affirm that (i) my full residential
in the County/City/Town of Richmond in the State/Commonwealth of
the United States of America; (iii) I am not a minor; (iv) I am not a legal resident of
am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
Va
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
1193
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

State of Virginia County/City of Richmond
The foregoing instrument was subscribed and sworn before me this
12th day of March , 20 16 , by
Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
NOTARY REGISTRATION NUMBER
MY COMMISSION EXPIRES

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without providing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

if not included in seal/stamp.

SBE-505/521 REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland ave

ENTER ABOVE, CITY/TOWN          ENTER ABOVE ZIP + 4

Richmond Va          23222

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

MAYOR

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city, to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. Also, to limit the number of signatures by congressional district enter district no. ___ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of the

Richmond Va

COUNTY OR CITY, OR FOR TOWN COUNCIL, NAME OF TOWN

signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the 8th day of November, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who's her/him a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NO MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED (Must be after January 1 of election year) | *See note below. LAST 4 DIGITS SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|---|
| | 1. SIGN | Rose M. Fisher | RESIDENCE 6513 Weymouth W 23xxx | 3/28/16 | |
| | PRINT | Rose M. Fisher | CITY/TOWN | | |
| | 2. SIGN | Mike Mank | RESIDENCE 160 Montpelr #12 Far 88 | 2016 | |
| | PRINT | Mike Mang | CITY/TOWN Richmond | | |
| | 3. SIGN | Orlando Jennings | RESIDENCE 1012 St James St | 3/28/16 | |
| | PRINT | Orlando Jennings | CITY/TOWN Ric Va | | |
| | 4. SIGN | D Uns | RESIDENCE 411 Smith Ave | 3/28/16 | |
| | PRINT | Dominique Probst | CITY/TOWN Richmond VA 23222 | | |
| | 5. SIGN | | RESIDENCE | | |
| | PRINT | Sam Jones | CITY/TOWN | | |
| | 6. SIGN | | RESIDENCE 2301 Bucks Rd | 3/ | |
| | PRINT | P. QUISENBERRY | CITY/TOWN Chesterfield VA | | |
| | 7. SIGN | | RESIDENCE 1410 Calhoun Rd | 4/1 | |
| | PRINT | C. McCormick | CITY/TOWN Richmond VA | | |
| | 8. SIGN | Patrick Omfara | RESIDENCE 2850 Monument #1 | | |
| | PRINT | Patrick Omfara | CITY/TOWN Richmond | | |
| | 9. SIGN | Jeremiah J Lyall | RESIDENCE 2604 Riverside Drive | 3/29 | |
| | PRINT | Jeremiah J. Lyall | CITY/TOWN Richmond | | |
| | 10. SIGN | Andrew Rgv | RESIDENCE 2101 Grove Ave #9 | 3/29 | |
| | PRINT | Andrew Bariscada | CITY/TOWN Richmond VA | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number (to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: _Alan Schintzius_  OFFICE SOUGHT: _Mayor_

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN | RESIDENCE 2618 Overton Rd | 3/29/16 | |
| | PRINT ANDREW HARTMAN | CITY/TOWN Richmond VA 23228 | | |
| 12. | SIGN | RESIDENCE 1701 Oakdale Ave | 3/29/16 | |
| | PRINT Josh Viles | CITY/TOWN Richmond VA 2322? | | |
| 13. | SIGN Edward J. Booker | RESIDENCE 3319 Garland Av | 3/24/16 | |
| | PRINT Edward Jane Booker | CITY/TOWN Richmond VA 23222 | | |
| 14. | SIGN Lillian W Booker | RESIDENCE 3319 Garland Ave | 3/29/16 | |
| | PRINT Lillian W Booker | CITY/TOWN Richmond Va 23222 | | |
| 15. | SIGN Kelsey Hulvey | RESIDENCE 2416 Hawthorne Ave | 3/30/16 | |
| | PRINT KELSEY HULVEY | CITY/TOWN RICHMOND VA 23222 | | |
| 16. | SIGN Brooke Sayre | RESIDENCE 1901 Oakdale Ave | 3/30/16 | |
| | PRINT Brooke Sayre | CITY/TOWN RVA 23227 | | |
| 17. | SIGN | RESIDENCE 520 N Second | 3/30/16 | |
| | PRINT SAMMI LANZETTA | CITY/TOWN RVA 23219 | | |
| 18. | SIGN | RESIDENCE 1403 S Meadow St | 3/30/16 | |
| | PRINT Brittany Grainer | CITY/TOWN Richmond VA 23220 | | |
| 19. | SIGN | RESIDENCE 4415 Grove Ave | 3/30/16 | |
| | PRINT Eric Kelly | CITY/TOWN Richmond VA 2322? | | |
| 20. | SIGN | RESIDENCE 5100 Devonshire Rd | 3/31/16 | |
| | PRINT Sean Lovelace | CITY/TOWN Richmond Va 23225 | | |
| 21. | SIGN | RESIDENCE 4004 Augusta Ave | 3/31 | |
| | PRINT Don L Hamilton II | CITY/TOWN Richmond VA-23230 | | |

- AFFIDAVIT -

Commonwealth of Virginia

_Alan Schintz_ _____ swear or affirm that (i) my full residential
dress is 3371 Garland R VA 23222 _____ in the State/Commonwealth of
Virginia _____ in the County/City/Town of Richmond
United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
messed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
ony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

T## 252950
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

ICE PHOTOGRAPH CALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW

_Alan Schintz_
SIGNATURE OF PERSON CIRCULATING THE PETITION

1903
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

State of _Virginia_ County/City of _Richmond_
The foregoing instrument was subscribed and sworn before me this
_14th_ day of _April_, 20_16_, by
_Alan Schintzius_
PRINT NAME OF PERSON CIRCULATING THE PETITION

_____
ATURES OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER*    DATE NOTARY COMMISSION EXPIRES*

rivacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
hecking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without
ping so. The State Board of Elections or the General Registrar when copying this document for public inspection, must cover the column containing
ry social security number or part thereof.

f not included in seal/stamp.

SBE-506/521  REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland ad

ENTER ABOVE, CITY/TOWN                              ENTER ABOVE, ZIP + 4

Ruh        Va

ENTER ABOVE, OFFICE SOUGHT                 ENTER ABOVE, DISTRICT, IF APPLICABLE

Mayor

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. If you like the number of signatures by congressional district enter district no.: _____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

_____ Richmond  Va _____ signed hereunder or on the reverse
COUNTY OR CITY, OR FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the 8th day of November 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| A R | 1. SIGN | Ainsley Perkins | RESIDENCE 1404 W. Grace St | 3/28/16 | |
| | PRINT | Ainsley Perkins | CITY/TOWN Richmond 23221 | | |
| R | 2. SIGN | Kristin Thompson | RESIDENCE 204 E 13th St | 3/28/16 | |
| | PRINT | Kristin Thompson | CITY/TOWN Richmond VA 23224 | | |
| R | 3. SIGN | Kenneth Thompson | RESIDENCE 204 E. 13 ST | 3/28/16 | |
| | PRINT | KENNETH THOMPSON | CITY/TOWN RICHMOND VA 23224 | | |
| R | 4. SIGN | Terrell Monet | RESIDENCE 423 N. 18th St | 3/27/16 | |
| | PRINT | Terrell R. Monet | CITY/TOWN Richmond VA 23223 | | |
| C I | 5. SIGN Jermaine Brown | | RESIDENCE 2817 Barton ave | 3/28/16 | |
| | PRINT | Brown | CITY/TOWN Richmond VA | | |
| | 6. SIGN Elliot Hopkins | | RESIDENCE 100 N. 35 1st | 3/28/16 | |
| | PRINT | Brown | CITY/TOWN RVA 23220 | | |
| | 7. SIGN | | RESIDENCE 1822 Plaie st | 3/28/16 | |
| | PRINT Grey Moore | | CITY/TOWN Rich | | |
| | 8. SIGN | | RESIDENCE | | |
| | PRINT Michael Waters | | CITY/TOWN | | |
| C | 9. SIGN Annette Walker | | RESIDENCE | 3/28/16 | |
| | PRINT Annette Walker | | CITY/TOWN Richmond CA | | |
| | 10. SIGN Quincy Marsh | | RESIDENCE 1049 Shields | 3/28/16 | |
| | PRINT Quincy Marsh | | CITY/TOWN Richmond Va | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521 REV 1.2013

CONTINUED FROM REVERSE SIDE CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES **ARE NOT** ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN / PRINT Every Waterman | RESIDENCE 4106 Cary St Rd A-B CITY/TOWN Richmond VA | 3/28/16 | 1 |
| 12 | SIGN / PRINT Gregory Rosenberg | RESIDENCE 28 N Harrison St CITY/TOWN Richmond / Va | 3/30/16 | |
| 13 | SIGN / PRINT Robert Score | RESIDENCE 424 S S Ave CITY/TOWN Richmond VA 23220 | 3/30/2016 | |
| 14 | SIGN / PRINT Ashley Weatherford | RESIDENCE 2919 Moss Side Ave CITY/TOWN Richmond, VA 23225 | 3/30/2016 | |
| 15 | SIGN Cary Nairian / PRINT | RESIDENCE 4241/6 Safari CITY/TOWN Richmond VA 23220 | 3/30/2016 | 182 |
| 16 | SIGN / PRINT Jeremy Lester | RESIDENCE 615 S Laurel St CITY/TOWN Richmond VA 23220 | 3/31/2016 | |
| 17 | SIGN / PRINT Jason Nellett | RESIDENCE 1709 Texas Ave CITY/TOWN Richmond VA | 3/30 | |
| 18 | SIGN / PRINT Luke Carino | RESIDENCE 3209 Co. 1012 CO CITY/TOWN Richmond VA | 3/31 | |
| 19 | SIGN / PRINT Cindy Cuthbert | RESIDENCE 3207 Kendall Ave CITY/TOWN Richmond, VA | 3/31 | |
| 20 | SIGN / PRINT George Ziegler | RESIDENCE 201 N. Stafford Ave CITY/TOWN Richmond VA | 3/31 | |
| 21 | SIGN / PRINT Fredrick A Felix | RESIDENCE 7767 Brookwood Drive CITY/TOWN Richmond VA 23225 | 3/31 | |

## - AFFIDAVIT -

Commonwealth of Virginia

I, Alan Schintzius, _____ swear or affirm that (i) my full residential address is 3371 Groveland ave _____, in the State/Commonwealth of _____ in the County/City/Town of Richmond _____, in the State/Commonwealth of United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

T64 252956
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
Va

_Alan Schintzius_
SIGNATURE OF PERSON CIRCULATING THE PETITION

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
193

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527192
My Commission Expires 11/30/2018

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 18th day of April, 2016 by

Alax Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

_Lisa Co Cosby_
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

*Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate matching the petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

† if not included in seal/stamp

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in counties to facilitate the processing of the filing. If you track the number of signatures by congressional district enter district no.: ____ (optional)

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland Ave

ENTER ABOVE, CITY/TOWN — Richmond Va — ENTER ABOVE, ZIP + 4 — 23222

ENTER ABOVE, OFFICE SOUGHT — MAYOR — ENTER ABOVE, DISTRICT IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of Alan Schintzius COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the 8th day of November 20 16 and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/herself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|
| R 1. | SIGN _Lili_ PRINT LEILA BRESHATH | RESIDENCE 2931 W Clay St CITY/TOWN RICHMOND | 4/0/6 | |
| R 2. | SIGN _Debra Carlotti_ PRINT Debra Carlotti | RESIDENCE 2114 Hanover Av CITY/TOWN RICH VA 23220 | 4/1/16 | |
| R 3. | SIGN _Sally_ PRINT Sally Polzvols | RESIDENCE 2515 Hanover CITY/TOWN 22220 | 4/1/16 | |
| R 4. | SIGN Margaret A Worely PRINT MARGARET A. WORLY | RESIDENCE 1903 Maple Shade Ln CITY/TOWN Richmond Va 23227 | 4/1/16 | |
| R 5. | SIGN Megan Vernon PRINT Megan Vernon | RESIDENCE 4072 Northway St CITY/TOWN Richmond va | 4/1/16 | |
| C 6. | SIGN _Steve Hyden_ PRINT DARELL HYDEN | RESIDENCE 1136 S. Delphine CITY/TOWN W-boro VA 22980 | 4/1/16 | |
| R 7. | SIGN _Charles O'Donovan_ PRINT CHARLES O DONOVAN | RESIDENCE 3220 BARTON AVE CITY/TOWN Richmond VA 23222 | 4/1/16 | |
| R 8. | SIGN _Amrit Singh_ PRINT AMRIT SINGH | RESIDENCE 2923 Black Heath Dr CITY/TOWN RVA | 4/1/16 | |
| R 9. | SIGN _Robert Norris_ PRINT Robert Norris | RESIDENCE 304 N Adams St Apt 4 CITY/TOWN Richmond VA 23220 | 4/1/16 | |
| V 10. | SIGN Irene Ziegler PRINT | RESIDENCE 901 Sabot St 23256 CITY/TOWN | 4/1/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521 REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN: Lauren Metheny PRINT: Lauren Metheny | RESIDENCE 21 B S. Brunswick St. CITY/TOWN Richmond | April 1 2016 | |
| 12 | SIGN: Clare PRINT: Kimberlyn Sivorsky | RESIDENCE 2007 Barton Ave. #2 CITY/TOWN Richmond | April 2 2016 | |
| 13 | SIGN: PRINT: Michael Williams | RESIDENCE 3050 Lawson St. CITY/TOWN Richmond, VA | April 2, 2016 | |
| 14 | SIGN: PRINT: Lauren Keane | RESIDENCE 1255 Nelson St CITY/TOWN Richmond | April 2016 | |
| 15 | SIGN: PRINT: Lauren Diaz | RESIDENCE 812 E Broad St CITY/TOWN Richmond | April 2016 | |
| 16 | SIGN: PRINT: Cathe Louis | RESIDENCE 1363 W Broad St. CITY/TOWN Richmond VA | April2 2016 | |
| 17 | SIGN: PRINT: BETH TEKLEMARIAM | RESIDENCE 304 W. MARSHALL ST CITY/TOWN RICHMOND, VA 23220 | Apr 2 2016 | |
| 18 | SIGN: PRINT: _____ Teklemariam | RESIDENCE CITY/TOWN Richmond VA 23220 | April 2 2016 | |
| 19 | SIGN: PRINT: Bradeeka A. Jones | RESIDENCE 4100 Henrico BLVD CITY/TOWN Richmond VA 23222 | April 2 2016 | |
| 20 | SIGN: PRINT: _____ Jr | RESIDENCE 6132 Morningside Dr CITY/TOWN Richmond VA 23224 | April 4/2 | |
| 21 | SIGN: PRINT: _____ Daniel | RESIDENCE 500 Hull St CITY/TOWN Richmond VA | 4-2-16 | |

Commonwealth of Virginia - AFFIDAVIT -

Alan Schintzius ____, swear or affirm that (i) my full residential
address is 2321 Jahnke Ave ____ in the County/City/Town of Richmond ____ in the State/Commonwealth of
Virginia ____; (ii) I am a legal resident of
the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

X _____
SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this
18 day of April, 20___, by
Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

_____
TITLE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

NOTARY SEAL PLEASE SEAL ON
NOT PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY NAME COSBY
NOTARY PUBLIC
Commonwealth of Virginia
Reg. 97527192
My Commission Expires 11/30/2018

| CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE | 164 852950 |
|---|---|
| NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE | VA |
| CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER | 1193 |

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

† not included in seal/stamp.

SBE 506/521  REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland ave

ENTER ABOVE, CITY/TOWN      ENTER ABOVE, ZIP + 4

Richmond Va 23222

ENTER ABOVE, OFFICE SOUGHT      ENTER ABOVE, DISTRICT, IF APPLICABLE

MAYOR

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in bound or to facilitate the processing of the filing. If you enter the number of signatures by congressional district enter district no.: _____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Alan Schintzius

COUNTY OR CITY, FOR TOWN COUNCIL, NAME OF TOWN

signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

[X] General Election [ ] Special Election [ ] Democratic Primary [ ] Republican Primary

to be held on the 8th day of November 20 16 and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/herself a legal resident of the United States of America and who is not a minor or a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, IS NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED (Must be after January 1 of election year) | * SEE NOTES BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|
| R 1. | SIGN: _____ PRINT: _____ | RESIDENCE: _____ CITY/TOWN: _____ | 3-24-16 | |
| R 2. | SIGN: John PRINT: MARK MORAN | RESIDENCE: 1905 Wild Side Rd CITY/TOWN: RICHMOND VA 23?5 | 3/24 | |
| R 3. | SIGN: Laura Brum PRINT: _____ | RESIDENCE: 2023 W Grace St CITY/TOWN: Richmond VA 23336 | 3 24 | |
| R 4. | SIGN: Jeremy Parker PRINT: Jeremy Parker | RESIDENCE: 6576 Forest Rd CITY/TOWN: Henrico VA 2331 | 3/24 | |
| R 5. | SIGN: _____ PRINT: Cecilia Hill | RESIDENCE: _____ CITY/TOWN: Richmond VA 23?? | 24 | |
| R 6. | SIGN: _____ PRINT: Kevin Gwyn | RESIDENCE: 218 L 75th St CITY/TOWN: Richmond VA 2377? | 3/24 | |
| R 7. | SIGN: Karen Martin PRINT: 8046446636 | RESIDENCE: 526? Club Ln CITY/TOWN: Richmond 232?? | 3/24 | |
| R 8. | SIGN: Andrew Barnosky PRINT: _____ | RESIDENCE: 3314 W. GRACE ST CITY/TOWN: RICHMOND, VA 23221 | 3/24/16 | |
| R 9. | SIGN: Cullen Brooke PRINT: Cullen Brooke | RESIDENCE: 1504 Georgia Ave CITY/TOWN: Richmond VA 2372? | 3 24/16 | |
| 10. | SIGN: _____ PRINT: _____ | RESIDENCE: _____ CITY/TOWN: _____ | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521    REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: _Alan Schintzius_  OFFICE SOUGHT: _Mayor_

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE — RESIDENCE ADDRESS — House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _Timothy M. McCartney_ PRINT _Timothy M. McCartney_ | RESIDENCE _1337 Lorraine_ CITY/TOWN _Rich. VA 23227_ | 3/25/16 | - 1 |
| 12 | SIGN _John Stevens_ PRINT _Tyler Stevens_ | RESIDENCE _1106 N Grace St_ CITY/TOWN _Richmond, VA 23220_ | 3/26/16 | - 8 |
| 13 | SIGN _John Kettlewell-Sitas_ PRINT _John Kettlewell-Sitas_ | RESIDENCE _5412 New Kent Rd_ CITY/TOWN _Richmond_ | 3/26/16 | |
| 14 | SIGN _Joe Sitas_ PRINT _Joe Sitas_ | RESIDENCE _5412 New Kent RD_ CITY/TOWN _Richmond, VA_ | 3/26/16 | |
| 15 | SIGN _Jerry Conrel_ PRINT _Jerry Conrel_ | RESIDENCE _1500 Avondale Ave_ CITY/TOWN _Richmond VA_ | 3/26/16 | |
| 16 | SIGN _Marlon E. Reyes_ PRINT _Marlon E. Reyes_ | RESIDENCE _929 Old Nicholson_ CITY/TOWN _Richmond VA 2323_ | 3/26/16 | |
| 17 | SIGN _Ashley Pelli_ PRINT _Ashley Pelli_ | RESIDENCE _500 Stockton St Apt C109_ CITY/TOWN _Richmond, VA 23224_ | 3/26/16 | |
| 18 | SIGN _Keller Lane_ PRINT _Keller Lane TD_ | RESIDENCE _129 S. cherry St_ CITY/TOWN _Richmond, VA 23220_ | 3/24/16 | |
| 19 | SIGN _M. Bayes_ PRINT _M. Bayes_ | RESIDENCE _208 W 34th St._ CITY/TOWN _Richmond VA_ | 3-26-16 | |
| 20 | SIGN _Lindsay Phillips_ PRINT _Lindsay Phillips_ | RESIDENCE _2306 Reservoir Ave_ CITY/TOWN _Richmond_ | 3/24/16 | |
| 21 | SIGN _Colin Rubin_ PRINT _Colin N Swogman_ | RESIDENCE _618 E. Franklin St_ CITY/TOWN _Richmond_ | 3/26/16 | |

Commonwealth of Virginia

- AFFIDAVIT -

I, _Alan Schintzius_ swear or affirm that (i) my full residential address is _3321 Garland Ave_ _____ in the County/City/Town of _Richmond_ in the State/Commonwealth of Virginia; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_Alan Schintzius_
SIGNATURE OF PERSON CIRCULATING THE PETITION

State of _Virginia_ County/City of _Richmond_

The foregoing instrument was subscribed and sworn before me this _12th_ day of _April_, 20 _16_, by _Alan Schintzius_
PRINT NAME OF PERSON CIRCULATING THE PETITION

NOTARY SEAL/STAMP BELOW:
Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527193
My Commission Expires 11/30/2018

_____
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

*#6425295
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

443
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Privacy Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition against the official voter registration record. You are not required to provide this information and may sign the petition without it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* not included in seal/stamp.

SBE-506/521  REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland Ave

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE, ZIP + 4

Rich

ENTER ABOVE, OFFICE SOUGHT    MAYOR    ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one
county or city, it is suggested that you use
separate petition form for qualified voters in each
county or city to facilitate the processing of the
filing.

For a statewide office
It is suggested that you file petitions in counties
to facilitate the processing of the filing. If you list
the number of signatures by congressional district,
enter district no. ____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of
_____Alan Schintzius_____ signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated
above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary
to be held on the __8th__ day of __November__ 20 __16__, and we do further petition
that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on
the same page of the petition. Numerous
pages may be circulated. The circulator of
each page must be a person who is neither a
legal resident of the United States of America
and who is not a minor nor a felon whose
voting rights have not been restored. The
circulator also must swear or affirm in the
affidavit that s/he personally witnessed the
signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA AND IS
MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER:     YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | PLEASE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| R | 1. SIGN | B. Massey | RESIDENCE 5624 Crich Ct | | 322 16 |
| | PRINT | LaQuetta Massey | CITY/TOWN Richmond Va 2325 | | |
| R | 2. SIGN | Gregory Day Sr. | RESIDENCE 1301 Graylawl Ave | 3/4/16 | |
| | PRINT | Gregory Day Sr | CITY/TOWN Richmond VA 23220 | | |
| R | 3. SIGN | Starlita Nicholson | RESIDENCE 8331 Transit Road | 3/3/16 | |
| | PRINT | Starlita Nicholson | CITY/TOWN Richmond VA 23293 | | |
| R | 4. SIGN | Lillie C Esk | RESIDENCE 700 St Paul St #410 | 3/ | |
| | PRINT | Lillie A Esko | CITY/TOWN Rich 23220 | | |
| | 5. SIGN | | RESIDENCE 3518 Patterson Ave | 3/03/16 | |
| | PRINT | JEFF ROONEY | CITY/TOWN RICHMOND 23220 | | |
| R | 6. SIGN | | RESIDENCE | 3/03/16 | |
| | PRINT | STEVEN CRANDALL | CITY/TOWN Richmond VA | | |
| R | 7. SIGN | | RESIDENCE 2601 Parkwood ave | 3/23/16 | |
| | PRINT | Latanie Cashill | CITY/TOWN Richmond VA | | |
| R | 8. SIGN | | RESIDENCE 2303 Parkwood Ave | 3/23/16 | |
| | PRINT | LARRY GILBERT | CITY/TOWN RICHMOND VA | | |
| R | 9. SIGN | Grace Coughun | RESIDENCE 1195 Laurel Street | 3/24/16 | |
| | PRINT | Grace Coughlin | CITY/TOWN Richmond VA | | |
| | 10. SIGN | Zachary Carne | RESIDENCE 9625 Heathersprings Dr. | 3/24/16 | |
| | PRINT | Zachary Carne | CITY/TOWN Richmond VA | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE S

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing
so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the
social security number or part thereof.

SBE-506/521  REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN / PRINT Dorion Gin | RESIDENCE 2361 Ost Numberland av / CITY/TOWN Richmond | 3/24 | |
| 12 | SIGN / PRINT Rachel Torino | RESIDENCE 23 S Blvd Apt 6 / CITY/TOWN Richmond | 3/24 | |
| 13 | SIGN Amanda Boyce / PRINT Amanda Boyce | RESIDENCE 2000 Riverside Dr Apt 108 / CITY/TOWN Richmond VA | 3/24 | |
| 14 | SIGN Peter G. Curry / PRINT Peter E. Curry | RESIDENCE 405 S Pine St. Apt B / CITY/TOWN Richmond VA 23110 | 3/24 | |
| 15 | SIGN Judson R. Peveroll / PRINT Judson R. Peveroll | RESIDENCE 2006 Ellwood Rd C / CITY/TOWN Richmond VA 23220 | 3/24 | 8 |
| 16 | SIGN Dominic Copelo / PRINT Dominic Copelo | RESIDENCE 3001 W Grace / CITY/TOWN Richmond VA | 3/24 | |
| 17 | SIGN Cheyenne Martin / PRINT Cheyenne Martin | RESIDENCE # 706 n 2nd St / CITY/TOWN Richmond | 3/24 | |
| 18 | SIGN / PRINT Coven Johnson | RESIDENCE 3424 W 2nd St / CITY/TOWN Richmond VA 23221 | 3/24 | |
| 19 | SIGN / PRINT Laura August | RESIDENCE 8 N Stiells Ave / CITY/TOWN Richmond | 3/24 | |
| 20 | SIGN / PRINT Sarah Sanford | RESIDENCE 2034 W Grace / CITY/TOWN Richmond | 3/24 | |
| 21 | SIGN / PRINT Zachary Hernandez | RESIDENCE 1709 Jacquelin St / CITY/TOWN Richmond | 3/24 | |

Commonwealth of Virginia - AFFIDAVIT -

I, Alan Schintzius, swear or affirm that (i) my full residential
address is 3321 Garland ave
Virginia, in the County/City/Town of Richmond, in the State/Commonwealth of
United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

NOT PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
Commission Expires 11/30/2016

State of Virginia County/City of Richmond
The foregoing instrument was subscribed and sworn before me this
12th day of April, 20___, by
Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
T64252950
VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
VA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

*Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
verifying this petition with the official voter registration record. You are not required to provide this information and may sign the petition without
providing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
the social security number or part thereof.

**Required if no seal/stamp

SBE-506/521  REV 1.2013

COMMONWEALTH OF VIRGINIA
PETITION OF QUALIFIED
VOTERS
(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use a separate petition form for each such county or city to facilitate the processing of filing.

For a statewide office
it is suggested that the processing of the petition to facilitate the processing of the petition by the number of signatures by congressional or senate district no. ____ [optional].

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)
J Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE
3321 Garland ave

ENTER ABOVE, CITY/TOWN
Richmond Va    ENTER ABOVE, ZIP + 4    23222

ENTER ABOVE, OFFICE SOUGHT
Mayor    ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of
Alan Schintzius signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the 8th day of November, 20 16 and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OR A FELON WHOSE MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED (Must be after January 1 of election year) | LAST 4 DIGITS SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|---|
| R | 1. SIGN | J Alan Schintzius | RESIDENCE 3321 Garland | 3/31/16 | |
| | PRINT | J Alan Schintzius | CITY/TOWN Richmond Va | | |
| R | 2. SIGN | | RESIDENCE 85 | | |
| | PRINT | John Lichtenberg | CITY/TOWN Rich... | | |
| R | 3. SIGN | | RESIDENCE 2716 East Broad St | | |
| | PRINT | Laura Sullivan | CITY/TOWN Richmond VA 23225 | | |
| R | 4. SIGN | | RESIDENCE 2719 Burnridge St | | |
| | PRINT | Jameson Price | CITY/TOWN Richmond Va 23221 | | |
| R | 5. SIGN | | RESIDENCE | | |
| | PRINT | Noelle Archibald | CITY/TOWN Richmond VA 23221 | | |
| J | 6. SIGN | | RESIDENCE 1101 | | |
| | PRINT | Joy Rogers | CITY/TOWN R... VA | | |
| R | 7. SIGN | | RESIDENCE 3855 E Alden St | 3/30/16 | |
| | PRINT | Paula Phipps | CITY/TOWN Richmond VA 23227 | | |
| R | 8. SIGN | | RESIDENCE 1602 Carnie Ave | 3/31/16 | |
| | PRINT | James S Nelson | CITY/TOWN Richmond VA 23231 | | |
| R | 9. SIGN | | RESIDENCE 4416 Grove Ave | 3/30/16 | |
| | PRINT | Julie Storey | CITY/TOWN Richmond VA 23221 | | |
| R | 10. SIGN | Mica Whitney | RESIDENCE 518 W 29th | 3/29/16 | |
| | PRINT | Mica Whitney | CITY/TOWN Richmond VA 23225 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius  OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A  FELON  WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE.  YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN Rob H Walden  PRINT Robert Carter Ritchie | RESIDENCE 3004 FLOYD AVE  CITY/TOWN RICHMOND VA | 3/20/16 | |
| 12 | SIGN  PRINT Scott Larson | RESIDENCE 1723 Summit Ave Apt 201  CITY/TOWN Richmond VA | 3/20/16 | |
| 13 | SIGN  PRINT GLAKE METHENA | RESIDENCE 21 S Brunswick St #3  CITY/TOWN RICHMOND VA | 3/20/16 | |
| 14 | SIGN E Martin Jewell  PRINT E. Martin Jewell | RESIDENCE 805 Old Nicholson St  CITY/TOWN Richmond Va 23223 | 3/26/16 | |
| 15 | SIGN  PRINT Michael R Dickinson | RESIDENCE 3717 Parham Ave  CITY/TOWN RVA 23221 | 3/22/16 | |
| 16 | SIGN Eddie Washer Jr  PRINT Eddie Washer Jr | RESIDENCE 1921 E Hopkins  CITY/TOWN Richmond VA | 3/22/16 | |
| 17 | SIGN  PRINT | RESIDENCE 7709 Arrol Rd  CITY/TOWN Richmond VA 23235 | 3/22/16 | |
| 18 | SIGN William F Gallasch  PRINT William F. GALLASCH | RESIDENCE 2336 Monument St  CITY/TOWN Richmond | 3/22/16 | |
| 19 | SIGN Lisa A Gallasch  PRINT Lisa Gallasch | RESIDENCE 2336 Monument Ave  CITY/TOWN Richmond | 3/22/16 | |
| 20 | SIGN Sterling Hayes  PRINT STERLING HAYES | RESIDENCE 401 BANCROFT AVE  CITY/TOWN Richmond, VA | 3/22/16 | |
| 21 | SIGN  PRINT Kristen Berg | RESIDENCE Casa In Apt  CITY/TOWN Richmond RVA | 3/22/16 | |

Commonwealth of Virginia  - AFFIDAVIT -

I, Alan Schintzius _____ swear or affirm that (i) my full residential
address is 3221 garland ave _____ in the State/Commonwealth of
Virginia in the County/City/Town of Richmond _____; (ii) I am a legal resident of
a United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side.  I understand that falsely signing this affidavit is a
felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_____
SIGNATURE OF PERSON CIRCULATING THE PETITION

THIS IS PHOTOGRAPHICALLY REPRODUCIBLE
[NOTARY SEAL/STAMP BELOW]
Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

State of Virginia  County/City of Richmond
The foregoing instrument was subscribed and sworn before me this
18th day of April , 20 16 by
Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

_____
SIGNATURE OF NOTARY OR OTHER PERSON QUALIFIED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

Privacy notice:  The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
checking  this  petition with the official voter registration record.  You are not required to provide this information and may sign the petition without
doing so.  The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
all social security number or part thereof.

If not included in seal/stamp.

SBE-506/521  REV 1.2013

COMMONWEALTH OF VIRGINIA
PETITION OF QUALIFIED VOTERS
(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office
it is suggested that you file petitions in county, to facilitate the processing of the filing. If you use the number of signatures by congressional district enter district no. ____ (optional)

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland Ave

ENTER ABOVE, CITY/TOWN: Richmond Va    ENTER ABOVE, ZIP + 4: 23222

ENTER ABOVE, OFFICE SOUGHT: Mayor    ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of _____ Alan Schintzius signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the 8th day of November, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/him a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, IS NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|
| HA 1. | SIGN: Laura Cramer  PRINT: Laura Cramer | RESIDENCE: 109 E Leigh st  CITY/TOWN: Richmond VA | 3/2/16 | |
| RK 2. | SIGN: Michael Jarge  PRINT: Mical Jarger | RESIDENCE: 123 Broad bw  CITY/TOWN: Richmond VA | 4/31/16 | |
| R 3. | SIGN: Erik Akers  PRINT: Erik Akers | RESIDENCE: 612 n 25th st  CITY/TOWN: Richmond VA | 3/2/16 | |
| R 4. | SIGN:  PRINT: | RESIDENCE: 612 Lilly  CITY/TOWN: Richmond VA | 3/14/16 | |
| R 5. | SIGN:  PRINT: KRISTEN BENTLY | RESIDENCE: 1300 ZAINBRIDGE  CITY/TOWN: RICHMOND VA 23224 | 3/4 | |
| R 6. | SIGN:  PRINT: Elizabeth Ferris | RESIDENCE: 1300 Bainbridge  CITY/TOWN: Richmond VA 23224 | 3/4 | |
| R 7. | SIGN:  PRINT: LILY LAMBERT | RESIDENCE: 1012 w. 41st A  CITY/TOWN: RICHMOND VA 23222 | 3/24/16 | |
| M 8. | SIGN:  PRINT: Marcus Turrante | RESIDENCE: 1300 Bainbridge  CITY/TOWN: Richmond VA 23224 | 3/4 | |
| R 9. | SIGN:  PRINT: Peter Szijarto | RESIDENCE: 123 S Mulberry st  CITY/TOWN: Richmond VA | 3/14 | |
| R 10. | SIGN:  PRINT: Sean Lewis | RESIDENCE: 1223 Irby Dr  CITY/TOWN: Richmond 23225 | 3/26 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to for checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without do so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CANDIDATE NAME: Alan Schintzius   OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| 11 | SIGN _Paul Sean Rogers_ PRINT PAUL SEANUS ROGERS | RESIDENCE 1707 Texas Ave CITY/TOWN RICHMOND, VA | 3/27/16 | |
| 12 | SIGN _Eva Curry_ PRINT Eva Curry | RESIDENCE 313 W. Lancaster Rd CITY/TOWN Richmond, VA | 3-27-16 | |
| 13 | SIGN _Dowell_ PRINT ANTONIO DOWELL | RESIDENCE 313 W. LANCASTER CITY/TOWN RICHMOND VA | 3-27-16 | S |
| 14 | SIGN _Stacey Maples_ PRINT Stacey Maples | RESIDENCE 1011 W 43rd St CITY/TOWN Richmond, VA | 3/27/16 | S |
| 15 | SIGN _Paul_ PRINT PAUL DiPASQUALE | RESIDENCE 1408 Normal St CITY/TOWN Richmond, VA | 3/27/16 | |
| 16 | SIGN PRINT | RESIDENCE 14 h Ave Richmond CITY/TOWN Richmond VA | 3/27 | |
| 17 | SIGN _George Nixon_ PRINT George Nixon | RESIDENCE 804 C ___ St CITY/TOWN Rich 23228 | 3/27 | |
| 18 | SIGN _Peter W Smith_ PRINT Peter W Smith | RESIDENCE CITY/TOWN | | |
| 19 | SIGN _Emma Jolly_ PRINT Emma Jolly | RESIDENCE 1610 Confidence Twp CITY/TOWN Richmond 23227 | 3/27 | |
| 20 | SIGN PRINT Catherine Farmer | RESIDENCE 1519 Floyd Ave CITY/TOWN Richmond 23220 | 3/27 | |
| 21 | SIGN PRINT | RESIDENCE office of ___ CITY/TOWN | | |

Commonwealth of Virginia

- AFFIDAVIT -

I Alan Schintzius , swear or affirm that (i) my full residential address is 3371 garland ave in the County/City/Town of Richmond in the State/Commonwealth of Virginia ; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_____
SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Chesterfield

The foregoing instrument was subscribed and sworn before me this ____ day of April , 20 16 , by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

_____
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS     NOTARY REGISTRATION NUMBER**     DATE NOTARY COMMISSION EXPIRES**

DRIVER'S LICENSE NUMBER, IF APPLICABLE VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

1193 CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

OFFICE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527192
Commission Expires 11/30/2019

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate matching this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* Not included in base stamp.

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

*Alan Schintzius*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

*3321 garland ave*

ENTER ABOVE, CITY/TOWN  *Richmond Va 23222*   ENTER ABOVE, ZIP + 4

ENTER ABOVE, OFFICE SOUGHT  *MAYOR*   ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than a county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

_For a statewide office_
It is suggested that you file petitions in county to facilitate the processing of the filing. For determine the number of signatures by congressional district, enter district no.: ____ (optional).

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

*Alan Schintzius* signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

[X] General Election  [ ] Special Election  [ ] Democratic Primary  [ ] Republican Primary

to be held on the **8th** day of *November* 20 *16* and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/herself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA AND NO MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|---|
| R | 1. SIGN | ~~ | RESIDENCE 2518 Grove Ave | 3-24-16 | |
| | PRINT | Allison Reid | CITY/TOWN Richmond | | |
| R | 2. SIGN | David Wyatt Johnson | RESIDENCE 409 South Stafford Ave | 3/24/16 | |
| | PRINT | David Wyatt Johnson | CITY/TOWN Richmond, Va 23220 | | |
| R | 3. SIGN | Megan Landrieux | RESIDENCE 1906 Hanover Ave | 3/24/16 | |
| | PRINT | Megan Landrieux | CITY/TOWN Richmond, VA 23220 | | |
| R | 4. SIGN | Adam Weatherford | RESIDENCE 1055 Lee ___ Rd | 3/24/16 | |
| | PRINT | Adam Weatherford | CITY/TOWN Richmond Va 23225 | | |
| | 5. SIGN | Kate Jennings | RESIDENCE ~~~ | | |
| | PRINT | | CITY/TOWN | | |
| R | 6. SIGN | Amanda Weatherford | RESIDENCE 1055 Lee ___ Rd | 3-24-17 | |
| | PRINT | Amanda Weatherford | CITY/TOWN Richmond Va 23225 | | |
| C | 7. SIGN | Kate Jennings | RESIDENCE 1510 Grove Ave | ___ | |
| | PRINT | Kate ___ | CITY/TOWN Richmond, VA ___ | | |
| R | 8. SIGN | Bruce ___ | RESIDENCE 1200 W ___ St | ___ | |
| | PRINT | Jessica Barter | CITY/TOWN Richmond VA 23___ | | |
| R | 9. SIGN | ___ | RESIDENCE 2126 Maplewood Ave | 3/24/16 | |
| | PRINT | Andrew Spruill | CITY/TOWN Richmond VA 23220 | | |
| | 10. SIGN | ___ | RESIDENCE 410 Bellevue Ave | 3-24-16 | |
| | PRINT | Mat Shelton-Eide | CITY/TOWN Richmond, VA 23221 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number for identification checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _____ PRINT Angelica Rosales | RESIDENCE 5219 Campbell Ave CITY/TOWN Richmond VA 2323 | 3/13/16 | |
| 12 | SIGN Chelsea Chagnon PRINT Chelsea Chagnon | RESIDENCE 300 Stockton St #H11 CITY/TOWN Richmond VA 23224 | 3/23/16 | |
| 13 | SIGN _____ PRINT Katie Dill | RESIDENCE 22 S Addison CITY/TOWN Richmond, VA 2322 | 3/23/16 | |
| 14 | SIGN _____ PRINT Kevin Correll | RESIDENCE 4036 N. Huguenot Rd CITY/TOWN Richmond, VA 23235 | 3/24/16 | |
| 15 | SIGN _____ PRINT Alyssa Pitre | RESIDENCE 1905 Woodbine Rd CITY/TOWN Richmond, VA 2322 | 3/25/16 | |
| 16 | SIGN Conover PRINT Matthew Conover | RESIDENCE 301 S Cherry St CITY/TOWN Richmond 23220 | 3-25-16 | |
| 17 | SIGN _____ PRINT Chris Maxwell | RESIDENCE 1520 Porter St CITY/TOWN Richmond, Va. 23224 | 3/25/16 | |
| 18 | SIGN James R Ferguson PRINT James R Ferguson | RESIDENCE 1520 Porter CITY/TOWN Richmond Va 23224 | 3/25/16 | |
| 19 | SIGN _____ PRINT _____ | RESIDENCE 1520 Porter St CITY/TOWN Richmond VA 23224 | 3/25/16 | |
| 20 | SIGN _____ PRINT WILLIAM ACOSTA-LEWIS | RESIDENCE 7001 Stuart Ave CITY/TOWN RICHMOND VA | 3/25/16 | |
| 21 | SIGN _____ PRINT Kevin E Jeter | RESIDENCE 815 Perry St #310 CITY/TOWN Richmond, VA 23224 | 3/26/16 | |

Commonwealth of Virginia - AFFIDAVIT -

I, Alan Schintzius, _____ swear or affirm that (i) my full residential address is 3321 Garland Ave, VA Utah; in the County/City/Town of Richmond, in the State/Commonwealth of _____; (ii) I am a legal resident of a United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony, punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

T64 25295C
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

1193
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

SIGNATURE OF PERSON CIRCULATING THE PETITION

NOT PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW:
Deia Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7327182
My Commission Expires 11/30/2018

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this _____ day of April, 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

_____ Deia M. Cosby

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

Privacy Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing an social security number or part thereof

* not included in seal/stamp.

S6S-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
### PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing

For a statewide office it is suggested that you file petitions in each county to facilitate the processing of the filing. To track the number of signatures by congressional district enter district no. ____ (optional).

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

**Alan Schintzius**

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

**3321 garland ave**

ENTER ABOVE, CITY/TOWN / ENTER ABOVE, ZIP + 4

**Richmond Va    23221**

ENTER ABOVE, OFFICE SOUGHT / ENTER ABOVE, DISTRICT, IF APPLICABLE

**MAYOR**

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

**Alan Schintzius** signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the **8th** day of **Nov**, 20 **16** and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that she/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, IS NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | [SEE NOTE BELOW] LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| NR | 1. SIGN | | RESIDENCE 5818 Kensington | 3/27/16 | |
| | PRINT | JEREMIAH SHRIVER | CITY/TOWN RVA 23226 | | |
| R | 2. SIGN | | RESIDENCE 4253 Grove Ave | 3-27-16 | |
| | PRINT | Jennifer Holloway | CITY/TOWN RVA 23221 | | |
| R | 3. SIGN | Ron Shriver | RESIDENCE 5389 Hermitage Ct | 3-27-16 | |
| | PRINT | Ronald G Shriver | CITY/TOWN RVA 23226 | | |
| RN | 4. SIGN | Leslie Coggin | RESIDENCE Monument Ave | 3/27/16 | |
| | PRINT | | CITY/TOWN RVA 23221 | | |
| R | 5. SIGN | | RESIDENCE Monument Ave | mar 27/16 | |
| | PRINT | Melanie Holloway | CITY/TOWN RVA 23221 | | |
| R | 6. SIGN | | RESIDENCE 1705 Georgia Ave | 3/27/16 | |
| | PRINT | | CITY/TOWN RVA 23220 | | |
| R | 7. SIGN | Carol Piersol | RESIDENCE 2011 Floyd | 3/27/16 | |
| | PRINT | Carol Piersol | CITY/TOWN RVA 23220 | | |
| R | 8. SIGN | | RESIDENCE 2705 Stuart Ave | 3/27/16 | |
| | PRINT | Claire Marsh | CITY/TOWN RVA 23220 | | |
| R | 9. SIGN | | RESIDENCE 1501 Claiborne St | 3/27 | |
| | PRINT | Jon Jordan | CITY/TOWN RVA 23220 | | |
| R | 10. SIGN | | RESIDENCE 1722 Floyd Ave | 5/27 | |
| | PRINT | Tavarris Spinks | CITY/TOWN Richmond VA | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

***Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

CONTINUED FROM REVERSE SIDE   CANDIDATE NAME: _Alan Schintzius_ OFFICE SOUGHT: _Mayor_

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _Elizabeth Parson_ PRINT ELIZABETH PARSONS | RESIDENCE 6321 STONYBROOK DRIVE CITY/TOWN RICHMOND VA 23225 | 3/27/16 | |
| 12 | SIGN _Robert L Andrews_ PRINT _Robert L. Andrews_ | RESIDENCE 2018 irene Ave CITY/TOWN Richmond VA 23Do | 3/27/16 | |
| 13 | SIGN _____ PRINT _____ | RESIDENCE 4804 SPRINGHILL CITY/TOWN RICHMOND VA 2385 | 3/27/16 | |
| 14 | SIGN _Ernst D_ PRINT Ernst Dove | RESIDENCE 1514 West Ave CITY/TOWN Richmond VA 23220 | 3/27/16 | |
| 15 | SIGN _____ PRINT _____ | RESIDENCE 7 S. Clark's Av. CITY/TOWN Richmond VA 23XD | 3/27/16 | ∟ |
| 16 | SIGN _____ PRINT _____ | RESIDENCE 7 S. Stables CITY/TOWN Richmond, VA 23220 | 3/27/16 | |
| 17 | SIGN _John F Berry_ PRINT JOHN F BERRY | RESIDENCE 6436 Bickhill CITY/TOWN RICHMOND VA | 3/27/16 | |
| 18 | SIGN _Tom C Manthey_ PRINT Tom C Manthey | RESIDENCE 4507 Monroe Ave CITY/TOWN Richmond, VA | 3/27/16 | ∟ |
| 19 | SIGN _____ PRINT _____ | RESIDENCE 2016 J.W. CITY/TOWN _____ | 3/27/16 | |
| 20 | SIGN _____ PRINT John T Crutchfield | RESIDENCE 34 Loomis St CITY/TOWN Richmond VA 23220 | | |
| 21 | SIGN _Robert Selby_ PRINT Robert Selby | RESIDENCE 3327 W. Weyburn Rd CITY/TOWN Richmond, Va 23235 | 3/21/16 | ∟ |

Commonwealth of Virginia
- AFFIDAVIT -

I, _Alan Schintzius_, swear or affirm that (i) my full residential
address is _3321 Garland av_ in the County/City/Town of _Richmond_ in the State/Commonwealth of
_VA_; (ii) I am a legal resident of
a United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_Alan Schintzius_
SIGNATURE OF PERSON CIRCULATING THE PETITION

State of _Virginia_ County/City of _Richmond_
The foregoing instrument was subscribed and sworn before me this
____ day of _April_, 20 _16_, by
_Alan Schintzius_
PRINT NAME OF PERSON CIRCULATING THE PETITION

_____
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

NOTE: PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP REQUIRED.

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7327182
My Commission Expires 11/30/2016

764252950
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
_va_
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
_VA_
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Privacy Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

* Not included in seal stamp.

SBE-506/521  REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

*Alan Schintzius*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

*3321 Garland ave*

ENTER ABOVE, CITY/TOWN                                    ENTER ABOVE, ZIP + 4

*Richmond Va   23222*

ENTER ABOVE, OFFICE SOUGHT   *MAYOR*        ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing if you list the number of signatures by congressional district enter district no. ____ [optional]

We, the qualified voters of the district in which the above candidate seeks nomination or election and of *Alan Schintzius* signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the *8th* day of *Nov* 20*16*, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|
| 1. | SIGN *Wilda Jones* / PRINT *Wilda C. Jones* | RESIDENCE *1816 Powhatan St* / CITY/TOWN *Richmond, VA* | 4/1/16 | |
| 2. | SIGN / PRINT *Meredyth Turple* | RESIDENCE *3800 Montrose Ave* / CITY/TOWN *Richmond, VA 23222* | 4/1/16 | |
| 3. | SIGN / PRINT *Silas Green* | RESIDENCE *3800 montrose Ave* / CITY/TOWN *Rich, VA 23222* | 4/1/16 | |
| 4. | SIGN / PRINT *Stacey Randolph* | RESIDENCE *821 Catherine St* / CITY/TOWN *Richmond VA 23220* | 4/1/16 | |
| 5. | SIGN / PRINT *Katy McCormack* | RESIDENCE *2304 Parkwood Ave* / CITY/TOWN *Richmond VA 23220* | 4/1/16 | |
| 6. | SIGN *Will Boneford* / PRINT *Will Boneford* | RESIDENCE *3212 Monument Ave* / CITY/TOWN *Richmond VA 23221* | 4/1/16 | |
| 7. | SIGN *Nikhita Jain* / PRINT *Nikhita Jain* | RESIDENCE *Richmond* / *243 West Hampton way* | 4/1/16 | |
| 8. | SIGN / PRINT *Charlie Turner* | RESIDENCE *215 N. 18th Street Apt 4* / CITY/TOWN *Richmond VA 23223* | 4/1/16 | |
| 9. | SIGN / PRINT | RESIDENCE / CITY/TOWN *Richmond* | | |
| 10. | SIGN / PRINT | RESIDENCE / CITY/TOWN *Richmond* | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

**\* Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| 11 | SIGN | RESIDENCE | 2416 West Main St | 4/1/16 | |
| | PRINT Gregory Nowotarski | CITY/TOWN | Richmond | | |
| 12 | SIGN | RESIDENCE | 14 E S Plum st | 4/1/16 | |
| | PRINT Julius Dela Cruz | CITY/TOWN | Richmond | | |
| 13 | SIGN David Riddick | RESIDENCE | 3018 New Kent | 4/1/16 | |
| | PRINT DAVID RIDDICK-HOR | CITY/TOWN RICHMOND, VA | | | |
| 14 | SIGN | RESIDENCE | 2008 W Cary st | 4/1/16 | |
| | PRINT Kyle Anderberg | CITY/TOWN Richmond VA | | | |
| 15 | SIGN | RESIDENCE | 8470 Uyndale Dr | 4/1/16 | |
| | PRINT Brant Collier | CITY/TOWN Mechanicsville VA | | | |
| 16 | SIGN | RESIDENCE | 2129 Atwood Ave | 4/1/16 | |
| | PRINT Cynthia Reyes | CITY/TOWN Richmond | | | |
| 17 | SIGN Matthew D | RESIDENCE | 404 E 120th St | 4/1/16 | |
| | PRINT Matthew Daniel | CITY/TOWN R VA | | | |
| 18 | SIGN Welford Smith J | RESIDENCE | 2714 Bainbridge St | 4-1-16 | |
| | PRINT Welford Smith J | CITY/TOWN Richmond VA 23225 | | | |
| 19 | SIGN | RESIDENCE | 1626 Claremont Ave | 4-1-16 | |
| | PRINT Terry S. Brisbane | CITY/TOWN Richmond VA 73227 | | | |
| 20 | SIGN | RESIDENCE | 1131 Eggleston | 4/1/16 | |
| | PRINT Audrey Neeley | CITY/TOWN Richmond, VA. | | | |
| 21 | SIGN | RESIDENCE | 4 C Addison St | 4/1/16 | |
| | PRINT | CITY/TOWN Richm Va 232 | | | |

Commonwealth of Virginia

**- AFFIDAVIT -**

I Alan Schintzius address is 832 garland ave in the County/City/Town of Richmond swear or affirm that (i) my full residential _____ in the State/Commonwealth of the United States of America; (ii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony, punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

T# 252950
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

ADE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7627182
My Commission Expires 11/30/2018

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Henrico

The foregoing instrument was subscribed and sworn before me this ___ day of April , 20 16 , by

Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

163
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

if not included in seal/stamp.

SBE-506/521 REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

*Alan Schintzius*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

*3321 Garland Ave*

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

*Richmond Va 23222*

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing

For a statewide office
It is suggested that you file petitions in county order to facilitate the processing of the filing. If you request the number of signatures by congressional district enter district no.: ____ (optional).

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

*Alan Schintzius* signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the *8th* day of *November* 20 *16* and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| R | 1. SIGN | Jessica Vaugh | RESIDENCE 2006 Maplewood | 4/1 | |
| | PRINT | Jessica Winklyn | CITY/TOWN Richmond | | |
| R | 2. SIGN | | RESIDENCE 2114 Hanover Ave | 4/1 | |
| | PRINT | Kenneth Kolb | CITY/TOWN Richmond 23220 | | |
| R | 3. SIGN | Katherine Rivara | RESIDENCE 3301 Rosewood Ave | 4/1 | |
| | PRINT | Katherine Rivara | CITY/TOWN Richmond, VA 23221 | | |
| R | 4. SIGN | | RESIDENCE 304 N. Mulberry St APT | 4/1 | |
| | PRINT | CHRIS DAMON | CITY/TOWN RICHMOND, VA 23220 | | |
| R | 5. SIGN | Paul H Q | RESIDENCE 816 West Clay | 01 April | |
| | PRINT | PAUL R HINGLEY | CITY/TOWN Richmond, VA 23220 | | |
| V | 6. SIGN | EMMA VEGA MS | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| R | 7. SIGN | | RESIDENCE 2115 Stuart Ave. | 4/1 | |
| | PRINT | Gilbert Crockett | CITY/TOWN Richmond VA 23220 | | |
| V | 8. SIGN | | RESIDENCE 2702 Northumberland Ave | 4/L | |
| | PRINT | Michael Gilbert | CITY/TOWN Richmond, VA 23220 | | |
| V | 9. SIGN | Christ | RESIDENCE 9321 Brundage Rd | 4/1 | |
| | PRINT | Christina Sauer | CITY/TOWN North Chesterfield VA 23836 | | |
| | 10. SIGN | | RESIDENCE 611 St. Peter St | 4/1 | |
| | PRINT | DENIS MEHTA | CITY/TOWN Richmond, VA 23219 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

CONTINUED FROM REVERSE SIDE **CANDIDATE NAME:** Alan Schintzius **OFFICE SOUGHT:** Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY # | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES **ARE NOT** ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|---|
| 11 | SIGN | Helen S. McIver | RESIDENCE | 3617 Seminary Av | 4/2 | |
| | PRINT | Helen S. M'Iver | CITY/TOWN | Richmond VA 23227 | 16 | |
| 12 | SIGN | | RESIDENCE | 5420 Main Lane | 4.2.16 | |
| | PRINT | Tim Townsend | CITY/TOWN | Richmond, VA | | |
| 13 | SIGN | Tim V. Reed | RESIDENCE | 3009 Grant St | 4/2 | |
| | PRINT | Jim V Reed III | CITY/TOWN | Richmond, VA 23226 | /16 | |
| 14 | SIGN | | RESIDENCE | 401 W 39th St | 4/2/16 | |
| | PRINT | Steven Brakke | CITY/TOWN | Richmond, VA 23225 | | |
| 15 | SIGN | | RESIDENCE | 2988 Park Ave | 4/2/16 | |
| | PRINT | Alan Sanfratello | CITY/TOWN | Richmond, VA 23221 | | |
| 16 | SIGN | | RESIDENCE | 2908 Park Ave. | | |
| | PRINT | Emily Sanfratella | CITY/TOWN | Richmond VA 23221 | 4/2/16 | |
| 17 | SIGN | | RESIDENCE | 1000 W. Grace Street | 4-2-16 | |
| | PRINT | Alexis Ward | CITY/TOWN | Richmond VA, 23220 | | |
| 18 | SIGN | | RESIDENCE | 2000 W Grace Street | 4/2/16 | |
| | PRINT | | CITY/TOWN | Richmond VA, 23220 | | |
| 19 | SIGN | | RESIDENCE | 801 W Franklin | 4/2/16 | |
| | PRINT | Austin Morales | CITY/TOWN | Richmond | | |
| 20 | SIGN | | RESIDENCE | 711 W Main | 4-2-16 | |
| | PRINT | Helen Colabagi | CITY/TOWN | Richmond | | |
| 21 | SIGN | | RESIDENCE | 916 W Grace | Apr 2 | |
| | PRINT | Issaw Banaourah | CITY/TOWN | Richmond | 2016 | |

**- AFFIDAVIT -**

Commonwealth of Virginia

I, Alan Schintzius _____ , swear or affirm that (i) my full residential
address is 5329 Delmont ave _____ , in the State/Commonwealth of
Virginia _____ in the County/City/Town of Richmond _____ ; (ii) I am a legal resident of the
United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of __Virginia__ County/City of __Dickson__

The foregoing instrument was subscribed and sworn before me this
___ day of __April__ , 20 __16__ by
__Alan Schintzius__
PRINT NAME OF PERSON CIRCULATING THE PETITION

NOTARY PUBLIC OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS

| NOTARY REGISTRATION NUMBER** | DATE NOTARY COMMISSION EXPIRES** |

*CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE:* **T04252956**

**V0**

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE: **1R3**

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

IS PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7327182
My Commission Expires 11/30/2018

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
matching this petition with the official voter registration record. You are not required to provide this information and may sign the petition without
doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
it, and a security number of part thereof.

If not included in seal/stamp.

SBE-506/521 REV 1.2013

(Must be filed with Declaration of Candidacy)

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

When an election district includes more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city, to facilitate the processing of the filing.

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland avl

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

Richmond Va   23222

For a statewide office, it is suggested that you file petitions in county or city to facilitate the processing of the filing. If you wish, the number of signatures by congressional district, enter district no. _____ [optional].

ENTER ABOVE, OFFICE SOUGHT  MaYor          ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of ____ Alan Schintzius ____ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the __8th__ day of __November__, 20 _16_ and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is not him/herself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA NOT MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| O | 1. SIGN | _(signature)_ | RESIDENCE 3224 Floyd Ave | 4/2/16 | |
| | PRINT | Lynley Ritchie | CITY/TOWN Richmond VA 23221 | | |
| P | 2. SIGN | _(signature)_ | RESIDENCE 2414 Rosewood | 4/2/16 | |
| | PRINT | CHRIS BYRD | CITY/TOWN Richmond VA 23220 | | |
| P | 3. SIGN | _(signature)_ | RESIDENCE 2414 Rosewood | 4/2/16 | |
| | PRINT | Stacy BYRD | CITY/TOWN RICHMOND VA 23220 | | |
| P | 4. SIGN | _(signature)_ | RESIDENCE 612 S. Laurel St | 4/2/16 | |
| | PRINT | Scott Burger | CITY/TOWN Richmond VA 23220 | | |
| P | 5. SIGN | _(signature)_ | RESIDENCE 7660 Cherokee Rd | 4/2/16 | |
| | PRINT | Michael Kelleher | CITY/TOWN R VA 23225 | | |
| G | 6. SIGN | _(signature)_ | RESIDENCE 508 B ___ St E | 4/3/16 | |
| | PRINT | Stephen Nuthill | CITY/TOWN Richmond VA 232__ | | |
| | 7. SIGN | _(signature)_ | RESIDENCE 801 W ___ | | |
| | PRINT | _(signature)_ | CITY/TOWN Richmond VA | | |
| G | 8. SIGN | Julie Adler | RESIDENCE 711 W Main | 4/3/16 | |
| | PRINT | _(signature)_ | CITY/TOWN Richmond VA | | |
| R | 9. SIGN | Leah MacDaniel | RESIDENCE 3201 Ninth Ave | | |
| | PRINT | _(signature)_ | CITY/TOWN Richmond VA 232__ | | |
| | 10. SIGN | _(signature)_ | RESIDENCE 1015 Taylor Av | 4/3/16 | |
| | PRINT | David Phiney | CITY/TOWN Richmond 23223 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

***** Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing a social security number or part thereof.

CONTINUED FROM REVERSE SIDE **CANDIDATE NAME:** Alan Schintzius **OFFICE SOUGHT:** Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN | RESIDENCE 7909 Gary Street Rd | 4/3/16 | |
| | PRINT Michael Newberger | CITY/TOWN Richmond, VA | | |
| 12 | SIGN | RESIDENCE 3412 Stuart Ave. | 4/3/16 | |
| | PRINT Jonathan Lewis | CITY/TOWN Richmond, VA | | |
| 13 | SIGN | RESIDENCE 1428 N CLAY | 4/3/16 | |
| | PRINT Heidi Mangiola | CITY/TOWN RICHMOND, VA | | |
| 14 | SIGN | RESIDENCE 1209 Leicester Rd | 4/3/16 | |
| | PRINT Liz Reilly | CITY/TOWN Richmond 23225 | | |
| 15 | SIGN Rhonda H Davis | RESIDENCE 1320 Wickey St. | 4/3/16 | |
| | PRINT Rhonda H. Davis | CITY/TOWN Richmond, VA | | |
| 16 | SIGN Scotty Price | RESIDENCE 3105 Ellwood ave | 4/3/16 | |
| | PRINT Scott Price | CITY/TOWN Richmond Va 2792 | | |
| 17 | SIGN | RESIDENCE 6 N 31 St | 4/3/16 | |
| | PRINT Ann Altizanio | CITY/TOWN Ric Va 23225 | | |
| 18 | SIGN | RESIDENCE 1218 Whitby Rd. | 4/3/16 | |
| | PRINT James P Armstrong | CITY/TOWN RVA 23227 | | |
| 19 | SIGN | RESIDENCE 1818 Whitby Rd. | 04/03/16 | |
| | PRINT T. Todd Lee | CITY/TOWN Rich. Va 23227 | | |
| 20 | SIGN | RESIDENCE 314 NORTH 30th ST | 4/3/16 | |
| | PRINT RICHARD TATNALL | CITY/TOWN RICHMOND VA 23223 | | |
| 21 | SIGN | RESIDENCE 1009 FORREST ST APT B | 4/3/16 | |
| | PRINT RYAN WILLIAMS | CITY/TOWN RICHMOND, VA 23224 | | |

**- AFFIDAVIT -**

Commonwealth of Virginia

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3521 Garland ave in the County/City/Town of Richmond in the State/Commonwealth of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I am a legal resident of witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

SPACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW
Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

State of Virginia County/City of York

The foregoing instrument was subscribed and sworn before me this 14 day of April, 20 16 by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

T 64 26 29 5 0
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
Va
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

11 983
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Privacy notice. The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing an social security number or part thereof.

* if not included in seal/stamp.

SBE-506/521 REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland ave

For a statewide office it is suggested that you file petitions in a county to facilitate the processing of the filing. You may use the number of signatures by congressional or district number ____ [optional].

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

Richmond Va      23220

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT IF APPLICABLE

Mayor

We, the qualified voters of the district in which the above candidate seeks nomination or election and of
___Alan Schintzius_____ signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the __8th__ day of __Nov__ 20__16__ and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/herself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| R | 1. SIGN | Choselli Wisotzki | RESIDENCE 1305 Grove | 4/10/16 | |
| | PRINT | Chostie Wisotzki | CITY/TOWN Richmond VA | | |
| R | 2. SIGN | Eml Ppg | RESIDENCE 1906 Avondale | 4/10/16 | |
| | PRINT | Emeline Phipps | CITY/TOWN Richmond, VA | | |
| R | 3. SIGN | Meghan Lamberta | RESIDENCE 1012 Will 49th st | 4/10/16 | |
| | PRINT | | CITY/TOWN Richmond, VA 23220 | | |
| R Q | 4. SIGN | Seah Burke | RESIDENCE 6480 Birkdale Rd | 4/10/16 | |
| | PRINT | Sarah Birke | CITY/TOWN Richmond VA 23___ | | |
| R | 5. SIGN | | RESIDENCE 1 E marshall st | 4/16/16 | |
| | PRINT | Nicholas Spangler | CITY/TOWN Richmond VA 23219 | | |
| C J | 6. SIGN | Roguera | RESIDENCE 1 E Marshall St | 4/10/16 | |
| | PRINT | Jonathan Logue | CITY/TOWN Richmond VA 23___ | | |
| R | 7. SIGN | Ca___ | RESIDENCE 3713 Chantal st | 4/10/16 | |
| | PRINT | Cassara | CITY/TOWN Richmond, VA 23435 | | |
| R | 8. SIGN | | RESIDENCE 539 N reasons st | 4/10/16 | |
| | PRINT | | CITY/TOWN Richmond, VA 23222 | | |
| | 9. SIGN | | RESIDENCE 2209 Rox hill Rd | 4/10/16 | |
| | PRINT | Johnson Mkku | CITY/TOWN Richmond, VA 23___ | | |
| C | 10. SIGN | Ausley | RESIDENCE 11 1/2 W Clay St | 4/16/16 | |
| | PRINT | CM Brayshaw | CITY/TOWN R VA 23220 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _Kelley_ PRINT Kelley Wolf | RESIDENCE 10 N Auburn Ave CITY/TOWN RVA 23221 | 4.11.16 | |
| 12 | SIGN _Nagi_ PRINT Christina Nagi | RESIDENCE 4639 Kensington Ave CITY/TOWN RVA 23226 | 4.11.16 | |
| 13 | SIGN Larry E. Flythe PRINT LARRY E. FLYTHE SR | RESIDENCE 614 Chimborazo Blvd CITY/TOWN Rich Va 23223 | 4.11.16 | |
| 14 | SIGN Caroline Cox PRINT Caroline Cox | RESIDENCE 430 S Laurel St CITY/TOWN Richmond Va | 4/11/16 | |
| 15 | SIGN John Richmond Jr PRINT John Richmond Jr | RESIDENCE 430 S Laurel St CITY/TOWN Richmond VA 23220 | 4-11-16 | |
| 16 | SIGN Brianna Nomi PRINT Brianna Nomi | RESIDENCE 1804 Seddon Rd CITY/TOWN Richmond VA 23227 | 4-11-16 | |
| 17 | SIGN _Michael Broth_ PRINT MICHAEL BROTH | RESIDENCE 1804 SEDDON RD CITY/TOWN RICHMOND VA 23227 | 4/11/16 | |
| 18 | SIGN _AH_ PRINT JAY SUNNER | RESIDENCE 610 S Laurel St. CITY/TOWN R V A 23220 | 4/11/16 | |
| 19 | SIGN _Ian C Hess_ PRINT IAN C HESS | RESIDENCE 111 W. MARSHALL St CITY/TOWN RVA 23220 | 4/11/16 | |
| 20 | SIGN Kristopher Goad PRINT KRISTOPHER GOAD | RESIDENCE 2608 Hanover Ave CITY/TOWN Richmond 23220 | 4/11/16 | |
| 21 | SIGN _Aaron Clayford_ PRINT Aaron Clayford | RESIDENCE 2701 East Main CITY/TOWN Richmond | 4/12/16 | |

**AFFIDAVIT**

Commonwealth of Virginia

I, Alan Schintzius _____, swear or affirm that (i) my full residential address is 32 S Allen Ave _____ in the County/City/Town of Richmond _____ in the State/Commonwealth of _____; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony, punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_Alan Schintzius_
SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 12 day of April , 20 16 , by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

_Lisa C Cosby_
NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

BE PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW:
Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527162
Commission Expires 11/30/2018

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
16425245C

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
VA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER
193

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* If not included in seal/stamp

K

COMMONWEALTH OF VIRGINIA

# PETITION OF QUALIFIED VOTERS

[Must be filed with Declaration of Candidacy]

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland ave

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

Richmond Va  23222

ENTER ABOVE, OFFICE SOUGHT  MAYOR          ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in count or to facilitate the processing of the filing. If you wish the number of signatures by congressional distr enter district no: ___ [optional]

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Alan Schintzius , signed hereunder or on the reverse

COUNTY OR CITY, OR FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the __8th__ day of _____Nov_____ 20 16 and we do further petition that his/her name be printed upon the official ballots to be used at the election

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/herself a legal resident of the United States of America and who is not a minor or a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED, AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | **SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| | 1. SIGN | [signature] | RESIDENCE 603 Chamberlayn | 3/31 | |
| | PRINT | Sarah P. Stiller | CITY/TOWN Richmond VA | 2016 | |
| | 2. SIGN | Tim L | RESIDENCE 18 K Coledberg | | |
| | PRINT | Tim Kigin | CITY/TOWN Richmond | 3/31 | |
| | 3. SIGN | John K | RESIDENCE 1601 Confederate | 3/31 | |
| | PRINT | John Knapp | CITY/TOWN Richmond VA | | |
| | 4. SIGN | Matthew Zol | RES EDGE 3150 Floyd Ave | 3/31 | |
| | PRINT | MATTHEW ZOLGER | CITY/TOWN | | |
| | 5. SIGN | [signature] | RESIDENCE Richmond VA | 3/31 | |
| | PRINT | Joseph A DeLeon | CITY/TOWN 319 A N. Robinson | | |
| | 6. SIGN | Rogers | RES DENCE Richmond VA | 3/31 | |
| | PRINT | Ronald W. Rogers | CITY/TOWN 325 S. Cherry St. | | |
| | 7. SIGN | S. Mann | RESIDENCE 6229 Debora Dr. | 3/31 | |
| | PRINT | Sarah Mann | CITY/TOWN RVA | | |
| | 8. SIGN | Sheila Jones | RESIDENCE 3606 Chamberlayn | 3/31 | |
| | PRINT | Sheila Jones | CITY/TOWN RVA | | |
| | 9. SIGN | [signature] | RESIDENCE 1808 Powhatan | 3/31 | |
| | PRINT | Hugh Jones | CITY/TOWN Richmond VA | | |
| | 10. SIGN | [signature] | RESIDENCE 305 South | 3/31 | |
| | PRINT | Anton Freed | CITY/TOWN Carrol Richmond VA | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE S

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: *Alan Schintzius* OFFICE SOUGHT: *MAYOR*

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _Gwendolyn_ Fox | RESIDENCE 1167 558 ¼ 5200 82 | | |
| | PRINT | CITY/TOWN Chesterfield VA 23832 | | |
| 12 | SIGN | RESIDENCE | | |
| | PRINT Janette Blake | CITY/TOWN | | |
| 13 | SIGN | RESIDENCE | | |
| | PRINT | CITY/TOWN | | |
| 14 | SIGN Taimur Mahmood | RESIDENCE 900 West Franklin St | 4/1/16 | |
| | PRINT Taimur Mehmood | CITY/TOWN Richmond, VA 23220 | | |
| 15 | SIGN Carol R. Oberle | RESIDENCE 36 S New Kent Ave | 4/1/16 | |
| | PRINT Carol R Oberle | CITY/TOWN Rich Va. 23225 | | |
| 16 | SIGN Andrea Halco | RESIDENCE 112 W. 29th St | 4-1-16 | |
| | PRINT Andrea Halco | CITY/TOWN Richmond, 23225 | | |
| 17 | SIGN Brian McCarthy | RESIDENCE 8470 Wendale Dr | 4/1/16 | |
| | PRINT Brianna McCarthy | CITY/TOWN Mechanicsville, VA | | |
| 18 | SIGN Jose Maria Gulvez | RESIDENCE 3220 Barton ave | 04/01/16 | |
| | PRINT Jose M. Galvez | CITY/TOWN Richmond VA | | |
| 19 | SIGN Dennis H. Harvey | RESIDENCE 316 W. 29 St, | 4/1/16 | |
| | PRINT Dennis H. Harvey | CITY/TOWN Richmond VA. | | |
| 20 | SIGN Anthony Harris | RESIDENCE 1511 Westbridge | 4/1/16 | |
| | PRINT Anthony Harris | CITY/TOWN Richmond VA | | |
| 21 | SIGN Daniel Brisbane | RESIDENCE 1626 Claremont Ave | 4/1/16 | |
| | PRINT Daniel Brisbane | CITY/TOWN Richmond Va 23227 | | |

Commonwealth of Virginia - AFFIDAVIT -

*Alan Schintzius*
3321 Garland
_____ , swear or affirm that (i) my full residential
address is _____ in the County/City/Town of *Richmond* in the State/Commonwealth of
United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of *VIRGINIA* County/City of *RICHMOND*

The foregoing instrument was subscribed and sworn before me this
_____ day of *April* 20 *16* by
*Alan Schintzius*
PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE *VA*

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER *1193*

*T645 79 50*

NOTE: PHOTOGRAPH IS NOT REPRODUCIBLE
NOTARY PUBLIC SEAL BELOW
Commonwealth of Virginia
Reg. #7527163
Commission Expires 11/30/2018

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate matching this petition with the official voter registration record. You are not required to provide this information and may sign the petition without providing it so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

not included in seal/stamp.

SBE-506/521 REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

*Alan Schintzius*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

*3321 garland ave*

ENTER ABOVE, CITY/TOWN                                    ENTER ABOVE, Z-P + 4

*Richmond Va 23222*

ENTER ABOVE, OFFICE SOUGHT                    ENTER ABOVE, DISTRICT, F APPLICABLE

*Mayor*

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office, it is suggested that you file petitions in county/city to facilitate the processing of the filing. If you track the number of signatures by congressional district enter district no.: _____ [optional]

We, the qualified voters of the district in which the above candidate seeks nomination or election and of _*Alan Schintzius*_ _____ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the _*8th*_ day of _*November*_, 20_*16*_ and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. **The circulator of each page must be a person who is he/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.**

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| | 1. SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| ✓ | 2. SIGN | *John* | RESIDENCE 1409 WESTBROOK AVE | 4/1/16 | |
| | PRINT | JOHN MOSER | CITY/TOWN RICHMOND VA 23227 | | |
| ✓ | 3. SIGN | *Talia Moser* | RESIDENCE 1409 Westbrook Ave | 4/1/16 | |
| | PRINT | Talia Moser | CITY/TOWN Richmond Va | | |
| ✓ | 4. SIGN | *W Daley* | RESIDENCE 503 Strawberry St #5 | 4/1/16 | |
| | PRINT | Meredith Salley | CITY/TOWN Richmond VA 23220 | | |
| ✓ | 5. SIGN | | RESIDENCE 503 STRAWBERRY ST #5 | 4/1/16 | |
| | PRINT | JAMES HILL | CITY/TOWN RICHMOND VA 23220 | | |
| ✓ | 6. SIGN | *John Keeter* | RESIDENCE 1443 Brownleaf Dr | 4/1/16 | |
| | PRINT | Shannon Keeter | CITY/TOWN Richmond, VA | | |
| ✓ | 7. SIGN | *Taylor Leigh Adams* | RESIDENCE 415 E Grace St | 4/1/16 | |
| | PRINT | Taylor-Leigh Adams | CITY/TOWN Richmond VA | | |
| ✓ | 8. SIGN | *Green* | RESIDENCE 3102 Kensington Ave | 4/1/16 | |
| | PRINT | Josh Green | CITY/TOWN Richmond VA 23221 | | |
| ✓ | 9. SIGN | *Jay Wright* | RESIDENCE 713 Catherine St | 4/1/16 | |
| | PRINT | Jay Wright | CITY/TOWN Richmond, VA | | |
| ✓ | 10. SIGN | | RESIDENCE 1604 Grove Ave | 4/1/16 | |
| | PRINT | Arshan Vardanishenas | CITY/TOWN Richmond, VA | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON

\* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security checking this petition with the official voter registration record. You are not required to provide this information and may sign the pe so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the con social security number or part thereof.

CONTINUED FROM REVERSE SIDE CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY |
|---|---|---|---|---|
| 11 | SIGN _____ PRINT _____ Kelley | RESIDENCE 113 Auckland Ar CITY/TOWN Rich VA 23231 | 4/02/16 | |
| 12 | SIGN _____ PRINT _____ | RESIDENCE 317 West _____ CITY/TOWN _____ | 4/2/16 | |
| 13 | SIGN R. Hoss PRINT RYAN HOSS | RESIDENCE 16 N MEADOW ST CITY/TOWN RICHMOND | 4/2/16 | |
| 14 | SIGN Peter Lewis PRINT Peter Lewis | RESIDENCE 1701 Grove St. CITY/TOWN Richmond | 4/2/16 | |
| 15 | SIGN _____ PRINT Josh Small | RESIDENCE 5316 Sykes st CITY/TOWN Richmond | 4/2/16 | |
| 16 | SIGN _____ PRINT _____ | RESIDENCE _____ CITY/TOWN _____ | _____ | |
| 17 | SIGN Daniel Bud PRINT _____ | RESIDENCE 2375 Burnett ap CITY/TOWN _____ | 4-2-16 | |
| 18 | SIGN _____ PRINT Anthony Teeze | RESIDENCE 5858 Broadrock Blvd CITY/TOWN Richmond VA | 4-2-16 | |
| 19 | SIGN _____ PRINT Samuel S. Forrest | RESIDENCE 409 Hancock CITY/TOWN Richmond, VA 23220 | 4/2/16 | |
| 20 | SIGN _____ PRINT James Slade | RESIDENCE 1130 Eggleston St CITY/TOWN Richmond VA | 4/2/2016 | |
| 21 | SIGN _____ PRINT Robin Silberman | RESIDENCE 1126 Eggleston St CITY/TOWN Richmond, VA | 4/2/16 | |

Commonwealth of Virginia

**- AFFIDAVIT -**

I, Alan Schintzius _____, swear or affirm that (i) my full residential address is 3321 Garland ave _____, in the County/City/Town of Richmond _____ in the State/Commonwealth of _____; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

PLACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

SIGNATURE OF PERSON CIRCULATING THE PETITION _____

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 12th day of April, 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS     NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

DRIVER'S LICENSE NUMBER, IF APPLICABLE VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE 1195

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

2950

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* If not included in seal/stamp.

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in a county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. If you list the number of signatures by congressional district, enter district no. ____ (optional).

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

*Alan Schintzius*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

*3321 Garland ave*

ENTER ABOVE, CITY/TOWN                                   ENTER ABOVE, ZIP + 4

*Richmond Va 23221*

ENTER ABOVE, OFFICE SOUGHT  *MAYOR*      ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

*Richmond* _____ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election   ☐ Special Election   ☐ Democratic Primary   ☐ Republican Primary

to be held on the *8th* day of *November*, 20 *16* and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is he/him a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | LAST 4 DIGITS SSN |
|---|---|---|---|---|---|
| ✓ | 1. SIGN | _(signature)_ | RESIDENCE *619 Azalea St* | | |
| | PRINT | *Derrick Mykens* | CITY/TOWN *Richmond Va* | *2322*  |  |
| ✓ | 2. SIGN | _(signature)_ | RESIDENCE *2008 Park Ave* | | |
| | PRINT | *Richard Wallin* | CITY/TOWN *Richmond VA* | | |
| ✓ | 3. SIGN | _(signature)_ | RESIDENCE *1116 W Plum St* | | |
| | PRINT | *Sadpth Nalor* | CITY/TOWN *Richmond, VA* | *3/29/16* | |
| ✓ | 4. SIGN | _(signature)_ | RESIDENCE *201 N 33 St* | | |
| | PRINT | _(signature)_ | CITY/TOWN *RICHMOND VA* | *3/18* | |
| ✓ | 5. SIGN | *N'aedra* | RESIDENCE *714 Holly St* | | |
| | PRINT | *D'Naedra Dove* | CITY/TOWN *Cit* | *3/29* | |
| R N B | 6. SIGN | *Constance C. Costa* | RESIDENCE *519 Kitty Tizz Rd* | *3/28* | |
| | PRINT | *Constance Costa* | CITY/TOWN *Richmond VA 23229* | | |
| ✓ | 7. SIGN | _(signature)_ | RESIDENCE *155 E Clay* | | |
| | PRINT | *Kathryn Forte* | CITY/TOWN *Richmond VA* | *3/29/16* | |
| ✓ | 8. SIGN | *Laire Myears* | RESIDENCE *567 Hull st (1st fl)* | | |
| | PRINT | *Laire Miers* | CITY/TOWN *RVA* | | |
| ✓ | 9. SIGN | _(signature)_ | RESIDENCE *9164 Lewis Ave* | | |
| | PRINT | *Chang Lydo* | CITY/TOWN *Richmond VA* | | |
| ✓ | 10. SIGN | *Chas Page* | RESIDENCE *2517 E Grace St* | | |
| | PRINT | *Chas* | CITY/TOWN *Richmond VA 23223* | *3/29/16* | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT

* **Privacy notice**: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number for checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013



**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN / PRINT Gilbert Crockett | RESIDENCE 2111 Oakwood ln. / CITY/TOWN Richmond VA 23228 | 3/28/16 | |
| 12 | SIGN / PRINT TYLER BEALL | RESIDENCE 1428 W. CLAY ST / CITY/TOWN RICHMOND VA 23220 | 3/28 | |
| 13 | SIGN / PRINT Daniel Ravenal | RESIDENCE 6 N Dooley Ave / CITY/TOWN Richmond VA 23221 | 3/28/16 | |
| 14 | SIGN / PRINT William Rigsby | RESIDENCE 3313 Suffolk Rd / CITY/TOWN Richmond VA | 3/28/16 | |
| 15 | SIGN / PRINT Ellsworth Jackson IV | RESIDENCE 623 Grayson Ave / CITY/TOWN Richmond VA 23222 | 3/28/16 | |
| 16 | SIGN / PRINT JOE FOX | RESIDENCE 215 HERMITAGE RD / CITY/TOWN RICHMOND VA 23220 | 3/28/16 | |
| 17 | SIGN / PRINT DAMON C. COOK | RESIDENCE 3439 McGUIRE DR. / CITY/TOWN RVA 23224 | 3/28/16 | |
| 18 | SIGN / PRINT DANNY BAKER | RESIDENCE 3205 PARK AVE / CITY/TOWN Richmond VA 23221 | 3/28/16 | |
| 19 | SIGN / PRINT WARREN SCHWARZ | RESIDENCE 283 N PLUM ST / CITY/TOWN RICHMOND, VA 23220 | 3/28 | |
| 20 | SIGN / PRINT | RESIDENCE 1709 Grove / CITY/TOWN Richmond | 3/28 | |
| 21 | SIGN Nancy Kimball / PRINT Nancy Kimball | RESIDENCE 1709 Grove / CITY/TOWN Richmond | 3/28 | |

- AFFIDAVIT -

Commonwealth of Virginia

I, Alan Schintzus, swear or affirm that (i) my full residential address is 3321 garland ave #4, in the County/City/Town of Richmond, in the State/Commonwealth of ____; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_____
SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 18th day of April, 20 16, by Alan Schintzus

PRINT NAME OF PERSON CIRCULATING THE PETITION

PLACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

_____
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER: 764252950

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE: N.a

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE: 183

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

**Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

* if not included in seal/stamp.

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland ave

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

Richmond Va 23222

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

Mayor

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statement of the it is suggested that you file petitions in each county to facilitate the processing of the filing. Figure the number of signatures in a congressional district, enter district no. \_\_\_\_ [optional]

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Alan Schintzius signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the 8th day of Nov, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is hereunto a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| C N | 1. SIGN | Paul | RESIDENCE 1721 Grove Av #1 | 4/18/16 | |
| | PRINT | PAUL LEWIS | CITY/TOWN Richmond, VA 23220 | | |
| R | 2. SIGN | | RESIDENCE 1514 Texas Ave Richmond | 4/10/16 | |
| | PRINT | Leah Page | CITY/TOWN Richmond | | |
| | 3. SIGN | | RESIDENCE | | |
| | PRINT | Aaron R— | CITY/TOWN | | |
| V N | 4. SIGN | | RESIDENCE 2216 LC St | 4/10/16 | |
| | PRINT | Andrew Michaels | CITY/TOWN Richmond | | |
| R | 5. SIGN | Fields | RESIDENCE 1911 | | |
| | PRINT | Kevin O. | CITY/TOWN | | |
| R | 6. SIGN | | RESIDENCE | | |
| | PRINT | Ileen | CITY/TOWN | | |
| R | 7. SIGN | Jack | RESIDENCE 301 | | |
| | PRINT | Jack | CITY/TOWN | | |
| V N | 8. SIGN | | RESIDENCE 391 | 4/1/4 | |
| | PRINT | Steven | CITY/TOWN Richmond, VA | | |
| R | 9. SIGN | | RESIDENCE 476 | | |
| | PRINT | Mark Walker | CITY/TOWN Richmond | | |
| | 10. SIGN | | RESIDENCE 1092 Marmont Live | 4/10/16 | |
| | PRINT | Brandon Simmons | CITY/TOWN Richmond, VA 23220 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

**\* Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

CONTINUED FROM REVERSE SIDE **CANDIDATE NAME:** Alan Schintzius  **OFFICE SOUGHT:** Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _Natalie Snider_ PRINT Natalie Snider | RESIDENCE 3011 E. Broad St, Bsml CITY/TOWN Richmond VA 23323 | 4.10.16 | |
| 12 | SIGN _Heidi Rugg_ PRINT Heidi Rugg | RESIDENCE 1811 Maple Shade Ln CITY/TOWN Richmond 23227 | 4.10.16 | |
| 13 | SIGN _Katelyn West-Smith_ PRINT Katelyn Kress-Smith | RESIDENCE 2204 E Marshall CITY/TOWN Richmond VA 23223 | 4/10/16 | |
| 14 | SIGN _Willa Pive_ PRINT Willa Pivo | RESIDENCE 1814 Hancock Ave Apt A CITY/TOWN Richmond, VA | 4/10/16 | |
| 15 | SIGN _Shea Stone_ PRINT Shea Stone | RESIDENCE 3108 E Marshall CITY/TOWN Richmond, VA 23223 | 4/10/16 | 1 |
| 16 | SIGN _Diana Collazo_ PRINT Diana Collazo | RESIDENCE 2405 W Cary CITY/TOWN Richmond 23443 | 4/10/16 | |
| 17 | SIGN _Elkins_ PRINT Elkins | RESIDENCE CITY/TOWN | 4/10/16 | |
| 18 | SIGN PRINT | RESIDENCE CITY/TOWN | 4/10/16 | |
| 19 | SIGN _Amanda Robinson_ PRINT Amanda Robinson | RESIDENCE 2817 Edgewood Ave CITY/TOWN Richmond, VA 23222 | 4/10/16 | |
| 20 | SIGN PRINT Chadenberh | RESIDENCE 2817 Edgewood CITY/TOWN Richmond VA 23220 | 4/10/16 | |
| 21 | SIGN _Luke Stevens_ PRINT Luke Stevens | RESIDENCE 616 Albemarle CITY/TOWN Richmond VA 23220 | 4/10/16 | |

**- AFFIDAVIT -**

Commonwealth of Virginia

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3971 Garland ___, in the County/City/Town of Richmond, in the State/Commonwealth of Virginia; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_Alan Schintzius_
SIGNATURE OF PERSON CIRCULATING THE PETITION

SPACE PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527162
Commission Expires 11/30/2018

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this ___ day of April, 20 16 by Alan Schintzius

_Lisa Cosby_
PRINT NAME OF PERSON CIRCULATING THE PETITION

NOTARY, OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE: 164252956

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE: VA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER: 193

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* If not included in seal/stamp.

SBE-506/521  REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|---|
| 11 | SIGN | L.C. | RESIDENCE | 308 W 30th | 5/20 | |
| | PRINT | Raven Fetlar | CITY/TOWN | Richmond | | |
| 12 | SIGN | | RESIDENCE | 308 W 30th | 5/20 | |
| | PRINT | Michael Fetlar | CITY/TOWN | RVA | | |
| 13 | SIGN | Casey Criddle | RESIDENCE | 3111 Condue St | 5/20 | |
| | PRINT | Casey Criddle | CITY/TOWN | Richmond | | |
| 14 | SIGN | | RESIDENCE | 3422 Stuart Ave | 5/16 | |
| | PRINT | Sean Crece | CITY/TOWN | RVA | | |
| 15 | SIGN | Nancy Costello | RESIDENCE | 2517 Grove Ave | 5/20 | |
| | PRINT | Nancy Costello | CITY/TOWN | RVA | | |
| 16 | SIGN | Matt Costello | RESIDENCE | 2511 Grove ave | 5/20 | |
| | PRINT | Matt Costello | CITY/TOWN | RVA 23220 | | |
| 17 | SIGN | Florence Breedlove | RESIDENCE | 3837 Hawthorne Ave #2 | 5/20/16 | |
| | PRINT | Florence Breedlove | CITY/TOWN | Rich. VA 23222 | | |
| 18 | SIGN | D.J. Ferguson | RESIDENCE | 4230 W. Grace | 20 May | — |
| | PRINT | D.J. Ferguson | CITY/TOWN | Richmond 23230 | 2016 | |
| 19 | SIGN | Helene Kastenbaum | RESIDENCE | 309 North Dr | 20/5 2.16 | — |
| | PRINT | Helene Kastenbaum | CITY/TOWN | Richmond VA 23220 | | |
| 20 | SIGN | | RESIDENCE | 3406 W Grace St | 5/20/16 | |
| | PRINT | Jess Brooks | CITY/TOWN | Richmond VA 23221 | | |
| 21 | SIGN | Jenn Buch | RESIDENCE | 3154 Gilmer D | 5/20/16 | |
| | PRINT | Jenn Buch | CITY/TOWN | Richmond VA 23221 | | |

Commonwealth of Virginia      - AFFIDAVIT -

I, Alan Schintzius , swear or affirm that (i) my full residential address is 3321 Garland Ave in the State/Commonwealth of Virginia in the County/City/Town of Richmond ; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May , 20 16 , by Alan Schintzius .

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS

NOTARY REGISTRATION NUMBER     DATE NOTARY COMMISSION EXPIRES

IF PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW.

Princette Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

T64752950
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

1193
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

*Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate matching this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

*Not used in seal stamp

SBE-506/521 REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

**Alan Schintzius**

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

**3321 Garland Ave**

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

**Richmond Va        23222**

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

**MAYOR**

COMMONWEALTH OF VIRGINIA
PETITION OF QUALIFIED
VOTERS
(Must be filed with Declaration of Candidate)

When an election district includes more than one county or city, it is suggested that ... use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in ... county to facilitate the processing of the filing ... count the number of signatures by congressional district enter district no. ____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of **Richmond** signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the **8th** day of **November**, 20 **16**, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law, need to be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is he/him a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that she personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA ... A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY ANY INTENT TO VOTE FOR THE CANDIDATE. YOU CAN SIGN A PETITION FOR ... THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|---|
| | 1. SIGN | John Williams | RESIDENCE 1517 49th | 5/16/16 | |
| | PRINT | John Williams | CITY/TOWN Richmond VA 2322 | | |
| | 2. SIGN | Wm Smith | RESIDENCE 1519 N 99th | 5-16-16 | |
| | PRINT | William Smith | CITY/TOWN Richmond VA 2320 | | |
| | 3. SIGN | Delores J. Banks | RESIDENCE 2308 Land ave | 05/16/16 | |
| | PRINT | | CITY/TOWN | | |
| | 4. SIGN | Rochelle Rann | RESIDENCE 2308 Lavns Av | 5/12/16 | |
| | PRINT | Rochelle Banks | CITY/TOWN Richmond | | |
| | 5. SIGN | Karen Tyler | RESIDENCE 2303 Land Ave | 5/17/16 | |
| | PRINT | Karen Tyler | CITY/TOWN Richmond Va | | |
| | 6. SIGN | | RESIDENCE 3401 3Ave | 5/16 | |
| | PRINT | | CITY/TOWN Richmond VA | | |
| | 7. SIGN | | RESIDENCE 8 Heights St | 5/20/16 | |
| | PRINT | Jonathan Deville | CITY/TOWN Rut 23220 | | |
| | 8. SIGN | | RESIDENCE 1607 Hull St | 5/20/16 | |
| | PRINT | Mike Dulin | CITY/TOWN Richmond VA 23224 | | |
| | 9. SIGN | Trista | RESIDENCE 15th and Av | 5/20/16 | |
| | PRINT | Trista Thomas | CITY/TOWN n.Chest 23307 | | |
| | 10. SIGN | Stephen G English | RESIDENCE 1308 Brook Bridge Rd | 5/20/16 | |
| | PRINT | G English | CITY/TOWN Richmond VA 2322 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

**\* Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521 REV 1.2013

CANDIDATE NAME: _Alan Schintzius_ OFFICE SOUGHT: _MAYOR_

ROCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _Matthew Biddle_ | RESIDENCE _1300 W. 41st St_ | 5/20 | |
| | PRINT _Chi Biddle_ | CITY/TOWN _Richmond, VA 23225_ | | |
| 12 | SIGN X (HANDICAPPED – UNABLE TO SIGN) C. Godel 704 | RESIDENCE _1206 W 41 3/4 St_ | 5/2 | |
| | PRINT _JAMES B BROCK_ | CITY/TOWN _Richmond, VA 23225_ | | |
| 13 | SIGN _Julia W Steward_ | RESIDENCE _1148 West Ave._ | 5/21/16 | |
| | PRINT _Julia W Steward_ | CITY/TOWN _Richmond Va 23220_ | | |
| 14 | SIGN _Lawrence T Walters_ | RESIDENCE _3211 Chamberlayne_ | 3/? | |
| | PRINT _Lawrence Walters_ | CITY/TOWN _Richmond Va_ | 5/23/16 | |
| 15 | SIGN _Iris Joy_ | RESIDENCE _1250 North Cottage_ | | |
| | PRINT _Iris Joy_ | CITY/TOWN _Richmond Va_ | 5/24/16 | |
| 16 | SIGN _E. Martin Jewell_ | RESIDENCE _805 Old Nickson St_ | 5/ | |
| | PRINT _E. Martin Jewell_ | CITY/TOWN _Richmond, Va. 23222_ | | |
| 17 | SIGN _Alice Tart_ | RESIDENCE _Richmond VA._ | 5/24 | |
| | PRINT _Alice Tart_ | CITY/TOWN _6381 Darnel Rd_ | | |
| 18 | SIGN _Sylvia C Wood_ | RESIDENCE _675 Westover Hill_ | 5/24 | |
| | PRINT _Sylvia C. Wood_ | CITY/TOWN _Richmond va 23225_ | | |
| 19 | SIGN _Cassandra Shaw_ | RESIDENCE _3209 Matisse Ln_ | 5/24 | |
| | PRINT _Cassandra Shaw_ | CITY/TOWN _Richmond, VA 24_ | | |
| 20 | SIGN _Jesse Johnson_ | RESIDENCE _P 000X 25 Sesame_ | 5/25/16 | |
| | PRINT _Jesse Johnson_ | CITY/TOWN _2322 0_ | | |
| 21 | SIGN _Nathan Benah_ | RESIDENCE _1609 Rogers St_ | 5/25/16 | |
| | PRINT _Nathan Benah_ | CITY/TOWN _23223_ | | |

Commonwealth of Virginia

**– AFFIDAVIT –**

I, _Alan Schintzius_ , swear or affirm that (i) my full residential address is _3321 Garland Ave_ in the State/Commonwealth of _Virginia_ in the County/City/Town of _Richmond_ ; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side.) I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_Alan Schintzius_
SIGNATURE OF PERSON CIRCULATING THE PETITION

State of _Virginia_ County/City of _Richmond_

The foregoing instrument was subscribed and sworn before me this _31st_ day of _May_ 20_16_ , by

_Alan Schintzius_
PRINT NAME OF PERSON CIRCULATING THE PETITION

NOT PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW:

_Princette Irene Clarke_
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE _T64752950_

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE _VA_

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER _1193_

Princette Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037391
My Commission Expires 8/31/2018

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without having so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

*not included in seal/stamp

SBE-506/521 REV 1.2013

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va                    23222

ENTER ABOVE, CITY/TOWN                                ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT                    ENTER ABOVE, DISTRICT, IF APPLICABLE

COMMONWEALTH OF VIRGINIA
PETITION OF QUALIFIED
VOTERS

(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use separate petition forms for qualified voters in county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in court to facilitate the processing of the filing. If you the number of signatures by congressional or enter district no. _____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond                    signed hereunder or on the reverse

COUNTY OR CITY, OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election   ☐ Special Election   ☐ Democratic Primary   ☐ Republican Primary

to be held on the 8th day of November, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is neither a legal resident of the United States of Am and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR:  MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | [SEE NOTE BEL LAST 4 DIGITS SOCIAL SECU NUMBER (optional)] |
|---|---|---|---|---|---|---|
| ☑ | 1. | SIGN | _Kirsten Gray_ | RESIDENCE 2305 East Broad St | 6/12/16 | |
| | | PRINT | Kirsten Gray | CITY/TOWN Richmond VA | | |
| ☑ | 2. | SIGN | _Jenni Bachman_ | RESIDENCE 1601 1/2 Carlisle Ave | 5/24/16 | |
| | | PRINT | Jenni Bachman | CITY/TOWN Richmond VA 23231 | | |
| ☑ | 3. | SIGN | _Reed Louis_ | RESIDENCE 511 S. Pine St | 5/24/16 | |
| | | PRINT | Reed Louis | CITY/TOWN Richmond VA 23220 | | |
| ☑ | 4. | SIGN | _Lisa Miller_ | RESIDENCE 411 N 2nd St | | |
| | | PRINT | Lisa Miller | CITY/TOWN Richmond Va 27016 | | |
| ☑ | 5. | SIGN | _Alan_ | RESIDENCE 600 N 25th | | |
| | | PRINT | JAMES MARIE | CITY/TOWN RICHMOND 23273 | 5/26/16 | |
| ☑ | 6. | SIGN | HOWARD Elford | RESIDENCE 3313 Gloucester Rd | | |
| | | PRINT | HOWARD Elford | CITY/TOWN Rich Va 23227 | 5/30/16 | |
| ☑ | 7. | SIGN | _Roberta Elford_ | RESIDENCE 3312 Gloucester Rd | | |
| | | PRINT | Roberta Elford | CITY/TOWN Richmond VA 23227 | 5/30 | |
| ☑ | 8. | SIGN | _Michael Doyle_ | RESIDENCE 4402 W Franklin St | 5/24/16 | |
| | | PRINT | Michael J Doyle | CITY/TOWN Rich VA 2322 | | |
| ☑ | 9. | SIGN | _Natalie Snider_ | RESIDENCE 3011 E Broad St, Bsmt Apt | 5/26/16 | |
| | | PRINT | Natalie Snider | CITY/TOWN Richmond, VA 23223 | | |
| ☑ | 10. | SIGN | _Mary Bane_ | RESIDENCE 3002 E. Broad Apt A. | 5/24/16 | |
| | | PRINT | Mary Bane | CITY/TOWN Richmond VA 23223 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to fac checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containi social security number or part thereof.

SBE-506/521   REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN: Jodi Teitelman PRINT: jteitele@vcu.edu | RESIDENCE: 3867 Fauquier Ave CITY/TOWN: Richmond, VA | 5/28/16 | |
| 12 | SIGN: Bernice Baker PRINT: BERNICE BAKER | RESIDENCE: 3225 Cliff Ave CITY/TOWN: Rich, VA | 5/28 | |
| 13 | SIGN: Coqui Macdonald PRINT: COQUI MACDONALD | RESIDENCE: 221 E Franklin 23223 Rich | ✓ | |
| 14 | SIGN: Ray M PRINT: Ray Muhammed | RESIDENCE: 3015 Woodspring CITY/TOWN: Richmond, VA | 5/29/16 | |
| 15 | SIGN: Sa'ad El-Amin PRINT: Sa'ad El-Amin | RESIDENCE: 24 Overbrook Rd CITY/TOWN: Richmond, VA 23227 | 6/29 16 | |
| 16 | SIGN: W. Jerry Teachey PRINT: W. Jerry Teachey | RESIDENCE: 2333 Floyd Ave CITY/TOWN: Richmond VA | 5/31 | |
| 17 | SIGN: PRINT: | RESIDENCE: CITY/TOWN: | | |
| 18 | SIGN: PRINT: | RESIDENCE: CITY/TOWN: | | |
| 19 | SIGN: PRINT: | RESIDENCE: CITY/TOWN: | | |
| 20 | SIGN: PRINT: | RESIDENCE: CITY/TOWN: | | |
| 21 | SIGN: PRINT: | RESIDENCE: CITY/TOWN: | | |

Commonwealth of Virginia

**- AFFIDAVIT -**

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3321 Garland Ave in the County/City/Town of Richmond in the State/Commonwealth of Virginia; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

IF PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW:

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31ST day of May 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS

NOTARY REGISTRATION NUMBER** DATE NOTARY COMMISSION EXPIRES**

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE: T64752950

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE: VA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER: 1193

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate linking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without providing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

** not included in SBE stamp

SBE-506/521 REV 1.2013

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va      23222

ENTER ABOVE, CITY/TOWN          ENTER ABOVE ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

COMMONWEALTH OF VIRGINIA
PETITION OF QUALIFIED VOTERS
(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use separate petition forms for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office, it is suggested that you file the petitions in county to facilitate the process of filing the filing. If you file the number of signatures by congressional district, enter district no. _____ (optional).

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

_____Richmond_____ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the _8th_ day of _November_, 20 _16_, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is neither a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

---

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA NOR A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER (OPTIONAL) |
|---|---|---|---|---|---|
| R | 1. SIGN | Dulaney Hunter Stehl | RESIDENCE 3913 W Gillis | 5/?/16 | |
| | PRINT | Dulaney Hunter Stehl | CITY/TOWN Richmond VA 2323 | 5/16 | |
| N P | 2. SIGN | | RESIDENCE 76 Sherman St | 5/31/16 | |
| | PRINT | Rev. Bolly TALEN | CITY/TOWN Brooklyn NY | | |
| R | 3. SIGN | | RESIDENCE 618 E Franklin St | 5/27/16 | |
| | PRINT | Tristan Brennis | CITY/TOWN Richmond VA | | |
| R | 4. SIGN | | RESIDENCE 618 E Franklin St | 5/?/16 | |
| | PRINT | Matthew Wild | CITY/TOWN Richmond VA | | |
| | 5. SIGN | | RESIDENCE 3163 Dill Ave | 5/?/16 | |
| | PRINT | Emily Thornsley | CITY/TOWN Richmond VA | | |
| C F | 6. SIGN | | RESIDENCE 2209 Rosewood | 5/?/16 | |
| | PRINT | Isaac Ramsey | CITY/TOWN Richmond VA | | |
| R | 7. SIGN | | RESIDENCE 1236 WARREN | 5/?/16 | |
| | PRINT | John R. Kinter | CITY/TOWN RICHMOND VA | | |
| R | 8. SIGN | | RESIDENCE 29 W Jackson 4th | 5/27/16 | |
| | PRINT | Daniel Ross Horvath | CITY/TOWN Richmond VA | | |
| R | 9. SIGN | Daniel Y Finney | RESIDENCE 111 Goddin St | 5/?/16 | |
| | PRINT | DANIEL Y. FINNEY | CITY/TOWN Richmond VA 23231 | | |
| | 10. SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

**\* Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to be checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column contain social security number or part thereof.

SBE-506/521 REV 1.2013

**CANDIDATE NAME:** Alan Schintzius  **OFFICE SOUGHT:** Mayor

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN: _____ PRINT: JESH BEARMAN | RESIDENCE: W 15th St CITY/TOWN: RVA | 4/10/16 | — |
| 12. | SIGN: Hannah Brown PRINT: Hannah Brown | RESIDENCE: 7030 W Grace St. CITY/TOWN: Richmond, VA | 4/11/16 | |
| 13. | SIGN: _____ PRINT: Jonathan Ennel | RESIDENCE: 306 W 25th St. CITY/TOWN: R, VA | 4/25/16 | |
| 14. | SIGN: Kathryn M Roseberry PRINT: Kathryn M Roseberry | RESIDENCE: 5206 Forest Hill CITY/TOWN: Richmond | 4/25/16 | |
| 15. | SIGN: _____ PRINT: Kurt Steinhagen | RESIDENCE: 4407 S York Dr CITY/TOWN: RVA | 4/25/16 | |
| 16. | SIGN: _____ PRINT: Katy Simpson | RESIDENCE: 3700 W Franklin St CITY/TOWN: RVA | 4/25/16 | |
| 17. | SIGN: _____ PRINT: Arthur L. Burton | RESIDENCE: 519 Catherine St CITY/TOWN: Richmond, Va 23220 | 4/25/16 | |
| 18. | SIGN: Ken Treadway PRINT: Keri Treadway | RESIDENCE: 3809 Cedar Grove Rd CITY/TOWN: Richmond, VA | 4/25 | |
| 19. | SIGN: Jackson rurill PRINT: | RESIDENCE: 3414 Cooper Rd CITY/TOWN: Richmond, VA | | 9 |
| 20. | SIGN: _____ PRINT: Annetta Vivian | RESIDENCE: 3428 S 5 CITY/TOWN: R C A VA | 4/25/16 | |
| 21. | SIGN: _____ PRINT: Beverly Lazarus | RESIDENCE: 2114 W. Miller Ave CITY/TOWN: Rich 23222 | 4/25/16 | |

**Commonwealth of Virginia** - **AFFIDAVIT** -

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3321 garland ave in the State/Commonwealth of Virginia, in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_____
SIGNATURE OF PERSON CIRCULATING THE PETITION

PLACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May, 20 16, by Alan Schintzius

_____
PRINT NAME OF PERSON CIRCULATING THE PETITION

_____
NOTARY, DEPUTY CLERK, OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER   DATE NOTARY COMMISSION EXPIRES

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE: T64252950

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE: VA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER: 1193

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7032191
My Comm. Expires 9/30/2018

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

* If not included in seal/stamp.

SBE-506/521 REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 gearland ave

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE ZIP + 4

Rich Va      23222

ENTER ABOVE, OFFICE SOUGHT    MAYOR    ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county/city to facilitate the processing of the filing. If you like the number of signatures by congressional district enter district no.: _____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the  8th  day of  November  20 16 , and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|---|
| | 1. | SIGN | RESIDENCE 50 W Franklin City/Town Richmond VA | | |
| | | PRINT Erin Moon | | | |
| | 2. | SIGN | RESIDENCE 812 Leigh St City/Town RVA | 4/1 | |
| | | PRINT Vic Jones | | | |
| | 3. | SIGN | RESIDENCE 2913 E Grace City/Town Richmond | 4/1 | |
| | | PRINT Billy MARTIN | | | |
| | 4. | SIGN | RESIDENCE HENRICO City/Town 3513 Bartley Pond Ct 23233 | | |
| | | PRINT EDLIO GARARZA | | | |
| | 5. | SIGN Diane ONeal | RESIDENCE Church Hill City/Town Richmond 23223 | 4/3/16 | |
| | | PRINT Diane ONeal | | | |
| | 6. | SIGN | RESIDENCE Shockoe Bottom City/Town Richmond 23219 | 4/3/16 | |
| | | PRINT Joshua Adams | | | |
| | 7. | SIGN | RESIDENCE Southside City/Town Richmond VA 23224 | 4/3/16 | |
| | | PRINT Dyrone Chavs | | | |
| | 8. | SIGN | RESIDENCE 1516 E City/Town Richmond | 4/3/16 | |
| | | PRINT Monika Skimp | | | |
| | 9. | SIGN McDonney | RESIDENCE 1828 Dartmouth Ave City/Town Richmond Va 23219 | 4/3/16 | |
| | | PRINT Annette McDonney | | | |
| | 10. | SIGN | RESIDENCE 1516 Wallace City/Town Richmond VA | 4/3/16 | |
| | | PRINT | | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SID

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzus

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3521 Garland ave   Richmond Vg 23222

ENTER ABOVE, CITY/TOWN                                          ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT            ENTER ABOVE, DISTRICT, IF APPLICABLE

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office
It is suggested that you file petitions in county/city to facilitate the processing of the filing. If you track the number of signatures of the filing, you track enter district no.: ____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

signed hereunder or on the reverse side in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the 07 day of November, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA. NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| R | 1. | SIGN John M. Vassar / PRINT John M. Vassar | RESIDENCE 3714 Early St Rd / CITY/TOWN Rich. Va 23371 | 4/25/16 | |
| R | 2. | SIGN Anita Holloman / PRINT ANITA HOLLOMAN | RESIDENCE 5108 Enslow Ave / CITY/TOWN Richmond VA 23222 | 4/25/16 | |
| | 3. | SIGN Thea Brm / PRINT Thea Brm | RESIDENCE 3130 Griffin Ave / CITY/TOWN Richmond VA 2522 | 4/25/16 | |
| | 4. | SIGN Rosa Allen / PRINT | RESIDENCE 1405 Windrow Ct / CITY/TOWN Richmond VA 23223 | 1/25/16 | |
| | 5. | SIGN S Uecker / PRINT Samantha Uecker | RESIDENCE 1901 Summit Ave #11 / CITY/TOWN Richmond, VA 23130 | 4/25/16 | |
| | 6. | SIGN J Black / PRINT Jn Black | RESIDENCE 306 W 28th St / CITY/TOWN RVA 23220 | 4/25/16 | |
| | 7. | SIGN Michelle Owen / PRINT Michelle Owen | RESIDENCE 1234 Redline Ave / CITY/TOWN RVA 23227 | 4/25/16 | |
| | 8. | SIGN Phillip Rux / PRINT Phillip Rux | RESIDENCE / CITY/TOWN 4101 woods cr | 4-24/16 | |
| | 9. | SIGN Katherine C Terah / PRINT Katherine C Terah | RESIDENCE 3414 Cooper Rd / CITY/TOWN Richmond VA 2322 | 4/25/16 | |
| | 10. | SIGN Bernadine Glam / PRINT BERNADINE GLAM | RESIDENCE 609 E Brookland / CITY/TOWN Richmond VA 23222 | 4/25/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

SBE-506 REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: _Alan Schintzius_  OFFICE SOUGHT: _Mayor_

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _Wal A J_ <br> PRINT _William Edwards_ | RESIDENCE _3405 3rd Ave_ <br> CITY/TOWN _Richmond Va 23222_ | 5/13/16 | |
| 12 | SIGN _Robert W. Edwards Jr._ <br> PRINT _Robert W. Edwards Jr._ | RESIDENCE _3204 Midlothian Turnpike_ <br> CITY/TOWN _Apt P. Richmond, Va 23224_ | 5/13/16 | |
| 13 | SIGN _Nicole_ <br> PRINT _N. Greene_ | RESIDENCE _2422 Barton Ave_ <br> CITY/TOWN _Rich, VA 23222_ | 5/14/16 | |
| 14 | SIGN _Kenneth Lanser_ <br> PRINT _Kenneth Lanser_ | RESIDENCE _305 Engleside Dr_ <br> CITY/TOWN _Richmond VA 23225_ | 5/14/16 | |
| 15 | SIGN _Michael Harris_ <br> PRINT _Michael Harris_ | RESIDENCE _Delaware Ave_ <br> CITY/TOWN _Richmond VA 23223_ | 5/14/16 | |
| 16 | SIGN _Jacques Snyder_ <br> PRINT _Jacques Snyder_ | RESIDENCE _1902 - Porter_ <br> CITY/TOWN _Richmond, VA 23224_ | 5/14/16 | |
| 17 | SIGN _____ <br> PRINT _Linwood Jones_ | RESIDENCE _3110 Carolina Ave_ <br> CITY/TOWN _Rich, VA 23222_ | 5/14/16 | |
| 18 | SIGN _James Moses_ <br> PRINT _James Moses_ | RESIDENCE _210 Hosea Ct_ <br> CITY/TOWN _Rich VA_ | 5/14/16 | |
| 19 | SIGN _Louise Rey Town_ <br> PRINT _____ | RESIDENCE _317 Calhoun St_ <br> CITY/TOWN _Richmond Va_ | 5/14/16 | |
| 20 | SIGN _____ <br> PRINT _Robert Trucios_ | RESIDENCE _3204 3rd Ave_ <br> CITY/TOWN _Richmond VA_ | 5/14/16 | |
| 21 | SIGN _Demetria Davis_ <br> PRINT _Demetria Davis_ | RESIDENCE _3304 Limb Ave_ <br> CITY/TOWN _Richmond_ | 5/14/16 | |

Commonwealth of Virginia      - AFFIDAVIT -

I, _Alan Schintzius_ , swear or affirm that (i) my full residential address is _7321 garland ave_ in the State/Commonwealth of _Virginia_ , in the County/City/Town of _Richmond_ ; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_Alan Schintzius_
SIGNATURE OF PERSON CIRCULATING THE PETITION

PLACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

State of _Virginia_  County/City of _Richmond_

The foregoing instrument was subscribed and sworn before me this _31st_ day of _May_ , 20 _16_ , by

_Alan Schintzius_
PRINT NAME OF PERSON CIRCULATING THE PETITION

_Prine___
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS

NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

_T64252950_
'CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
_VA_
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
_1193_
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

** If not included in seal/stamp.

SBE-506/521  REV  2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius  OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN: Carly A. Moul | RESIDENCE: 4022 Clinton Ave | 4/3/16 | |
| | PRINT: Carolina A. Moul | CITY/TOWN: Richmond | | |
| 12 | SIGN: Albert Simmons | RESIDENCE: 2222 Rosewood Ave | 4/3/16 | |
| | PRINT: Albert Simmons | CITY/TOWN: Richmond | | |
| 13 | SIGN: Robert Alexander | RESIDENCE: 1510 P'Alamyra | 4/3/16 | |
| | PRINT: Robert Alexander | CITY/TOWN: Richmond | | |
| 14 | SIGN: R. Bastow | RESIDENCE: 719 Blardy Ave. | 4/3/16 | |
| | PRINT: Richard Bastow | CITY/TOWN: Richmond VA | | |
| 15 | SIGN: BD Gilchrist | RESIDENCE: 1203 Willsby Rd | 4/3/16 | |
| | PRINT: BD Gilchrist | CITY/TOWN: Richmond VA | | |
| 16 | SIGN: Zoe | RESIDENCE: 808 Forest View Dr | 4/3/16 | |
| | PRINT: Zoe Neale | CITY/TOWN: Richmond VA | | |
| 17 | SIGN: Iza Kuzmierczak | RESIDENCE: 801 W Franklin St | 4/3/16 | |
| | PRINT: | CITY/TOWN: Richmond VA | | |
| 18 | SIGN: | RESIDENCE: 801 W. Franklin St | 4/3/16 | |
| | PRINT: Hannah Horstmyer | CITY/TOWN: Richmond, VA | | |
| 19 | SIGN: Adam Davy | RESIDENCE: 801 W Franklin St | 4/3/16 | |
| | PRINT: Adam Davy | CITY/TOWN: Richmond, VA | | |
| 20 | SIGN: Joshua Macdaniel | RESIDENCE: | | |
| | PRINT: | CITY/TOWN: | | |
| 21 | SIGN: | RESIDENCE: 3201 North Ave | 04/03/16 | |
| | PRINT: Joshua Macdaniel | CITY/TOWN: Richmond | | |

Commonwealth of Virginia - **AFFIDAVIT** -

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3321 Garland Ave in the State/Commonwealth of Virginia, in the County/City/Town of Richmond in the State/Commonwealth of United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

IF PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 18th day of April, 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

Lisa Anne Cosby NOTARY PUBLIC Commonwealth of Virginia Reg. #7527183 Commission Expires 11/30/2018

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**  DATE NOTARY COMMISSION EXPIRES**

T642529SC CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

VA NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

143 CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Privacy Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* If not included in seal/stamp.

SBE-506/521  REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]
Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE
3321 Garland Ave

ENTER ABOVE, CITY/TOWN
Richmond Va
ENTER ABOVE, ZIP + 4

ENTER ABOVE, OFFICE SOUGHT
Mayor
ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. If you tract the number of signatures by congressional / district enter district no.: ____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of the
_____ signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☐ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the _____ day of _____, 20 ____ and we do further petition
that his/her name be printed upon the official ballots to be used at the election

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | * SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| R | 1. | SIGN A Schutz | RESIDENCE 4611 Devonshire Rd | Apr | |
| | | PRINT Gabrielle Schatz | CITY/TOWN Richmond, VA | | |
| R | 2. | SIGN D Janet Hampton | RESIDENCE 4503 New Kent Ave | Apr 8 | |
| | | PRINT D Janet JA | CITY/TOWN Richmond VA | | |
| | 3. | SIGN Chs Overton Overton | RESIDENCE | 4.3.16 | |
| | | PRINT CARLON OVERTON | CITY/TOWN | | |
| R | 4. | SIGN Suzy Kel | RESIDENCE 1430 Lorraine Ave | 4-13-16 | |
| | | PRINT Suzanne J. Keller | CITY/TOWN Richmond, VA 23227 | | |
| | 5. | SIGN Beth B Austin | RESIDENCE 3107 Stuart | 4-3- | |
| | | PRINT BETH B MOSSON | CITY/TOWN Richmon | | |
| R | 6. | SIGN | RESIDENCE 713 Claremont | 4/3/16 | |
| | | PRINT Mac G Nestor | CITY/TOWN R 23221 | | |
| C/I | 7. | SIGN Anne B Gray | RESIDENCE Westminster | 4/3/16 | |
| | | PRINT Anne F Gray | CITY/TOWN Charlottesburg | | |
| R | 8. | SIGN Wade K Smith | RESIDENCE 3211 Noble Ave | 4/3/16 | |
| | | PRINT Wade K. Smith | CITY/TOWN Richmond VA 23222 | | |
| R | 9. | SIGN DM Cole | RESIDENCE 1206 Palmyra Ave | 4/3/16 | |
| | | PRINT Diann Cole | CITY/TOWN Richmond VA 23227 | | |
| | 10. | SIGN Marcia Dickinson | RESIDENCE 2222 Rosewood | 4/3/16 | |
| | | PRINT Marcia Dickinson | CITY/TOWN Richmond, VA 23220 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security checking this petition with the official voter registration record. You are not required to provide this information and may sign the pe so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CANDIDATE NAME: Alan Schintz OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town POST OFFICE BOXES ARE NOT ACCEPTABLE | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| 11 | SIGN | RESIDENCE | | 4/1 | |
| | PRINT | CITY/TOWN | | | |
| 12 | SIGN | RESIDENCE | VA | 4/10/15 | |
| | PRINT | CITY/TOWN | VA | | |
| 13 | SIGN Tr L Byrne | RESIDENCE Richmond | | 4/10/16 | |
| | PRINT Tina L Byrne | CITY/TOWN Richmond, VA | | | |
| 14 | SIGN | RESIDENCE Richmond VA | | 4/10/16 | |
| | PRINT Samuel K Rice | CITY/TOWN 1811 Maple Shade Lane | | | |
| 15 | SIGN | RESIDENCE 105 14th St | | 4/10/16 | |
| | PRINT R Allen Brisling | CITY/TOWN Richmond VA | | | |
| 16 | SIGN Scott Tankersley | RESIDENCE 3000 W. Grace St. #302 | | 4/10/16 | |
| | PRINT Scott Tankersley | CITY/TOWN Richmond VA 23221 | | | |
| 17 | SIGN | RESIDENCE 7th Gpm to Hull ave | | 4/10/16 | |
| | PRINT | CITY/TOWN Richmond Va 23225 | | | |
| 18 | SIGN | RESIDENCE Landor Ave | | 4/10 | |
| | PRINT | CITY/TOWN Richmond VA | | | |
| 19 | SIGN | RESIDENCE 2101 Rockwood Ave | | 4/10/16 | |
| | PRINT ELISSA GRAY | CITY/TOWN Richmond VA 23221 | | | |
| 20 | SIGN | RESIDENCE 1521 Hull St | | 4/10/16 | |
| | PRINT Reed Humphrey | CITY/TOWN Richmond VA | | | |
| 21 | SIGN | RESIDENCE 203 w 20th St | | 4/10/16 | |
| | PRINT | CITY/TOWN Richmond VA | | | |

Commonwealth of Virginia

**- AFFIDAVIT -**

I, Alan Schintz, _____ swear or affirm that (i) my full residential address is 3321 Garland ____ in the County/City/Town of Richmond ____ in the State/Commonwealth of VA ____; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony, punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

TO PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW:

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 16th day of April, 20 16 by Alan Schintz

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS

Lisa Anne Cosby NOTARY PUBLIC Commonwealth of Virginia Reg #7527182 Commission Expires 11/30/2018

NOTARY REGISTRATION NUMBER** DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

T67 2529 SC

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

VA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

1622

*Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate securing this petition with the official voter registration record. You are not required to provide this information and may sign the petition without providing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

no. included in seal/stamp.

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
PETITION OF QUALIFIED
VOTERS

(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office
it is suggested that you file petitions in counties to facilitate the process of the filing. If you wish the number of signatures by congressional district enter district no. _____ (optional).

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland ave R. Va 23222

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Alan Schintzius

COUNTY OR CITY, OR, FOR TOWN COUNCIL, NAME OF TOWN

signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the __8 Fri__ day of ___Nov___ AD, 20___ and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/him a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, IS NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED, AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|---|
| R | 1. SIGN | (illegible) | RESIDENCE (illegible) | | |
| | PRINT | Mark Carpenter | CITY/TOWN (illegible) | (illegible) | |
| R | 2. SIGN | Melanie Sears | RESIDENCE 3369 Park Ave | 4. 10. 16 | |
| | PRINT | Melanie Sears | CITY/TOWN Richmond | | |
| R | 3. SIGN | Aaliyah R. Lewis | RESIDENCE 1721 Grove Ave. | 4. 10. 16 | |
| | PRINT | Aaliyah R. Lewis | CITY/TOWN Richmond, VA | | |
| C/M | 4. SIGN | Patrice Jean | RESIDENCE | 4.10.16 | |
| | PRINT | PATRICE JEAN | CITY/TOWN Richmond VA | | |
| C/M | 5. SIGN | Emily Walker | RESIDENCE Richmond Va | | |
| | PRINT | | CITY/TOWN | | |
| R | 6. SIGN | Andrea Ortiz | RESIDENCE (illegible) | | |
| | PRINT | Andrea L. Ortiz | CITY/TOWN Richmond (illegible) | | |
| R | 7. SIGN | (illegible) | RESIDENCE 5004 Forest St | | |
| | PRINT | Oliver B. Miller | CITY/TOWN Richmond VA | | |
| R | 8. SIGN | Erin Bishop | RESIDENCE 5709 Dwormark 2 | 4.10.16 | |
| | PRINT | Erin Bishop | CITY/TOWN RVA | | |
| R | 9. SIGN | (illegible) | RESIDENCE 618 W 28th | 4/10/16 | (illegible) |
| | PRINT | Ryan Green | CITY/TOWN Richmond | | |
| R | 10. SIGN | (illegible) | RESIDENCE 3101 Tidlotttuctop | 4/10/2016 | |
| | PRINT | Cath Cowan | CITY/TOWN Richmond VA | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

**\* Privacy notice.** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _Patrick Stevy_ PRINT _Patrick Stevenson_ | RESIDENCE _14_ CITY/TOWN | 4/9/16 | |
| 12 | SIGN _K_ PRINT _Kathy H. Coll_ | RESIDENCE _1919 Averdix Ave_ CITY/TOWN _Richmond VA 23227_ | 4/9/16 | |
| 13 | SIGN _Kathy Bennett_ PRINT _Kathy Bennett_ | RESIDENCE _1719 Avendice Ave_ CITY/TOWN _Richmond 23227_ | 4/9/16 | |
| 14 | SIGN _ERIK SORENSEN_ PRINT _Erik Sorensen_ | RESIDENCE _3107 Grothland Dr_ CITY/TOWN _Richmond Va 23801_ | Apr 10/16 | |
| 15 | SIGN _Lauren Wark_ PRINT _Lauren Wark_ | RESIDENCE _421 N Boulevard_ CITY/TOWN _Richmond, VA_ | April 10/16 | |
| 16 | SIGN _Bronwyn Whales_ PRINT _Bronwyn Whales_ | RESIDENCE _2923 Floyd Ave_ CITY/TOWN _Richmond, VA_ | 4/10/16 | |
| 17 | SIGN _Edward Meyer_ PRINT _Edward Meyer_ | RESIDENCE _3208 Ellwood Ave Apt.C_ CITY/TOWN _Richmond, VA 23221_ | 4/10/16 | |
| 18 | SIGN _Brigette Newberry_ PRINT _Brigette Newberry_ | RESIDENCE _5413 Park Ave_ CITY/TOWN _Rich Va 23226_ | 4/10/16 | |
| 19 | SIGN _Lisa M Kzn_ PRINT _Lisa McKinzon_ | RESIDENCE _2415 Grove Avenue_ CITY/TOWN _Richmond, VA 23220_ | 4/10/16 | |
| 20 | SIGN _Brigitte E Turner_ PRINT _Brigitte E Turner_ | RESIDENCE _106 W Lancaster Rd_ CITY/TOWN _Richmond VA 23222_ | 4/10/16 | |
| 21 | SIGN _Silver Persinger_ PRINT _SILVER PERSINGER_ | RESIDENCE _1215 Williamsburg Ave._ CITY/TOWN _RVA 23231_ | 4/10/16 | |

Commonwealth of Virginia - **AFFIDAVIT** -

T64252950

I, _Alan Schintzius_, swear or affirm that (i) my full residential address is _3321 Garland_, in the County/City/Town of _Richmond_, in the State/Commonwealth of _____, (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

| CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE |
|---|
| VA |
| NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE |
| 1903 |
| CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER |

TO BE PHOTOGRAPHICALLY REPRODUCIBLE
(NOTARY SEAL/STAMP BELOW)

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

State of _Virginia_ County/City of _Richmond_

The foregoing instrument was subscribed and sworn before me this _12th_ day of _April_ 20 _16_ by _Alan Schintzius_

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

*Privacy Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

If not included in seal/stamp.

SBE-506/521 REV 1.2013

[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use separate petition forms for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office, it is suggested that you file petitions in a county, to facilitate the processing of the filing. If you list the number of signatures by congressional district, enter district no.: ____ (optional).

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]
Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE
3321 Garland Ave

ENTER ABOVE, CITY/TOWN
Richmond Va   ENTER ABOVE, ZIP + 4   23222

ENTER ABOVE, OFFICE SOUGHT
MAYOR   ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of
Alan Schintzius
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN     signed hereunder or on the reverse
side of this page, do hereby petition the above named individual to become a candidate for the office stated
above in the [check only one]

☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary
to be held on the 8th day of Aug, 20 16, and we do further petition
that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that she personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January in year of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER [opt.] |
|---|---|---|---|---|---|
| ✓ | 1. SIGN | [signature] | RESIDENCE 1502 Victoria Ave | 4/4/16 | |
| | PRINT | MARIAM EQBAL | CITY/TOWN Richmond va 23227 | | |
| | 2. SIGN | J.T. Blunt | RESIDENCE 307 N 33rd St | 4/4/16 | |
| | PRINT | J.T. Blunt | CITY/TOWN Rich VA 23223 | | |
| ✓ | 3. SIGN | [signature] | RESIDENCE 1800 I-95 E | 4/8/16 | |
| | PRINT | [illegible] | CITY/TOWN [illegible] | | |
| | 4. SIGN | [signature] | RESIDENCE 519 Cathar Mc St | 4/6/16 | |
| | PRINT | Arthur Lewis Riverin | CITY/TOWN Richmond, VA 23223 | | |
| | 5. SIGN | [signature] | RESIDENCE 1208 Brookland Pkwy | | |
| | PRINT | Mary L Chandler | CITY/TOWN Rich VA 23227 | | |
| ✓ | 6. SIGN | Carrie M H | RESIDENCE 1911 W Marshall | 4/5/16 | |
| | PRINT | Carrie M. Hooper | CITY/TOWN Richmond VA | | |
| R | 7. SIGN | [signature] | RESIDENCE 1418 N Marshall | 4/4/16 | |
| | PRINT | Allison Cristos | CITY/TOWN Richmond, VA 23220 | | |
| R | 8. SIGN | Arthur Woodward | RESIDENCE 2039 N C B West | 4/6/16 | |
| | PRINT | ARTHUR WOODWARD | CITY/TOWN RICHMOND, VA | | |
| P | 9. SIGN | [signature] | RESIDENCE 3430 Stuart Ave | 04/07/16 | |
| | PRINT | David W Bartlett | CITY/TOWN Richmond VA 23221 | | |
| | 10. SIGN | [signature] | RESIDENCE 4715 Rolfe PC | | |
| | PRINT | MARY HENDERSON | CITY/TOWN RICHMOND 23230 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

CANDIDATE NAME: Alan Schintzius   OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER | RESIDENCE ADDRESS | DATE SIGNED | LAST 4 DIGITS SSN |
|---|---|---|---|---|
| 11 | Carrie Bah / Carrie Barbagallo | 1035 N Lombardy St / Richmond 23220 | 4/11/2016 | |
| 12 | Kelly Callahan / Kelly Callahan | 1035 N Lombardy st / Richmond VA 23220 | 4/12/2016 | |
| 13 | Jack Johnson / Jack Johnson | 7115 Ivy Ln / Richmond, VA 23222 | 4/11/2016 | |
| 14 | / Ingio | 1808 Neuman Rd / Richmond VA 23231 | 4/11/16 | |
| 15 | / Kimberly Gray | 123 W Clay / RVA 23220 | 4/11/16 | |
| 16 | / Kristin Gray | 2305 East Broad / Richmond, VA. | 4/10/16 | |
| 17 | / Michelle H Jones | 2614 Barton Ave / Richmond 23222 | 4/11 | |
| 18 | Molly Hayes / Molly Hayes | 1825 Floyd Ave / Richmond VA 23220 | 4/11 | |
| 19 | / Jennifer Sargent | 1827 Floyd Ave / Richmond VA | 4/11/16 | |
| 20 | / Ann Hunter | 3434 Stuart Ave / Richmond VA | 4/11/16 | |
| 21 | / Sarah Anderson | 906 N 35th St / Richmond VA | 4/11/16 | |

AFFIDAVIT
I, Alan Schintzius, swear or affirm that (i) my full residential address is 2521 Garland Ald, VA, in the County/City/Town of Richmond ... (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION
State of Virginia County/City of Richmond
The foregoing instrument was subscribed and sworn before me this ___ day of April, 2016, by Alan Schintzius.

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2020

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
PETITION OF QUALIFIED
VOTERS
(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office
It is suggested that you file petitions in each county, to facilitate the processing of the filing. If you file the number of signatures by congressional district, enter district no. _____ (optional)

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzws

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland ave

ENTER ABOVE, CITY/TOWN          Richmond     VA     23222     ENTER ABOVE ZIP + 4

ENTER ABOVE, OFFICE SOUGHT     MAYOR     ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Alan Schitzvs

COUNTY OR CITY, FOR TOWN COUNCIL, NAME OF TOWN
signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the ___8th___ day of ___Nov___, 20 _16_, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/him a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA AND MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | [SEE NOTE BELOW] LAST 4 DIGITS SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| ✓ | 1. SIGN | (signature) | RESIDENCE 1305 Grove Ave | | |
| | PRINT | GORDON Wisotzki | City/Town Richmond 23220 | | |
| ✓ | 2. SIGN | (signature) | RESIDENCE 2224 W. Grace St | 4/8/16 | |
| | PRINT | Michael Lekler | City/Town Richmond VA 23220 | | |
| ✓ | 3. SIGN | Barbara | RESIDENCE 1 E Marshall St | 4/8/16 | |
| | PRINT | Barelle Wample | City/Town Richmond 23219 | | |
| ✓ | 4. SIGN | (signature) | RESIDENCE 512 N 29th | 4/8/16 | |
| | PRINT | Mirenda Vaughn | City/Town VA 23225 | | |
| ✓ | 5. SIGN | (signature) | RESIDENCE 1100 1st + Broad St | 4/8/16 | |
| | PRINT | Laurel Deffenbaugh | City/Town Rchm VA 23220 | | |
| ✓ | 6. SIGN | Mary Johnson | RESIDENCE 2306 Idlewood | 4/8/16 | |
| | PRINT | | City/Town | | |
| ✓ | 7. SIGN | (signature) | RESIDENCE 11725 S. Brier Patch Dr | 4/10/16 | - - - - |
| | PRINT | Brian L. Ferguson | City/Town Midlothian, VA 20147 | | |
| ✓ | 8. SIGN | (signature) | RESIDENCE 1100 Stepwith C. | 4/11/16 | |
| | PRINT | Julie Guild Smith | City/Town Henr. co Va 23223 | | |
| ✓ | 9. SIGN | (signature) | RESIDENCE 1320 N 38th St | 4/11/16 | |
| | PRINT | MICHAEL OTLEY | City/Town Richmond VA 23223 | | |
| ✓ | 10. SIGN | Wilson Otley | RESIDENCE 1320 N 38th St | 4/11/16 | |
| | PRINT | Wilson Otley | City/Town Richmond 23223 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number for the purpose of checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland Ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va          23222

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than
county or city, it is suggested that ... u
separate petition form for qualified voters in
county or city to facilitate the processing ...
filing.

For a statewide office
it is suggested that you file petitions in each
to facilitate the processing of the filing. If you
the number of signatures by congressional d...
enter district no. ___ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond

COUNTY OR CITY OR, TOWN COUNCIL, NAME OF TOWN

signed hereunder or on the reverse
side of this page, do hereby petition the above named individual to become a candidate for the office stated
above in the [check only one]

☑ General Election   ☐ Special Election   ☐ Democratic Primary   ☐ Republican Primary
to be held on the 8th day of November, 2016, and we do further petition
that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be
the same page of the petition. Numerous
pages may be circulated. The circulator of
each page must be a person who is him/h
a legal resident of the United States of Ar
and who is not a minor nor a felon whose
voting rights have not been restored. The
circulator also must swear or affirm in the
affidavit that s/he personally witnessed the
signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT SHE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA
MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR
THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BE LAST 4 DIGIT SOCIAL SECU NUMBER (optional) |
|---|---|---|---|---|---|
| | 1. SIGN | Ophelia | RESIDENCE 1217 Irby Dr | | |
| | PRINT | Ophelia Ann Love | CITY/TOWN Richmond VA | 5-88 | |
| | 2. SIGN | Mike Jones | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| | 3. SIGN | Mary E Jon | RESIDENCE 1218 Irby Dr | 5-22- | |
| | PRINT | Mary E Jones | CITY/TOWN Richmond VA 23225 | | |
| | 4. SIGN | Cynthia White | RESIDENCE PO Box 7424 | 5/22 | |
| | PRINT | Cynthia White | CITY/TOWN Rich VA 23236 | | |
| | 5. SIGN | | RESIDENCE 1212 Irby Dr | | |
| | PRINT | Ronald Lewis | CITY/TOWN Rich VA 23225 | 5/22 | |
| | 6. SIGN | Perry Yellman | RESIDENCE 1201 Irby Dr | | |
| | PRINT | Perry Taylor | CITY/TOWN Rich VA 23225 | 5/22/16 | |
| | 7. SIGN | Wm Grant | RESIDENCE 1113 Irby Dr | | |
| | PRINT | William Grant | CITY/TOWN Richmond 23225 | 5/22 | |
| | 8. SIGN | Amy Hardin | RESIDENCE 1106 Irby Dr | | |
| | PRINT | Amy Hardin | CITY/TOWN Richmond VC | 5/22/16 | |
| | 9. SIGN | Theodore Brow | RESIDENCE 1101 Irby Dr | | |
| | PRINT | Theodore Brow | CITY/TOWN Richmond 23225 | 5/22 | |
| | 10. SIGN | Morr Hawkes | RESIDENCE Richmond 23225 | 5/ | |
| | PRINT | Morr Hawks | CITY/TOWN 551 Virginia Dr | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to
checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition witho
so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column contai
social security number or part thereof.

SBE-506/521   REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN | RESIDENCE 513 Wintora Ct | 5/22/16 | |
| | PRINT Virgil Castle | CITY/TOWN Richmond 23225 | | |
| 12 | SIGN | RESIDENCE 1331 Kins | 5/22 | |
| | PRINT Jimmie Sams | CITY/TOWN Richmond 23225 | | |
| 13 | SIGN | RESIDENCE 1713 Keswick Lane | 5/22/16 | |
| | PRINT Nicole Dawson | CITY/TOWN Richmond VA 23225 | | |
| 14 | SIGN | RESIDENCE 1236 Keswick Ln | 5/22 | |
| | PRINT Michael Murphey | CITY/TOWN RVA 23225 | | |
| 15 | SIGN Alana Estupp | RESIDENCE 1266 Keswick Ln | 5/20 | |
| | PRINT Alana Estepp | CITY/TOWN Rich 23225 | | |
| 16 | SIGN | RESIDENCE 1314 Irby Drive | 5/22 | |
| | PRINT Russell A. Cobb | CITY/TOWN Rich 23225 | | |
| 17 | SIGN | RESIDENCE 1319 Irby Drive | 5/22 | |
| | PRINT Vicki Kolar | CITY/TOWN Richmond, VA 23225 | | |
| 18 | SIGN | RESIDENCE 1313 Irby Dr | 5/22 | |
| | PRINT Bradley McGee | CITY/TOWN Rich VA 23225 | | |
| 19 | SIGN | RESIDENCE 1313 Irby Dr | 5/22 | 1 person signed for 2 names |
| | PRINT Maurice Vaughn Wade | CITY/TOWN Rich VA 23225 | | |
| 20 | SIGN | RESIDENCE 1224 Irby Drive | 5/22 | |
| | PRINT Stephen Davis | CITY/TOWN Richmond VA 23225 | | |
| 21 | SIGN | RESIDENCE 1217 Irby Dr | 5/22 | |
| | PRINT Steve Young | CITY/TOWN Richmond 23225 | | |

Commonwealth of Virginia - **AFFIDAVIT** -

I, Alan Schintzius, whose residence is 3371 Garland Ave, Virginia, in the County/City/Town of Richmond, swear or affirm that (i) my full residential in the State/Commonwealth of _____ ; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 21st day of May 2016, by Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

(USE OR AUTHORIZED TO ADMINISTER OATHS) NOTARY REGISTRATION NUMBER** DATE NOTARY COMMISSION EXPIRES

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE T64752950
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE VA
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER 1193

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

**NOTE:** The Code of Virginia, §§ 24.2-506 and 24.2-521 authorizes requesting the last four digits of your social security number to facilitate locating this person in the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

not included in seal stamp

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS

(Must be filed with General Registrar of District)

When an election district includes more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing and filing.

For a statewide office it is suggested that you file petitions in each county to facilitate the processing of the filing. Indicate the number of signatures by congressional district — enter district no. _____ (optional).

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va                23222

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT            ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond               signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the 8th day of November, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of this petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that she personally witnessed the signature of each voter.

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | [SEE NOTE BELOW] LAST 4 DIGIT SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|---|
| R | 1. | SIGN _____ | RESIDENCE 5735 _____ | | |
| R | | PRINT SJ We_____ | CITY/TOWN Richmond 23___ | | |
| R | 2. | SIGN _____ | RESIDENCE 41 _____ | | |
| R | | PRINT Thomas Fitzpatrick | CITY/TOWN _____ | | |
| R | 3. | SIGN Melin R_____ | RESIDENCE _____ Richmond Dr | | |
| R | | PRINT M Charie F L___ | CITY/TOWN R_____ | | |
| R | 4. | SIGN _____ | RESIDENCE _____ | | |
| R | | PRINT MANUE VAZO___ | CITY/TOWN _____ 23225 | | |
| R | 5. | SIGN R S__ | RESIDENCE 5 N ROBINSON | | |
| R | | PRINT ROSEMARIE STUBER | CITY/TOWN RICHMOND | | |
| R | 6. | SIGN _____ | RESIDENCE 7__ _____ | | |
| R | | PRINT Anne Marie _____ | CITY/TOWN R___ 2322_ | | |
| R | 7. | SIGN _____ | RESIDENCE 1809 _____ | | |
| R | | PRINT DIANA DONAT_ | CITY/TOWN RICHMOND _____ | | |
| R | 8. | SIGN _____ | RESIDENCE _____ | | |
| R | | PRINT _____ | CITY/TOWN Richmond _____ | | |
| R | 9. | SIGN Katherine H Schintzius | RESIDENCE 321 Tamble Rd | | |
| R | | PRINT KATHERINE H SCHINTZIUS | CITY/TOWN Richmond, VA 1___ | | |
| R | 10. | SIGN PETER N MOLLICA | RESIDENCE 4015 DUNSIDE AVE | 5/16/16 | |
| R | | PRINT PETER N MOLLICA | CITY/TOWN RICHMOND, VA 23225 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number for checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521 REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| 11 | SIGN | C B DeRoche | RESIDENCE 715 A N. Merrimac H | 5/22/16 | |
| | PRINT | C.D. DeRoche | CITY/TOWN Richmond VA 23221 | | |
| 12 | SIGN | Kathryn Price | RESIDENCE 3266 Butterworth Dr | 5/21/16 | |
| | PRINT | KATHRYN PRICE | CITY/TOWN Richmond VA 23225 | | |
| 13 | SIGN | Kathleen VanPassche | RESIDENCE 3110 Yukon Rd | 5/22/16 | |
| | PRINT | KATHLEEN VANPASSCHE | CITY/TOWN RICHMOND 23235 | | |
| 14 | SIGN | Jennie Quill Drum | RESIDENCE 2410 Grove Ave #3 | 5/22/16 | |
| | PRINT | Jennie Kim | CITY/TOWN Richmond VA 23220 | | |
| 15 | SIGN | Steven Sattzberg | RESIDENCE 3323 Hanover Ave | 5/22/16 | |
| | PRINT | Steve Sattz | CITY/TOWN Richmond 23221 | | |
| 16 | SIGN | Sheila Chandler | RESIDENCE 3323 Hanover Ave | 5/22/16 | |
| | PRINT | Sheila Chandler | CITY/TOWN Richmond 23221 | | |
| 17 | SIGN | Mariah Travis | RESIDENCE 2927 Monteith | 5/22/16 | |
| | PRINT | MARIAH TRAVIS | CITY/TOWN Richmond VA | | |
| 18 | SIGN | Jennifer H Werner | RESIDENCE 5818 Wilton Rams Dr | 5/22/16 | |
| | PRINT | Jennifer H Werner | CITY/TOWN Richmond 23228 | | |
| 19 | SIGN | Joshua Largent | RESIDENCE 7876 Gaston Hall A | 5/22/16 | |
| | PRINT | JOSHUA LARGENT | CITY/TOWN Richmond 23228 | | |
| 20 | SIGN | David Henke | RESIDENCE 3132 Bethwell Rd | 5/22/16 | |
| | PRINT | David Henke | CITY/TOWN Richmond 23225 | | |
| 21 | SIGN | Michael Henke | RESIDENCE 832 Bradley Hill | 5/22/16 | |
| | PRINT | Michael Henke | CITY/TOWN Richmond VA 23225 | | |

- AFFIDAVIT -

Commonwealth of Virginia

I, Alan Schintzys 3327 Garland ave Virginia, swear or affirm that (i) my full residential address is ____ in the County/City/Town of Richmond in the State/Commonwealth of United States of America; (iii) I am not a minor; (iv) I am a legal resident of the ____ ; (ii) I am a legal resident of the ____ ; (v) I issued the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31 day of May , 20 16 , by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

T64752950

VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

1193

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

IF PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW:

Princetta Irena Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037...
My Commission Expires 07/31/2016

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS     NOTARY REGISTRATION NUMBER     My Commission Expires

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate locating this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

Not included in see stamp

SBE-506/521 REV 1.2013

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va    23222

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

COMMONWEALTH OF VIRGINIA

# PETITION OF QUALIFIED VOTERS

(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in a county or city to facilitate the processing of filing.

For a statewide office:
It is suggested that you file petitions in a county to facilitate the processing of the filing. Indicate the number of signatures or congressional or enter district no. _____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

_____Richmond_____ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check one only]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the 8th day of November 20 16 and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/his legal resident of the United States of Amer and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED (Must be after January 1 of election year) | *SEE NOTE BEL LAST 4 DIGITS SOCIAL SECURI NUMBER (optional) |
|---|---|---|---|---|---|
| | 1. SIGN | | RESIDENCE 11 W. Leigh St | 5/24/16 | |
| | PRINT | Scott Andrews | CITY/TOWN Richmond VA | | |
| | 2. SIGN | | RESIDENCE 4071 temple hill rd | | |
| | PRINT | Kiwanna Letsinger | CITY/TOWN Richmond, VA 23334 | | |
| | 3. SIGN | | RESIDENCE 31 Mulberr Ave #1 | | |
| | PRINT | Julius Stephen | CITY/TOWN Richmond VA | | |
| | 4. SIGN | William L Roye II | RESIDENCE 2329 Fleet Ave | 5/26/16 | |
| | PRINT | | CITY/TOWN Henrico | | |
| | 5. SIGN | Matthew Lurie | RESIDENCE 2216 Fernwood | 5/26/16 | |
| | PRINT | MAtthew Lurie | CITY/TOWN Richmond VA | | |
| | 6. SIGN | Preston Brown | RESIDENCE 307 Stockton S | 5/6/16 | |
| | PRINT | | CITY/TOWN Rich VA | | |
| | 7. SIGN | Carl Kreitz | RESIDENCE 419 Gilmer St | 5/26/16 | |
| | PRINT | Carl Kreitz | CITY/TOWN Richmond VA | | |
| | 8. SIGN | DM Cooper | RESIDENCE 3cc N. 2st St | 5/26/16 | |
| | PRINT | D M Cooper | CITY/TOWN Richmd | | |
| | 9. SIGN | | RESIDENCE 706 W. 31st S | 5 | |
| | PRINT | Allison Andrews | CITY/TOWN Richmd vA | | |
| | 10. SIGN | Margie Langston | RESIDENCE 2312 Strafford Cr | 5/26/16 | |
| | PRINT | Margaret Langston | CITY/TOWN Richmond 23225 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to fa checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column contains social security number or part thereof.

SBE-506/521 REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN Brooke L March / PRINT BROOKE L. MARCH | RESIDENCE 4524 Devonshire Rd. Apt. 4 / CITY/TOWN Richmond, VA 23225 | 5/17/16 | |
| 12 | SIGN Tracey Pollock / PRINT TRACEY Pollock | RESIDENCE 1339 N. 21st ST / CITY/TOWN RVA 23223 | 5/17/16 | |
| 13 | SIGN Elizabeth Borman / PRINT Elizabeth Borman | RESIDENCE 624 N 20th St. / CITY/TOWN RVA 23225 | 5/17/16 | |
| 14 | SIGN Brooke Schmerge / PRINT Brooke Schmerge | RESIDENCE 1910 Princess Anne Ave / CITY/TOWN Richmond, VA | 5/17/16 | |
| 15 | SIGN Elane Odell / PRINT ELANIS ODELL | RESIDENCE 2010 Providence Ave / CITY/TOWN Richmond VA 23225 | 5/17/16 | |
| 16 | SIGN (illegible) / PRINT Carter Snipes | RESIDENCE 2914 Floyd Ave / CITY/TOWN Richmond VA | 5/17/16 | |
| 17 | SIGN Michael Murphy / PRINT Michael Murphy | RESIDENCE 2716 Fendall Ave / CITY/TOWN Richmond VA 23222 | 5/17/16 | |
| 18 | SIGN (illegible) / PRINT Meghan Horsham | RESIDENCE 2200 Carlisle Ave / CITY/TOWN Richmond, VA | 5/17/16 | |
| 19 | SIGN Anna / PRINT Anna Wittel | RESIDENCE 1339 N 31st / CITY/TOWN RVA 23223 | 5/17/16 | |
| 20 | SIGN Charles Field / PRINT Charles Field | RESIDENCE 515 N 22nd Street / CITY/TOWN Richmond VA 23223 | 5/17/16 | |
| 21 | SIGN Keriann Steinruck / PRINT Keriann Steinruck | RESIDENCE 917 N 22nd APT A / CITY/TOWN Richmond VA 23223 | 5/17/16 | |

Commonwealth of Virginia - AFFIDAVIT -

I Alan Schintzius , swear or affirm that (i) my full residential
address is 3371 Garland Ave , in the State/Commonwealth of
Virginia , in the County/City/Town of Richmond ; (ii) I am a legal resident of the
United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a crime
punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this
31st day of May 20 16 , by
Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

NOTARY REGISTRATION NUMBER** DATE NOTARY COMMISSION EXPIRES

T6475290
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
1193
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Princette Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. 7333191
My Comm. Exp. 07/31/2018

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate matching this petition with the official voter registration record. You are not required to provide this information and may sign the petition without it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.