UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

ALAN SCHINTZIUS, *et al.*,

        Plaintiffs,

v.                                                       Civil Action No. 3:16CV741-JAG

J. KIRK SHOWALTER, *et al.*,

        Defendants.

## DEFENDANT DANIELS' MOTION TO DISMISS

      Comes now Defendant, Ophelia M. Daniels, by counsel, and for her Motion to Dismiss joins in and adopts the reasoning set forth by Defendants Celia Dabney, J. Kirk Showalter, and C. Starlet Stevens in their Demurrer and Special Pleas of Laches docketed pursuant to Court Order as Motions to Dismiss in this Court as Court Docs. 23 and 24.

                              Respectfully submitted,

                              OPHELIA M. DANIELS

                              By Counsel

    /s/ William F. Etherington       .
William F. Etherington (VSB # 14152)
Leslie A. Winneberger (VSB # 45040)
Beale, Davidson, Etherington & Morris, P.C.
701 E. Franklin Street, Suite 1200
Richmond, Virginia 23219-2503
(804) 788-1500
(804) 788-0135 (facsimile)
wetherington@bealelaw.com
lwinneberger@bealelaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Mark S. Paullin (VSB # 27893)
Paullin Law Firm, PC
575-A Southlake Boulevard
North Chesterfield, VA 23236
(804) 423-7423
(804) 423-7424 (facsimile)
mark.paullin@paullinlaw.com
Counsel for Plaintiffs

Paul Goldman, Esquire
Morrissey & Goldman LLC
605 East Nine Mile Road
Highland Springs, VA 23075
(804) 737-1626
goldmanusa@aol.com
Counsel for Plaintiffs (Pro Hac Vice)

William W. Tunner (VSB # 38358)
Michael G. Matheson (VSB # 82391)
William D. Prince, IV
ThompsonMcMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, VA 23219
(804) 698-5933
(804) 780-1813 (facsimile)
wtunner@t-mlaw.com
mmatheson@t-mlaw.com
wprince@t-mlaw.com
Counsel for J. Kirk Showalter, C. Starlett Stevens and Cecilia A. B. Dabney

Harold E. Johnson
Erica B. Mitchell (VSB # 89420)
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA 23219
(804) 420-6507 (facsimile)
hjohnson@williamsmullen.com
emitchell@williamsmullen.com
Counsel for James B. Alcorn, Clara Belle Wheeler, Singleton B. McAllister and Edgardo Cortes

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

       /s/ William F. Etherington     .
William F. Etherington (VSB # 14152)
Leslie A. Winneberger (VSB # 45040)
701 East Franklin Street, Suite 1200
Richmond, Virginia 23219
(804) 788-1500
(804) 788-0135 (facsimile)
wetherington@bealelaw.com
lwinneberger@bealelaw.com
Counsel for Ophelia M. Daniels