CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET

DATE: 9/15/16

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| ALAN SCHINTZIUS, et al.<br><br>v.<br><br>J. KIRK SHOWALTER, et al. | Case No. 3:16CV00741<br><br>Judge: Gibney, USDJ<br><br>Court Reporter: Halasz, OCR |

MATTER COMES ON FOR: ( ) BENCH TRIAL (X) MOTION HEARING ( ) OTHER: _____

APPEARANCES: Parties by (✓) with (✓) counsel     Pro Se ( )

MOTIONS BEFORE TRIAL: _____

TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )
OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )
*PLAINTIFF(S) ADDUCED EVIDENCE (✓) RESTED (✓) MOTION ( )_____
DEFENDANT(S) ADDUCED EVIDENCE (✓)  RESTED (✓) MOTION ( )_____
REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED (✓)     ARGUMENTS OF COUNSEL HEARD (✓)
COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____
COURT FOUND IN FAVOR OF DEFENDANT(S) (✓) _____
CLERK TO ENTER JUDGMENT ON DECISION ( )  TRIAL EXHIBITS RETURNED TO COUNSEL (✓)

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS:

* up on motion of the plaintiffs, with no objection by defendants, all plaintiffs other than Mr. Schintzius are dismissed with prejudice; the Court issued findings from the bench and ordered judgment on behalf of the defendants

Paul Goldman, Mark Paullin
Counsel for Plaintiff(s):

William Tunner, Michael Matheson, William Etherington, Harold Johnson, Erica Mitchell
Counsel for Defendant(s):

SET: 9:00am   BEGAN: 9:13am   ENDED: 2:33pm   Time in Court: 4 hrs 40 mins.
RECESSES:
10:35-10:45; 12:44-1:14

# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **VIRGINIA-RICHMOND DIVISION**

ALAN SCHINTZIUS, ET AL.

V.

J. KIRK SHOWALTER, ET AL.

**EXHIBIT AND WITNESS LIST**

Case Number: 3:16CV741

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| GIBNEY | See minute sheet | See minute sheet |
| September 15, 2016 | COURT REPORTER: G. Halasz, OCR | COURTROOM DEPUTY: Tuck |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | | | | John Alan Schintzius |
| | ✓ | | 2 | ✓ | audio recording of appeal hearing |
| ✓ | | | | | J. Kirk Showalter, City Registrar |
| ✓ | | | 1 | ✓ | voting history A. Kenney / registration cards of A. Kenney / NCOA address change of A. Kenney |
| ✓ | | | 2 | ✓ | documents for A. Brown |
| ✓ | | | 3 | ✓ | documents for C. Mabry |
| ✓ | | | 4 | ✓ | documents for Chevis Warren |
| ✓ | | | 5 | ✓ | documents for S. Smith |
| ✓ | | | 6 | ✓ | documents for P. Ricks |
| ✓ | | | 7 | ✓ | What if document |
| ✓ | | | 8 | ✓ | pg from petition submitted by pltf |
| | ✓ | | 1 | ✓ | Electoral board memorandum |
| | ✓ | | 3 | ✓ | email of 6/23/16 |
| | ✓ | | 4 | ✓ | packet submitted by pltf for appeal |
| ✓ | | | | | J. Kirk Showalter |
| | | | | | voting history Chevis Warren |
| | | | | | voting history Antwanette Brown |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.