IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

Alan Schintzius,
        Plaintiff,

v.                                                Civil Action No. 3:16CV741

J. Kirk Showalter, et al.,
        Defendants.

**JUDGMENT IN A CIVIL ACTION**

This action was tried by Judge Gibney without a jury. The Court, for the reasons stated on the record, found in favor of the defendants. Judgment is entered on behalf of the defendants and the case is dismissed.

Date:   September 15, 2016        Fernando Galindo
                                                        Clerk of Court

                                                        By: _____/s/_____
                                                           Wendy Tuck
                                                           Deputy Clerk